# Exhibit 6



The Office of the
**Secretary of the State**

# Voter Registration Lookup

Town: Greenwich
Last Name: Montgomery
First Name: Brent
Date of Birth: [REDACTED]/974 (MM/DD/YYYY)

[Voter Registration Search] [Voter Registration Reset]

**Important Message:** If you have questions about your registration information or need further assistance, please contact your local Registrar of Voters.

If you would like to register to vote using the State of Connecticut On-line Voter Registration System, please click HERE.
If you would like to download a paper version of the Application for Voter Registration, please click HERE.
On this page you will be able to see if your absentee ballot was received by your town clerk. If it does not say that your absentee ballot was received on this page, then your absentee ballot has not yet been received and you should contact your town clerk.

The data displayed in this application is current as of: 12/31/2024

**You are registered in the following party: Unaffiliated**
An enrolled party member is eligible to vote in any party primary election, caucus or convention for the party you are enrolled in. You may choose to switch enrollment to or from a political party at any time, but there is a three-month waiting period to attain voting privileges in your new party.

## Polling Location Address

State: Old Greenwich School
285 Sound Beach Avenue
Old Greenwich

Local: Old Greenwich School
285 Sound Beach Avenue
Old Greenwich