IH-32 Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

---

Full Caption of Later Filed Case:

STEPHANIE JONES and JONESWORKS LLC,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-00779 |
| JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10, | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

See Addendum.

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open (If so, set forth procedural status and summarize any court rulings.)

Case No. 1:24-cv-10049-LJL was initiated with the filing of a complaint on December 31, 2024. Case No. 1:25-cv-00449-LJL was initiated with the filing of a complaint on January 16, 2024. Initial Conference in both cases is set for 2/12/2025. On January 23, 2025, Judge Lewis J. Liman ordered the parties to show cause by January 30, 2025, why case No. 25-cv-00449 should not be consolidated for all purposes with Lively v. Wayfarer Studios LLC et al., 24-cv-10049, pursuant to Federal Rule of Civil Procedure 42.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases concern the same or substantially similar parties, property, transactions, and/or events; there is substantial factual overlap; and the parties could be subjected to conflicting orders. In addition, absent a determination of relatedness, there would be a substantial duplication of effort and expense, delay, or undue burden on the court, parties, and/or witnesses.

Signature: /s/ Mitchell Schuster         Date: 1/27/2025

Firm: MEISTER SEELIG & FEIN PLLC

**Addendum to Related Case Statement**

Full Caption of Later Filed Case

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>                       Plaintiffs,<br><br>     -against-<br><br>JENNIFER ABEL, MELISSA NATHAN,<br>JUSTIN BALDONI, WAYFARER STUDIOS LLC,<br>and JOHN DOES 1 - 10,<br><br>                       Defendants. | Civ. Action No. 1:25-cv-00779 |

Full Caption of Earlier Filed Case 1

| | |
|---|---|
| BLAKE LIVELY,<br><br>                       Plaintiff,<br><br>                       v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                       Defendants. | Civ. Action No. 1:24-cv-10049-LJL |

Full Caption of Earlier Filed Case 2

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>                       Plaintiffs,<br><br>                       v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>                       Defendants. | Civ. Action No. 1:25-cv-00449-LJL |