UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10, <br><br> Defendants. | Civ. Action No. 1:25-cv-779 <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Kevin Fritz of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendants **JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI,** and **WAYFARER STUDIOS LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 27, 2025

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Kevin Fritz*
Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: kaf@msf-law.com
*Attorneys for Defendants*