UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>                             Plaintiffs,<br><br>    -against-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10,<br><br>                             Defendants. | Civ. Action No. 1:25-cv-779<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jason H. Sunshine of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of defendants **JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI,** and **WAYFARER STUDIOS LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated:   Los Angeles, California
             January 27, 2025

**LINER FREEDMAN TAITELMAN + COOLEY LLP**
By:   */s/ Jason H. Sunshine*
       Jason H. Sunshine
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
E-mail: jsunshine@lftcllp.com
*Attorneys for Defendants*