UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>         Plaintiffs,<br><br>  -against-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10,<br><br>         Defendants. | Civ. Action No. 1:25-cv-779<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Amit Shertzer of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendants **JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI,** and **WAYFARER STUDIOS LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    January 28, 2025

**MEISTER SEELIG & FEIN PLLC**

By: /s/ Amit Shertzer
   Amit Shertzer
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: as@msf-law.com

*Attorneys for Defendants*