UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>                    Plaintiffs,<br><br>      -against-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10,<br><br>                    Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>**MOTION FOR ADMISSION OF BRYAN J. FREEDMAN** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Bryan J. Freedman, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above-captioned action.

Bryan J. Freedman is a member in good standing of the Bar of the State of California. A copy of Mr. Freedman's Certificate of Good Standing is attached hereto as **Exhibit 1**.

A form of proposed order is submitted herewith.

Dated:  New York, New York
            January 30, 2025

**MEISTER SEELIG & FEIN PLLC**

By:   */s/ Kevin Fritz*
          Mitchell Schuster
          Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail:  ms@msf-law.com
              kaf@msf-law.com

*Attorneys for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC*