**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC, | Civ. Action No. 1:25-cv-00779-LJL |
| Plaintiffs, | **MOTION FOR ADMISSION OF MILES M. COOLEY** _**PRO HAC VICE**_ |
| -against- | |
| JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10, | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Miles M. Cooley, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above-captioned action.

Miles M. Cooley is a member in good standing of the State Bar of California. A copy of Mr. Cooley's Certificate of Good Standing is attached hereto as **Exhibit 1**.

A form of proposed order is submitted herewith.

Dated: New York, New York
January 30, 2025

**MEISTER SEELIG & FEIN PLLC**

By:     */s/ Kevin Fritz*
          Mitchell Schuster
          Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: ms@msf-law.com
          kaf@msf-law.com

*Attorneys for defendants Jennifer Abel,*
*Melissa Nathan, Justin Baldoni, and*
*Wayfarer Studios LLC*