UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>**AFFIDAVIT OF MILES M. COOLEY IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA     )
                        ) :SS
COUNTY OF LOS ANGELES   )

Miles M. Cooley, being duly sworn deposes and states:

1. I am a partner of LINER FREEDMAN TAITELMAN + COOLEY LLP with offices at 1801 Century Park West, Fifth Floor, Los Angeles, CA 90067. My phone number and email address are: 310-201-4297; MCooley@lftcllp.com.

2. I make this affidavit pursuant to Local Civil Rule 1.3(c) in support of defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC's motion to admit me pro hac vice to represent defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in this action.

3. I principally practice law in the state of California.

4. I am a member in good standing of the California bar. My Certificate of Good Standing is submitted herewith.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission, or readmission by any court.

7. There are no disciplinary proceedings pending against me.

Sworn Before me this
28th day of January 2025

_____
Notary Public

_____
Miles M. Cooley

2

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___LOS ANGELES___)

On _JANUARY 28, 2025_ before me, __CHRISTINA PARKER, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared _____MILES COOLEY_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHRISTINA A. PARKER
Notary Public - California
Los Angeles County
Commission # 2364441
My Comm. Expires Jul 6, 2025