UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>                               Plaintiffs,<br><br>    -against-<br><br>JENNIFER ABEL, MELISSA NATHAN,<br>JUSTIN BALDONI, WAYFARER STUDIOS LLC,<br>and JOHN DOES 1 - 10,<br><br>                              Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>**[PROPOSED]**<br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**SUMMER E. BENSON** |

The motion of **Summer E. Benson, Esq.**, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the State Bar of California; and that her contact information is as follows:

> Summer E. Benson, Esq.
> LINER FREEDMAN TAITELMAN + COOLEY LLP
> 1801 Century Park West, Fifth Floor
> Los Angeles, CA 90067
> T: 310-201-4717
> Email: SBenson@lftcllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Summer E. Benson is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                         _____
                                                                                    United States District / Magistrate Judge