UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

STEPHANIE JONES, JONESWORKS LLC,        :

                                                   :

                   Plaintiffs,            :

                                                     :

      -v-                                :

                                                 :

JENNIFER ABEL, MELISSA NATHAN, JUSTIN    :
BALDONI, WAYFARER STUDIOS LLC, JOHN DOES  :
1–10,                                         :

                                                 :

                  Defendants.        :

                                                 :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2025

25-cv-779 (LJL)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

LEWIS J. LIMAN, United States District Judge:

An initial pretrial conference has been scheduled in the related cases *Lively v. Wayfarer Studios LLC et al.* and *Wayfarer Studios et al. v. Lively et al.*, consolidated under docket 24-cv-10049, for **February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.** It is hereby ORDERED that counsel for the parties in this action appear at that conference, which shall also function as an initial pretrial conference in this case.

Counsel for Defendants is ordered to notify all counsel of this Notice by 12:00 p.m. on January 31, 2025. Before the time of the conference, counsel shall meet and confer regarding a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. If counsel are able to reach agreement on a proposed Case Management Plan before the time of the conference, the document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. If counsel have not yet reached agreement, counsel should be prepared to discuss deadlines at the conference.

Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

SO ORDERED.

Dated: January 30, 2025
      New York, New York

                                                LEWIS J. LIMAN
                                  United States District Judge