UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>    Defendants. | Case No: 1:25-cv-00779-UA<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that undersigned hereby appears as counsel for Plaintiffs Stephanie Jones and Jonesworks, LLC. The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted at the address given below.

  I hereby certify that am admitted to and am a member in good standing of the bar of this Court.

DATED: January 31, 2025  **QUINN EMANUEL URQUHART &**
New York, New York  **SULLIVAN, LLP**

By : _/s/ Maaren A. Shah_
Maaren A. Shah
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*