**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Case No: 1:25-cv-00779-UA<br><br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that undersigned hereby appears as counsel for Plaintiffs Stephanie Jones and Jonesworks, LLC.  The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted at the address given below.

　　　　I hereby certify that am admitted to and am a member in good standing of the bar of this Court.

DATED: January 31, 2025  
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By :   */s/ Kristin Tahler*
      Kristin Tahler
      865 S. Figueroa Street, 10th Floor
      Los Angeles, California 90017
      (213) 443-3000
      kristintahler@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*