```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STEPHANIE JONES, JONESWORKS LLC,                                   :
                                                                   :
                        Plaintiffs,                                :
                                                                   :        25-cv-779 (LJL)
        -v-                                                        :
                                                                   :          ORDER
JENNIFER ABEL, MELISSA NATHAN, JUSTIN                              :
BALDONI, WAYFARER STUDIOS LLC, JOHN DOES                           :
1–10,                                                              :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As stated at the initial pretrial conference on February 3, 2025, the Court adopts the Case Management Plan and Scheduling Order filed on February 3, 2025, in 24-cv-10049 to govern proceedings in this case, with the following exceptions: the dates for the proposed joint pretrial order and motions for summary judgment in this case will not be those set out in the Case Management Plan and Scheduling Order in 24-cv-10049, but instead will be determined at the post-discovery status conference set for October 21, 2025 at 10:00 a.m.

SO ORDERED.

Dated: February 3, 2025
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                United States District Judge