```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
STEPHANIE JONES, JONESWORKS LLC,                :
:
Plaintiffs,                :
:                       25-cv-779 (LJL)
-v-                       :
:                          ORDER
JENNIFER ABEL, MELISSA NATHAN, JUSTIN     :
BALDONI, WAYFARER STUDIOS LLC, JOHN DOES  :
1–10,                                     :
:
Defendants.             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m.

The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing.

SO ORDERED.

Dated: March 3, 2025                         _____
       New York, New York                            LEWIS J. LIMAN
                                              United States District Judge