UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHANIE JONES, JONESWORKS LLC,

               Plaintiffs,

  -v-

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, JOHN DOES 1–10,

               Defendants.
------------------------------------------------------------------X

25-cv-779 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

For the reasons stated in the Opinion and Order dated March 13, 2025, in *Lively v. Wayfarer Studios LLC*, 24-cv-10049, the Court adopts the Protective Order dated March 13, 2025, in that action to govern discovery in this action. The Protective Order will be filed separately on the docket with a caption appropriate to this case.

The Clerk of Court is respectfully directed to close Dkt. No. 24.

SO ORDERED.

Dated: March 13, 2025
      New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2025