**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10,<br><br>*Defendants*. | Case No.: Civ. Action No. 1:25-cv-00779-LJL |

## NOTICE OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT WAYFARER STUDIOS LLC'S COUNTERCLAIMS

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks LLC hereby move to dismiss the counterclaims asserted by Defendant Wayfarer Studios LLC in its Answer to Complaint, Counterclaims, and Jury Trial Demand, filed on March 20, 2025, with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law and rely on all prior pleadings and proceedings in this action.

.

DATED: April 10, 2025

                                               QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kristin Tahler*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*