UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10,<br><br>*Defendants*. | Case No.: Civ. Action No. 1:25-cv-00779-LJL |

## NOTICE OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT WAYFARER STUDIOS LLC'S AMENDED COUNTERCLAIMS

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks LLC hereby move to dismiss the counterclaims asserted by Defendant Wayfarer Studios LLC in its Amended Answer to Complaint, Counterclaims, and Jury Trial Demand, filed on April 24, 2025, with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law and rely on all prior pleadings and proceedings in this action.

.

DATED: May 8, 2025

                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kristin Tahler*
    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        Kristin Tahler
        865 S. Figueroa Street, 10th Floor
        Los Angeles, California 90017
        (213) 443-3000
        kristintahler@quinnemanuel.com

        Maaren A. Shah
        Danielle Lazarus
        295 5th Avenue
        New York, New York 10016
        (212) 849-7000
        maarenshah@quinnemanuel.com

        Nicholas Inns (*pro hac vice*)
        1300 I Street NW
        Suite 900
        Washington, D.C. 20005
        (202) 538-8000
        nicholasinns@quinnemanuel.com

        *Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*