**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10, <br><br> *Defendants*. | Case No.: Civ. Action No. 1:25-cv-00779-LJL |

## NOTICE OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT JENNIFER ABEL'S AMENDED COUNTERCLAIMS

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks LLC hereby move to dismiss all Counterclaims asserted by Defendant Jennifer Abel in her Amended Answer to Complaint, Counterclaims, and Jury Trial Demand, filed on April 24, 2025, with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law and rely on all prior pleadings and proceedings in this action.

DATED:  May 8, 2025

                                                QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP


By: */s/ Kristin Tahler*
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

    Kristin Tahler
    865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
    (213) 443-3000
    kristintahler@quinnemanuel.com

    Maaren A. Shah
    Danielle Lazarus
    295 5th Avenue
    New York, New York 10016
    (212) 849-7000
    maarenshah@quinnemanuel.com

    Nicholas Inns (*pro hac vice*)
    1300 I Street NW
    Suite 900
    Washington, D.C. 20005
    (202) 538-8000
    nicholasinns@quinnemanuel.com

    *Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*