# EXHIBIT "D"



NYSCEF

New York County Supreme Court

**Document List**

**Index #   655130/2024**

Created on:06/24/2025 05:33 PM

Case Caption:   **VANZAN, INC. v. DOES 1-10, inclusive**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 09/27/2024 | Katze, S. |
| 2 | NOTICE OF DISCONTINUANCE (PRE RJI) | Processed | 12/19/2024 | Katze, S. |

Page 1 of 1