AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Stephanie Jones, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00779-LJL [rel. 1:24-cv-10049-LJL] |
| Jennifer Abel, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Vanzan, Inc.

Date: 06/26/2025

/s/ Jon R. Fetterolf
*Attorney's signature*

Jon R. Fetterolf (JF8922)
*Printed name and bar number*
Zuckerman Spaeder LLP
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

jfetterolf@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*