AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Stephanie Jones, et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:25-cv-00779-LJL [rel. 1:24-cv-10049-LJL] |
| Jennifer Abel, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Vanzan, Inc.                                             .

Date:   07/01/2025

/s/ Margarita K. O'Donnell
*Attorney's signature*

Margarita K. O'Donnell (4801569)
*Printed name and bar number*
Zuckerman Spaeder LLP
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

modonnell@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*