UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BLAKE LIVELY,

        Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

        Defendants.

---------------------------------------------------------------- x

JENNIFER ABEL,

        Third-Party Plaintiff,

v.

JONESWORKS LLC,

        Third-Party Defendant.

---------------------------------------------------------------- x

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,

        Plaintiffs,

v.

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,

        Defendants.

---------------------------------------------------------------- x

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)
rel. 1:25-cv-00779-LJL

**DEFENDANTS/CONSOLIDATED PLAINTIFFS' NOTICE OF DEPOSITION OF PLAINTIFF/CONSOLIDATED DEFENDANT BLAKE LIVELY**

1

427788.1

### DEFENDANTS/CONSOLIDATED PLAINTIFFS' NOTICE OF DEPOSITION OF PLAINTIFF/CONSOLIDATED DEFENDANT BLAKE LIVELY

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz (collectively, the "Consolidated Plaintiffs") and Defendant The Agency Group PR LLC (collectively, the "Propounding Parties") will take the deposition upon oral examination of Plaintiff/Consolidated Defendant Blake Lively, commencing on June 23, 2025, at 9:00 a.m., at the offices of Meister Seelig & Fein, LLP, 125 Park Avenue, 7th Floor, New York, NY 10017, and continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be taken before a notary public (or another officer duly authorized to administer oaths) and will be recorded by video and stenographic means.

Dated: June 4, 2025
   New York, NY

**MEISTER SEELIG & FEIN PLLC**

By: _/s/ Mitchell Schuster_
   Mitchell Schuster
   Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
   kaf@msf-law.com

Dated: June 4, 2025
   Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: _/s/ Bryan Freedman_
   Bryan J. Freedman (*pro hac vice*)
   Ellyn Garofalo (*pro hac vice*)
   Miles M. Cooley (*pro hac vice*)

2

427788.1

>Theresa M Troupson (*pro hac vice*)
>Summer Benson (*pro hac vice*)
>Jason Sunshine
>1801 Century Park West, 5th Floor
>Los Angeles, CA 90067
>Tel: (310) 201-0005
>Email: bfreedman@lftcllp.com
>egarofalo@lftcllp.com
>mcooley@lftcllp.com
>ttroupson@lftcllp.com
>sbenson@lftcllp.com
>jsunshine@lftcllp.com

427788.1

## CERTIFICATE OF SERVICE

I, Theresa M Troupson, do hereby certify that I am not less than 18 years of age and that on this 4th day of June 2025, I caused a copy of the foregoing to be served on all counsel of record via email.

Dated: June 4, 2025
Los Angeles, CA

*/s/ Theresa M Troupson*
Theresa M Troupson

427788.1