1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>  Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br><br>**NOTICE OF DEPOSITION OF STEPHANIE JONES** |

1

## DEFENDANT WAYFARER STUDIOS LLC's
## <u>NOTICE OF DEPOSITION OF STEPHANIE JONES</u>

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Wayfarer Studios LLC ("Defendant") will take the deposition upon oral examination of Plaintiff Stephanie Jones, commencing on July 22, 2025, at 9:00 a.m. ET, at the offices of Meister Seelig & Fein, LLP, 125 Park Avenue, 7th Floor, New York, NY 10017, and continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be taken before a notary public (or another officer duly authorized to administer oaths) and will be recorded by video and stenographic means.

| | |
|---|---|
| Dated: June 17, 2025<br>New York, NY | Respectfully submitted,<br><br>**MEISTER SEELIG & FEIN PLLC**<br><br>By: _/s/ Mitchell Schuster_<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 655-3500<br>Email: ms@msf-law.com<br>kaf@msf-law.com |
| Dated: June 17, 2025<br>Los Angeles, CA | **LINER FREEDMAN TAITELMAN<br>+ COOLEY**<br><br>By: _/s/ Bryan Freedman_<br>Bryan J. Freedman*<br>Ellyn S. Garofalo*<br>Miles M. Cooley*<br>Theresa M Troupson*<br>Summer Benson*<br>Jason Sunshine<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-0005 |

2

Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**\*** *admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Theresa Troupson, do hereby certify that I am not less than 18 years of age and that on this 17th day of June 2025, I caused a copy of the within *Notice of Deposition of Stephanie Jones* to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Los Angeles, California
       June 17, 2025

*/s/ Theresa Troupson*
Theresa Troupson

**SERVICE LIST**

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Nicholas Inns, Esq.
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Email: nicholasinns@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Maaren Alia Shah, Esq.
295 5th Avenue, 9th Floor
New York, NY 10016
Tel.: (212) 849-7000
Email: maarenchoksi@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler, Esq.
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
Email: kristintahler@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks, LLC*