```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STEPHANIE JONES, JONESWORKS LLC,                :
:
            Plaintiffs,                             :
:      25-cv-779 (LJL)
    -v-                                                                :
:      ORDER
:
JENNIFER ABEL, MELISSA NATHAN, JUSTIN          :
BALDONI, WAYFARER STUDIOS LLC, JOHN DOES :
1–10,                                                                            :
:
            Defendants.                            :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        Blake Lively ("Lively"), Stephanie Jones ("Jones"), and Jonesworks LLC ("Jonesworks") move to amend the Case Management Plan and Scheduling Order. Dkt. No. 77.[1] The Wayfarer Parties oppose the motion in part. Dkt. No. 80.[2] The parties agree on an extension for depositions. The principal difference between the parties appears to relate to the timing of document production. The Wayfarer Parties object to what they characterize as an "extension" of document production. Dkt. No. 80. The request of Lively, Jones, and Jonesworks could be read to extend document production, including the service of new document requests, into August 2025. However, a letter filed by Lively on July 9, 2025, states that "Ms. Lively seeks to require all parties to complete document productions by July 25." Dkt. No. 398, 24-cv-10049. This accords with the apparent goal of the parties that all deficiencies

---

[1] Lively is plaintiff in the related case 24-cv-10049, in which the same motion and response has been filed.
[2] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel.

with respect to document production be identified by August 1, 2025, and be resolved shortly thereafter so that depositions can be completed on time by September 30, 2025.

The parties shall show cause by 5:00 p.m. on July 11, 2025, why the Court should not issue an order as follows:

All document production by parties and nonparties shall be completed by July 25, 2025. (Third-party subpoenas shall require production no later than July 25, 2025.)

Motions to compel regarding document production shall be filed by no later than August 1, 2025.

Depositions shall be completed by September 30, 2025. All fact discovery shall be completed by September 30, 2025.

SO ORDERED.

Dated: July 9, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge