**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3615**

WRITER'S EMAIL ADDRESS
kristintahler@quinnemanuel.com

July 11, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Jones et al. v. Abel et al.</u>, No. 1:25-cv-00779-LJL

Dear Judge Liman:

We write on behalf of Plaintiffs Stephanie Jones and Jonesworks LLC (together, "Plaintiffs") with respect to the Court's Order dated July 9, 2025 directing the parties to show cause as to why the Court should not issue an order with certain discovery-related deadlines. Plaintiffs generally have no objection to the contemplated order outlined by the Court, but join in seeking the same clarifications and modifications to the deadlines sought by Ms. Lively: that the Court clarify that the July 25 deadline is without prejudice to the issuance of (1) additional written party discovery until August 29, and (2) additional third-party document subpoenas until the close of fact discovery on September 30.  *See Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049 (LJL), ECF No. 409.

Plaintiffs additionally propose that the Court's order provide for 30 days to respond to any written discovery requests issued after July 9, 2025.

Respectfully submitted,

*/s/ Kristin Tahler*

Kristin Tahler

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH