# EXHIBIT I



Daniel J. Pohlman  
Counsel

Direct Tel: (212) 326-0823  
dpohlman@pryorcashman.com

March 21, 2025

**By Email: nicholasinns@quinnemanuel.com**

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW
Washington, D.C. 20005
Attn.: Nicholas Inns Esq.

    Re:    Stephanie Jones, Jonesworks LLC v. Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10

Dear Mr. Inns:

We are counsel to non-parties Breanna Butler Koslow and Katherine Case in connection with the above-referenced dispute. We are in receipt of your subpoenas directed to Network Utilities Systems Ltd., WhatsApp LLC, Signal Messenger LLC, Meta Platforms Inc., IPXO LLC, and M247 Europe S.R.L. Based upon our review of these subpoenas, they solicit private and personal identifying information of our clients. As a result, we object to the subpoenas to the extent they call for the production of our clients' personal data. To the extent you wish to confer with us regarding our position, please let us know when you are available to discuss.

Very truly yours,

*s/ Daniel J. Pohlman*
Daniel J. Pohlman