# EXHIBIT J

quinn emanuel  trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3615**

WRITER'S EMAIL ADDRESS
**kristintahler@quinnemanuel.com**

July 21, 2025

Daniel J. Pohlman
Pryor Cashman LLP
7 Times Square
New York, NY 10036

**VIA E-MAIL**

Re:     *Jones et al. v. Abel et al.*, No: 1:25-cv-00779-LJL (S.D.N.Y)

Dear Mr. Pohlman:

We write to follow up on Plaintiffs' document subpoenas to your clients Katherine Case and Breanna Koslow.

In light of Judge Liman's order compelling Ms. Case's and Ms. Koslow's production of documents in compliance with Ms. Lively's subpoena, *see* ECF 381, please produce documents responsive to Plaintiffs' subpoenas to Ms. Case and Ms. Koslow by July 25, 2025.

As a reminder, responsive documents and communications to the requests contained in the subpoenas include those relating to Ms. Case's and Ms. Koslow's work in connection with Wayfarer, Mr. Baldoni, Ms. Abel, and *It Ends With Us*; their communications with any Jonesworks employees; and documents and communications relating to any news articles (including the August 2024 Business Insider article titled *Who's Afraid of Stephanie Jones?*), websites (including stephaniejonesleaks.com and stephaniejoneslies.com), and related social media accounts concerning Stephanie Jones and Jonesworks.

Additionally, enclosed are deposition subpoenas for Ms. Case and Ms. Koslow, noticed for August 25 and 29, respectively.

Sincerely,

*/s/ Kristin Tahler*
Kristin Tahler

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH