# EXHIBIT M



2025-01-23, Larnaca, Cyprus

## ANSWER TO THE REPORT RECEIVED

We would like to report that our company, Hostinger International Ltd, is an administrator of free and paid web hosting provider www.hostinger.com on which the owner of domain stephaniejonesleaks.com is using paid domain services.

Below we provide you all information that we have collected about website owner(s) (All times are GMT time zone):

**Name:** Courtney Engel
**Email:** cengel87@proton.me
**Country:** US
**Signup Date:** 2024-05-06 20:19:55

The domain was registered at 2024-05-06 20:25:13.

Below you can find information about stephaniejonesleaks.com domain owner WHOIS details:

**Name:** Courtney Engel
**Email:** cengel87@proton.me
**Company:** Not Applicable
**Address:** 500 7TH AVE
**City:** NEW YORK
**State:** NY
**Zip Code:** 10018-4502
**Country:** US
**Phone Number:**+1 6464867109

The domain has been deleted since 2024-05-10 08:36:56.

Below we provide IP logs to control panel:

| | | | | |
|---|---|---|---|---|
| 2024-05-10 14:45:59 | US | desktop | 191.96.150.141 | 57541 |
| 2024-05-08 10:02:50 | US | desktop | 191.96.150.14 | 51014 |
| 2024-05-06 20:25:13 | US | desktop | 154.16.192.40 | 62993 |

Below we provide payment information:

| Date | Transaction ID | Gateway | Amount | Currency | Payment URL |
|---|---|---|---|---|---|
| 2024-05-06 20:28:00 | H_10075367 | - | 0 | USD | [-](#) |

| 2024-05-06 20:25:20 | H_10075292 | Coingate APM | 53.89 | USD | https://pay.coingate.com/invoice/a8a3fc4c-8649-4933-80c1-035bdda10a9b |

Should you need any further information, please do not hesitate and contact us directly at abuse@hostinger.com.

---

Hostinger International Ltd.
61 Lordou Vyronos
Larnaca, 6023
+357.24030130

Company code: 301365
VAT code: 10301365E
abuse@hostinger.com