# EXHIBIT N

**From:** Morgan Anastasio
**Sent:** Wednesday, July 30, 2025 5:06 PM
**To:** Enkeshafi, Parmida; Danielle Lazarus; Pohlman, Daniel J.
**Cc:** Kristin Tahler; Maaren Shah; Nicholas Inns; Breed, Maxwell
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Counsel:

Thank you for the call yesterday. To memorialize our conversation, you agreed to accept service of the subpoenas for the depositions of Ms. Case and Ms. Koslow served on July 21.  We are open to coordinating a single deposition date for each of your clients in this and the Lively matter. Please advise of your clients' availability.

Regarding the document subpoenas, we agreed in writing on July 23 to narrow our original requests.  You confirmed during our conferral yesterday that your position is that you view your production as complete in the Lively action and here.  While you are amenable to providing us the documents produced in the Lively action as well as the search terms you used, you are not amenable to producing additional documents responsive to our subpoenas, even though those subpoenas seek documents and communications that would not have been produced in and were not relevant to the Lively action.

Given that position, we consider the parties at an impasse and will be moving to compel compliance with the subpoenas, as narrowed.

Best,
Morgan

**From:** Morgan Anastasio
**Sent:** Monday, July 28, 2025 5:43 PM
**To:** Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Thanks, Parmida. I will send a zoom for that time.

**From:** Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Sent:** Monday, July 28, 2025 5:02 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

**[EXTERNAL EMAIL from penkeshafi@pryorcashman.com]**

Morgan,

We are available at 4:30 p.m. tomorrow.

1

**Parmida Enkeshafi**

**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
+1-212-326-0882 (Direct) | penkeshafi@pryorcashman.com

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 28, 2025 3:59 PM
**To:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Counsel,

Following up on the below. Please let us know when you are available tomorrow to meet and confer.

Thank you,
Morgan

---

**From:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Sent:** Friday, July 25, 2025 3:31 PM
**To:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Thank you. We are available from 11:00 am to 5:00 pm ET on Tuesday, except from 3-3:30 pm.

**Danielle Lazarus**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7464 Direct
212-849-7000 Main Office Number
212-849-7100 Fax
daniellelazarus@quinnemanuel.com
www.quinnemanuel.com

---

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Friday, July 25, 2025 2:12 PM
**To:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

[EXTERNAL EMAIL from dpohlman@pryorcashman.com]

Counsel,

We are not available to confer on Monday, but can confer with you on Tuesday. Please let us know when you are available.

That said, your letter dated July 23, 2025 is largely unresponsive to our letter dated July 22, 2025. At the meet and confer please be prepared to discuss the issues raised in our letter in a direct and forthright manner.

Our clients reserve all rights and waive none.

_
Daniel J. Pohlman / **PRYOR CASHMAN LLP** / 212.326.0823

**From:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Sent:** Friday, July 25, 2025 1:50 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Counsel,

We still have not received a response from you on our narrowed document requests. Please provide your availability for a meet and confer on Monday on this issue, as well as deposition dates for your clients. We are open to discussing your clients sitting only once for a combined deposition, but we cannot agree to a date (including the August 4/5 dates) until and unless we receive your document production. In that vein, if we receive documents from your clients by July 31, we would be open to proceeding with their depositions on August 4 or 5; if we do not, we will need to schedule their depositions for a later date (resulting in them each being deposed at least twice).

Please provide your availability by the end of the day today.

Best,
Danielle


**Danielle Lazarus**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7464 Direct
212-849-7000 Main Office Number
212-849-7100 Fax
daniellelazarus@quinnemanuel.com
www.quinnemanuel.com


**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, July 23, 2025 1:46 PM
**To:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Counsel,

3

Please see attached. Please also let us know when you are available tomorrow for a meet and confer to discuss the document and deposition subpoenas.

Thank you,
Morgan

---

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Tuesday, July 22, 2025 1:47 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** RE: Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

**[EXTERNAL EMAIL from dpohlman@pryorcashman.com]**

Counsel,

Please see the attached letter.

_
Daniel J. Pohlman / **PRYOR CASHMAN LLP** / 212.326.0823

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 21, 2025 10:36 AM
**To:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** Jones v. Abel, Case No. 1:25-cv-00779-LJL (SDNY) - Letter and Notices of Subpoena

Counsel,

Please see the attached correspondence and notices of subpoena. Please confirm you will accept service on behalf of Ms. Case and Ms. Koslow.

Best regards,
Morgan

**Morgan L. Anastasio**
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

***CONFIDENTIALITY NOTICE***

This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***

This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***

This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.