**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

July 31, 2025

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Jones et al. v. Abel et. al.*, **No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Plaintiffs Stephanie Jones and Jonesworks LLC and Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC respectfully jointly move the Court to extend the deadline for the filing of motions to compel related to document productions made on or before July 25, 2025 from August 1, 2025 to August 8, 2025, with the deadline for responses to any such motions due by August 12, 2025.

The Parties are continuing to meet and confer regarding these document productions and expect that the additional time will allow them to resolve or narrow their disputes. The Parties have not previously requested an extension of this deadline, and extending this deadline will not affect any other deadline set by this Court, including the completion of fact discovery by September 30, 2025.

Respectfully Submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MEISTER SEELIG & FEIN PLLC |
| */s/ Kristin Tahler* | */s/ Kevin Fritz* |
| Kristin Tahler | Mitchell Schuster |
| 865 S. Figueroa Street, 10th Floor | Kevin Fritz |
| Los Angeles, California 90017 | 125 Park Avenue, 7th Floor |
| (213) 443-3000 | New York, NY 10017 |
| kristintahler@quinnemanuel.com | (202) 655-3500 |
| | ms@msf-law.com |
| Maaren A. Shah | kaf@msf-law.com |
| 295 5th Avenue | |
| New York, New York 10016 | LINER FREEDMAN TAITELMAN + COOLEY, LLP |
| (212) 849-7000 | |
| maarenshah@quinnemanuel.com | Bryan J. Freedman (admitted *pro hac vice*) |
| | Miles M. Cooley (admitted *pro hac vice*) |

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*

Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

AHOURAIAN LAW
Mita Ahouraian, Esq. (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*