# EXHIBIT A

| | |
|---|---|
| **From:** | Nicholas Inns <nicholasinns@quinnemanuel.com> |
| **Sent:** | Tuesday, March 18, 2025 2:59 PM |
| **To:** | Jason Sunshine; Local KAF. Counsel |
| **Cc:** | Pohlman, Daniel J.; Kristin Tahler; Maaren Shah; Breed, Maxwell; Dougherty, Megan |
| **Subject:** | RE: Jones v. Abel et al. - Subpoenas on Katherine Case, Breanna Butler Koslow |

Thank you all.

I'll send an invitation for 10am ET Friday.

Best,
Nick

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Tuesday, March 18, 2025 2:11 PM
**To:** Local KAF. Counsel <kaf@msf-law.com>
**Cc:** Daniel J. Pohlman <dpohlman@pryorcashman.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Maxwell Breed <MBreed@pryorcashman.com>; Megan Dougherty <MDougherty@pryorcashman.com>
**Subject:** Re: Jones v. Abel et al. - Subpoenas on Katherine Case, Breanna Butler Koslow

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Friday morning is better for me.

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

> On Mar 18, 2025, at 10:33 AM, Kevin A. Fritz <kaf@msf-law.com> wrote:
>
> Thursday morning or Friday morning work for me.



**Kevin A. Fritz**
Partner
125 Park Avenue  |  7th Floor  |  New York, NY  |  10017
Direct (212) 655-3570  |  Firm (212) 655-3500  |  Fax (646) 564-4819  |  kaf@msf-law.com
New York  |  New Jersey  |  Connecticut  |  California  |  Website

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Tuesday, March 18, 2025 1:31 PM
**To:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>
**Cc:** Breed, Maxwell <MBreed@pryorcashman.com>; Dougherty, Megan <MDougherty@pryorcashman.com>; Kevin A. Fritz <kaf@msf-law.com>; jsunshine@lftcllp.com
**Subject:** RE: Jones v. Abel et al. - Subpoenas on Katherine Case, Breanna Butler Koslow

You don't often get email from dpohlman@pryorcashman.com. Learn why this is important

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Nick,

We have a fair number of conflicts as Max will be travelling internationally tomorrow through next week. As a result, we are not available tomorrow, but can make ourselves available before 11:00 a.m. Eastern on either Thursday or Friday this week.

Separately, Kevin Fritz and Jason Sunshine have requested to participate in any discussion regarding these subpoenas. I am unsure whether the time I provided works for either of them, but I copy them here so that we can all coordinate schedules efficiently.

Best,
Dan
_
Daniel J. Pohlman / **PRYOR CASHMAN LLP** / 212.326.0823

2

**From:** Nicholas Inns <nicholasinns@quinnemanuel.com>
**Sent:** Tuesday, March 18, 2025 12:34 PM
**To:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>
**Cc:** Breed, Maxwell <MBreed@pryorcashman.com>; Dougherty, Megan <MDougherty@pryorcashman.com>
**Subject:** RE: Jones v. Abel et al. - Subpoenas on Katherine Case, Breanna Butler Koslow

Dear counsel,
Can you please let us know your availability this week to meet and confer regarding these subpoenas?
Many thanks,
Nick

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Monday, March 10, 2025 4:56 PM
**To:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Cc:** Breed, Maxwell <MBreed@pryorcashman.com>; Dougherty, Megan <MDougherty@pryorcashman.com>
**Subject:** Jones v. Abel et al. - Subpoenas on Katherine Case, Breanna Butler Koslow

[EXTERNAL EMAIL from dpohlman@pryorcashman.com]

Counsel,

We represent non-parties Katherine Case and Breanna Koslow in connection with your subpoenas dated February 17 and February 18, 2025.

Please find attached our responses and objections to the aforementioned subpoenas.

Best regards,

_____

**DANIEL J. POHLMAN**
Counsel
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
212.326.0823 (office) | 612.910.5407 (mobile)
www.pryorcashman.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

\*\*\*CONFIDENTIALITY NOTICE\*\*\*
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.