# EXHIBIT B

| | |
|---|---|
| **From:** | Nicholas Inns <nicholasinns@quinnemanuel.com> |
| **Sent:** | Monday, March 24, 2025 11:49 AM |
| **To:** | Pohlman, Daniel J.; Dougherty, Megan |
| **Cc:** | Breed, Maxwell; kaf@msf-law.com; jsunshine@lftcllp.com |
| **Subject:** | RE: Jones v. Abel et al. - Subpoenas on Network Utilities, WhatsApp, Signal, Meta, IPXO, and M247 |

How about 9am on Wednesday?
Thanks,
Nick

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Monday, March 24, 2025 10:32 AM
**To:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Dougherty, Megan <MDougherty@pryorcashman.com>
**Cc:** Breed, Maxwell <MBreed@pryorcashman.com>; kaf@msf-law.com; jsunshine@lftcllp.com
**Subject:** RE: Jones v. Abel et al. - Subpoenas on Network Utilities, WhatsApp, Signal, Meta, IPXO, and M247

**[EXTERNAL EMAIL from dpohlman@pryorcashman.com]**

Hi Nick,

Copying in Max, as well as Kevin and Jason given past practice. Unfortunately, today does not work well on my end. Do you have any bandwidth in the morning (before 11:00) this week?

_
Daniel J. Pohlman / **PRYOR CASHMAN LLP** / 212.326.0823

**From:** Nicholas Inns <nicholasinns@quinnemanuel.com>
**Sent:** Friday, March 21, 2025 3:34 PM
**To:** Dougherty, Megan <MDougherty@pryorcashman.com>
**Cc:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Subject:** RE: Jones v. Abel et al. - Subpoenas on Network Utilities, WhatsApp, Signal, Meta, IPXO, and M247

Thank you Megan. Can you please let me know your availability Monday to confer regarding this?
Best,
Nick

**From:** Dougherty, Megan <MDougherty@pryorcashman.com>
**Sent:** Friday, March 21, 2025 3:00 PM
**To:** Nicholas Inns <nicholasinns@quinnemanuel.com>
**Cc:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Subject:** Jones v. Abel et al. - Subpoenas on Network Utilities, WhatsApp, Signal, Meta, IPXO, and M247

**[EXTERNAL EMAIL from mdougherty@pryorcashman.com]**

Counsel,

We represent non-parties Katherine Case and Breanna Butler Koslow in connection with *Jones v. Abel et al*. On behalf of my colleague, Daniel J. Pohlman, please find attached our objections to your subpoenas directed to Network Utilities, WhatsApp, Signal, Meta, IPXO, and M247.

Best Regards,
Megan

_____

**MEGAN DOUGHERTY**
Associate
**PRYOR CASHMAN LLP**
7 Times Square
New York, NY 10036-6569
mdougherty@pryorcashman.com

Direct Tel: 212-326-0137

www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*
 Please consider the environment before printing this email.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.