**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

August 8, 2025

Via ECF
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

Re:    *Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

      Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel and Plaintiffs Stephanie Jones and Jonesworks LLC (collectively, the "Parties") respectfully jointly move the Court to further extend the deadline for the filing of letter motions to compel related to document productions made on or before July 25, 2025 from August 8, 2025 to August 12, 2025, with the deadline for responses to any such motions due on or before August 15, 2025.

      The Parties are continuing to meet and confer regarding these document productions and expect that the additional time will allow them to narrow, if not outright resolve, the remaining disputes. The Parties previously requested an extension of this deadline, which was granted. (Dkt. 93). Extending this deadline will not affect any other deadline set by this Court, including the completion of fact discovery by September 30, 2025.

Respectfully Submitted,

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| */s/ Ellyn S. Garofalo* | */s/ Kristin Tahler* |
| Bryan J. Freedman (admitted *pro hac vice*) | Kristin Tahler |
| Ellyn S. Garofalo (admitted *pro hac vice*) | 865 S. Figueroa Street, 10th Floor |
| 1801 Century Park West, 5th Floor | Los Angeles, California 90017 |
| Los Angeles, CA 90067 | (213) 443-3000 |
| (310) 201-0005 | kristintahler@quinnemanuel.com |
| bfreedman@lftcllp.com | |
| egarofalo@lftcllp.com | Maaren A. Shah |

443307.1

August 8, 2025
Page 2

| | |
|---|---|
| MEISTER SEELIG & FEIN PLLC<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(202) 655-3500<br>ms@msf-law.com<br>kaf@msf-law.com | Morgan Anastasio (admission pending)<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com |

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*

443307.1