**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

August 15, 2025

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     <u>***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL**</u>

Dear Judge Liman:

On behalf of Stephanie Jones and Jonesworks LLC (collectively the "Jones Parties"), we write to respectfully request that the Court seal ECF Nos. 90-1 and 90-2 in response to a request by third parties to redact prior filings in alignment with the Court's more recent sealing orders. *See, e.g.*, ECF Nos. 485, 619 in *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049. The Jones Parties have attached redacted versions of these filings herein.

Respectfully submitted,

*/s/ Kristin Tahler*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000

2

nicholasinns@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks, LLC*