UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>-v-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:25-cv-00779-LJL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the motion by Amit Shertzer for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC (collectively, the "Wayfarer Defendants"), effective immediately; whereas, Mitchell Schuster and Kevin Fritz, all with Meister Seelig & Fein PLLC, as well as Bryan Freedman, Ellyn Garofalo, Miles Cooley, Theresa Troupson, Summer Benson, and Jason Sunshine, all with Liner Freedman Taitelman + Cooley, LLP, shall remain counsel of record for the Wayfarer Defendants; and for good cause shown,

**IT IS HEREBY SO ORDERED THAT,** the motion is hereby **GRANTED** and attorney Amit Shertzer is hereby granted leave to withdraw as counsel of record for the Wayfarer Defendants; and

1

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby respectfully requested to terminate attorney Amit Shertzer and cease to send him notices in this matter.

Dated: September 10, 2025

Hon. Lewis J. Liman, U.S.D.J.