**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

September 11, 2025

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Jones et al. v. Abel et. al.,* **No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Plaintiffs Stephanie Jones and Jonesworks LLC and Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC respectfully stipulate and move the Court for an order extending the deadline for completion of expert discovery by 30 days from October 15, 2025, to November 14, 2025, as provided further below and to align with the expert discovery schedule in *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL, ECF No. 750:

- **October 10, 2025**: Deadline to exchange opening expert reports;

- **October 24, 2025**: Deadline to exchange expert rebuttal reports;

- **November 14, 2025**: Deadline to complete depositions of experts.

The parties agreed that the extension requested in *Lively* should apply to this matter as well. The additional time will further allow all parties the opportunity to incorporate additional and essential document discovery and testimony into any expert analysis and no party will be prejudiced by such extension. The parties have not previously requested an extension of this deadline, and extending this deadline will not affect the trial date set by this Court.

Respectfully Submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LINER FREEDMAN TAITELMAN + COOLEY, LLP |
| | |
| */s/ Kristin Tahler*_____ | */s/ Ellyn S. Garofalo*_____ |
| Kristin Tahler | Bryan J. Freedman (admitted *pro hac vice*) |
| 865 S. Figueroa Street, 10th Floor | Ellyn S. Garofalo (admitted *pro hac vice*) |
| Los Angeles, California 90017 | 1801 Century Park West, 5th Floor |
| (213) 443-3000 | Los Angeles, CA 90067 |
| kristintahler@quinnemanuel.com | (310) 201-0005 |
| | bfreedman@lftcllp.com |
| Maaren A. Shah | egarofalo@lftcllp.com |
| Morgan L. Anastasio | |
| 295 5th Avenue | |

New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mita Ahouraian, Esq. (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

2