**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | tel (213) 4433000 fax (213) 4433100

September 12, 2025

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: ***Jones et al. v. Abel et al.*, 1:25-cv-00779-LJL**

On behalf of Stephanie Jones and Jonesworks LLC (together, the "Jones Parties"), we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits A, B, and C to the Jones Parties' Letter Motion to De-Designate, filed contemporaneously herewith, as well those portions of the Jones Parties' Letter Motion that references those exhibits. Exhibit A is an excerpt of the deposition transcript of Katherine Case, dated September 5, 2025, which is designated as Confidential or Attorneys Eyes' Only under the Protective Order (ECF No. 30). Exhibit B is correspondence among counsel dated September 9, 2025, through September 12, 2025, regarding the aforementioned testimony and designations. Exhibit C is an excerpt of the deposition transcript of Breanna Butler Koslow, dated September 9, 2025, which is designated as Confidential or Attorneys Eyes' Only under the Protective Order.

The Jones Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and counsel for Ms. Case and Ms. Koslow have the opportunity to meet and confer and file any motion for continued sealing if they so choose.

Respectfully submitted,

<u>*/s/ Kristin Tahler*</u>

The Honorable Lewis J. Liman
September 12, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs*
*Stephanie Jones and Jonesworks LLC*