UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | Case No: 1:25-cv-00779-LJL |

# DECLARATION OF KRISTIN TAHLER IN SUPPORT OF STEPHANIE JONES AND JONESWORKS LLC'S LETTER MOTION TO DE-DESIGNATE

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, and counsel of record for Stephanie Jones and Jonesworks LLC (together, the "Jones Parties") in the above-captioned action.

2.　　I respectfully submit this declaration in support of the Jones Parties' letter motion to de-designate portions of Katherine Case's deposition testimony.

3.　　Attached as **Exhibit A** is a true and correct copy of an excerpt of Ms. Case's deposition testimony, dated September 5, 2025.

4.　　Attached as **Exhibit B** is a true and correct copy of correspondence among counsel for the Lively Parties, Wayfarer Parties, and Ms. Case dated September 9, 2025, through September 12, 2025.

5.　　Attached as **Exhibit C** is a true and correct copy of an excerpt of Breanna Butler Koslow's deposition testimony, dated September 9, 2025.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  September 12, 2025
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By :  */s/ Kristin Tahler*
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*