

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

September 15, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Jones et al. v. Abel et al.*, No. 1:25-cv-779-LJL

Dear Judge Liman:

On behalf of Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal the Wayfarer Parties' response to plaintiffs Stephanie Jones and Jonesworks LLC's (collectively, the "Jones Parties") motion to de-designate certain portions of Katherine Case's deposition testimony from "Attorney's Eyes Only" to "Confidential" under the Protective Order (the "Motion"). (Dkt. 112).

The Wayfarer Parties' response should be permanently sealed given that it includes the identity of one of their prospective clients and (*alleged*) strategies undertaken in connection therewith. *See* Dkt. 688 (permanently sealing information that "contain[s] nonpublic and sensitive information regarding business plans and relationships, particularly undisclosed relationships with clients…"). A redacted version of the response will be publicly filed.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

*Hon. Lewis J. Liman*
*Page 2*
*September 15, 2025*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
　　　　egarofalo@lftcllp.com
　　　　mcooley@lftcllp.com
　　　　ttroupson@lftcllp.com
　　　　sbenson@lftcllp.com
　　　　jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)