

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

September 15, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

      On behalf of non-party Katherine Case, we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit A to Ms. Case's opposition to plaintiffs' letter motion seeking to remove "Attorneys' Eyes Only" designations from certain portions of Ms. Case's deposition testimony, as well as corresponding portions of Ms. Case's letter opposition.  Exhibit A is a compilation of excerpts of the deposition transcript of Katherine Case, dated September 5, 2025, portions of which are designated as Attorneys' Eyes Only under the Protective Order (Dkt. 30).

      Respectfully,

Maxwell Breed