UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>                Plaintiffs,<br><br>           v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>                Defendants. | Case No.: 1:25-cv-00779-LJL |

**DECLARATION OF MAXWELL BREED
IN RESPONSE TO PLAINTIFFS' MOTION TO DE-DESIGNATE**

I, Maxwell Breed, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Pryor Cashman LLP, 7 Times Square, New York, NY 10036, and counsel of record for non-party Katherine Case in the above-captioned action.

      2.      I respectfully submit this declaration in response to the plaintiffs' letter motion to de-designate portions of Katherine Case's deposition testimony. I aver the truth of all statements made in Ms. Case's response.

      3.      Attached as **Exhibit A** is a true and correct copy of excerpts of Ms. Case's deposition testimony, dated September 5, 2025, with the portions designated as "Attorneys' Eyes Only" highlighted in yellow.

Dated:   September 15, 2025

/s/ *Maxwell Breed*
Maxwell K. Breed

PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
mbreed@pryorcashman.com

*Counsel for Non-party Katherine Case*