**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:24-cv-10049-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jonathan P. Bach of Shapiro Arato Bach LLP hereby appears as counsel for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC. I certify that I am admitted to practice in this Court.

Dated: September 19, 2025
New York, New York

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, New York 10036
Tel: (212) 257-4897
jbach@shapiroarato.com

*Attorneys for Defendants*