

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

September 25, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**  *Jones et al. v. Abel et al.*, No. 1:25-cv-779-LJL

Dear Judge Liman:

On behalf of Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit B and Exhibit D to the Declaration of Kevin Fritz, which is being filed in support of the Wayfarer Parties' motion to compel non-party Vanzan, Inc.'s ("Vanzan") compliance with a subpoena.

Exhibit B is an excerpt from the transcript of Blake Lively's deposition, which has been designated by her as Confidential under the Protective Order. Exhibit D is a subpoena issued by Vanzan in a New York state court action, which has been designated by Vanzan as Confidential.

In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and Vanzan can meet and confer, and Ms. Lively and/or Vanzan may file a motion for continued sealing if they choose.

Respectfully submitted,


*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
        kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
        egarofalo@lftcllp.com
        ttroupson@lftcllp.com
        sbenson@lftcllp.com
        jsunshine@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com

cc: all counsel of record (via ECF)