# EXHIBIT A

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for VANZAN, INC., File Number 250630023688 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 25, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008831907 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

## Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code

www.dos.ny.gov

**BUSINESS NAME:** VANZAN, INC.
**FILING PERIOD:** 01/01/2025 12:00:00 AM

### Part 1 - Chief Executive Officer's Name and Business Address

| Name |
|---|
| RYAN REYNOLDS |

| Address Line 1 |
|---|
| 888 7TH AVENUE, FL 4 |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10106 |

### Part 2 - Street Address of Principal Executive Office (A Post Office Box cannot be used)

| Corporation Name |
|---|
| |

| Address Line 1 |
|---|
| 888 7TH AVENUE, FL 4 |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10106 |

### Part 3 - Service of Process Address (Address must be within the United States or its territories)

| Name |
|---|
| C/O ML MANAGEMENT |

| Address Line 1 |
|---|
| 888 7TH AVENUE, FL 4 |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10106 |

### Part 4 - Number of Directors

| Number of Directors Constituting the Board of Directors | Number of Directors on the Board of Directors that are Women |
|---|---|
| 2 | 0 |

### Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| ALLEN CHANZIS |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

Filed with the NYS Department of State on 06/30/2025
Filing Number: 250630023688 DOS ID: 5480719