# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------- X
VANZAN, INC.,

             Plaintiff,

  -against-

DOES 1-10, inclusive,

            Defendants.
-------------------------------------------------------- X

Index No.: 655130/2024

**NOTICE OF VOLUNTARY DISCONTINUANCE <u>WITHOUT PREJUDICE</u>**

**PLEASE TAKE NOTICE** that pursuant to CPLR 3217(a)(1), Plaintiff Vanzan, Inc., by its undersigned attorneys, hereby discontinues this action against Defendants DOES 1-10, inclusive, **without prejudice** and without costs. This notice may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
        December 19, 2024

MANATT, PHELPS & PHILLIPS, LLP

By:   */s/ Samantha J. Katze*
      Samantha J. Katze
      7 Times Square
      New York, New York 10036
      Tel.: (212) 790-4500
      Fax: (212) 790-4545

      *Attorneys for Plaintiff Vanzan, Inc.*