# EXHIBIT J

| | |
|---|---|
| **From:** | O"Donnell, Margarita K. |
| **To:** | Kevin A. Fritz; Mitch Schuster; Bryan Freedman; mcooley@lftcllp.com; Theresa Troupson; Summer Benson; Jason Sunshine; Kim Zeldin; Amir Kaltgrad; Ellyn Garofalo; Mitra Ahouraian Esq |
| **Cc:** | Fetterolf, Jon R.; Bates, Naomi B. |
| **Subject:** | RE: Responses & Objections - Subpoena to Vanzan, Inc. in Jones, et al. v Abel, et. al., 25-cv-00779 (SDNY) |
| **Date:** | Thursday, September 25, 2025 10:28:47 AM |
| **Attachments:** | image001.png |
| | image002.png |

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Dear Kevin

We received your email from 12:38am ET. We need to discuss with our client and expect to get back to you later today or tomorrow morning with respect to the specific issues you raise. In the meantime, confirming we are planning on having a deponent testify on Tuesday.

Thanks, Maggie

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Thursday, September 25, 2025 12:38 AM
**To:** O'Donnell, Margarita K. <modonnell@zuckerman.com>; Mitch Schuster <ms@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; mcooley@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Mitra Ahouraian Esq <mitra@ahouraianlaw.com>
**Cc:** Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Bates, Naomi B. <NBates@zuckerman.com>
**Subject:** RE: Responses & Objections - Subpoena to Vanzan, Inc. in Jones, et al. v Abel, et. al., 25-cv-00779 (SDNY)

**EXTERNAL**

Maggie:

We are willing to narrow Topic 4 to Jennifer Abel's counterclaims in this action and the defenses thereto. We are willing to narrow Topic 5 to Blake Lively's allegation, in her Second Amended Complaint, that she obtained the communications cited in her pleadings "in connection with a lawful subpoena…."

As you are aware, in its Order dated July 7, 2025, the Court already determined that discovery from Vanzan was relevant to Jennifer Abel's counterclaims against Stephanie Jones and Jonesworks. (Dkt. 79).

Please let me know, by noon EST on Thursday, September 25, 2025, if Vanzan withdraws its objections to the Topics. If the objections to the Topics are not withdrawn by such date and time, we will seek appropriate relief from the Court. In addition to the meet and confer concerning the

Subpoena that we participated in via Zoom earlier this week, we are available to further meet and confer on September 25, 2025, from 9am – noon EST.

Lastly, for security purposes, please provide me, by the close of business on September 25, 2025, with the names of all persons who are attending the deposition of Vanzan's representative on September 30, 2025 at 10:00 a.m. at my office.



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York   |   New Jersey   |   Connecticut   |   California   |   Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** O'Donnell, Margarita K. <modonnell@zuckerman.com>
**Sent:** Wednesday, September 24, 2025 10:09 PM
**To:** Mitch Schuster <ms@msf-law.com>; Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; mcooley@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Fetterolf, Jon R. <JFetterolf@zuckerman.com>; Bates, Naomi B. <NBates@zuckerman.com>
**Subject:** Responses & Objections - Subpoena to Vanzan, Inc. in Jones, et al. v Abel, et. al., 25-cv-00779 (SDNY)

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Dear Counsel

Please find enclosed Vanzan, Inc.'s objections and responses to the subpoena served by Defendants. We are available for a meet and confer.

Regards,
Maggie O'Donnell



**Margarita O'Donnell**

office  202.778.1841   m**o**bile  202.367.6702   email  modonnell@zuckerman.com

Zuckerman Spaeder LLP,  2100 L Street NW, Suite 400, Washington, DC 20037-1525

www.zuckerman.com  |  Download vCard

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.