UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, et al., *Plaintiffs*, v. JENNIFER ABEL, et al., *Defendants*. | No. 1:25-cv-00779-LJL [rel. 1:24-cv-10049-LJL] |

**DECLARATION OF MARGARITA K. O'DONNELL IN SUPPORT OF NON-PARTY VANZAN, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NON-PARTY VANZAN, INC.**

I, Margarita K. O'Donnell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Zuckerman Spaeder LLP, and I represent non-party Vanzan, Inc., ("Vanzan") as an attorney of record in this case.

2. I submit this declaration in support of Vanzan's opposition to Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC's (collectively, "Defendants") letter motion to compel Vanzan to "designate a witness to testify about the *full* period of its relationship with plaintiffs Stephanie Jones and Jonesworks LLC." *See* ECF No. 129.

3. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between counsel for Vanzan and counsel for Defendants, dated September 25, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of Vanzan's Objections and Responses and the email correspondence serving the Objections and Responses, dated September 24, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

<mark>2</mark>

Executed on September 26, 2025

                                                         */s/ Margarita K. O'Donnell*

ZUCKERMAN SPAEDER LLP
Margarita K. O'Donnell
2100 L Street NW, Suite 400
Washington, DC 20037
202.778.1800
modonnell@zuckerman.com

*Attorney for Non-Party Vanzan, Inc.*