

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

September 26, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:     *Jones et al. v. Abel et al.*, No. 1:25-cv-779-LJL

Dear Judge Liman:

Pursuant to Rule 4(C) of Your Honor's Individual Practices, defendants Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties") request leave to file this brief reply to non-party Vanzan, Inc.'s ("Vanzan") opposition to the Wayfarer Parties' motion to compel. (Dkt. 132).

In response to each of the eleven deposition topics (the "Topics") enumerated in the Subpoena, Vanzan objected on various grounds, including: "Vanzan will provide information for this Topic starting from on or about the filing date of the *Doe* lawsuit." (Dkt. 131-9). The *Vanzan, Inc. v. Does 1 – 10* lawsuit was filed on September 27, 2024. (Dkt. 131-3). Vanzan's response to each of the eleven Topics concluded with: "***Subject to*** and without waiver of the foregoing objections, and reserving the right to assert additional objections, Vanzan will designate a Fed. R. Civ. P. 30(b)(6) witness reasonably prepared to testify about non-privileged information responsive to this Topic." (Dkt. 131-9) (emphasis added). In other words, Vanzan confirmed that it would only provide information for each of the Topics starting from September 27, 2024, and not before such date. Therefore, the following statement in the opposition is inaccurate: "Nor has Vanzan ever refused to provide testimony on any of the topics set forth in the subpoena." (Dkt. 132).

The Wayfarer Parties were not obligated to "wait and hope" that, at the deposition on September 30, 2025 (which is the last day of fact discovery except for certain matters), Vanzan would withdraw the objection. Upon receiving the formal objections, we asked Vanzan's counsel to withdraw them (of course, not a privilege-based objection). Vanzan failed to do so. In the early morning of September 25, 2025, we asked Vanzan's counsel to meet and confer during the morning business hours of September 25, 2025. Counsel stated it needed to discuss the issue with its client (presumably Blake Lively or Ryan Reynolds) and would "get back" to us later that day or the following morning. (Dkt. 133-1). As of the evening of September 25, 2025, no response was received. Given the looming September 30, 2025 deposition, it would have been improper to further delay judicial intervention.

*Hon. Lewis J. Liman*
*Page 2*
*September 26, 2025*

Even after the motion was filed, and Vanzan seemingly stated it would withdraw its stated refusal to provide information pre-dating its New York state court lawsuit, we asked Vanzan's counsel to prepare a formal stipulation to that effect, which could be so-ordered by the Court, thereby resolving the motion. Vanzan refused. (Ex. A). We also asked Vanzan's counsel for its good faith basis, if one existed, for its refusal to provide information pre-dating the Vanzan lawsuit. No substantive response was received. (*Id.*). Notably, Vanzan still has not advised the Wayfarer Parties which of the listed attendees for the deposition, whom all appear to be attorneys, is the corporate designee and for which Topic.

To the extent Vanzan is now agreeing to withdraw the time period-based objection, the motion should be granted as unopposed. To the extent Vanzan is maintaining such objection, the motion should be granted for the reasons set forth in our initial papers.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
          kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
  egarofalo@lftcllp.com
  ttroupson@lftcllp.com
  sbenson@lftcllp.com
  jsunshine@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
  jbach@shapiroarato.com

cc: all counsel of record (via ECF)