UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>       Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>       Third-Party Defendant | |
| STEPHANIE JONES, JONESWORKS LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>       Defendants. | |

## JOINT STIPULATION AND PROPOSED ORDER REGARDING THE DEPOSITION OF JED WALLACE

WHEREAS, on July 9 and 15, 2025, respectively, in the two cases captioned above, the Court amended the Case Management Plan and Scheduling Order (*Lively v. Wayfarer Studios LLC, et al.,* No. 1:24-cv-10049-LJL, ECF No. 58) to extend the deadline for the completion of depositions to September 30, 2025 (*Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL, ECF No. 425; *Jones et al. v. Abel et. al*., No. 1:25-cv-00779-LJL, ECF No. 82);

WHEREAS, on September 17, 2025, the Court granted Stephanie Jones and Jonesworks LLC ("the Jones Parties") and on September 12, 2025, Ms. Lively, a ten-day extension of the deadline to complete the depositions of Defendants Steve Sarowitz, Jamey Heath, and Justin Baldoni from September 30, 2025, to October 10, 2025 (*Lively v. Wayfarer Studios LLC, et al.,* No. 1:24-cv-10049-LJL, ECF No. 770, *Jones et al. v. Abel et. al*., No. 1:25-cv-00779-LJL, ECF No. 124 (the "Extension Orders"));

WHEREAS, Ms. Lively, the Jones Parties, and Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") have engaged in extensive conferrals to identify a mutually agreeable date for the deposition of Mr. Wallace, seeking to accommodate both the crowded deposition schedule in late September and early October;

WHEREAS, Ms. Lively and the Wallace Defendants have identified and agreed to proceed with the deposition of Jed Wallace on October 9, 2025, at the offices of counsel for the Wallace Defendants;

WHEREAS, on September 22, 2025, this Court entered an order adopting Ms. Lively's and the Wallace Defendants' Joint Stipulation and Proposed Order Regarding the Deposition of Jed Wallace that Ms. Lively's deposition of Mr. Wallace would occur on October 9, 2025, at the

offices of counsel for the Wallace Defendants, *Lively v. Wayfarer Studios LLC, et al.,* No. 1:24-cv-10049-LJL, ECF No. 793;

WHEREAS, the Jones Parties and the Wallace Defendants have identified and agreed on October 10, 2025, as the most convenient date that accommodates the competing considerations set forth above, and for the convenience of the parties and witnesses Mr. Wallace's deposition by the Jones Parties can occur on a day adjacent to Ms. Lively's deposition of Mr. Wallace;

WHEREAS, good cause exists to modify the existing Case Management Plan and Scheduling Order to permit this deposition to proceed on October 10, 2025, in light of the numerous other depositions in this case that have been scheduled for late September and early October, while the Jones Parties and the Wallace Defendants sought to identify a mutually agreeable date that could accommodate that unavailability;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Jones Parties and Wallace Defendants, through their undersigned counsel, that the Jones Parties may take the deposition of Jed Wallace on October 10, 2025, not to exceed four hours, at the offices of counsel for the Wallace Defendants, Jackson Walker LLP, 100 Congress Ave, Suite 1100, Austin, Texas 78701.

Dated: September 30, 2025

| | |
|---|---|
| */s/ Joel R. Glover* | */s/ Kristin Tahler* |
| JACKSON WALKER, LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Charles L. Babcock | |
| Joel R. Glover | Kristin Tahler |
| 1401 McKinney, Suite 1900 | 865 S. Figueroa Street, 10th Floor |
| Houston, TX 77010 | Los Angeles, California 90017 |
| (713) 752-4210 | (213) 443-3000 |
| cbabcock@jw.com | kristintahler@quinnemanuel.com |
| jglover@jw.com | |

*Counsel for Jed Wallace and Street Relations Inc.*

| | |
|---|---|
| *e-signature affixed with consent pursuant to Section 8.5(b) of the SDNY Electronic Case Filing Rules & Instructions | Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Stephanie Jones and Jonesworks LLC* |