UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>        Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:24-cv-10049-LJL<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Alice Buttrick of Shapiro Arato Bach LLP hereby appears as counsel for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC. I certify that I am admitted to practice in this Court.


Dated: October 6, 2025
   New York, New York

Respectfully submitted,

/s/ Alice Buttrick
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, New York 10036
Tel: (212) 257-4888
abuttrick@shapiroarato.com

*Attorneys for Defendants*