UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10, <br><br> Defendants. | Civ. Action No. 1:25-cv-00779-LJL <br> rel. 1:24-cv-10049-LJL <br> (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) |

1

## JOINT STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY

WHEREAS, on February 3, 2025, this Court entered a scheduling order (the "Jonesworks Scheduling Order") in this matter (the "Jonesworks Action") adopting in large part the Case Management Plan and Scheduling Order ("Lively Scheduling Order") filed the same day in 24-cv-10049 (the "Lively Action");

WHEREAS, the Jonesworks Scheduling Order did not adopt the Lively Scheduling Order's dates for a proposed joint pretrial order and motions for summary judgment. (Dkt. 21);

WHEREAS, pursuant to the Jonesworks Scheduling Order, dates regarding the proposed joint pretrial order and motions for summary judgment will be determined at the post-discovery status conference set for October 21, 2025, at 10:00 a.m.;

WHEREAS, the Court has not set a trial date in the Jonesworks Action;

WHEREAS, the parties have met and conferred regarding expert discovery in the Jonesworks Action;

WHEREAS, any extension to expert discovery deadlines in the Jonesworks Action will not affect a trial date as no trial date has been set;

WHEREAS, any extension to expert discovery deadlines in the Jonesworks Action will not affect any deadlines in the Lively Action;

WHEREAS, after conferring about the upcoming deadlines, the parties request a modification of the Jonesworks Scheduling Order to extend the expert discovery deadlines as follows:

- October 31, 2025: Deadline to exchange opening expert reports;
- November 21, 2025: Deadline to exchange expert rebuttal reports;
- December 12, 2025: Deadline to complete depositions of experts.

The proposed extension will not affect any other existing dates or deadlines, including for trial, motions for summary judgment, or the filing of the joint pretrial order.

WHEREAS, in accordance with Section 1.D of Your Honor's Individual Practices in Civil Cases, the parties state the following:

- The expert discovery deadlines have previously been extended by 30 days, to be completed by November 14, 2025 (Dkt. 750 [Lively Action]);

- The parties have sought and received extensions of certain other fact discovery deadlines. (Dkts. 93, 102, 124);

- All parties consent to the relief requested herein;

- The parties' next scheduled appearance before the Court is a post-discovery status conference scheduled for October 21, 2025, at 10:00 a.m. (Dkt. 21).

WHEREAS, good cause exists to modify the existing Jonesworks Scheduling Order to extend the expert deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, that the expert deadlines be extended as follows:

- October 31, 2025: Deadline to exchange opening expert reports;

- November 21, 2025: Deadline to exchange expert rebuttal reports;

- December 12, 2025: Deadline to complete depositions of experts.

Dated: October 6, 2025

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| */s/ Ellyn S. Garofalo* | */s/ Kristin Tahler* |
| Bryan J. Freedman (admitted *pro hac vice*) | Kristin Tahler |
| Ellyn S. Garofalo (admitted *pro hac vice*) | 865 S. Figueroa Street, 10th Floor |
| 1801 Century Park West, 5th Floor | Los Angeles, California 90017 |
| Los Angeles, CA 90067 | (213) 443-3000 |
| (310) 201-0005 | kristintahler@quinnemanuel.com |
| bfreedman@lftcllp.com | |

egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

Maaren A. Shah
Morgan Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*

* e-signature affixed with consent pursuant to Section 8.5(b) of the SDNY Electronic Case Filing Rules & Instructions

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

October 7, 2025