UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>                    Plaintiffs,<br><br>       v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, AND JOHN DOES 1-10,<br><br>                    Defendants. | Case No: 1:25-cv-00779-LJL |

# DECLARATION OF KRISTIN TAHLER IN SUPPORT OF STEPHANIE JONES AND JONESWORKS LLC'S EMERGENCY MOTION TO COMPEL

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 S Figueroa St 10th Floor, Los Angeles, CA 90017, and counsel of record for Stephanie Jones and Jonesworks LLC (the "Jones Parties") in the above-captioned action.

2.     I respectfully submit this declaration in support of the Jones Parties' Emergency Motion to Compel Wayfarer Studios LLC ("Wayfarer") to produce Jamey Heath as Wayfarer's corporate designee for a Rule 30(b)(6) deposition on Thursday October 9, 2025.

3.     Attached as **Exhibit A** is a true and correct copy of the Jones Parties' Notice of 30(b)(6) Deposition to Wayfarer, dated July 25, 2025.

4.     Attached as **Exhibit B** is correspondence among counsel dated July 28, 2025 through August 12, 2025.

5.     Attached as **Exhibit C** is correspondence among counsel dated July 28, 2025 through August 20, 2025.

1

6. Attached as **Exhibit D** is correspondence among counsel dated July 28, 2025 through August 22, 2025.

7. Attached as **Exhibit E** is correspondence among counsel dated July 28, 2025 through August 26, 2025.

8. Attached as **Exhibit F** is a true and correct copy of the Jones Parties' Notice of 30(b)(6) Deposition to Wayfarer, dated August 27, 2025.

9. Attached as **Exhibit G** is a true and correct copy of the Jones Parties' Deposition Subpoena to Jamey Heath, dated August 27, 2025.

10. Attached as **Exhibit H** is correspondence among counsel dated July 28, 2025 through August 29, 2025.

11. Attached as **Exhibit I** is a true and correct copy of the Jones Parties' Notice of 30(b)(6) Deposition to Wayfarer, dated September 17, 2025.

12. Attached as **Exhibit J** is a true and correct copy of the Jones Parties' Deposition Subpoena to Jamey Heath, dated September 17, 2025.

13. Attached as **Exhibit K** is correspondence among counsel dated September 11, 2024 through September 29, 2025.

14. Attached as **Exhibit L** is correspondence among counsel dated October 3, 2025.

15. Attached as **Exhibit M** is a true and correct copy of Wayfarer's Letter re: Objections to the Jones Parties' 30(b)(6) deposition notice dated October 7, 2025.

16. Attached as **Exhibit N** is correspondence among counsel dated July 21, 2025 through July 22, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| DATED: October 7, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br><br>By : */s/ Kristin Tahler*<br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC* |