# EXHIBIT B

| | |
|---|---|
| From: | Morgan Anastasio |
| Sent: | Tuesday, August 12, 2025 12:46 PM |
| To: | Theresa Troupson; Bender, Kristin |
| Cc: | Local KAF. Counsel; Bryan Freedman; Kristin Tahler; Nicholas Inns; Maaren Shah; Local MS. Counsel; Amit Shertzer; Summer Benson; Vaneta Birtha; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Joel Glover; "Babcock, Chip"; Gottlieb, Michael; "Hudson, Esra"; Jason Sunshine; mbruno@manatt.com; Nathan, Aaron E.; Connolly, Michaela; Taustine, Melissa; Meryl Governski; Katelyn Climaco |
| Subject: | RE: Lively v. Wayfarer Studios, et al. 24-cv-10049 |

Theresa – we are available Friday from 10-3 ET to confer on the Wayfarer 30(b)(6) deposition notice.

Thanks,
Morgan

---

From: Theresa Troupson <ttroupson@lftcllp.com>
Sent: Tuesday, August 12, 2025 12:20 PM
To: Morgan Anastasio <morgananastasio@quinnemanuel.com>; Bender, Kristin <kbender@willkie.com>
Cc: Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; "Babcock, Chip" <cbabcock@jw.com>; Gottlieb, Michael <mgottlieb@willkie.com>; "Hudson, Esra" <EHudson@manatt.com>; Jason Sunshine <jsunshine@lftcllp.com>; mbruno@manatt.com; Nathan, Aaron E. <anathan@willkie.com>; Connolly, Michaela <mconnolly@willkie.com>; Taustine, Melissa <mtaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <kclimaco@manatt.com>
Subject: RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

[EXTERNAL EMAIL from ttroupson@lftcllp.com]

Counsel,

Mr. Heath and Ms. Hanks are not available for depositions on those days. We propose discussing their alternative availability during the parties' upcoming call on deposition scheduling.

Please further provide your availability to meet and confer separately on the Wayfarer 30(b)(6) deposition notice.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor

1

Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Tuesday, August 12, 2025 8:59 AM
**To:** Bender, Kristin <kbender@willkie.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; "Babcock, Chip" <cbabcock@jw.com>; Gottlieb, Michael <mgottlieb@willkie.com>; "Hudson, Esra" <EHudson@manatt.com>; Jason Sunshine <jsunshine@lftcllp.com>; mbruno@manatt.com; Nathan, Aaron E. <anathan@willkie.com>; Connolly, Michaela <mconnolly@willkie.com>; Taustine, Melissa <mtaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <kclimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

All,

Counsel for the Jones Parties is available then as well. As we have repeatedly stated, we are open to deposing parties on consecutive days with those individuals' depositions in the *Lively* case, and expect to discuss deposition dates for Ms. Nathan, Ms. Abel, Mr. Baldoni, Mr. Heath, and Ms. Hanks when we speak. As we have noted, we issued subpoenas for Mr. Heath's deposition for August 22 and Ms. Hank's for August 27 but have received no confirmation or other response of their availability on those dates. We similarly have had no response on our Rule 30(b)(6) deposition to Wayfarer, noticed for September 18. Unless and until we hear otherwise, we will plan for these depositions to occur on these unchallenged dates. We look forward to discussing.

Best,
Morgan

Morgan L. Anastasio
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: "Bender, Kristin" <KBender@willkie.com>
Date: August 12, 2025 at 11:31:10 AM EDT
To: Theresa Troupson <ttroupson@lftcllp.com>, "Local KAF. Counsel" <kaf@msf-law.com>, Bryan Freedman <bfreedman@lftcllp.com>, Kristin Tahler <kristintahler@quinnemanuel.com>, Nicholas Inns <nicholasinns@quinnemanuel.com>, Maaren Shah <maarenshah@quinnemanuel.com>, "Local MS. Counsel" <ms@msf-law.com>, Amit Shertzer <as@msf-law.com>, Summer Benson <sbenson@lftcllp.com>, Vaneta Birtha <vbirtha@lftcllp.com>, Miles Cooley <mcooley@lftcllp.com>, Cortni Davis <cdavis@lftcllp.com>, Jose Perez <jperez@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, mitra@ahouraianlaw.com, Joel Glover <jglover@jw.com>, "Babcock, Chip" <cbabcock@jw.com>
Cc: "Gottlieb, Michael" <MGottlieb@willkie.com>, "Hudson, Esra" <EHudson@manatt.com>, "Roeser, Stephanie" <SRoeser@manatt.com>, "Bruno, Matthew" <mbruno@manatt.com>, "Nathan, Aaron E." <anathan@willkie.com>, "Connolly, Michaela" <MConnolly@willkie.com>, "Taustine, Melissa" <MTaustine@willkie.com>, Meryl Governski <mgovernski@dirllp.com>, Katelyn Climaco <KClimaco@manatt.com>
Subject: RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

