# EXHIBIT C

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Wednesday, August 20, 2025 6:46 PM
**To:** Morgan Anastasio
**Cc:** Nicholas Inns; Kristin Bender; Local KAF. Counsel; Bryan Freedman; Kristin Tahler; Maaren Shah; Local MS. Counsel; Amit Shertzer; Summer Benson; Vaneta Birtha; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Joel Glover; Chip Babcock; Michael Gottlieb; Esra Hudson; Stephanie Roeser; Matthew Bruno; Nathan Aaron E.; Michaela Connolly; Melissa Taustine; Meryl Governski; Katelyn Climaco; Chip Babcock
**Subject:** Re: Lively v. Wayfarer Studios, et al. 24-cv-10049

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

**[EXTERNAL EMAIL from ttroupson@lftcllp.com]**

---

Counsel,

We have received the Jones parties' position and are working to confirm Ms. Hanks' availability. We would appreciate hearing Lively's position so that we can incorporate both into our planning.

With respect to September 15 for Steve Sarowitz, we are treating the date as confirmed, as the Lively and Wayfarer parties are in agreement. However, we plan to make him available for his deposition in New York rather than Chicago. Given that you have an office in New York we trust that will not be an issue. Please confirm.

The date for Ms. Cary's deposition has been confirmed. The other dates are pending agreement from Lively's counsel. Please provide your position as soon as possible so that we can respond promptly.

Regards,

> On Aug 20, 2025, at 8:08 AM, Morgan Anastasio <morgananastasio@quinnemanuel.com> wrote:
>
> Counsel,

First, we note your proposed dates do not include Ms. Hanks, for which there is an outstanding subpoena for an August 27 deposition. Please immediately confirm whether she is available on 9/3, 9/4, or 9/8 as last offered, or provide multiple alternate dates.

Second, we reiterate our goal to use deposition time efficiently. As noted, we may well not need a full day for Mr. Baldoni. We are amenable to discussing an agreement on time sharing for Mr. Baldoni's September 18 deposition, including Mr. Baldoni's agreeing to sit for more than 7 hours, but to ensure there is sufficient time request Mr. Baldoni also reserve September 19.

We cannot agree, however, to one day for Ms. Nathan or Ms. Abel for both their *Lively* and *Abel* depositions at this time, given the substance of what we expect to cover with each of them and in light of Ms. Abel's counterclaims against Ms. Jones in *Abel* and third-party claims against Jonesworks in *Lively*. We are amenable to a September 25 or 26 date for Ms. Nathan but agree that Ms. Abel's deposition should be earlier in the schedule. Please promptly confirm September 25 or 26 for Ms. Nathan's *Abel* deposition. Additionally, your belated attempt to equate Ms. Abel's indemnification claims against Jonesworks with the Jones Parties' need for second deposition days for the Wayfarer Parties is inapt for multiple reasons, including the scope and nature of the parties' claims. That said, if you are requesting that Jonesworks be available for a second deposition limited to Ms. Abel's third-party claims for indemnification in *Lively*, please similarly provide an additional date for a separate deposition of Ms. Abel for the same.

Finally, we are amenable to taking Mr. Heath's/Wayfarer's deposition on September 11 limited to the *Abel* action.

Thank you,
Morgan

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Date:** August 18, 2025 at 8:25:38 PM CDT
**To:** Kristin Bender <KBender@willkie.com>, "Local KAF. Counsel" <kaf@msf-law.com>, Bryan Freedman <bfreedman@lftcllp.com>, Kristin Tahler <kristintahler@quinnemanuel.com>, Nicholas Inns <nicholasinns@quinnemanuel.com>, Maaren Shah <maarenshah@quinnemanuel.com>, "Local MS. Counsel" <ms@msf-law.com>, Amit Shertzer <as@msf-law.com>, Summer Benson <sbenson@lftcllp.com>, Vaneta Birtha <vbirtha@lftcllp.com>, Miles Cooley <mcooley@lftcllp.com>, Cortni Davis <cdavis@lftcllp.com>, Jose Perez <jperez@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, mitra@ahouraianlaw.com, Joel Glover <jglover@jw.com>, Chip Babcock <cbabcock@jw.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>, Esra Hudson <ehudson@manatt.com>, Stephanie Roeser <SRoeser@manatt.com>, Matthew Bruno <MBruno@manatt.com>, "Nathan Aaron E." <ANathan@willkie.com>, Michaela Connolly <MConnolly@willkie.com>, Melissa Taustine <MTaustine@willkie.com>, Meryl Governski <mgovernski@dirllp.com>, Katelyn Climaco <KClimaco@manatt.com>
**Subject: RE: Lively v. Wayfarer Studios, et al. 24-cv-10049**

