# EXHIBIT K

| | |
|---|---|
| **From:** | Morgan Anastasio |
| **Sent:** | Monday, September 29, 2025 2:45 PM |
| **To:** | Bender, Kristin; Amir Kaltgrad; Bruno, Matthew |
| **Cc:** | Theresa Troupson; Kim Zeldin; Connolly, Michaela; Gottlieb, Michael; Hudson, Esra; Meryl Governski; Nathan, Aaron E.; Roeser, Stephanie; Taustine, Melissa; Climaco, Katelyn; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler; Moses, Sarah; Maaren Shah; Nicholas Inns; Chip Babcock; Joel Glover; Bryan Freedman; sma@msf-law.com; Ellyn Garofalo; mitra@ahouraianlaw.com; Summer Benson; Vaneta Birtha; Local KAF. Counsel; Rose Khatchikian; Hudson, Esra; Roeser, Stephanie; Climaco, Katelyn; Vaneta Birtha |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary |

Counsel,

Please confirm that Mr. Heath will be Wayfarer's 30(b)(6) designee.

Thank you,
Morgan

---

**From:** Morgan Anastasio
**Sent:** Wednesday, September 17, 2025 3:54 PM
**To:** Bender, Kristin <kbender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary

Counsel,

Please find attached updated notices and subpoena of deposition for Mr. Baldoni, Wayfarer, and Mr. Heath for October 6 and 9 respectively, which we similarly consider as final.

Best,
Morgan

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, September 17, 2025 6:16 PM

**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary [IMAN-MATTERS.FID37300]

**[EXTERNAL EMAIL from kbender@willkie.com]**

All,

We can accommodate Mr. Sarowitz's proposed deposition date of October 3 in Los Angeles. Please see the attached notice.

Additionally, we are moving forward with Mr. Baldoni's and Mr. Heath's depositions during the week of October 6 in Los Angeles. Mr. Baldoni's deposition in the Lively matter will take place on October 7, and Mr. Heath's deposition in the Lively matter will take place on October 8. Given that we have raised this date range with you (on September 11, 12), have presented it to the Court (on September 12), and have since conferred regarding party availability—yet at no time have learned of any unavailability or objections to these deposition dates—we regard these as final. Please see the attached notices.

Additionally, Mr. Alexander is available for his deposition on September 29 in New York, in lieu of September 30.

We understand that there continue to be dueling notices regarding the Los Angeles office location of Ms. Saks. Even though we provided the subpoena to Ms. Saks' attorney first, we are willing for that deposition to take place at Liner's offices, assuming a printer will be made available, as requested on our meet and confer. Please confirm.

Last, the latest email that we see from Theresa regarding Melissa Nathan's deposition location (as well as our email further down this email chain) indicates that the deposition will be in New York. Please confirm New York as the location and we can send a notice.

Thank you,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

2

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Sent:** Wednesday, September 17, 2025 2:40 PM
**To:** Bruno, Matthew <MBruno@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary [IMAN-MATTERS.FID37300]

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,
Family Hive has informed us that a representative will be available on 9/29/25. Please confirm today that this date works for you and we can move the deposition to the 29th.


Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

************************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Please consider the environment before printing this email and/or any attachments.

**From:** Amir Kaltgrad
**Sent:** Monday, September 15, 2025 1:27 PM
**To:** 'Bruno, Matthew' <MBruno@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>; Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary [IMAN-MATTERS.FID37300]

Counsel,
We will proceed on the 24th for Betty B Holdings. We have also subpoenaed and noticed Family Hive, LLC for September 19th. You had noted that you are not available but only provided one alternative date. Please let us know today if you are available on September 22, 26 or 29. Otherwise, we will plan to proceed as noticed on September 19.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

*********************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

 Please consider the environment before printing this email and/or any attachments.

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, September 15, 2025 9:43 AM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>; Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary

Amir:

We are available on September 24.

Thanks,

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Sent:** Friday, September 12, 2025 3:46 PM
**To:** Bruno, Matthew <MBruno@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>; Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Hudson, Esra <EHudson@manatt.com>;

5

Roeser, Stephanie <SRoeser@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - 9/10/25 Conferral Summary

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

I understand counsel for Betty B holdings provided you with some available dates. Can you let us know which of those you are available for.

> On Sep 11, 2025, at 8:38 AM, Bruno, Matthew <mbruno@manatt.com> wrote:
>
> Theresa:
> Below is a summary of the key points we discussed followed by our proposed deposition schedule.
> **Steve Sarowitz, Justin Baldoni, and Jamey Heath**
> We explained that due to the Wayfarer Parties' recent production of 80,000+ pages of documents and your anticipated (and belated) production of Signal communications (notwithstanding the Court's denial of your requested extension), it is not feasible to proceed with these depositions next week. We proposed rescheduling them to a window between September 25 and October 10, in order to avoid disrupting the existing expert and summary judgment schedules. You responded that, subject to client confirmation, it is unlikely these witnesses will be available during that timeframe due to previous scheduling conflicts and Mr. Sarowitz's upcoming international travel schedule. We find this difficult to believe given that your clients have been attending — either virtually or in person — nearly every deposition taken to date in this case. In any event, you suggested extending the entire deposition calendar through the end of October for all witnesses. You did not identify any other witnesses whose schedule was impacted such that this kind of significant change to the deposition calendar is necessary, other than your eleventh-hour request to schedule Taylor Swift the last week in October, as discussed below.
>
> Given that a 30-day extension would disrupt every other meaningful deadline in the Case Management Plan, require another revision to the expert discovery schedule just granted by the Court last week, and likely make our current trial date unworkable, we cannot agree to your proposal. The brief extension we have proposed is narrowly tailored to address witnesses impacted by your delayed document productions, preserves the expert discovery calendar, and should not impact the trial date.
>
> To be clear, we are in this position because of the Wayfarer Defendants' inexplicable delays and voluminous late productions. We have bent over backwards to make a deposition schedule that would work within the Case Management Plan, agreeing to as many as three depositions a day for multiple days. That carefully constructed schedule did not anticipate that the Wayfarer Parties would openly violate Court-ordered production deadlines (as you have now done with Signal communications), or that the Wayfarer Parties would dump 80,000 pages of documents well after the substantial completion deadline, after the depositions of key witnesses, and mere days before party depositions. Moreover, you confirmed during the call that despite the Court's order denying the Wayfarer Parties request for an extension of time to produce Signal communications, those communications will not be produced in full until at least Monday, September 15.

