# EXHIBIT L

**From:** Morgan Anastasio
**Sent:** Friday, October 3, 2025 3:04 PM
**To:** Bryan Freedman; Rose Khatchikian; Cortni Davis; Christina Puello; Mitra Ahouraian Esq; Local MS. Counsel; Stacey Ashby; Kim Zeldin; Amir Kaltgrad; Summer Benson; Jason Sunshine; Vaneta Birtha; Local KAF. Counsel; Ellyn Garofalo; Theresa Troupson; Hudson, Esra; Roeser, Stephanie; Bruno, Matthew; Climaco, Katelyn; Moses, Sarah; Armani, Sareen; Gottlieb, Michael; Bender, Kristin; Connolly, Michaela; Taustine, Melissa; Meryl Governski; Nathan Aaron E.; Glover, Joel; Prather, Laura; 'michael.lambert@haynesboone.com'; Emery, Tori
**Cc:** Kristin Tahler; Maaren Shah; Nicholas Inns
**Subject:** Jones v. Abel - Next Week's Depositions

Counsel,

In connection with the depositions upcoming next week, the Jones Parties' deposition of Mr. Baldoni will take place at Willkie's LA office on Monday and Mr. Heath's deposition (individually and as Wayfarer's 30(b)(6) as previously designated) will take place at Manatt's LA office on October 9. Please advise attendees for both depositions.

Thank you,
Morgan

**Morgan L. Anastasio**
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.