# EXHIBIT M

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5ᵀᴴ FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN GAROFALO

October 7, 2025

Via Email

Kristin Tahler, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10ᵗʰ Floor
Los Angeles, CA 90017
kristintahler@quinnemanuel.com

Re:    *Stephanie Jones et al. v. Jennifer Abel et al.*, Case No. 1:25-cv-00779-LJL

Counsel:

We write on behalf of our client, Wayfarer Studios LLC ("Wayfarer"), regarding the 30(b)(6) deposition notice (the "Notice") served by Jonesworks LLC ("Jonesworks") and Stephanie Jones ("Jones") (together, "Jonesworks") dated September 17, 2025.  For the reasons set forth below, Wayfarer will not produce a witness in response to the Notice.

## General Objections

1.    Wayfarer objects to the Notice as untimely and procedurally defective in that Wayfarer's 30(b)(6) deposition is noticed for October 9, 2025, which is after the discovery cut-off in this action.  (Dkt. 82).  The Court's September 17, 2025 order granting Jonesworks' motion for "a limited extension of the discovery schedule for the depositions of Mr. Sarowitz, Mr. Heath, and Mr. Baldoni" (Dkt. 124) does not alter the discovery cut-off as to Wayfarer.

2.    Wayfarer objects to all topics for examination ("Topics") to the extent they seek information protected by attorney-client privileged, the work product doctrine, and the common interest privilege.

3.    Wayfarer objects to the definition of "You," "Your," and "Yours" on the grounds that it is vague, ambiguous, overbroad, and unduly burdensome.

4.    The foregoing General Objections are hereby incorporated into each specific response.

457055.2

October 7, 2025
Page 2

## Specific Objections to Topics

**Topic 1:** Wayfarer objects to this topic on the grounds it is overbroad and seeks testimony protected from disclosure by the attorney-client privilege.

**Topic 2:** Wayfarer objects to this topic on the grounds it is overbroad and seeks testimony protected from disclosure by the attorney-client privilege.

**Topic 3:** Wayfarer objects to this topic on the grounds it is compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 4:** Wayfarer objects to this topic on the grounds it is compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 5:** Wayfarer objects to this topic on the grounds it is compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 6:** Wayfarer objects to this topic on the grounds it is compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 7:** Wayfarer objects that this Topic is vague and ambiguous as to "the counterclaims" and presumes it refers solely to Wayfarer's counterclaims in the Action. Wayfarer further objects that this Topic calls for information subject to expert opinion, specifically regarding Wayfarer's calculation of its monetary damages.

**Topic 11:** Wayfarer objects to this Topic on the grounds it is vague and ambiguous as to "understanding of and response to media coverage", compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 12:** Wayfarer objects to this Topic on the grounds it presumes the existence of a "smear campaign," which Wayfarer denies, is compound, overbroad, and seeks information outside the knowledge of Wayfarer.

**Topic 13:** Wayfarer objects that this Topic is duplicative of Topic 2 and further objects that it seeks information irrelevant to the claims and defenses in this Action and not reasonably calculated to lead to the discovery of admissible evidence.

**Topic 14:** Wayfarer objects that this Topic is vague and ambiguous as to "Jonesworks employees and clients" and further objects that this Topic seeks information outside the knowledge of Wayfarer.

457055.2

October 7, 2025
Page 3

**Topic 15:** Wayfarer objects that this Topic is vague and ambiguous as to "[a]rticles concerning Stephanie Jones" and "websites concerning Jones" and seeks information outside the knowledge of Wayfarer.

Please let us know if you would like to meet and confer regarding the Notice.

Very truly yours,

/s/ *Ellyn S. Garofalo*

Ellyn S. Garofalo

457055.2