# EXHIBIT N

**Teri Juarez**

| | |
|---|---|
| **From:** | Kevin A. Fritz <kaf@msf-law.com> |
| **Sent:** | Tuesday, July 22, 2025 9:42 AM |
| **To:** | Morgan Anastasio; Rose Khatchikian; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Jason Sunshine; Theresa Troupson; Tamar Yeghiayan; Brian Turnauer; Summer Benson; Cortni Davis; Joanna Rivera; Vaneta Birtha; Christina Puello; Mitch Schuster; Amit Shertzer; mitra@ahouraianlaw.com; Mitch Schuster; mcooley@lftcllp.com |
| **Cc:** | Maaren Shah; Kristin Tahler; Nicholas Inns; Danielle Lazarus |
| **Subject:** | RE: Jones v. Abel - Notices of Deposition |

**[EXTERNAL EMAIL from kaf@msf-law.com]**

Thanks. Yes, we accept service of the subpoenas.

**MSF**
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Tuesday, July 22, 2025 12:37 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; mitra@ahouraianlaw.com; Mitch Schuster <ms@msf-law.com>; Kevin A. Fritz <kaf@msf-law.com>; mcooley@lftcllp.com

**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Notices of Deposition

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

Ms. Hanks and Mr. Heath are within Wayfarer's control and are officers, directors, or managing agents of Wayfarer. They both, therefore, may be compelled to testify pursuant to a notice of deposition. *E.g.*, *JSC Foreign Econ. Ass'n Technostroyexport v. Int'l Dev. & Trade Servs., Inc.*, 220 F.R.D. 235, 237 (S.D.N.Y. 2004). Regardless, and while not required, attached are notices of subpoena for them both. Please confirm you accept service. We trust this resolves the issue.

Best,
Morgan

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Monday, July 21, 2025 4:02 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Notices of Deposition

**[EXTERNAL EMAIL from kaf@msf-law.com]**

---

Morgan:

Please let us know the basis for your service of notices of deposition upon Heath and Hanks, given that they are not parties. Thank you.

**MSF**
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

2

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.

**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 21, 2025 10:00 AM
**To:** Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Kevin A. Fritz <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** Jones v. Abel - Notices of Deposition

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel,

Please see attached notices of deposition for Ms. Abel, Mr. Baldoni, Ms. Nathan, Mr. Heath, and Ms. Hanks.

Best regards,
Morgan

**Morgan L. Anastasio**
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.