> REQUEST GRANTED.
> The post-discovery status conference previously set for October 21, 2025, is rescheduled to December 9, 2025, at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/15/2025
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

October 14, 2025

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: *Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

Plaintiffs Stephanie Jones and Jonesworks LLC (together, the "Jones Parties") and Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC (together, the "Wayfarer Parties") respectfully submit this joint status update and request the status conference scheduled for October 21, 2025, be continued to November 13, 2025, subject to the Court's calendar and availability.

On October 3, 2025, this Court granted in part the Jones Parties' motion to dismiss Abel's counterclaims and set the deadline for Abel to replead the dismissed causes of action to October 31, 2025. ECF No. 139. The parties stipulate that the deadline for the Jones Parties to answer the complaint or respond to Abel's counterclaims should be November 21, 2025. On October 6, 2025, this Court extended the expert discovery schedule in this matter, as follows:

- October 31, 2025: Deadline to exchange opening expert reports;
- November 21, 2025: Deadline to exchange expert rebuttal reports;
- December 12, 2025: Deadline to complete depositions of experts.

Additionally, on October 14, 2025, this Court continued the status conference in *Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049, from October 21, 2025, to December 9, 2025, at 10:30 a.m. The Jones Parties and Wayfarer Parties have conferred and, in light of forthcoming deadlines for Abel to replead her counterclaims and for the parties in this matter to exchange opening expert reports, respectfully request that the Court continue the status conference in this matter from October 21, 2025, to November 13, 2025, subject to the Court's calendar and availability, and set the remaining pre-trial motion deadlines and trial date at that time.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| */s/ Ellyn S. Garofalo* | */s/ Kristin Tahler* |
| Bryan J. Freedman (admitted *pro hac vice*) | Kristin Tahler |
| Ellyn S. Garofalo (admitted *pro hac vice*) | 865 S. Figueroa Street, 10th Floor |
| 1801 Century Park West, 5th Floor | Los Angeles, California 90017 |
| Los Angeles, CA 90067 | (213) 443-3000 |

(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*