

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *AMIR KALTGRAD*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby AMIR KALTGRAD, #252399 was on the 6th day of December 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 10th day of October 2025.*

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By:_____
D. Urzua, Deputy Clerk