UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>                Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br><br>**AFFIDAVIT OF KIM ZELDIN IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Kim Zeldin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, and have personal knowledge of the facts stated herein.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter to appear as counsel for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above-captioned action. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California.

459646.1

3.  I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based on the content of this affidavit.

Dated: October 17, 2025
Los Angeles, California

Respectfully submitted,

_____
Kim Zeldin, Esq.
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Email: kzeldin@lftcllp.com

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___LOS ANGELES___ )

On October 17, 2025 before me, __JOANNA RIVERA, NOTARY PUBLIC,__
                                (insert name and title of the officer)
personally appeared ___KIM ZELDIN_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____Joanna Rivera____ (Seal)

JOANNA RIVERA
Notary Public - California
Los Angeles County
Commission # 2450383
My Comm. Expires Jun 17, 2027

459646.1