UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>                Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br><br>**[PROPOSED] ORDER FOR ADMISSION** ***PRO HAC VICE*** |

The motion of Kim Zeldin, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

    Kim Zeldin
    LINER FREEDMAN TAITELMAN + COOLEY, LLP
    1801 Century Park West, 5th Floor
    Los Angeles, California 90067
    Tel: (310) 201-0005
    Fax: (310) 201-0045
    Email: kzeldin@lftcllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above entitled action;

459646.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge / Magistrate Judge

459646.1