**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 8497000 FAX (212) 8497100

October 29, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

Pursuant to Section 1.D of Your Honor's Individual Practices in Civil Cases, Plaintiffs Stephanie Jones and Jonesworks LLC (the "Jones Parties") and Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Parties") respectfully jointly move the Court for an order extending the deadline for completion of expert discovery from December 12, 2025, to January 16, 2026. Specifically, the Parties request the following schedule:

- **November 21, 2025:** Deadline to exchange opening expert reports;

- **December 22, 2025:** Deadline to exchange expert rebuttal reports;

- **January 16, 2026:** Deadline to complete depositions of experts.

The Parties have continued to make adjustments to the expert reports in response to information obtained from discovery and depositions, which closed on October 10, 2025. On September 12, 2025, the Court extended the expert discovery deadline by 30 days, to be completed by November 14, 2025 (ECF No. 109), and on October 6, 2025, further extended the deadline to be completed by December 12, 2025 (ECF No. 143).

Extending the expert deadline as requested herein will not affect any other deadline set by this Court, as no further deadlines are currently scheduled in this action. Additionally, the pleadings in this action are not yet closed. The Court granted leave for Jennifer Abel to replead her counterclaims by October 31, 2025 (ECF No. 139), and the Jones Parties' response is due November 21, 2025 (ECF No. 149). The Jones Parties' motion to dismiss Wayfarer's counterclaims (ECF No. 53) remains pending. Dates regarding the proposed joint pretrial order, motions for summary judgement, and trial for this action will be determined at the post-discovery status conference set for December 9, 2025, at 10:30 a.m., which is the parties' next scheduled appearance before the Court (ECF No. 149). This extension also will not affect any deadlines in the related *Lively v. Wayfarer Studios* action, Case No.24-cv-10049.

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 8497000 FAX (212) 8497100

Respectfully Submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LINER FREEDMAN TAITELMAN + COOLEY, LLP |
| <u>*/s/ Kristin Tahler*</u> | <u>*/s/ Ellyn S. Garofalo*</u> |
| Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com | Bryan J. Freedman (admitted *pro hac vice*)<br>Ellyn S. Garofalo (admitted *pro hac vice*)<br>Jason Sunshine<br>Summer Benson (admitted *pro hac vice*)<br>Theresa M. Troupson (admitted *pro hac vice*)<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>(310) 201-0005<br>bfreedman@lftcllp.com<br>egarofalo@lftcllp.com<br>jsunshine@lftcllp.com<br>sbenson@ftllp.com<br>ttroupson@lftcllp.com |
| Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com | |
| Nicholas Inns (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com | MEISTER SEELIG & FEIN PLLC<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(202) 655-3500<br>ms@msf-law.com<br>kaf@msf-law.com |
| *Attorneys for Plaintiffs*<br>*Stephanie Jones and Jonesworks LLC* | |
| | AHOURAIAN LAW<br>Mita Ahouraian, Esq. (admitted *pro hac vice*)<br>2029 Century Park East, 4th Floor<br>Los Angeles, CA 90076<br>(310) 376-7878<br>mitra@ahouraianlaw.com |
| | SHAPIRO ARATO BACH LLP<br>Alexandra A. E. Shapiro<br>Jonathan Bach<br>Alice Buttrick<br>1140 Avenue of the Americas, 17th Floor<br>New York, NY 10036 |

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 8497000 FAX (212) 8497100

(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Defendants*
*Wayfarer Studios LLC, Justin Baldoni,*
*Melissa Nathan, and Jennifer Abel*