**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

October 31, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Stephanie Jones et al. v. Jennifer Abel et al.*, Case No. 1:25-cv-00779-LJL

Dear Judge Liman:

On behalf of Defendant and Counterclaimant Jennifer Abel, we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of Ms. Abel's Answer and Second Amended Counterclaims (the "Counterclaims"), filed contemporaneously herewith. The Counterclaims contain numerous quotations from discovery material designated "Confidential," and the public version has been redacted accordingly, with an unredacted version filed under seal. In accordance with Rule 4.b of Attachment A, Ms. Abel respectfully requests that the Court not rule on this letter motion to seal for one week, so that the parties can meet and confer and so that Jonesworks LLC and Stephanie Jones may file motions for continued sealing if they so choose.

Respectfully submitted,

LINER FREEDMAN TAITELMAN +
COOLEY, LLP

<u>/s/ Bryan Freedman</u>
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
Amir Kaltgrad (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
   egarofalo@lftcllp.com
   kzeldin@lftcllp.com

Hon. Lewis J. Liman
October 31, 2025
Page 2

        akaltgrad@lftcllp.com
        ttroupson@lftcllp.com
        sbenson@lftcllp.com
        jsunshine@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
       jbach@shapiroarato.com
       abuttrick@shapiroarato.com

*Attorneys for Jennifer Abel*

cc: all counsel of record (via ECF)