UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**CERTIFICATE OF SERVICE**

I, Jason Sunshine, do hereby certify that I am not less than 18 years of age and on this 31st day of October 2025, I caused a copy of the sealed Jennifer Abel's Answer to Complaint and Second Amended Counterclaims (Dkt. 158) to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

Dated: October 31, 2025                                                              */s/ Jason Sunshine*
       Los Angeles, CA                                                                         Jason Sunshine

1

**SERVICE LIST**
*Stephanie Jones, et al. v. Jennifer Abel, et al.*
Case No. 1:25-cv-00779-LJL

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Nicholas Inns<br>1300 I St NW<br>Suite 900<br>Washington, DC 20005<br>Tel: 202-774-6147<br>Email: nicholasinns@quinnemanuel.com | *Attorneys for Plaintiffs/Counterclaim-Defendants Stephanie Jones and Jonesworks LLC* |

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Maaren Alia Shah
Morgan Lindsay Anastasio
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com
  morgananastasio@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer
Anthony King
Jonas Palmer Mann
767 S. Alameda Street, Suite 270
Los Angeles, CA  90021
Tel: 213-394-7979
Fax: 213-529-1027
Email: matthew@umklaw.com
  anthony@umklaw.com
  jonas@umklaw.com