UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>(rel. 1:24-cv-10049-LJL)<br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Kim S. Zeldin of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice *pro hac vice* in this Court.

Respectfully submitted,

Dated:  November 6, 2025
          Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: _ /s/ Kim S. Zeldin_____
    Kim S. Zeldin, Esq.
    LINER FREEDMAN TAITELMAN + COOLEY, LLP
    1801 Century Park West, 5th Floor
    Los Angeles, California 90067
    Tel: (310) 201-0005
    Fax: (310) 201-0045
    Email: kzeldin@lftcllp.com

464722.1