**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

November 13, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: <u>*Jones et al. v. Abel et. al.*</u>**, No. 1:25-cv-00779-LJL**

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits A–B, F–H, and K in their entirety and Exhibits I–J in part in support of the Jones Parties' Motion to Compel, filed contemporaneously herewith, as well as those portions of the Motion that reference these exhibits. These exhibits contain non-public information that has been designated as Confidential or Attorneys Eyes' Only by the parties pursuant to the protective order in this action. The Jones Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer and file any motion for continued sealing if they so choose.

Additionally, the Jones Parties request that the Court permanently seal the names of non-parties included in the subpoena (as reflected in Exs. H and J), Ex. B, and referenced in the deposition of Jed Wallace (Ex. G at 154:25).[1] The Jones Parties are not yet in possession of the documents responsive to their subpoena, and so cannot confirm whether any such documents include references to these individuals. Thus, at this time, the individuals listed in the subpoena, as well as the non-party referenced by Wallace and in Ex. B, remain "innocent third parties" whose identities should not be publicly disclosed. *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). The Jones Parties have identified their proposed redactions of these names and identifying information in highlight in Exs. B, G, H, and J, and, if their request is granted, will file public versions of these documents with these names redacted.

Respectfully submitted,

*/s/ Kristin Tahler*

---

[1] Pursuant to the Court's prior order, ECF 127, Exhibits A and F redact identifying information of "an individual who may now be identified as one of the 'Doe' defendants in the Jones Parties' complaint."

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

DATED: November 13, 2025
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks, LLC*