UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1 - 10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:24-cv-10049-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Joaquin Ezcurra of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendants **Jennifer Abel, Melissa Nathan, Justin Baldoni,** and **Wayfarer Studios LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        November 13, 2025

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Joaquin Ezcurra*
     Joaquin Ezcurra
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: je@msf-law.com

*Attorneys for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC*