UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE JONES, JONESWORKS LLC,

    Plaintiffs,

v.

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,

    Defendants.

Civ. Action No. 1:25-cv-00449-LJL
rel. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)

### DECLARATION OF KRISTIN TAHLER IN SUPPORT OF STEPHANIE JONES AND JONESWORKS LLC'S MOTION TO COMPEL

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, and counsel of record for Stephanie Jones and Jonesworks LLC ("the Jones Parties") in the above-captioned action.

2. I respectfully submit this declaration in support of Jonesworks' Letter Motion to Compel Production by third-party Katie Case ("Case").

3. A true and correct copy of excerpts from the transcript of the deposition of Katie Case, taken on September 5, 2025, is attached hereto as **Exhibit A**.

4. A true and correct copy of correspondence, dated August 5-6, 2024, bearing beginning Bates number KCASE-000004949, is attached hereto as **Exhibit B**.

5. A true and correct copy of an audio file, bearing beginning Bates number KCASE-000004957, is attached hereto as **Exhibit C**.

6. A true and correct copy of the website amandahostsucks.com, as of November 7 2024, available at https://web.archive.org/web/20241107161651/https://amandaghostsucks.com/,

1

is attached hereto as **Exhibit D**.

7. A true and correct copy of the website alexanderbrothersextorted.com, as of January 17, 2025, available at https://web.archive.org/web/20250117083835/https://alexanderbrothersextorted.com/, is attached hereto as **Exhibit E**.

8. A true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan taken on September 30, 2025, is attached hereto as **Exhibit F**.

9. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, taken on October 10, 2025, is attached hereto as **Exhibit G**.

10. A true and correct copy of the Jones Parties' document subpoena to Katie Case, dated October 17, 2025, is attached hereto as **Exhibit H**.

11. A true and correct copy of correspondence among counsel dated October 17, 2025, through November 12, 2025, is attached hereto as **Exhibit I**.

12. A true and correct copy of a letter from the Jones Parties to Katie Case dated October 15, 2025, is attached hereto as **Exhibit J**.

13. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, taken on October 9, 2025, is attached hereto as **Exhibit K**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| DATED:  November 13, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br><br>By :  */s/ Kristin Tahler*<br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Stephanie Jones and Jonesworks, LLC* |