# EXHIBIT D

The Wayback Machine - https://web.archive.org/web/20241107161651/https…

# AMANDA GHOST IS A DESTROYER OF WORLDS

## UPDATE 09/05/2024

Well, here we are again. Amanda Ghost continues her intimidation and shadow tactics to assuage the truth from coming to light, using Pryor Cashman LLP to send a C&D to this legitimate free speech criticism website threatening a false testimony UDRP claim, while Len Blavatnik's resources were used to simultaneously launch a devastating DDOS attack designed to take down every website on the same server as us at Namecheap. For a lawyer to coordinate actions with federal crimes is astounding!

We've received word that she's now pulled <u>Lisa Shields</u> into the fray as well as employees from Access Industries, to make compromising edits on Wikipedia and silence criticism against her despite it being a clear conflict of interest. Don't forget that Lisa works directly for Len Blavatnik, who is not just paying to sanitize criticism but is financing a sophisticated Ddos attack on this website, again, a federal crime.

As she tries to continue to have her Russian mafia financier pull strings behind the scenes and make changes to platforms the truth is being shared across — she has to know by now that we're not going anywhere.

We won't stop. We're in this until Amanda Ghost is exposed for the evil that she is.

---

As the Indian Ghislaine Maxwell, she trades on pleasure for protection. Enough is enough. There's been too much destruction. Her wrongdoings can no longer remain a Hollywood secret. I have to speak out.

When Amanda Ghost failed as a songwriter, she tried her hand at another commodity and became the madame for one of the world's richest men. She in turn, provides protection, anonymity, and most importantly, money. The 2000's Heidi Fleiss, Amanda Ghost learned her trade in theft, discovering how easy it was to steal from talented artists. Her playbook was the same every time: demand writing credits on songs that she never wrote, trick or threaten artists into giving her their publishing rights, and lie – about anything from her ethnicity, education, and even name.

She spun a clever web and hid behind a façade of charm and in a truly terrible turn of events, her manipulation skills landed her the role of CEO of Epic Records in 2009, which she was swiftly fired from in 2010 for "violent and aggressive conduct." Her rapid destruction of a respected company included the takedown of Sara Bareilles, Brandy, Shakira, and more. And while she again used her benefactor to scrub the internet of these facts, they can be found in this Hollywood Reporter article: https://www.hollywoodreporter.com/news/general-news/sony-music-exec-admits-radical-45996/

Failing in music she turned full pimp, reinventing herself as a theatrical producer alongside her husband while really procuring young women for

the pleasure of the extremely wealthy. Her lethalness and aptitude at this craft is evident in her actions since – as she continuously seeks out talented people across the industry to control and coerce.

As with any proper bawd, her behavior turns from love bombing to harassment if she doesn't get her way or she isn't in total control of her current prey. She'll call incessantly at all hours of the night, arrive on doorsteps, call representatives and co-workers to taunt and devalue, and pay for slander and libel to be spread like wildfire. Her appetite for destruction is insatiable as is her benefactor's, which is why she must work so hard to keep him happy and therefore herself under the radar.

This strain of constantly procuring women could explain her company UNIGRAM's financial loss of 4.7M pounds last year. And let's only hope the hookers made up for losing her financier $25M by mounting The Great Gatsby stage musical to simply reward an actress for remaining silent about the abuse she suffered at Ghost's hands.

On the opposite side of the coin, those that don't remain silent are harshly punished. Ghost is notorious for withholding artist's work from release. Rebel Wilson recently posted about this, and spoke about how her film The Deb is being withheld permission for its sale and premier at the Toronto Film Festival by Ghost. There's even whisperings that Ghost is currently withholding FKA Twigs' latest album despite not even being officially affiliated with Warner Music.

Why is she able to do this? Why can she lurk in the shadows? Her rich benefactor. Money goes a long way, especially when it comes to making sure things stay hidden on the internet. They've successfully been able to hide the multiple lawsuits against Ghost – including the current

litigation against her and her husband on their last film, Tetris. She is no longer even listed as a company director on the companies she claims to own. Her and her husband's limited, curated profiles online allow them to continue to behave badly and swallow up new and unassuming targets.

Not only are their personal reputations protected, they're able to attack those that don't fall into line or allow their intellectual property or safety to be taken from them. In exchange for women, this benefactor helps Ghost plant untrue stories and use attacks in the media as a threat, due to the billionaire's significant advertising spend at multiple publications. It's also the reason I have to write these things here, and cannot easily go to the press.

It's no wonder people like Margot Robbie and Baz Luhrmann choose never to work with Ghost again. She's rotten to the core.

And there's only been silence. People are scared. Her actions have caused talented people to become penniless, homeless, have mental and physical breakdowns. She's a con artist, a thief, and a pimp. She preys on talented people. She's as dangerous as she is cunning.

We have to ask ourselves the important questions, and encourage people in positions of power and in the press to do the same. Why is Amanda Ghost allowed to play procuress, affording her protection against the overwhelming evidence against her? What other dark secrets of this man is she hiding? What other dark secrets of hers are being hidden? Why do good looking women who work for Ghost and her husband go missing? Why is Ghost still allowed to assert power at Warner Music?

No more.

My hope is to rally together and share our stories, so that other artists don't have to endure the pain so many have already felt. So that young women aren't subjected to the emotional torture and physical violation of their predecessors. She's the worst kind of malignant demon that preys on the innocent. But finally, the truth will win. This is the end for Amanda Ghost.

If you have your own story to share, please help us put an end to this abuse: Contact Us

SOME OF THE PEOPLE IMPACTED BY AMANDA



Sara Bareilles

Amanda Ghost is a destroyer of worlds



Brandy



Shakira

Amanda Ghost is a destroyer of worlds



Margot Robbie



Baz Luhrmann



Rebel Wilson