# EXHIBIT E

The Wayback Machine - https://web.archive.org/web/20250117083835/https://alexanderbrothersextorted.com/

# ALEXANDER BROTHERS EXTORTED

Wow, I never thought that I would ever be in this position, but here I am.

Now, to be perfectly clear, I'm not a friend or fan of anyone involved directly, and personally, I think that everyone involved has skeletons; however, for reasons I can't explain, I have been privy to an enormous amount of information related to one of the most disturbing and elaborate conspiracies in history, in my humble opinion. Again, I don't have a dog in this fight, but I am directly connected to one of the individuals responsible for this (and other similar takedowns) effort to destroy the lives of Tal, Oren, and Alon Alexander in exchange for money/success and frankly put, this individual and those behind it are sinister.

I haven't been wronged by anyone involved and again, don't have a dog in the fight, but I have been asked to help in a digital capacity by one of the people extorting money from these guys and monetizing the disaster to improve their own life, but the only thing dumber than this person (who doesn't really know me) asking me to hack something for them (that's a crime idiot!), is them thinking that with all the peripheral players involved, one of us wouldn't do exactly what I'm doing…expose them all!

What I'm going to lay out for you is the way, and this was shocking for me too, exactly as this individual who hired me explained it to me…down to the whole "Crime Family" diagram of involvement. So, with that, I'm going to lay it out for you here. What I realized was, this IS a crime family of conspirators and while Tal Alexander, Oren Alexander, and Alon Alexander may be assholes, nobody deserves to have their families destroyed and extorted so some competitors and jilted women can make a few bucks or even, just get revenge.

Below is a raw, and purposely blank, diagram of the players involved…I will start by adding names and agendas for each as we go but this is a lot so be patient. At the end of this, you're going to have an elaborate breakdown of one of the most widespread, corrupt, and expensive 'takedowns' you've ever seen.

Lastly, one thing is certain, there are other people like me out there so if you'd like to contribute any information or insight, let me know here and at a very minimum, we can provide something that the media can actually look into and ask questions beyond the ones they are being fed by the people paying for play!

# CRIME BOSSES/CONSPIRACY LEADERS








Evan Torgan    Michael Willemin    Douglas Elliman    Amir Korangy

## CONSPIRATORS








Tracy Tutor    Samantha Drew Murphy    Renee Willett    Rebecca Mandel    Kate Whiteman    Angelica Parker (formerly Cecora)





Jessica Cohen    Lindsey Acree    Unnamed Accuser

## CO-CONSPIRATORS









Julian Shocron    Ronn Torossian    Amir Korangy    Stuart Slotnick    Sir Ivan    Howard Lorber

# MEDIA

     

[Amir Korangy & The Real Deal](#)    [Cindy Adams & The New York Post](#)

# PLATFORMS

     

[Reddit](#)

## Amir Korangy & The Real Deal

Amir Korangy is the owner of the Real Deal. And, as the owner of a large media outlet, Amir understands the need and importance of showing consistent growth. However, the issue with niche news is obtaining new subscriptions and/or followers is a tricky business. This is why their model is largely pay to play, based on the amount of advertising dollars companies or individuals spend with them. These two facts together, lays the foundation of why the outlet has provided an unprecedented amount of coverage on the ongoing situation with the brothers. To generate new subscribers in this current media landscape, you need clickbait articles that will reach outside your target audience. Hence why The Real Deal beca

THE place to get news on the Alexander brothers and their accusers. This provided an opportunity to show the kind of sustained, consistent growth Amir needed, regardless of whether the reporting was fully fact based, as it often was not.

Further, as Douglas Elliman is the largest sponsor of The Real Deal and the Alexander brothers never once advertised wi the medium, it allowed Amir to help Douglas Elliman take down a competitor and take up arms with their largest cash cov better Douglas Elliman does aka the less competition it has, the more money it can funnel into the Real Deal. Amir can gr his base and help his partners, by eliminating the competition in his coverage. It's a win, win.

## Douglas Elliman

The company itself has much to gain with the Alexander's fall from grace. While at the company themselves, they were some of the top agents. When they left to form their own company, they became a direct competitor.

We've heard rumblings that there were some short sellers who tried to drive down the price of Douglas Elliman stock when the company went public — which was at the same time the brothers left to start their own shop. In fact, these same short sellers for years tried to allude to misconduct taking place while the brothers were at the firm; the firm itself has several times said there was never any wrongdoing that took place. Despite this, removal of competition drives stock. It would be interesting to learn what happened to Douglas Elliman's when the stories broke.

## Evan Torgan

Evan Torgan is the attorney who originally filed the lawsuits for Mandel and Whiteman. He has however since lost Mandel as a client and moved over to Slotnick — who is a known friend and advisor of Ronn Torossian's. Despite the fact that only these two have filed suits, both for $50M (which has yet to be reported in the media as it makes it clear that this is extortion), Torgan touted broadly to the media that he "speaks with a new victim every day," and there would be several more coming forward.

To date, there have been no further individuals outside of Renee Willet, who's poor financial status is the likely determining factor in her decision to file a claim. In fact, Renee didn't move forward with a suit until she found Torgan's advertisements online and on social asking people to come forward. Torgan also — to establish a pattern that didn't exist — mimicked language in Willis' suit, to intentionally distort the truth.

## Michael Willemin

Michael Willemin has a lot to gain by aligning with this situation, as from his previous cases, understands the power and leverage of the media, and whose firm is known for bringing cases like this against high profile individuals and

companies, including Garth Brooks, James Dolan, Leon Black, and more. Wigdor's entire business model is shaking people down, damaging reputations in the media to reach settlements faster. The fact that they are representing Angelica Parker says it all. In fact, they also represented her in an almost identical situation, in the action against Oscar de la Hoya, which was dismissed by the judge for being without merit. As they took the loss on that, Michael quickly fabricated and aligned with this, following the amount of noise made in the media around the Alexander brothers — in a clear attempt to make some money after losing the de la Hoya case.

