

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Maxwell Breed**
Partner

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

November 17, 2025

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>*Jones et al. v. Abel et al.*</u>, No. 1:25-cv-00779-LJL

Dear Judge Liman:

On behalf of nonparty Katherine Case, we respectfully submit this response to the Jones Parties' Motion to Compel (Dkt. 166) to clarify the history of the supplemental subpoena and Ms. Case's position.

Two days after the Jones Parties transmitted their subpoena and accompanying letter (Dkt. 172-10), we responded, objecting to the subpoena's timing and scope (among other things), but noted our willingness to confer about a supplemental production (Breed Decl., Ex. A). We then conferred. We did so under the stated caveat that compliance may be limited by Ms. Case's obligations under her former employment agreement with The Agency Group PR LLC, the company owned by defendant Melissa Nathan, which agreement contains confidentiality and other restrictive provisions that could affect the scope of permissible production.

Against that backdrop, we arrived at an agreeable scope for production and gave notice to counsel for Ms. Case's former employer of the intended production, precipitating TAG's objection, a conference between party counsel, further correspondence, and now the Jones Parties' Motion to Compel. Ms. Case will proceed as the Court permits and directs, wishing to violate neither any directive of this Court nor any applicable contractual obligations.

                                              Respectfully,

                                              Maxwell Breed