UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE JONES, JONESWORKS LLC,

    *Plaintiffs*,

v.

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,

    *Defendants*.

Case No.: 1:25-cv-00779-LJL
Case No.: 1:24-cv-10049-LJL (lead case)

---

## DECLARATION OF MAXWELL BREED IN SUPPORT OF LETTER RESPONSE TO MOTION TO COMPEL

I, Maxwell Breed, under 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Pryor Cashman LLP, 7 Times Square, New York, New York 10036, and counsel of record for nonparty Katherine Case in this action.

2. I respectfully submit this declaration in support of Ms. Case's letter response to the Jones Parties' letter motion to compel compliance with a subpoena duces tecum served upon her (Dkt. 166).

3. A true and correct copy of Ms. Case's letter in response to the Jones Parties' subpoena is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated:  November 17, 2025<br>        New York, New York | /s/ *Maxwell Breed*<br><br>**PRYOR CASHMAN LLP**<br>Maxwell Breed<br>Daniel J. Pohlman<br>Parmida Enkeshafi<br>7 Times Square<br>New York, NY 10036<br>(212) 421-4100<br>mbreed@pryorcashman.com<br>dpohlman@pryorcashman.com<br>penkeshafi@pryorcashman.com<br><br>*Counsel for Nonparty Katherine Case* |