**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

November 17, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    **Re:**   *Jones, et al. v Abel, et. al.*, No. 1:25-cv-00779

Dear Judge Liman:

    On behalf of Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court permanently seal the redacted portions of the Wayfarer Parties' opposition to Plaintiffs Stephanie Jones and Jonesworks' ("Jones") motion to compel compliance with the untimely discovery subpoena seeking documents from third party Katherine Case.

    A version of the opposition has been filed publicly with certain portions redacted.  The redacted portions reflect the names of third-party clients of The Agency Group PR LLC, Melissa Nathan's company.  Those third-party clients are not parties to this case and have no relationship to the facts involved in this or the related action.  The names and identities of those third-party clients should be sealed because public disclosure would risk competitive and business harms to TAG and Melissa Nathan, and because their names and identities have no bearing whatsoever on the substance of this litigation.  Accordingly, the Wayfarer Parties respectfully request that the Court permanently seal the version of the opposition filed under seal.

                                      Respectfully submitted,

                                      */s/ Ellyn S. Garofalo*
                                      LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                      Bryan J. Freedman (*pro hac vice*)
                                      Ellyn S. Garofalo (*pro hac vice*)
                                      1801 Century Park West, 5th Floor
                                      Los Angeles, CA 90067
                                      Tel: (310) 201-0005
                                      Email: bfreedman@lftcllp.com
                                              egarofalo@lftcllp.com

469750.2

Hon. Lewis J. Liman
November 17, 2025
Page 2

                                               MEISTER SEELIG & FEIN PLLC
                                               Mitchell Schuster
                                               Kevin Fritz
                                               125 Park Avenue, 7th Floor
                                               New York, NY 10017
                                               Tel: (212) 655-3500
                                               Email: ms@msf-law.com
                                                                    kaf@msf-law.com

cc: all counsel of record (via ECF)

469750.2