UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
STEPHANIE JONES and JONESWORKS LLC,    :   Civ. Action No. 1:25-cv-00779-LJL
            Plaintiffs,                           :   rel. 1:24-cv-10049-LJL
                                                   :
v.                                                                 :
                                                   :
JENNIFER ABEL, MELISSA NATHAN, JUSTIN   :
BALDONI, WAYFARER STUDIOS LLC, and JOHN :
DOES 1-10,                                                         :
            Defendants.                           :
------------------------------------------------------------------ x

## DECLARATION OF KIM S. ZELDIN IN SUPPORT OF
## THE WAYFARER PARTIES' OPPOSITION TO
## STEPHANIE JONES AND JONESWORKS' MOTION TO COMPEL

I, Kim S. Zeldin, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties"). I submit this declaration in connection with the Wayfarer Parties' Opposition to Stephanie Jones and Jonesworks' Motion to Compel.

    2.    Exhibits B (bearing beginning Bates number KCASE-0000004949) and C (bearing beginning Bates number KCASE-000004957) to the Declaration of Kristin Tahler (Dkt. 170) were produced by third-party Katie Case on July 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2025

Los Angeles, CA

                                    By: */s/ Kim S. Zeldin*
                                    LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                    Kim S. Zeldin
                                    1801 Century Park West, 5th Floor
                                    Los Angeles, CA 90067
                                    Tel: (310) 201-0005
                                    Email: kzeldin@lftcllp.com

1