UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
STEPHANIE JONES and JONESWORKS LLC,  :
: Civ. Action No. 1:25-cv-00779-LJL
Plaintiffs,  : rel. 1:24-cv-10049-LJL
:
v.  :
:
JENNIFER ABEL, MELISSA NATHAN, JUSTIN  :
BALDONI, WAYFARER STUDIOS LLC, and JOHN  :
DOES 1-10,  :
:
Defendants.  :
:

## CERTIFICATE OF SERVICE

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and on this 18st day of November  2025, I caused a copy of the sealed **Wayfarer Parties' Opposition to Plaintiff's Motion to Compel** to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

Dated: November 18, 2025, 2025
      Los Angeles, CA

Rose Khatchikian

1

470219.1

## **PROOF OF SERVICE**
*Stephanie Jones, et al. v. Jennifer Abel, et al.*
Case No. 1:25-cv-00779-LJL

**QUINN EMANUEL URQUHART & SULLIVAN LLP**  *Attorneys for Plaintiffs/Counter*
Nicholas Inns  *Defendants Stephanie Jones and*
1300 I St NW  *Jonesworks LLC*
Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Maaren Alia Shah
Morgan Lindsay Anastasio
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com
morgananastasio@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer
Anthony King
Jonas Palmer Mann
767 S. Alameda Street, Suite 270
Los Angeles, CA  90021
Tel: 213-394-7979
Fax: 213-529-1027
Email: matthew@umklaw.com
anthony@umklaw.com
jonas@umklaw.com

2

470219.1