December 2, 2025

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

Pursuant to this Court's February 3, 2024 Order, ECF No. 21, Plaintiffs Stephanie Jones and Jonesworks LLC (together, the "Jones Parties") and Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC (together, the "Wayfarer Parties") respectfully submit this joint status update in advance of the scheduling conference on December 9, 2025.

**1.    Existing Deadlines.**  The current deadlines are as follows:

- December 22, 2025:  Deadline to exchange expert rebuttal reports, ECF No. 152;
- January 16, 2026:  Deadline to complete depositions of experts, *id.*

**2.    Outstanding Motions.**  The Jones Parties' motion to dismiss Wayfarer's amended counterclaims, ECF No. 53, remains outstanding.  The Jones Parties anticipate filing an amended complaint to conform to recently discovered evidence.

Jones Parties:  The Jones Parties have requested that the Wayfarer Parties advise whether they intend to stipulate to the amendment or oppose it.  In the event the Wayfarer Parties do not consent to amendment, the Jones Parties intend to move to amend for good cause shown as required by Rules 15 and 16.

Wayfarer Parties:  The request is premature as the Jones Parties only advised the Wayfarer Parties of their intent to amend on December 2, 2025.  Although the Wayfarer Parties requested a copy of the proposed amended complaint (with a redlined copy), the Jones Parties declined to provide either.  Further, the Court's scheduling order required all amendments to be filed by April 18, 2025.  ECF No. 21; 24-cv-10049, ECF No. 58.  The Jones Parties have not offered any facts demonstrating good cause for amending the complaint as required by Rule 16(b).

**3.    Discovery.**  The parties completed fact depositions on October 10, 2025.  Expert discovery is ongoing, with rebuttal expert reports due December 22, and expert depositions to be completed by January 16, 2026.  ECF No. 152.

**4.    Settlement.**  The parties will be prepared to discuss the status of settlement discussions with the Court on December 9.

**5.     Anticipated Length of Trial and Jury Trial.**  This case will be tried by a jury. The Jones Parties anticipate needing two weeks of trial time. The Wayfarer Parties estimate that trial will take three weeks.

**6.     Summary Judgment.**  The Jones Parties anticipate filing motions for summary judgment. The Wayfarer Parties anticipate filing motions for summary judgment. The Parties are prepared to schedule summary judgment, the proposed joint pretrial order, and trial during the conference on December 9.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| */s/ Ellyn S. Garofalo* | */s/ Kristin Tahler* |
| Bryan J. Freedman (admitted *pro hac vice*) | Kristin Tahler |
| Ellyn S. Garofalo (admitted *pro hac vice*) | 865 S. Figueroa Street, 10th Floor |
| Kim S. Zeldin (admitted *pro hac vice*) | Los Angeles, California 90017 |
| 1801 Century Park West, 5th Floor | (213) 443-3000 |
| Los Angeles, CA 90067 | kristintahler@quinnemanuel.com |
| (310) 201-0005 | |
| bfreedman@lftcllp.com | Maaren A. Shah |
| egarofalo@lftcllp.com | Morgan L. Anastasio |
| | 295 5th Avenue |
| MEISTER SEELIG & FEIN PLLC | New York, New York 10016 |
| Mitchell Schuster | (212) 849-7000 |
| Kevin Fritz | maarenshah@quinnemanuel.com |
| 125 Park Avenue, 7th Floor | morgananastasio@quinnemanuel.com |
| New York, NY 10017 | |
| (202) 655-3500 | Nicholas Inns (admitted *pro hac vice*) |
| ms@msf-law.com | 1300 I Street NW |
| kaf@msf-law.com | Suite 900 |
| | Washington, D.C. 20005 |
| SHAPIRO ARATO BACH LLP | (202) 538-8000 |
| Alexandra A. E. Shapiro | nicholasinns@quinnemanuel.com |
| Jonathan Bach | |
| Alice Buttrick | *Attorneys for Plaintiffs Stephanie Jones and* |
| 1140 Avenue of the Americas, 17th Floor | *Jonesworks LLC* |
| New York, NY 10036 | |
| Tel: 212-257-4881 | |
| ashapiro@shapiroarato.com | |
| jbach@shapiroarato.com | |
| abuttrick@shapiroarato.com | |

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*