**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

December 8, 2025

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: <u>***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL**</u>

   On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1-4, 6-8, 11, 13, 16-17, and 22-25 in support of the Jones Parties' Motion for Leave to Amend Their Complaint filed contemporaneously herewith, as well as those portions of the Motion and Proposed Amended Complaint that reference these exhibits. These exhibits contain information that has been designated as Confidential or Attorneys Eyes' Only by the parties pursuant to the protective order in this action. The Jones Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer and file any motion for continued sealing if they so choose.

   Additionally, the Jones Parties request that the Court permanently seal the names of non-parties in Exhibits 3-4, 6, 7-8, 11, 16, 22-25. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). If the Jones Parties' request is granted, they are prepared to file public versions of these documents with this information redacted.[1]

Respectfully submitted,

*/s/ Kristin Tahler*

---

[1] Personally identifying information has been redacted in Exhibits 5, 9, 10, 15, and 20 in accordance with this Court's order in *Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049-LJL, ECF No. 1027.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

DATED: December 8, 2025
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Stephanie Jones and Jonesworks LLC*