**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC, | Civil Action No. 1:25-cv-779 |
| Plaintiffs, | |
| -against- | |
| Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10 | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks LLC hereby move for leave to amend their complaint pursuant to Federal Rules of Civil Procedure 15 and 16. In support of this motion, Plaintiffs respectfully submit the accompanying Proposed Amended Complaint, Memorandum of Law, and Declaration of Kristin Tahler and accompanying exhibits, and rely on all prior pleadings and proceedings in this action.

DATED: December 8, 2025                    QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP


                                           By: */s/ Kristin Tahler*

                                           Kristin Tahler
                                           865 S. Figueroa Street, 10th Floor
                                           Los Angeles, California 90017
                                           (213) 443-3000
                                           kristintahler@quinnemanuel.com

                                           Maaren A. Shah
                                           Morgan L. Anastasio
                                           295 5th Avenue
                                           New York, New York 10016
                                           (212) 849-7000
                                           maarenshah@quinnemanuel.com
                                           morgananastasio@quinnemanuel.com

                                           Nicholas Inns (pro hac vice)
                                           1300 I Street NW
                                           Suite 900
                                           Washington, D.C. 20005
                                           (202) 538-8000
                                           nicholasinns@quinnemanuel.com

                                           *Attorneys for Plaintiffs Stephanie Jones*
                                           *and Jonesworks LLC*