UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC,<br><br>    Plaintiffs,<br><br>  -against-<br><br>Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10<br><br>    Defendants. | Civil Action No. 1:25-cv-779 |

### DECLARATION OF KRISTIN TAHLER IN SUPPORT OF STEPHANIE JONES AND JONESWORKS LLC'S MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, and counsel of record for Stephanie Jones and Jonesworks LLC ("Jonesworks" and with Jones the "Jones Parties") in the above-captioned action.

2. I respectfully submit this declaration in support of the Jones Parties' Motion for Leave to Amend Their Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of the Jones Parties' proposed amended complaint.

4. Attached as **Exhibit 2** is a true and correct copy of a redline comparing the proposed amended complaint to the Jones Parties' original complaint.

5. Attached as **Exhibit 3** is a true and correct copy of the Jones Parties' first requests for production on Melissa Nathan, dated March 6, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of the Jones Parties' second

1

requests for production on Melissa Nathan, dated July 16, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of a letter to the Wayfarer Parties' counsel, dated July 18, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of correspondence among counsel dated July 18, to 25, 2025.

9. Attached as **Exhibit 7** is a true and correct copy of correspondence among Melissa Nathan and others dated March 27, 2024, produced at NATHAN_000001746 on August 6, 2025.

10. Attached as **Exhibit 8** is a true and correct copy of correspondence among Melissa Nathan and others, dated March 28, 2024, produced at NATHAN_000001180 on August 6, 2025.

11. Attached as **Exhibit 9** is a true and correct copy of correspondence among counsel dated August 1, to August 11, 2025.

12. Attached as **Exhibit 10** is a true and correct copy of correspondence among counsel dated August 13, to August 15, 2025.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the deposition of Katie Case, taken on September 5, 2025.

14. Attached as **Exhibit 12** is a true and correct copy of the website https://web.archive.org/web/20250117083835/https://alexanderbrothersextorted.com/.

15. Attached as **Exhibit 13** is a true and correct copy of correspondence between Katie Case and Melissa Nathan, dated August 5, to 6, 2024, produced at KCASE-000004949.

16. Attached as **Exhibit 14** is a true and correct copy of the website https://web.archive.org/web/20241107161651 /https://amandaghostsucks.com/.

17. Attached as **Exhibit 15** is a true and correct copy of correspondence among counsel dated September 8, to September 9, 2025.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan, taken on September 30, 2025.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, taken on October 10, 2025.

20. Attached as **Exhibit 18** is a true and correct copy of an audio recording taken on or about August 8, 2024, produced at HEATH_000054034 on October 5, 2025.

21. Attached as **Exhibit 19** is a true and correct copy of excerpts from the transcript of the deposition of Jamey Heath taken on October 9, 2025.

22. Attached as **Exhibit 20** is a true and correct copy of the expert report of Brian W. Horton, dated November 21, 2025.

23. Attached as **Exhibit 21** is a true and correct copy of the declaration of Melissa Nathan filed in *Ghost, et al. v. Wilson*, in the Superior Court of the State of California, County of Los Angeles, No. 24STCV17314, dated October 30, 2025.

24. Attached as **Exhibit 22** is a true and correct copy of the response to the subpoena issued by the Jones Parties to Namecheap.

25. Attached as **Exhibit 23** is a true and correct copy of the response to the subpoena issued by the Jones Parties to Hostinger International Ltd.

26. Attached as **Exhibit 24** is a true and correct copy of the response to the subpoena issued by the Jones Parties to Pinterest.

27. Attached as **Exhibit 25** is a true and correct copy of the response to the subpoena issued by the Jones Parties to Meta Platforms (Facebook).

28. On September 10, 2025, the Jones Parties requested that the Wayfarer Parties conduct supplemental searches of Nathan's files for documents relating to the Jones Defamatory

Websites, including for documents reflecting payments made in connection with the Websites. The Wayfarer Parties declined and stood by Nathan's production as complete.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| DATED:  December 8, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By :  _/s/ Kristin Tahler_<br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (_pro hac vice_)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>_Attorneys for Third-Party Defendant Jonesworks LLC_ |