# EXHIBIT 9

| From: | Jason Sunshine <jsunshine@lftcllp.com> |
|---|---|
| Sent: | Monday, August 11, 2025 5:00 PM |
| To: | Morgan Anastasio |
| Cc: | Nicholas Inns; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah; Kristin Tahler; Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Theresa Troupson; Summer Benson; Cortni Davis; Christina Puello; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian |
| Subject: | RE: Jones v. Abel - Search Terms |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

We agree to apply these search terms.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

From: Morgan Anastasio <morgananastasio@quinnemanuel.com>
Sent: Monday, August 11, 2025 10:24 AM
To: Jason Sunshine <jsunshine@lftcllp.com>
Cc: Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>;

mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason – see attached. I will revert on timing for the non-responsive redactions we discussed.

Thanks,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Monday, August 11, 2025 1:01 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Morgan,

For clarity, can you please send a redline of the counter-proposal?

As discussed, we expect to make a supplemental production today or tomorrow that will include properly designated re-productions of the Wayfarer Parties' redactions, as well as the document corresponding to entry 310 on the Wayfarer Parties' privilege log.

When should we expect to receive the documents Jonesworks has agreed to un-redact?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
█████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, August 11, 2025 8:32 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason,

While we are okay with several of your edits, we cannot accept the following, which would exclude responsive information we either know exists or is highly likely to exist.

- Term 1: Removal of "Daily Mail," DM, █████████
- Term 3 in full
- Terms 8, 9: Removal of Melissa Nathan as custodian

Removing your narrowing edits on these terms will also result in minimal additional burden to the Wayfarer Parties. Searching Melissa Nathan as a custodian for Term 9 and searching Term 3 as proposed by the Jones Parties, for instance, results in only approximately 600 total additional hits.

Given tomorrow's deadline, please let us know by 5 pm ET today whether you will agree to remove your narrowing edits to Terms 1, 3, 8, and 9 as specified above or we will consider the parties at an impasse on this issue and need to file a motion to compel.

Best,
Morgan

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Saturday, August 9, 2025 3:38 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

Attached are the hit reports. As before, these are designated "Confidential" under the protective order.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Friday, August 8, 2025 8:55 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason,

Please send us the corresponding hit report.

Thanks,
Morgan

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, August 8, 2025 9:03 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

Attached is our counter-proposal. If these are acceptable, we will proceed.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
█████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemuel.com>
**Sent:** Friday, August 8, 2025 12:21 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemuel.com>; Kristin Tahler <kristintahler@quinnemuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Thanks, Jason. You can use Kristin's /s/ and please just add (admission pending) for me.

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, August 8, 2025 2:18 PM
**To:** Morgan Anastasio <morgananastasio@quinnemuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemuel.com>; Kristin Tahler <kristintahler@quinnemuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

I've attached a proposed joint letter for your review and approval. Let me know whose /s/ should be inserted.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Friday, August 8, 2025 10:57 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Thanks, Jason. Please prepare a letter to that effect for our review.

Further to our discussions, we have taken another look at the non-responsive redactions noted below.  The Jones Parties agree to remove the non-responsive redactions to Jonesworks_00039444 at pages 1, 2, and 6, and will also adjust the non-responsive redaction to Jonesworks_00040366 at page 2. The other redactions you point out are, as we discussed on our conferral, conversations related to Jonesworks' other business or otherwise not responsive or relevant to this action.  The Jones Parties have similar questions about certain of the Wayfarer Parties' redactions but are not able to meaningfully evaluate your redactions until we receive your re-production with redactions compliant with the ESI protocol. To that end, we request your re-production by August 15.  We also request the production of item 310 from the privilege log by Monday.

Regarding the privilege log, to prioritize the Wayfarer Parties' re-production and in light of your agreement to assess individual privilege log entries we may raise, without waiving any rights, we do not request the Wayfarer Parties add an additional column specifying the privilege holder at this time.