[EXTERNAL EMAIL from kbender@willkie.com]

Hi Theresa,

Wednesday does not work for Lively counsel. However, we are available from 1-3 pm est on Thursday.

Thanks,
KB


Kristin Bender
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

From: Theresa Troupson <ttroupson@lftcllp.com>
Sent: Monday, August 11, 2025 9:16 PM
To: Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
Cc: Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
Subject: RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

*** EXTERNAL EMAIL ***

Counsel, in light of the Wallace Defendants' availability to meet and confer on Wednesday, can you please provide your availability for a call Wednesday?

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, August 11, 2025 8:09 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049 [IMAN-MATTERS.FID37300]

Thanks, Theresa.

We are available to discuss tomorrow from 3-6 pm est.

Best,
KB

Kristin Bender
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Friday, August 8, 2025 7:41 PM

4

**To:** Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049 [IMAN-MATTERS.FID37300]

*** EXTERNAL EMAIL ***

Counsel:

In light of the numerous depositions that remain to be taken, we think a group call to set a master schedule would be helpful. Please provide your availability on Tuesday or Wednesday of next week.

However, in the interim, we can propose the following dates for each of our clients, in view of the depositions we anticipate needing to schedule for the remainder of the case. Should these dates not be convenient, we are willing to meet and confer on alternate dates you propose.

| Date | Witness | City |
|---|---|---|
| 9/2/2025 | Steve Sarowitz (tentative, with confirmation of availability to follow as early as this evening) | Chicago |
| 9/11/2025 | Jamey Heath (with simultaneous 30(b)(6) deposition of Wayfarer*) | Los Angeles |
| 9/12/2025 | Matthew Mitchell | Los Angeles |
| 9/18/2025 | Justin Baldoni | New York |
| 9/29/2025 | Melissa Nathan (with simultaneous 30(b)(6) deposition of TAG*) | Los Angeles |
| 9/30/2025 | Jennifer Abel | Los Angeles |

* We propose combining the depositions of these individuals with their likely designations as Rule 30(b)(6) witnesses, subject to the final topics noticed for the respective entities' depositions.

Please note when proposing alternate dates that the Wayfarer Parties listed above will be unavailable on at least the following dates: August 20-22, September 4, September 8-10, and September 12.

Again, we believe meeting and conferring on a joint master schedule would be most efficient. However, we are ready and willing to discuss alternate dates for the witnesses.

Regards,


Theresa M Troupson
Partner

5

LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, August 8, 2025 11:16 AM
**To:** Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Counsel,

As previewed to Mitra, please provide availability for your clients to sit for their depositions by the end of the day. We have repeatedly asked for your clients' availability and, other than Ms. Nathan and Mr. Baldoni, we have not received that availability, nor have we been informed as to any unavailability. At this point, we have more than satisfied attempts to achieve mutually agreeable dates and absent your response, we will be moving ahead to notice depositions for set dates of our preference. We can no longer wait to schedule these depositions along with the many others that need to be set and taken by September 30.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, August 6, 2025 6:57 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Mitch Schuster <ms@msf-

6

law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Counsel,

After our conference on July 30, we have heard nothing more regarding the status of the third party productions below, except for a one-document production for Ms. Benson. Please advise whether there will be additional productions for Hanks, Toskovic, Musiol, Dang, Reese, Blackmon, Marbory, and Benson, including to account for responsive information post-dating December 20, 2024. Please also advise whether you will be providing the information regarding search terms (or manual review) in connection thereto. Please confirm the same as to Matthew Mitchell, Emily Baldoni, and Matt Ulawski.