**[EXTERNAL EMAIL from ttroupson@lftcllp.com]**

---

Counsel,

Below find a proposed schedule for the depositions that the Wayfarer Parties intend to take in the Lively and Jonesworks actions, as well as proposed dates for our clients. With respect to the proposal that the parties be available for two consecutive days of depositions in the Wayfarer and Jonesworks case, we are looking into feasibility and availability and request that Stephanie Jones and Jonesworks do the same.

Please note that these dates are subject to change depending on witness and counsel availability. Please indicate which dates are acceptable so that we can finalize with the respective witnesses and issue the appropriate subpoenas.

| Witness | Location | Date |
|---|---|---|
| Elizabeth Talbot | NY | 8/21/2025 |
| Chelsey Cary | NY | 8/28/2025 |
| Todd Black | LA | 8/29/2025 |
| Katie Case | NY | 9/5/2025 |
| Ashley Avignone | NY | 9/5/2025 |
| Breanna Koslow | NY | 9/9/2025 |
| Ange Giannetti | LA | 9/10/2025 |
| Jamey Heath | LA | 9/11/2025 |
| Wayfarer | LA | 9/11/2025 |
| Alex Saks | LA | 9/12/2025 |
| Vivian Baker | NY | 9/12/2025 |
| Steve Sarowitz | NY | 9/15/2025 |
| Matthew Mitchell | LA | 9/16/2025 |
| Stephanie Jones | NY | 9/16/2025 |
| Jonesworks | NY | 9/16/2025 |
| Josh Greenstein | LA | 9/17/2025 |
| Warren Zavala | LA | 9/18/2025 |
| Justin Baldoni | NY | 9/18/2025 |
| Danny Greenberg | Zoom | 9/19/2025 |
| Taylor Swift | NY | 9/22/2025 |
| Jenny Slate | NY | 9/22/2025 |
| Betty Buzz 30(b)(6) | NY | 9/23/2025 |
| Isabela Ferrer | NY | 9/24/2025 |
| Family Hive 30(b)(6) | NY | 9/25/2025 |
| TAG | NY | 9/25/2025 |
| Melissa Nathan | NY | 9/25/2025 |
| Leslie Sloane | NY | 9/26/2025 |
| Gordon Duren | NY | 9/26/2025 |
| Jennifer Abel | LA | 9/29/2025 |
| Vanzan 30(b)(6) | NY | 9/29/2025 |
| Justin Grey Stone | LA | 9/30/2025 |
| Kevin Alexander | NY | 9/30/2025 |

Regards,

Theresa M Troupson

Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Theresa Troupson
**Sent:** Friday, August 15, 2025 4:47 PM
**To:** Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Counsel,

We are coordinating dates and anticipate getting you a proposed schedule either this evening or over the weekend.

In the meantime, however, we plan to take the deposition of Lizzy Talbot on August 21, 2025, at Meister Seelig & Fein. A deposition notice will follow shortly.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, August 14, 2025 9:17 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

All,

In anticipation of our conferral later today, here is a schedule that we believe makes sense (working from your chart) for some of the witnesses given when we've indicated we would like to take these depositions:

| **Date** | **Witness** | **City** |
|---|---|---|
| 9/15/2025 | Steve Sarowitz | Chicago |
| 9/19/2025 or 9/22/2025 | Jamey Heath (with simultaneous 30(b)(6) deposition of Wayfarer*) | Los Ange |
| 9/16/2025 or 9/23/2025 | Matthew Mitchell | Los Ange |
| 9/18/2025 | Justin Baldoni (confirmed) | New Yorl |
| 9/3/2025 or 9/4/2025 | Melissa Nathan (with simultaneous 30(b)(6) deposition of TAG*) | Los Ange |
| 9/11/2025 or 9/12/2025 | Jennifer Abel | Los Ange |
| TBD | Jed Wallace / Street Relations | Texas |
| 9/26/2025 | Leslie Sloane (confirmed) | New Yorl |
| 9/16/2025 | Stephanie Jones (confirmed) | New Yorl |
| 9/9/2025 | Breanna Butler Koslow (confirmed) | New Yorl |
| 9/5/2025 | Katie Case (confirmed) | New Yorl |
| 8/28/2025 | Chelsea Cary (confirmed) | New Yorl |
| week of 9/22/2025 | Jenny Slate | New Yorl |