6

Given that we appear to be at an impasse, and this affects depositions originally scheduled to begin in just days, we intend to seek leave with the Court for the schedule we have proposed today. We will note your opposition unless you tell us otherwise before 3pm ET.

**Josh Greenstein**
Per Kathleen's prior email, Mr. Greenstein is no longer available on September 15 and is only available on September 30. We noted that three depositions are already scheduled for that date—Melissa Nathan, Justin Grey Stone, and Kevin Alexander—and said we would explore rescheduling Mr. Alexander's deposition to accommodate Mr. Greenstein's limited availability.

**Warren Zavala/Danny Greenberg**
You noted that your deposition notices preceded Ms. Lively's notices, and you therefore expect the depositions to be held at your offices. Stephanie explained that she had spoken with Paul Hastings, counsel for Mr. Zavala and Mr. Greenberg, who stated that they intend to host these depositions at their office in Century City. We noted that we are aligned with the witnesses' preference with respect to location. You agreed to follow up with their counsel to confirm logistics. We also discussed the order of questioning with respect to these two witnesses. Based on the noticed order, we will agree to the Wayfarer Parties beginning questioning.

**Betty Buzz and Family Hive**
We explained that we are unavailable on the noticed dates of September 15 and 19 and objected to the Wayfarer Parties' unilateral changes to third-party deposition dates without confirming our availability, given that all of the parties and the third parties had previously agreed to September 23 and 25 for those depositions. You explained that the original noticed dates conflict with Rosh Hashana (and if that was the case, it would have been courteous to contact us to discuss alternatives rather than unilaterally re-noticing the dates for next week, 8-10 days *earlier* than previously noticed). We proposed conducting both depositions on September 25, given their expected brevity, and you agreed to consider this and circle back.

**Taylor Swift**
We also discussed the Wayfarer Parties' proposed deposition date for Taylor Swift, which you raised for the first time yesterday. For weeks, you have had Ms. Swift's deposition tentatively notated on the deposition chart for September 22 in New York, but never sent a notice of any subpoena confirming this date, do not appear to have ever conferred with Ms. Swift's counsel regarding this date or location, nor did you discuss with us how this could possibly occur given that September 22 was also slated to be the day of Mr. Baldoni's deposition (which was scheduled to take place in Los Angeles). Then yesterday, Kevin Fritz stated that Ms. Swift is only available for a deposition from October 20-October 25 in Nashville (which is, of course, where she resides). On the call, we asked what relevance there is for Ms. Swift's deposition at this point, who is a witness the Wayfarer Parties previously noticed and then withdrew with much fanfare, only to now ask that the entire deposition calendar be extended for 30 days to accommodate. One would expect an explanation of the ways in which this witness was key and essential to the defense. Instead, when we asked what the relevance was of this witness such that you needed an exception to the deposition deadline and extension of the calendar, you simply stated that she is listed on Ms. Lively's initial disclosures. There are over 100 witnesses listed on Ms. Lively's disclosures, most of which are not being deposed in this case, so that alone cannot possibly be your justification for eviscerating the current case calendar.

We do not consent to any depositions — let alone depositions of third parties with only tangential relevance to the claims or defenses in this case — being taken weeks after the close of fact discovery and in the middle of the expert discovery schedule. The reason for this is obvious - any deposition might result in the need to seek leave to take additional depositions in light of a witness' testimony. That is surely the case here, and it is why third party witnesses are typically deposed at the start of fact discovery, not the end. It is grossly irresponsible to delay scheduling the deposition

7

of a witness of this kind until the last minute, and we do not expect the Court will reward your lack of diligence by granting you an extension that would blow up the case calendar and trial date.

\* \* \*

To facilitate planning, below is our proposed deposition schedule based on our discussion:

| Witness | Proposed Date | Location |
| --- | --- | --- |
| Warren Zavala | September 18 | LA – Paul Hastings |
| Danny Greenberg | September 19 | LA – Paul Hastings |
| Steve Sarowitz | September 19 | NYC |
| Betty Buzz | September 25 | NYC |
| Family Hive | September 25 | NYC |
| Jennifer Abel | September 25-26 | LA |
| Melissa Nathan | September 30 | NYC |
| Josh Greenstein | September 30 | LA |
| Justin Grey Stone | September 30 | LA |
| Jed Wallace | October 3 | TX |
| Heath | Week of October 6 | LA |
| Baldoni | Week of October 6 | LA |
| Kevin Alexander | TBD | |

Please let us know once you've had a chance to confirm availability with your clients and third-party counsel.
All rights reserved.

Matt

**Matthew F. Bruno**
Partner
<image001.png>

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.