## Tracy Tutor

Tracy is best known for her role on Bravo's Million Dollar Listing. Not only is this what can be assumed as an attempt to heighten her fame and get the chance to "tell all" to Andy Cohen someday – but also an attempt to cover up her infidelity. Following an affair with a married executive at Douglas Elliman, it makes sense that to deflect from herself, she might create this kind of story. Plus, any chance to kick dirt on a competitor really is the kind of drama that might drum up additional screen time. Not to mention, a simple check of the Torrance California courthouse criminal records show her history of DWI and extenuating concerns.

## Samantha Drew Murphy

The simple fact of the matter is that Samantha cheated on her then boyfriend, now husband, and is stuck in a lie. She now must double down on that lie, for the sake of her relationship and social circle.

## Renee Willett

Renee Willett is a fraud in a family of fraudsters. Her father was accused of fraud. Her mother was found guilty of fraud. Not only did Renee actively pursue Oren Alexander or his brothers, but she also continued to do so after the alleged incident took place. The motivations are clearly blurry and can be exemplified through the juxtaposition in the filing and her conversation on the Got it From My Mama podcast.

## Rebecca Mandel

Rebecca Mandel never had relations with Tal Alexander or his brothers, despite the filing. She is married to a known South American criminal, who was involved in a bribery scheme in Guatemala with the ex-president of the country. Not only is this a scheme motivated by money, it was likely orchestrated by the husband, who came across the story online.

## Kate Whiteman

Kate Whiteman was a sex worker with a history of financial troubles, evictions, defaults, and was even sued by American Express. After overstaying her visa in the US, she had to return to Australia. The first individual to file a suit, Kate and Rebecca have mirrored money asks, at $50M. The motivation is, very clearly, a money grab.

## Angelica Parker

Angelica Parker (formerly Cecora) is a known sex worker and rumored drug dealer. She also has a well-publicized history of extortion. Bringing an eerily similar case against Oscar de la Hoya, which was dismissed by the judge for being without merit. The lawyer who represented Parker was Sal Stuzzullo, now deceased, who at the time of his death was facing criminal theft and fraud charges. Angelica's husband too was under scrutiny for alleged activities at their Hamptons home, which have been conveniently deflected away from him following Parker's suit and his speaking to the press on her behalf. The couple tellingly have a history of evictions that might be motivating their actions, one even taking place after the filing was completed.

## Jessica Cohen

Similar to Tracy Tutor, Jessica's motivations could likely be an attempt to kick dirt on a competitor or cover up a larger, personal secret. While we might never know for sure, but we do know that her allegations against Alon Alexander and his brothers are false.

## Julian Shocron

Julian Shocron is a known criminal, who has ties to Ronn Torossian – founder of 5W Public Relations.

## Ronn Torossian

Not only has Ronn been referred to as a "disreputable flack," "the public's worst ideas about what a PR person is," but also "loud, brash, more flash than substance, dirty, manipulative, amoral, and in the end, not particularly bright." The relationship between Julian and Ronn has been carefully hidden online – as a result of Julian's proclivity on the dark web, and Ronn's known navigation of the online space to do his own dirty dealings.

However the trail still exists – in shared followers on socials, in podcasts run by Julian's companies, and more.

Ronn also has an incredibly close relationship with Douglas Elliman, and with the Real Deal's Amir Korangy.

## Amir Korangy

Amir is the owner of the Real Deal, whose largest sponsor is Douglas Elliman. The Real Deal's coverage of the ongoing situation of the brothers is frankly, unprecedented in the sheer number of articles that have been published.

## Stuart Slotnick

Stuart is a known friend of Ronn's and represented Ronn following some legal troubles surrounding fraudulent websites. Stuart is also now representing Rebecca.

## Sir Ivan

Ivan and Angelica have a clear history of pursuing cases against wealthy individuals. This is clearly financially motivated, and we are told by insiders that Ivan, who is no stranger to investigations, is about to get a knock on his door with some very serious people who have questions about financial dealings back to the early aughts.

## Howard Lorber

## Cindy Adams & The New York Post

No one would argue with the fact that the New York Post is one of the most famous gossip publications of all time. What you could argue with, was the morality of Cindy Adams writing multiple, damning, opinion pieces on the Alexander brothers — when her longtime personal friend is Stuart Slotnick's father. It's a little too close to home to make me comfortable, from a journalist standpoint. Barry Slotnick, Stuart's father, has represented the likes of Joe Columbo, John Gotti, Berhard Goetz, and panamanian dictator Manuel Noriega.

So, in my estimation, having your close friend at The New York Post help your son's case doesn't seem outside the realm of possibility for the man who put John Gotti back on the street. The alleged "harassment" of the Mandel family Cindy wrote about, was in fact, the servicing of a subpoena to Mandel's husband. While he might not have enjoyed receiving it, it stands to the fact that that doesn't equate to harassment.

## Reddit

Reddit can be a resource and a weapon. It's unfortunate that the attorneys and those pulling the strings have chosen to use it as a weapon. Torgan even put Whiteman on the hunt for other women — not victims — who were interested in a payday. Reddit is where the narrative began and where it's taken hold; via bots as well as carefully positioned "anonymous users," who speak with media searching to build out or bolster their stories. You read that correctly, media are speaking with unverified, anonymous users on Reddit and reporting what they say as fact. I only hope people will wise up to this sooner rather than later.