Thank you,
Morgan

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, August 8, 2025 1:20 AM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

We agree to a mutual extension until Tuesday.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285

Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

On Aug 7, 2025, at 7:37 PM, Morgan Anastasio <morgananastasio@quinnemanuel.com> wrote:

Jason,

Thank you for the update. We can agree to a short extension, but a week is too long a delay given our need for responsive documents prior to the upcoming depositions. We will agree to an extension until Tuesday, with oppositions due Friday.

We will revert on the non-responsive redactions and privilege log in the morning.

Best,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Thursday, August 7, 2025 9:00 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Morgan,

We are still evaluating these terms and expect to have a counter-proposal tomorrow. I think it makes sense to jointly request a further 1-week extension of the motion to compel deadline so that we can continue to hash this out. I don't expect it to take nearly that long, but the looming deadline is an impediment. As indicated, we are willing to run additional terms; the only remaining issue is exactly which ones and across which data sets and custodians. Let me know if you agree.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
█████████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Jason Sunshine
**Sent:** Thursday, August 7, 2025 3:07 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler

<kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Morgan,

We are evaluating the terms with our vendor and will revert.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
███████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Thursday, August 7, 2025 2:28 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Thanks, Jason.  To confirm, our proposal yesterday was to run term 1 across mobile only, and terms 5–7 across mobile only, so long as any agreements or contracts with or among Nathan, Baldoni, Wayfarer, TAG, and RWA are searched for and provided separately.  It looks like those terms on the computer searches result in over 30,000 hits, but those should be excluded under our latest proposal.

For mobile searches, we would propose you run the August 6 search terms, but review only the parent text chain document for responsiveness, and produce it and its family if it is responsive,

which would reduce your review by over 17,000 documents. With those adjustments, that should bring the total to review to under 18,000, which we view as reasonable given the circumstances.

Confirming Jonesworks re-produced the documents produced to Vanzan in response to the subpoena, and that we ran search terms across Ms. Abel's phone and produced documents from her phone with metadata, pursuant to the ESI protocol, separate from the Vanzan documents.

We also are designating the proposed search terms sent to you on August 1 and August 6 as confidential pursuant to the protective order.

Thanks,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Thursday, August 7, 2025 4:35 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

==[EXTERNAL EMAIL from jsunshine@lftcllp.com]==

Morgan,

Thank you for the call this morning.

"Groups" are equivalent to "families," meaning they include attachments, gifs, etc. The hit reports for your new proposed search terms are still overly inclusive as would require a review of an additional approximately 65,000 documents. See attached (designated "Confidential" pursuant to the Protective Order).

We are working on a counterproposal to circulate.

You and Mr. Inns represented that in the bates range from 1-12,250, Jonesworks re-produced the documents Jonesworks produced to Vanzan in response to the subpoena using UFDC. You could not explain why Lively and Vanzan produced approximately 4,800 less pages. We will separately ask Lively's counsel and copy you on that communication.

You also advised that you applied search terms across Ms. Abel's phone for a separate, ESI Stipulation-compliant production and that all documents in the Vanzan production should therefore be included in Jonesworks 12,251-41,596. We will review the documents and get back to you.

We also await your follow-up regarding (i) Jonesworks' position on the challenged redactions identified in my previous email and (ii) whether Jonesworks stands by its request that the parties mutually modify their privilege logs to include an additional column specifying the privilege-holder.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
██████████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Thursday, August 7, 2025 8:11 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason,

Regarding your questions about the Jones Parties' privilege log:

1. ██████████████ is employed at Quinn Emanuel; ██████████ is an independent consultant who Jonesworks considered retaining in connection with Ms. Abel's termination; and ████████ ████ and ████████████ were employees of Jonesworks at all relevant times.

2. ████████ and ████████████ ████████████ are consultants retained by Jonesworks at all times relevant to the privilege log.

3. ████████████████████████████ are consultants retained by Jonesworks at all times relevant to the privilege log.

4. That appears to be from a technical error in converting the document. The individuals for log #267 are the same as #266: ████████████████████ Stephanie Jones; ████████ ██████████████████████ ████████

5. These messages reflect legal advice given to Jonesworks, and the privilege belongs to Jonesworks.  The inclusion of Ms. Abel on these messages while she was employed at Jonesworks does not waive that privilege, nor make her entitled to these Jonesworks' privileged documents now.  That is especially so given that Ms. Abel is now adverse to Jonesworks and

represented by the same counsel as several other individuals who were never entitled to any Jonesworks' privileged documents.