Further, please confirm it is your position that Dion Suleman, Laura Voglesong, and Cynthia Barnes Slater have no responsive documents, or alternatively please confirm when their documents will be produced. Please also disclose what repositories were collected and what search terms were run.

As to Ms. Benson, while we appreciate the supplemental production of the executed contract, we understand that there was a different version of Ms. Benson's agreement that was initially conveyed by Docusign to Ms. Lively but that she did not sign. Please produce that document immediately as responsive to the subpoena.

Thank you,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, July 28, 2025 5:02 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa

<MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** Lively v. Wayfarer Studios, et al. 24-cv-10049

Kevin,

On our meet and confer last Wednesday, you represented that Ms. Baldoni's production was supposed to be made last week. Please provide a date certain when the following third party productions will be made: Emily Baldoni, Roza Kalantari, Dion Suleman, Matthew Mitchell, and Matthew Ulawski. Additionally, please confirm that Ms. Barnes will be providing her production in connection with her R&Os due on the compliance date.

Further, we have reviewed the productions of Hanks, Toskovic, Musiol, Dang, Reese, Blackmon, Marbory, and Benson. Each appears deficient and requires more information. As outlined below, while each of these third parties agreed to produce documents relevant to the parties' claims and defenses that are responsive to each of the requests in the subpoenas respectively issued to them, a large number of the requests for production appear to have no documents produced. Please confirm that these third parties searched for responsive documents as to each of the requests issued to them—including phone records. If not, as to each third party, please identify which requests were objected to and for which the third parties did not search or produce in connection thereto in revised R&Os by **Thursday**. Additionally, none of these individuals provided any email correspondence from any email account. Please confirm that the only emails with responsive information were from Wayfarer-issued emails, and along similar lines (which does not appear to be the case). Further, please identify whether any information was withheld on the basis of privilege in connection with these third parties.

Further, please advise when you are available on **Wednesday** to meet and confer.

**Hanks**

1. Please explain the start and end date range applied to the Hanks collection and search. It appears to range from approximately February 2024 through December 2024, but documents were requested from December 2022 to February 2025, when the subpoena was issued.
2. The production is missing any responsive documents for RFP Nos. 5-12, 19, 20, and 22-26 (i.e., documents and communications regarding the Action, scenario planning document, the January 4, 2024 meeting, allegations and grievances, communications with or regarding Liner or Flaa, and phone and billing records). Please confirm that these requests were searched and there were no responsive materials.
3. Hundreds of pages of text message communications that have been produced by other parties are missing from the production. *See, e.g.,* WAYFARER_000140049; HEATH_000032704. Please explain what search terms were applied such that Hank's production is missing responsive communications.

**Toskovic**

1. Please explain the start and end date range applied to the Toskovic collection and search, as the latest document is from August 30, 2024.
2. The production is missing any responsive documents for RFP Nos. 4-6 (regarding communications and documents re Liner, content creators, and Jed Wallace/Street). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Toskovic in other productions are also missing from this production. See, e.g., WAYFARER_000000001 (email from Abel to IEWU "team" sharing press coverage of the film on 11/26/2024); WAYFARER_000000005 (email from Audrey Hixon at Jonesworks to assorted Wayfarer and Jonesworks employees discussing Film trailer views on 5/22/2024); WAYFARER_000000021 (email from Hixon sharing IEWU press coverage on 4/16/2024). Please explain what search terms were applied such that Toskovic's production is missing responsive communications.
4. Although some text messages appear linked to Toskovic's iCloud email account, ███████████████ (see, e.g., TOSKOVIC_000000615), the production only includes text messages. Was the iCloud searched and captured?

## Musiol

1. The production is missing any responsive documents for RFPs Nos. 13-21 and 25-26 (i.e., documents and communications regarding: communications or meetings with TAG/Nathan or their services; communications or meetings with Wallace/Street Relations or their services; the decision to hire or work with Freedman or Liner Freedman; communications with Kjersti Flaa; communications with Content Creators concerning the Actions, Ms. Lively, Mr. Reynolds, any Wayfarer Defendant, or the Film; and phone records).
2. The production is missing any responsive documents for RFPs Nos. 13-21 and 25-26. Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Musiol in other productions are missing from this production. See, e.g., BALDONI_000019084; BALDONI_000019462. Please explain what search terms were applied such that Musiol's production is missing responsive communications.