Please note in particular that we intend to take the depositions of the party crisis/PR professionals Nathan and Abel on the front end of the schedule and in no event later than September 12, particularly given the recent postponement of Ms. Case's deposition by three weeks, as precipitated by unavailability of the Wayfarer Defendants' counsel. Their testimony is anticipated to affect the submission of expert reports, which

discovery window may also need to be extended to allow time for the reports to account for forthcoming testimony in September.

Thanks,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Tuesday, August 12, 2025 8:16 PM
**To:** Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

***** EXTERNAL EMAIL *****

All, we can confirm 1 p.m. ET on Thursday. We will circulate a dial-in.

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Tuesday, August 12, 2025 8:30 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler

<kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Hi Theresa,

Wednesday does not work for Lively counsel. However, we are available from 1-3 pm est on Thursday.

Thanks,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Monday, August 11, 2025 9:16 PM
**To:** Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

***** EXTERNAL EMAIL *****

Counsel, in light of the Wallace Defendants' availability to meet and confer on Wednesday, can you please provide your availability for a call Wednesday?

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, August 11, 2025 8:09 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049 [IMAN-MATTERS.FID37300]

Thanks, Theresa.

We are available to discuss tomorrow from 3-6 pm est.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Friday, August 8, 2025 7:41 PM
**To:** Bender, Kristin <KBender@willkie.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler

<kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049 [IMAN-MATTERS.FID37300]

***** EXTERNAL EMAIL *****

Counsel:

In light of the numerous depositions that remain to be taken, we think a group call to set a master schedule would be helpful. Please provide your availability on Tuesday or Wednesday of next week.

However, in the interim, we can propose the following dates for each of our clients, in view of the depositions we anticipate needing to schedule for the remainder of the case. Should these dates not be convenient, we are willing to meet and confer on alternate dates you propose.

| Date | Witness | City |
|---|---|---|
| 9/2/2025 | Steve Sarowitz (tentative, with confirmation of availability to follow as early as this evening) | Chicago |
| 9/11/2025 | Jamey Heath (with simultaneous 30(b)(6) deposition of Wayfarer*) | Los Ange |
| 9/12/2025 | Matthew Mitchell | Los Ange |
| 9/18/2025 | Justin Baldoni | New York |
| 9/29/2025 | Melissa Nathan (with simultaneous 30(b)(6) deposition of TAG*) | Los Ange |
| 9/30/2025 | Jennifer Abel | Los Ange |

* We propose combining the depositions of these individuals with their likely designations as Rule 30(b)(6) witnesses, subject to the final topics noticed for the respective entities' depositions.

Please note when proposing alternate dates that the Wayfarer Parties listed above will be unavailable on at least the following dates: August 20-22, September 4, September 8-10, and September 12.

Again, we believe meeting and conferring on a joint master schedule would be most efficient. However, we are ready and willing to discuss alternate dates for the witnesses.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, August 8, 2025 11:16 AM
**To:** Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Counsel,

As previewed to Mitra, please provide availability for your clients to sit for their depositions by the end of the day. We have repeatedly asked for your clients' availability and, other than Ms. Nathan and Mr. Baldoni, we have not received that availability, nor have we been informed as to any unavailability. At this point, we have more than satisfied attempts to achieve mutually agreeable dates and absent your response, we will be moving ahead to notice depositions for set dates of our preference. We can no longer wait to schedule these depositions along with the many others that need to be set and taken by September 30.

Best,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238


Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, August 6, 2025 6:57 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al. 24-cv-10049

Counsel,

After our conference on July 30, we have heard nothing more regarding the status of the third party productions below, except for a one-document production for Ms. Benson. Please advise whether there will be additional productions for Hanks, Toskovic, Musiol, Dang, Reese, Blackmon, Marbory, and Benson, including to account for responsive information post-dating December 20, 2024. Please also advise whether you will be providing the information regarding search terms (or manual review) in connection thereto. Please confirm the same as to Matthew Mitchell, Emily Baldoni, and Matt Ulawski.