Talk soon,
Morgan

---

**From:** Morgan Anastasio
**Sent:** Thursday, August 7, 2025 8:54 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Thanks, Jason, I'll send a zoom shortly.

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 6, 2025 11:10 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Jones v. Abel - Search Terms

[EXTERNAL EMAIL from jsunshine@lftcllp.com]

Morgan,

We will review these new proposed terms and revert. I can confirm that we conducted a manual review where required by the ESI stipulation. Confirmed for tomorrow at 12 EST. Can you send a Zoom link?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
█████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, August 6, 2025 8:02:21 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com <matthew@umklaw.com>; anthony@umklaw.com <anthony@umklaw.com>; jonas@umklaw.com <jonas@umklaw.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason,

Thank you for the hit report. Based on the results, we identified the terms that appeared to be hitting on a large number of documents and have adjusted those terms and/or the scope of the custodial sources to be searched accordingly.  That revised proposal is attached.  Please let us know if you agree to this narrowing proposal or provide an updated hit report as soon as possible.

Regarding the mobile searches, can you please confirm what the "groups" are and whether they include photo attachments, icons, and the like?

We also await your confirmation on whether you conducted a manual search as required by the ESI protocol, which we initially requested by Friday August 1. It is not clear why the Wayfarer Parties have been unable to confirm they abided by the parties' agreement.

Acknowledging your agreement to re-produce the redacted documents with the designations as specified in the ESI Protocol and remove item 310 from the privilege log and produce the document.

We are available tomorrow at 12 pm et and will revert on the remaining issues before we speak.  We are happy to discuss the Vanzan issue and well as Ms. Abel's phone on our call, though we again note that we produced the contents of Ms. Abel's phone to the extent they were responsive to other RFPs.

Best,

Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 6, 2025 8:48 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

==[EXTERNAL EMAIL from jsunshine@lftcllp.com]==

Morgan,

This email responds to the remaining issues.

First, we will re-produce the redacted documents with the designations as specified in the ESI Protocol (i.e., non-responsiveness, privilege, personal identifying information, etc.).

Second, as to the privilege log, the Wayfarer Parties maintain that their log adequately apprises Jones and Jonesworks of the basis for each assertion of privilege and who is asserting it. It also bears emphasis that the format of the Wayfarer Parties' privilege log is substantially identical to that of Jones and Jonesworks. We are prepared to consider the inclusion of an additional column specifying who, precisely, is invoking the privilege, but we request that any such addition be mutual.

Third, we agree to remove item 310 from the privilege log and produce the document.

Separately, we still await your substantive response regarding the privilege log. Specifically, the Wayfarer Parties posed a number of questions regarding Jones and Jonesworks' assertions of privilege, including the identities and affiliations of ████████████████████████ and ███; when and by whom ████████████████████████ and ███████ were retained; and the basis for withholding or redacting communications that include Jennifer Abel, who is an adverse party.

Finally, you claim that Jonesworks produced pages 1-12,250 as PDFs because that is the way you produced them to Vanzan. If, in fact, you produced the documents as images to Vanzan and are merely producing exactly what Jonesworks produced to Vanzan, then the number of pages and the order of the documents should match up exactly. They do not. The number of pages in Vanzan's production and Lively's production was approximately 4,837 less than what Jonesworks says was produced to Vanzan. This makes no sense and perhaps can be cleared up by phone.

The documents and communications from Ms. Abel's phone are responsive not only to RFP No. 131 (relating to the Vanzan subpoena), but also to RFP Nos. 3, 4, 45, 47-52, 57-73, 84-87, 100, 102, 136-137,

139, 157, 159-164, 179, 181-182, 185, 187, 189, 192-192.  As such, each of the documents produced in PDF must also be produced separately with the required ESI.