## Dang

1. Please explain the start and end date range applied to the Dang collection and search. It appears to range from approximately December 2022 through August 2024 (with nearly all documents dated between December 2022 and June 2023), but documents were requested through March 2025, when the subpoena was issued.
2. The production is missing any responsive documents for RFP Nos. 5-26 (i.e., documents and communications regarding the Actions, scenario planning document, the January 4, 2024 meeting, allegations and grievances raised, communications with or regarding TAG/Nathan or their services, communications with or regarding Street/Wallace or their services, documents and communications with Flaa, and phone and billing records). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Dang in other productions are also missing from this production. See, e.g., TOSKOVIC_000000001-000000002, TOSKOVIC_000000520, TOSKOVIC_000000525, TOSKOVIC_000000420. Please explain what search terms were applied such that Dang's production is missing responsive communications.

## Reese

1. Please explain the start and end date range applied to the Reese collection and search. It appears to range from approximately June 2023 through August 2024, but documents were requested from December 2022 through March 2025, when the subpoena was issued.

2. The production is missing any responsive documents for RFPs 9-14 and 19-20. (i.e., documents and communications regarding: communications with or involving TAG/Nathan; communications with or involving Wallace/Street Relations; the decision to hire or work with Freedman or Liner Freedman; and phone records). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Reese in other productions are missing from this production. See, e.g., HEATH_000033543;TOSKOVIC_000000609. Please explain what terms were applied such that Reese's production is missing responsive communications.

## Blackmon

1. Please explain the start and end date range applied to the Blackmon collection and search. It appears to range from approximately June through December 2024, but documents were requested from December 2022 through February 2025, when the subpoena was issued. *See* RFP Nos. 6-9, 12-23.
2. Please confirm that Blackmon has no documents relating to Freedman or Liner Freedman, Content Creators, Melissa Nathan or the Agency Group, Wallace or Street Relations, the Scenario Planning Document, the Actions, allegations of sexual harassment, or phone records.
3. Although some text messages appear linked to Blackmon's personal email account, ███████████████, the production includes only text messages. Was this email searched and captured?
4. Several text messages including Blackmon in other party productions are missing from this production. See, e.g., ABEL_000000296; HEATH_000032185. Please explain what terms were applied such that Blackmon's production is missing responsive communications.
5. There are several documents in this production where the underlying content appears to be a video posted on social media but you have only provided a still screenshot of the video rather than the video content itself—please confirm resolution of this technical aspect. *See, e.g.*, BLACKMON_000000294; BLACKMON_000000307; BLACKMON_000000320; BLACKMON_000000329; BLACKMON_000000340; BLACKMON_000000346; BLACKMON_000000347; BLACKMON_000000351; BLACKMON_000000352; BLACKMON_000000367; BLACKMON_000000370; BLACKMON_000000379; BLACKMON_000000064; BLACKMON_000000074; BLACKMON_000000102.

## Marbory

1. Please explain the end date range applied to the Marbory collection and search. It appears to range from approximately January 2023 to December 2024, but documents were requested from December 2022 to March 2025, when the subpoena was issued.
2. Please confirm that Marbory has no documents: (1) with or concerning TAG, Nathan, Abel, Freedman, Wallace, Street Relations, or Liner Freedman, and (2) no documents or communications with Content Creators. *See* RFP Nos. 9-15, 19-20.

## Benson

1. Please explain the date range applied to the Benson collection and search.
2. Request No. 1 seeks all documents and communications concerning Ms. Lively, and Request No. 9 seeks all template privacy forms. In connection with these requests, Docusigns issued to Ms. Lively, as well as the underlying documentation (including draft contracts or agreements) are responsive. However, none were produced. Please confirm that Ms. Benson will produce this information.
3. Ms. Benson produced a single email that she sent to Ms. Lively, notwithstanding the fact that Ms. Lively and her team exchanged numerous emails with Ms. Benson between March and April

10

2023.  Ms. Benson similarly failed to produce any text messages with or concerning Ms. Lively.  Please confirm that Ms. Benson will produce this information.

–

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.