Further, please confirm it is your position that Dion Suleman, Laura Voglesong, and Cynthia Barnes Slater have no responsive documents, or alternatively please confirm when their documents will be produced. Please also disclose what repositories were collected and what search terms were run.

As to Ms. Benson, while we appreciate the supplemental production of the executed contract, we understand that there was a different version of Ms. Benson's agreement that was initially conveyed by Docusign to Ms. Lively but that she did not sign. Please produce that document immediately as responsive to the subpoena.

Thank you,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, July 28, 2025 5:02 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** Lively v. Wayfarer Studios, et al. 24-cv-10049

Kevin,

On our meet and confer last Wednesday, you represented that Ms. Baldoni's production was supposed to be made last week. Please provide a date certain when the following third party productions will be made: Emily Baldoni, Roza Kalantari, Dion Suleman, Matthew Mitchell, and Matthew Ulawski. Additionally, please confirm that Ms. Barnes will be providing her production in connection with her R&Os due on the compliance date.

Further, we have reviewed the productions of Hanks, Toskovic, Musiol, Dang, Reese, Blackmon, Marbory, and Benson. Each appears deficient and requires more information. As outlined below, while each of these third parties agreed to produce documents relevant to the parties' claims and defenses that are responsive to each of the requests in the subpoenas respectively issued to them, a large number of the requests for production appear to have no documents produced. Please confirm that these third parties searched for responsive documents as to each of the requests issued to them—including phone records. If not, as to each third party, please identify which requests were objected to and for which the third parties did not search or produce in connection thereto in revised R&Os by **Thursday**. Additionally, none of these individuals provided any email correspondence from any email account. Please confirm that the only emails with responsive information were from Wayfarer-issued emails, and along similar lines (which does not appear to be the case). Further, please identify whether any information was withheld on the basis of privilege in connection with these third parties.

Further, please advise when you are available on **Wednesday** to meet and confer.

**Hanks**

1. Please explain the start and end date range applied to the Hanks collection and search. It appears to range from approximately February 2024 through December 2024, but documents were requested from December 2022 to February 2025, when the subpoena was issued.
2. The production is missing any responsive documents for RFP Nos. 5-12, 19, 20, and 22-26 (i.e., documents and communications regarding the Action, scenario planning document, the January 4, 2024 meeting, allegations and grievances, communications with or regarding Liner or Flaa, and phone and billing records). Please confirm that these requests were searched and there were no responsive materials.
3. Hundreds of pages of text message communications that have been produced by other parties are missing from the production. *See, e.g.,* WAYFARER_000140049; HEATH_000032704. Please explain what search terms were applied such that Hank's production is missing responsive communications.

**Toskovic**

1. Please explain the start and end date range applied to the Toskovic collection and search, as the latest document is from August 30, 2024.
2. The production is missing any responsive documents for RFP Nos. 4-6 (regarding communications and documents re Liner, content creators, and Jed Wallace/Street). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Toskovic in other productions are also missing from this production. See, e.g., WAYFARER_000000001 (email from Abel to IEWU "team" sharing press coverage of the film on 11/26/2024); WAYFARER_000000005 (email from Audrey Hixon at Jonesworks to assorted Wayfarer and Jonesworks employees discussing Film trailer views on 5/22/2024); WAYFARER_000000021 (email from Hixon sharing IEWU press coverage on 4/16/2024). Please explain what search terms were applied such that Toskovic's production is missing responsive communications.
4. Although some text messages appear linked to Toskovic's iCloud email account, [redacted] (see, e.g., TOSKOVIC_000000615), the production only includes text messages. Was the iCloud searched and captured?

**Musiol**

1. The production is missing any responsive documents for RFPs Nos. 13-21 and 25-26 (i.e., documents and communications regarding: communications or meetings with TAG/Nathan or their services; communications or meetings with Wallace/Street Relations or their services; the decision to hire or work with Freedman or Liner Freedman; communications with Kjersti Flaa; communications with Content Creators concerning the Actions, Ms. Lively, Mr. Reynolds, any Wayfarer Defendant, or the Film; and phone records).

2. The production is missing any responsive documents for RFPs Nos. 13-21 and 25-26. Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Musiol in other productions are missing from this production. See, e.g., BALDONI_000019084; BALDONI_000019462. Please explain what search terms were applied such that Musiol's production is missing responsive communications.