I am available to meet and confer tomorrow at 9 a.m. PST.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
██████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Jason Sunshine
**Sent:** Wednesday, August 6, 2025 12:24 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Morgan,

I've attached the "hit reports" of Jonesworks' proposed search terms. The Wayfarer Parties provide these documents—which are designated as "Confidential" pursuant to the protective order—without prejudice to their objections to the proposed terms which, as indicated, yield approximately 70,000 *additional* hits. I will revert back regarding the other issues by the close of business today and await a response concerning your clients' privilege log.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
██████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, August 6, 2025 6:52 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

Jason,

***Search terms.*** We again disagree with your recitation of the parties' history regarding search terms. After you raised search terms for the first time two weeks before the substantial completion deadline, we mutually agreed to re-visit search terms in the event one of our productions was deficient. For all the reasons in our July 18 letter and discussed on subsequent conferrals, the Wayfarer Parties' production both as of the July 1 substantial completion deadline and July 25 completion deadline is deficient. The Jones Parties did not wait to "rais[e] this issue a few days before motions to compel were due" as you claim, but in our July 18 letter when we requested that you run additional search terms in light of your deficient production. During our July 22 conferral, you refused to run or provide a hit report on the search terms proposed in our July 18 letter, but you later agreed to provide the search terms you ran if the Jones Parties provided the same. We agreed. We received your search terms on July 25, but did not receive your hit report on those terms until July 30—days past the parties' agreed deadline. The Jones Parties could not adequately assess your search terms without both those pieces of information, and once received we promptly conferred on July 31, during which time we raised the issues with the Wayfarer Parties' search terms noted in my August 1 email. That August 1 email included our proposal with substantially narrowed terms from our July 18 proposal. While we appreciate your offer to consider another proposal, as you know, we are not able to meaningfully evaluate our proposed terms based solely on an aggregate number, which is why we requested a hit report if you declined our proposal. We reiterate that request. Given that you already ran the terms and have a total hit number, sending that report should not be at all burdensome. Please therefore provide it no later than 5 pm ET today to ensure any meet and confer is productive.

We also reiterate our request you confirm that you conducted manual searches as required by the ESI protocol.  Please do so by 5 pm ET today.

***Vanzan documents.***  Regarding the documents at Bates range Jonesworks_00000001 to Jonesworks_00012250, that entire range are the documents that Jonesworks produced in response to the subpoena issued to it by Vanzan Inc, which includes text messages, email reports, and attached and embedded files including, for example, icons that, because of the way the documents were processed for production and to ensure a comprehensive production, were often imaged separately as family members of the text message threads of which they were part.  Regarding the metadata, we are not entirely following what you are asking for.  We have produced these documents in response to your request that Jonesworks produce its response to Vanzan's subpoena, so have produced them in the same format in which they were delivered to Vanzan.  We do not now have a way to add metadata to those documents, especially where the Cellebrite report process used to generate them does not include metadata for the contents (because, for example, some of the reports include messages from numerous people spanning a period of time).  Where the contents of the documents produced to Vanzan were also responsive to the Wayfarer Parties' discovery requests, we have already produced documents including that content in accordance with the ESI protocol.  As just one example, JONESWORKS_00013228 is the RSMF version with metadata (per the ESI protocol) of the messages in JONESWORKS_00000001.  We hope this resolves this issue.

***Redactions.***  Your complaint about the Jones Parties' non-relevance redactions is curious given the Wayfarer Parties' ubiquitous redactions applied across their own productions and the terms of the stipulated and court-ordered ESI protocol, which expressly provide that the producing party "may redact the non-responsive material as provided herein and produce the responsive content" "[w]here a Document contains both responsive and non-responsive content," so long as "[a]ny non-responsive redactions shall be clearly indicated on the face of the Document with the redaction designation making clear the reason for the redaction (*e.g.,* 'Redacted – NR')."  ECF No. 67 IV(4).  The redactions you highlight below were redacted as not responsive in accordance with the ESI Protocol.  The Wayfarer Parties' redactions, in contrast, violate the ESI protocol, using black-box redactions with no distinction for privileged, non-responsive, or PII redactions.  Please confirm the Wayfarer Parties will promptly remedy their improper redactions to comply with the ESI protocol.