**Dang**

1. Please explain the start and end date range applied to the Dang collection and search. It appears to range from approximately December 2022 through August 2024 (with nearly all documents dated between December 2022 and June 2023), but documents were requested through March 2025, when the subpoena was issued.
2. The production is missing any responsive documents for RFP Nos. 5-26 (i.e., documents and communications regarding the Actions, scenario planning document, the January 4, 2024 meeting, allegations and grievances raised, communications with or regarding TAG/Nathan or their services, communications with or regarding Street/Wallace or their services, documents and communications with Flaa, and phone and billing records). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Dang in other productions are also missing from this production. See, e.g., TOSKOVIC_000000001-000000002, TOSKOVIC_000000520, TOSKOVIC_000000525, TOSKOVIC_000000420. Please explain what search terms were applied such that Dang's production is missing responsive communications.

**Reese**

1. Please explain the start and end date range applied to the Reese collection and search. It appears to range from approximately June 2023 through August 2024, but documents were requested from December 2022 through March 2025, when the subpoena was issued.
2. The production is missing any responsive documents for RFPs 9-14 and 19-20. (i.e., documents and communications regarding: communications with or involving TAG/Nathan; communications with or involving Wallace/Street Relations; the decision to hire or work with Freedman or Liner Freedman; and phone records). Please confirm that these requests were searched and there were no responsive materials.
3. Several text messages including Reese in other productions are missing from this production. See, e.g., HEATH_000033543;TOSKOVIC_000000609. Please explain what terms were applied such that Reese's production is missing responsive communications.

**Blackmon**

1. Please explain the start and end date range applied to the Blackmon collection and search. It appears to range from approximately June through December 2024, but documents were requested from December 2022 through February 2025, when the subpoena was issued. *See* RFP Nos. 6-9, 12-23.

2. Please confirm that Blackmon has no documents relating to Freedman or Liner Freedman, Content Creators, Melissa Nathan or the Agency Group, Wallace or Street Relations, the Scenario Planning Document, the Actions, allegations of sexual harassment, or phone records.
3. Although some text messages appear linked to Blackmon's personal email account, [redacted], the production includes only text messages. Was this email searched and captured?
4. Several text messages including Blackmon in other party productions are missing from this production. See, e.g., ABEL_000000296; HEATH_000032185. Please explain what terms were applied such that Blackmon's production is missing responsive communications.
5. There are several documents in this production where the underlying content appears to be a video posted on social media but you have only provided a still screenshot of the video rather than the video content itself—please confirm resolution of this technical aspect. *See, e.g.*, BLACKMON_000000294; BLACKMON_000000307; BLACKMON_000000320; BLACKMON_000000329; BLACKMON_000000340; BLACKMON_000000346; BLACKMON_000000347; BLACKMON_000000351; BLACKMON_000000352; BLACKMON_000000367; BLACKMON_000000370; BLACKMON_000000379; BLACKMON_000000064; BLACKMON_000000074; BLACKMON_000000102.

**Marbory**

1. Please explain the end date range applied to the Marbory collection and search. It appears to range from approximately January 2023 to December 2024, but documents were requested from December 2022 to March 2025, when the subpoena was issued.
2. Please confirm that Marbory has no documents: (1) with or concerning TAG, Nathan, Abel, Freedman, Wallace, Street Relations, or Liner Freedman, and (2) no documents or communications with Content Creators. *See* RFP Nos. 9-15, 19-20.

**Benson**

1. Please explain the date range applied to the Benson collection and search.
2. Request No. 1 seeks all documents and communications concerning Ms. Lively, and Request No. 9 seeks all template privacy forms. In connection with these requests, Docusigns issued to Ms. Lively, as well as the underlying documentation (including draft contracts or agreements) are responsive. However, none were produced. Please confirm that Ms. Benson will produce this information.
3. Ms. Benson produced a single email that she sent to Ms. Lively, notwithstanding the fact that Ms. Lively and her team exchanged numerous emails with Ms. Benson between March and April 2023. Ms. Benson similarly failed to produce any text messages with or concerning Ms. Lively. Please confirm that Ms. Benson will produce this information.

–

**Kristin Bender**
**Willkie Farr & Gallagher LLP**

1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.