***Privilege log.***  Finally, as noted during our conferral, the Wayfarer Parties' privilege log—which purports to cover both the *Lively* and *Jones* actions and all your clients across those two actions—does not provide sufficient information for the Jones Parties to assess the claims of privilege.  *Chevron Corp. v. Donziger*, 2013 WL 4045326, at *2 (S.D.N.Y. Aug. 9, 2013) (Privilege logs must "provide [] information about the nature of the withheld documents sufficient to enable the receiving party to make an intelligent determination about the validity of the assertion of the privilege.") (cleaned up).  When multiple defendants are involved, privilege logs must identify which defendant is asserting privilege over each document.  *Sulaymu-Bey v. City of New York*, 372 F. Supp. 3d 90, 94 (E.D.N.Y. 2019) ("The failure to provide sufficiently descriptive information in a privilege log may result in a finding that the proponent of the privilege has not satisfied its burden.") (quoting *Certain Underwriters at Lloyd's v. Nat'l R.R. Passenger Corp.*, 2017 WL 1232526, at *6 (E.D.N.Y. Feb. 17, 2017)); *Siegmund v. Xuelian Bian*, 2018 WL 3725775, at *6 (S.D. Fla. Aug. 1, 2018) ("By failing to provide sufficient information to aid the Court in deciphering which party is asserting the privilege and what the contours of the communication are, Sidley has not carried its burden to show that the communications withheld are in fact privileged or protected.").  Contrary to your statements during our conferral, the information regarding the participants on each communication is not sufficient to determine who is asserting the privilege over each of the 336

entries on the log.  Despite this, certain entries appear to be patently improper, including entry 310 at least because it is not possible to tell who is asserting the privilege, but even if all were, as of September 16, 2024, there was no common interest among the listed individuals.  To allow the Jones Parties to meaningfully assess this entry as well as your other claims of privilege, please promptly confirm for each entry you will identify the specific defendant(s) asserting privilege.

We will respond separately on your new questions regarding the Jones Parties' privilege log.  We can be available to meet and confer tomorrow morning after we have received and have had time to review your hit report. Please let us know your availability.

Best,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Tuesday, August 5, 2025 9:45 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel - Search Terms

[EXTERNAL EMAIL from jsunshine@lftcllp.com]

Counsel:

We are reviewing Jones and Jonesworks' privilege log.  To assist us in evaluating the assertions of privilege, please provide the following information:

1. The identities and affiliations of ▮▮▮▮▮▮ (log #46), ▮▮▮▮▮▮ (log #145), ▮▮▮▮▮ (log #192-194; JONESWORKS_00040299; JONESWORKS_00040304; JONESWORKS_00040312), and ▮▮▮▮▮▮ (JONESWORKS_00037311);
2. The date ▮▮▮▮▮▮ and ▮▮▮▮▮▮ were retained and who retained them;
3. The date when ▮▮▮▮▮▮ were retained and by whom (log #146; JONESWORKS_00038876);
4. Why no individuals are listed in log #267;
5. The basis for withholding or redacting communications that include Jennifer Abel who is a defendant and counterclaimant (#173-174; JONESWORKS_00039602; JONESWORKS_0003960; JONESWORKS_00039631; JONESWORKS_00037311).

Further, we are awaiting your response to yesterday's inquiry regarding Jonesworks' production, including the lack of metadata with respect to materials from Ms. Abel's phone and a substantial number of improper redactions based on purported non-responsiveness.

We also re-iterate our invitation to further meet and confer regarding, per your request, the application of additional search terms to obviate the need to file motions with the Court.

What is your availability tomorrow to meet and confer on the above?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
████████████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Jason Sunshine
**Sent:** Monday, August 4, 2025 7:13 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Search Terms

Morgan,

This email follows our meet and confer email exchange last Thursday, July 31st.

As you recall, in June we asked you to meet and confer to agree to search terms that both parties would use to conduct the document review.  You declined our invitation.  On Thursday, July 31st, you provided us with search terms and asked us to conduct a search based on those terms; however, the terms you requested are too broad and disjunctive. These terms would require the review of around 70,000 additional documents. Given the Court's Case Management and Scheduling Order, which required the parties' final document production to be substantially completed by July 1, 2025 and completed by July

25, 2025 raising this issue a few days before motions to compel were due is unreasonable.  We are, however, willing to consider a more reasonable proposal to conduct an additional search.

Separately and as previously stated, documents bates-labeled Jonesworks_1 to 12250 do not have any metadata.  You previously indicated that this is because that bates-range of documents includes the production of documents to Vanzan, which did not include metadata when produced to Vanzan.  As requested, please provide the bates-numbers for the documents Jonesworks produced in response to the Vanzan subpoena (according to Lively this was no more than 7,315 pages).  To the extent that documents falling within this bates-range were not documents produced to Vanzan, please provide us with the metadata for those documents.  Further, produce all of the documents that were produced to Vanzan separately with its accompanying metadata. The fact that the documents were produced to Vanzan without metadata does not obviate the requirement that Jonesworks comply with the ESI stipulation in this case.

In addition, documents in Jonesworks' second production were improperly redacted as "non-responsive" or "NR," without further explanation.  These documents include information about highly relevant topics including:  Abel's telephone (Jonesworks 38969-70, 39445-46, 39449, and 40367-68), Wayfarer/Baldoni (39590-92, 40065) and Abel (39787).  In the middle of such highly relevant documents, Jonesworks unilaterally removed information.  In the Second Circuit, a party may not redact information from admittedly responsive and relevant documents "based on that party's unilateral determinations of relevancy." *Christine Asia Co. v. Alibaba Grp. Holding Ltd.*, 327 F.R.D. 52, 54 (S.D.N.Y. 2018) (citation omitted).  Accordingly, please reproduce all documents Jonesworks unilaterally redacted (the list provided here is not exhaustive).

Thanks,
Jason


Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
██████████████
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from fillp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemuel.com>
**Sent:** Friday, August 1, 2025 11:05 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson

<sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** Jones v. Abel - Search Terms

Jason,

As discussed yesterday, please find attached our proposed search terms.

These modifications from and additions to the search terms you ran are necessary to identify documents responsive to the Requests for Production, all of which the Wayfarer Parties agreed to produce documents in response to. As discussed on our conferral, the search terms you ran in the first instance artificially limit the Wayfarer Parties' review and resulting production by identifying only documents that include an express reference to Stephanie Jones by her full name or Jonesworks. The document requests—and the Wayfarer Parties' responses to them—have no such limitation, nor is such a limitation reasonable. Overuse of quotation marks also likely excluded a large number of relevant documents. For example, only searching for full names within quotation marks excludes any reference to those same individuals by first name, nick name, or initials. Your use of quotation marks also effectively negated other several terms. For example, you included as search terms "termin*" and "resign*" which would not capture variations on those words (like terminating, terminated, resignation, or resigns, as the inclusion of * is meant to do), but would only result in documents where the literal word termin* or resign* with the asterisk was used. Your search terms also did not include sufficient terms to capture documents responsive to all the Jones Parties' document requests. For example, and as we discussed, several requests seek documents related to solicitation of Jonesworks' clients. Despite text messages cited in the Jones Parties' complaint from Ms. Nathan to Ms. Abel stating "once you are gone – we will be on accounts together and make really good money" and "take this fucking client," you could not identify any search term used that would have captured these text messages or other discussions about taking Jonesworks' clients.

Accordingly, by EOD Monday, please confirm that you will run the search terms as in the attached or provide us with a counterproposal that addresses the issues noted above and that we discussed during our conferral, along with a hit count for both our attached proposal and your counter. Please also confirm by EOD today that you complied with the manual search requirements specified in the ESI protocol.

Thank you,
Morgan

**Morgan L. Anastasio**
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader

of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| Term No. | Custodian(s) | Search Term | August ~~86~~11, 2025 Proposal |
|---|---|---|---|
| 1 | Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC | ("Jonesworks" OR Jones OR SJ OR Steph* OR "JW") AND (employ* OR agreement OR contract OR confidential* OR loyal* OR non-compete OR non-solicit* OR solicit* OR poach* OR proprietary OR "business list" OR "marketing strategies" OR (marketing /2 strategy) OR depart* OR "last day" OR separat* OR resign* OR termin* OR leav* OR quit* OR fire* OR "financial information" OR RWA OR "The Agency Group PR LLC" OR "Agency Group" OR TAG OR Melissa OR Nathan OR Justin OR Baldoni OR ████████████ ██████████████ OR Wayfarer █ OR ████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ Lively OR Blake OR BL OR MN OR ~~Melissa OR Nathan OR~~ IEWU OR "It Ends With Us" ~~OR "Daily Mail" OR DM~~ █████████████) | To be run as is across mobile, including iMessage, WhatsApp, and Signal, only |
| 2 | | Stephaniejoneslies OR stephaniejonesleaks OR hostinger OR Namecheap | To be run as is across mobile, including iMessage, WhatsApp, and Signal, and computer |
| 3 | | ("Street Relations" OR Jed OR Wallace) AND (campaign* OR bot* OR contract* OR agreement* OR pay* OR "Blake Lively" OR Steph* OR Jones OR "It Ends With Us" OR IEWU OR Reddit OR social* OR post* OR Reddit OR social* OR post*) | To be run with narrowing edits on mobile, including iMessage, WhatsApp, and Signal, and computer |
| 4 | ~~Melissa Nathan~~ Justin Baldoni | (RWA OR Jen* OR Abel OR "rwacommunications.com") AND (employ* OR agreement* OR contract OR terminat* OR depart* OR leav* OR quit* OR fire* OR | To be run with narrowing edits on mobile, including iMessage, WhatsApp, and Signal, and computer |

CONFIDENTIAL

| | Wayfarer Studios LLC | confidential* OR loyal* OR non-compete OR compete OR non-solicit* OR solicit* OR pay* OR invoice OR "statement of work") | |
|---|---|---|---|
| 5 | | (RWA OR Jen* OR Abel OR "rwacommunications.com") AND (crisis OR rep* OR PR OR press OR agreement* OR contract* OR pay* OR engage* OR invoice OR plan OR strateg*) | To be run across mobile, including iMessage, WhatsApp, and Signal, but not email, provided that any agreements or contracts with or among Nathan, Baldoni, Wayfarer, TAG, and RWA are searched for and provided separately |
| 6 | Jennifer Abel Justin Baldoni Wayfarer Studios LLC | (TAG OR "Agency Group" OR MN OR Melissa OR "theagencygroup.com") AND ((crisis OR rep* OR "PR" OR press OR agreement* OR contract* OR pay* OR engage* OR invoice OR plan OR strateg*) OR (("Jonesworks" OR Jones OR SJ OR Steph* OR "JW") AND (pay* OR invoice))) | To be run across mobile, including iMessage, WhatsApp, and Signal, but not email, provided that any agreements or contracts with or among Nathan, Baldoni, Wayfarer, TAG, and RWA are searched for and provided separately |
| 7 | Jennifer Abel Melissa Nathan | (Wayfarer OR Justin OR Baldoni) AND (crisis OR represent* OR "PR" OR press OR agreement* OR contract* OR pay* OR engag*) | To be run across mobile, including iMessage, WhatsApp, and Signal, but not email, provided that any agreements or contracts with or among Nathan, Baldoni, Wayfarer, TAG, and RWA are searched for and provided separately |
| 8 | Jennifer Abel Melissa Nathan | ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ((gone OR leav* OR tak* OR poach*) /6 client*) OR ((gone OR leav* OR tak* OR poach*) /6 account*) | To be run with narrowing edits on mobile, including iMessage, WhatsApp, and Signal, and computer |

Formatted Table

CONFIDENTIAL

| 9 | | ███████████ OR "Business Insider" OR BI | To be run for the time period before August 22, 2024, across mobile, including iMessage, WhatsApp, and Signal, and computer |
|---|---|---|---|
| 10 | Jennifer Abel (before August 23, 2024) | RWA OR Maverick OR Mav* OR "rwacommunications.com" | To be run as is across mobile, including iMessage, WhatsApp, and Signal, and computer |

CONFIDENTIAL