# EXHIBIT 20





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

-------------------------------------------------------X

STEPHANIE JONES, JONESWORKS LLC,

          Plaintiffs,

    -v-

JENNIFER ABEL, MELISSA NATHAN, JUSTIN
BALDONI, WAYFARER STUDIOS LLC, JOHN DOES
1–10,

          Defendants.

-------------------------------------------------------X

Case No. 1:25-cv-00779-LJL (S.D.N.Y)

**EXPERT REPORT OF BRIAN W. HORTON FOR
STEPHANIE JONES AND JONESWORKS LLC**

1. I, **Brian W. Horton**, was engaged by **Quinn Emanuel Urquhart & Sullivan, LLP** ("Counsel") to conduct a digital-forensic assessment relating to online material referencing several named subjects. I was asked to examine publicly accessible web domains and social-media properties and provide expert analysis regarding their technical characteristics, including any observable patterns in authorship, publication behavior, infrastructure, or backlinking activity. My assignment was limited to technical analysis of the materials provided by Counsel, publicly accessible data, and artifacts collected in the course of the assessment.

2. **Qualifications.** I am the Founder and Managing Director of Breadcrumb Cybersecurity, where I oversee digital-forensics investigations, digital evidence acquisition, timeline reconstruction, penetration testing engagements, M&A risk assessments, regulatory compliance initiatives, and managed security operations. I have spent my career supporting organizations' technology and cybersecurity needs across the United States, advising multinational companies, government entities, nonprofit organizations, and clients across industries including legal, healthcare, agriculture, engineering, utilities, banking, manufacturing, education, retail, and commercial development.

   My professional experience includes more than two decades of digital-forensics and cybersecurity consulting. Prior to founding Breadcrumb Cybersecurity in 2016, I served as Chief Technology Officer for DarkBlue Cybersecurity, Director of Government Affairs for TekTegrity (Innovative I.T.), founder of Innovative I.T., Inc., and a private-sector technology consultant. My work regularly involves digital-forensic investigations, data-breach response, OSINT analysis, network penetration testing, and technical advisory services in cyber-incident matters.





I hold the following industry certifications:
-- CISSP – Certified Information Systems Security Professional
-- GLEG – GIAC Law of Data Security & Investigations
-- GCFA – GIAC Certified Forensic Analyst
-- GPEN – GIAC Penetration Tester
-- GCED – GIAC Certified Enterprise Defender
-- GNFA – GIAC Network Forensic Analyst

I am a member of several professional organizations, including (ISC)², the SANS Advisory Board, the FBI Citizens Academy Alumni Association, and the FBI Sacramento InfraGard Members Alliance.

I have been designated as an expert witness in multiple matters between 2017 to present, including Z.L. Technologies v. Community Medical Centers (2017), Inland Star Distribution Center v. Donathan (2018), Moran v. Mugridge (2018), Tarabulski v. Howe (2020), Hinds Hospice v. Hebert (2021), Resendez v. Belmontes (2022), Wilson v. Wilson (2023), Browning v. Haritzalde (2024), and Estate of John Joseph Repa (2024). A complete list of testimony from the past four years is provided in the Prior Testimony section below.

In addition, I regularly present to industry groups and law-enforcement organizations on digital forensics, cyber-incident response, and cybersecurity threats.  My presentations include:
-- 2017 MGMA: Healthcare Cyber Threats
-- 2018 MGMA (Keynote): Cybersecurity in Healthcare
-- 2018 Society of CPAs: Dangers of Cyber Threats
-- 2018 Bankruptcy Association: Cyber Threats and Securing Your Business
-- 2018 Central California Cybersecurity Summit: Guest Speaker for Law Enforcement Organizers
-- 2019 FBI Joint Task Force: Incident Response Best Practices
-- 2019 California Association of Licensed Investigators: Cybersecurity Threats
-- 2021 Manufacturers Alliance: Dangers of Cyber Threats
-- 2022 California Public Relations Group: Cybersecurity Incident Response
-- 2022 Central Valley Community Bank: Cybersecurity Awareness
-- 2022 Joint Presentation with FBI: Incident Response Best Practices
-- 2023 Manufacturers Alliance: Cybersecurity Threats in Manufacturing
-- 2023 CAMGMA: Cybersecurity in Healthcare
-- 2024 Joint Presentation with FBI: Incident Response Best Practices
-- 2024 Mandiant MWISE Guest Presenter
-- 2025 NetDiligence Philadelphia Guest Presenter

*A complete Curriculum Vitae is attached.*



7647 N Fresno St #102
Fresno, CA 93720



a. **Publications.** I have no authored publications.

b. **Prior Testimony.** The following is a list of cases in which I have testified as an expert at trial or by deposition within the past **four** years:

| Year | Case Name | Role | Retained By | Type of Testimony |
|------|-----------|------|-------------|-------------------|
| 2023 | Wilson v. Wilson | Expert Witness | Defendant | Deposition |
| 2024 | Browning v. Haritzalde | Expert Witness | Plaintiff | Deposition |

c. **Compensation.** My compensation for work performed in this matter is based on my standard expert-witness billing rates. My fees are not contingent upon the outcome of the case or the substance of the opinions expressed.

    d. Hourly Rates

        i. $300 per hour for analysis, investigation, consultation, report preparation, and travel.

        ii. $375 per hour for deposition or trial testimony, including standby time on the day of testimony.

3. **Scope of Analysis.** The assessment focused on publicly accessible web domains and social-media properties referencing subjects including Stephanie Jones, Amanda Ghost, and others. The objectives of the review were technical in nature and centered on determining whether the examined online properties exhibited common authorship indicators, structural patterns, or infrastructure attributes. The assessment consisted of two primary analytical components:

    a. **SEO and Infrastructure Evaluation.** This portion of the review examined how the identified domains functioned within search-engine optimization (SEO) ecosystems. The analysis included mapping inbound and outbound link structures, identifying clusters of referring domains, and evaluating metadata such as hosting providers, Autonomous System Numbers (ASNs), link-sharing behavior, and registrar information.

    b. **Authorship and Account-Attribution Analysis.** This component evaluated whether multiple subjects were associated with common publishing mechanisms or account structures. The review compared contributor usernames across platforms, analyzed posting cadences and edit timestamps, and correlated shared infrastructure elements such as hosting environments and IP ranges to identify potential common authorship or operational control.[1]

---

[1] This report does not purport to be a complete list of websites or backlinking activity created by the same authors, or associated with common publishing mechanisms or account structures, and omission of other websites or backlinking activity in the report should not be construed as an indication that such websites or backlinking activity were not created by the same authors or associated with common publishing mechanisms or account structures.





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

4. **Terminology.** To ensure consistent interpretation of the findings presented in this report, the following section provides background information and definitions of key concepts relevant to search-engine behavior and website interconnectivity. These explanations describe how search algorithms index and rank web content, how backlinks and link structures contribute to that process, and how certain network configurations—such as SEO farms and wiki-clone environments—can affect the visibility of specific domains within search results. The terms and mechanisms outlined below establish the foundational context for the forensic observations that follow.

    c. **Search-engine optimization (SEO)** refers to the practice of increasing a website's visibility within search-engine results by influencing how algorithms interpret its relevance and authority. Modern search engines such as Google and Bing use link-analysis systems that evaluate not only the content of a page **but also how that page connects to others across the internet.** Each hyperlink from one site to another functions as a measurable signal within that analysis framework. When multiple independent websites link to a particular page, especially when those referring sites already possess established visibility, the search engine algorithm increases the weighting of the linked page for the associated keywords. The text contained within each hyperlink, known as *anchor text*, associates specific search terms with the destination page and contributes to how it is categorized and ranked. Search engines maintain a large relational index in which pages gain or lose ranking weight based on the volume and quality of inbound links, the contextual relevance of surrounding content, and the reliability of the linking domains. As a result, a site's ranking position is determined by the collective network of pages that reference it and by how those relationships align with the search engine's ranking criteria.

    d. A **backlink** is a hyperlink that connects one domain or webpage to another. In search-engine indexing, backlinks are measurable references used to determine how different parts of the internet are interconnected. When a page contains an outbound hyperlink, it creates a traceable relationship that allows a search engine's crawler to follow the link and record the association between the referring and destination sites. These connections form part of the data used by ranking algorithms to evaluate the visibility of web content. Search engines quantify backlinks as indicators of connectivity and topical association, weighting them according to factors such as the frequency of occurrence, the consistency of linked keywords, and the overall stability or reputation of the referring domains. Pages that receive numerous backlinks containing the same search terms or pointing from well-established sources typically receive higher visibility in results for those terms. Because backlinks directly affect how pages are discovered and prioritized, they serve as a central element in the process by which search engines assign ranking relevance within their indexes.

    e. An **SEO farm** refers to a network of websites that collectively generate large volumes of backlinks for the purpose of influencing how search engines rank specific domains. These networks operate by publishing interconnected pages across numerous hosts and top-level domains, often using standardized



7647 N Fresno St #102
Fresno, CA 93720



templates, repetitive link structures, and uniform phrasing to create the appearance of independent references. The underlying mechanism relies on automation or centralized coordination to create, populate, and interlink multiple sites in a short timeframe. **Pages within an SEO farm typically contain minimal substantive material, instead focusing on embedded hyperlinks that direct to designated target domains.** Search-engine crawlers record these links as discrete references, and when accumulated across many participating sites, they can collectively increase the visibility of the linked destinations within search results. This behavior differs from organic linking, where connections form naturally through independent content creation, because an SEO farm's primary function is to replicate reference signals at scale rather than to convey new information. The characteristics commonly observed in such networks include rapid page creation, recurring anchor text, use of publicly editable or low-cost hosting platforms, and outbound link patterns that converge on a small number of destination domains.

    f.    A **wiki clone** is a self-contained website that operates on open-source wiki software, most commonly the MediaWiki framework, which allows unrestricted public editing and automatic interlinking between pages. Each page within a wiki environment can be created or modified without centralized editorial control, and the platform maintains a built-in revision history that records the time, user handle, and nature of every change. This architecture produces a dense network of interconnected pages that reference one another internally, a structure that search-engine crawlers interpret as active and content-rich due to the volume of hyperlinks and ongoing updates. The technical design of wiki clones makes them suitable for large-scale publishing or indexing systems where automated page creation and link generation are required, as each new page adds to the site's overall hyperlink density and increases the number of references detectable by search-engine algorithms.

5.  **Methodology.** The procedures used in this assessment followed standard digital-forensic and open-source intelligence (OSINT) practices. All analysis was limited to publicly accessible data, archived webpage captures, and materials provided by Counsel. The primary methodological steps were as follows:

    a.    Domain Identification and Cataloging. A predefined set of web domains and social-media properties referencing the subjects was compiled using backlink datasets, open-source search-index queries, and URLs provided by Counsel. Each identified domain was cataloged for subsequent metadata, authorship, and infrastructure review.

    b.    Collection and Preservation of Web Content. For each domain, the publicly accessible pages relevant to the assessment were retrieved and preserved. Retrieved pages were saved in their original form and cryptographically hashed using SHA-256 to maintain content integrity and to allow exact-match verification throughout the analysis.





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

    **c.** OSINT-Based Authorship and Account Attribution Analysis. Open-source intelligence methods were used to evaluate observable authorship indicators across the collected sites. This included:

        **i.** Reviewing contributor usernames and editor handles displayed within wiki-clone revision histories.

        **ii.** Comparing naming conventions, account patterns, and reuse of contributor identities across multiple domains.

        **iii.** Analyzing visible account-associated metadata such as edit timestamps, posting cadence, and cross-platform account reuse.

        **iv.** Correlating user-submitted identifiers (handles, aliases, profile names) across separate hosting environments.

    **d.** Infrastructure and Hosting Analysis. Each domain was examined for technical metadata relevant to infrastructure attribution. This included:

        **i.** Registrar and WHOIS information

        **ii.** Hosting provider and server locations

        **iii.** Autonomous System Numbers (ASNs) and IP ranges

        **iv.** TLS certificate details, where available

        **v.** DNS records, nameserver information, and historical DNS data

        **vi.** Cross-domain comparisons were performed to identify recurring infrastructure elements such as common cloud-hosting environments or shared IP address ranges (e.g., Google ASN 15169).

    **e.** SEO and Backlink-Network Analysis. The backlink relationships between domains were evaluated using:

        **i.** Inbound and outbound link mapping

        **ii.** Anchor-text analysis

        **iii.** Inter-domain hyperlink patterns

        **iv.** Evaluation of link repetition, domain diversity, and referring-domain clusters

        **v.** Archive and cache visibility to determine whether pages had been indexed by major search engines

    **f.** Text-Structure and Content-Pattern Analysis. The on-page text across multiple domains was evaluated for observable linguistic and formatting characteristics. This included:

        **i.** Assessing term-frequency and phrase-repetition patterns

        **ii.** Comparing sentence structure, grammar consistency, and token-variation patterns

        **iii.** Evaluating semantic diversity and identifying indicators of low-entropy content

        **iv.** Reviewing cross-page consistency in formatting, layout, and template structure





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

g. Cross-Subject Correlation. All observed authorship indicators, infrastructure attributes, backlink patterns, and text-structure elements were compared across the subjects to determine whether the domains exhibited common operational characteristics.

h. Documentation and Validation. All findings were documented contemporaneously. Hash values, screenshots, network metadata, and extracted OSINT records were retained to support reproducibility. No data outside publicly accessible sources or Counsel-provided materials was accessed or acquired.

6. **Opinions and Bases.**

   a. **Opinion 1: Multiple domains and social-media properties examined in this assessment exhibit consistent authorship and infrastructure indicators.**

      i. Basis: Across the reviewed dataset, recurring contributor usernames, overlapping hosting environments, and similar publication characteristics were identified. Handles such as UvDtfprinter, NsnLookup, BacklinkBuy, and FreeBacklinkservices appeared on several independent domains referencing different subjects. These accounts published material using matching page formats, link structures, and timestamp sequences, and operated within the same cloud-hosting environments. The repetition of contributor identities and publication behaviors across unrelated domains demonstrates that portions of the content were created or managed through accounts and systems exhibiting shared or closely related operational patterns.

   b. **Opinion 2: Subject-specific content shows overlapping use of contributor accounts, defined as platform-displayed user identifiers associated with content creation, along with hosting infrastructure or page-format templates across multiple subjects.**

      i. Basis

         1. Stephanie Jones: Pages on European wiki-clone platforms (e.g., fleurslocales.eu, colibris-wiki.org, sourcier34lr.info) referenced repeated anchor text such as "Stephanie Jones Leaks" and "Stephanie Jones Scandal," linking to stephaniejonesleaks.com and stephaniejoneslies.com. These pages used the same contributor accounts that appeared in materials for other subjects—most notably UvDtfprinter, BacklinkBuy, and FreeBacklinkservices—and were published within similar time windows and using nearly identical formatting conventions. This pattern stands out because decentralized wiki-clone ecosystems generally exhibit diverse contributor accounts; the recurrence of the same accounts across subject-specific pages would not typically occur unless a single author or coordinated set of authors were involved.

         2. Amanda Ghost: Content referencing this subject appeared on overlapping domains (fleurslocales.eu, del-formation.fr,





escalege.xyz, mandarintasks.org) and used the same page structure and writing template observed in the Stephanie Jones dataset. The same contributor handles, including UvDtfprinter and FreeBacklinkservices, authored portions of this content, indicating shared control of the accounts or use of a common publishing system.

3. **Alexander Brothers / Jed Wallace:** Pages on wiki.dero.io, kalassa.net, and en.kurdcollect.com included references to these subjects. Contributor accounts such as BacklinkBuy, FreeBacklinkservices, and GoodBacklinkservice published content on these domains and also authored pages in the Stephanie Jones and Amanda Ghost sets. Post timing, layout, anchor phrases, and keyword structures were consistent across all three subject groups.

4. **Alexa Nikolas:** Material referencing this subject appeared on harrika.fi under accounts such as JacquelynnChamul2127, BacklinkBuyer, and MittieGornie6901, several of which also authored pages referencing Jed Wallace and Alexander Brothers. The recurrence of these handles and writing formats across subjects shows that a limited number of accounts and systems generated a substantial portion of the reviewed content.

c. **Opinion 3: The backlink and publication characteristics across the reviewed domains are consistent with an SEO-farm model designed to generate volume-based linking activity.**

   i. Basis: The wiki-clone platforms produced numerous low-authority backlinks that interlinked the same target domains, while social-media and public-profile pages added backlinks from higher-authority sources. Inbound-link mapping showed that many domains shared nearly identical backlink structures pointing to common destinations.

d. **Opinion 4: The text content across many of the reviewed sites displays characteristics of templated or automated generation.**

   i. Basis: The visible on-page text exhibited low semantic diversity and a highly repetitive structure. Sentences were syntactically valid but frequently incoherent in context, relying on the same constrained set of names, descriptive terms, and phrasings. Term-frequency distribution was narrow and nearly uniform across pages referencing multiple subjects. These characteristics indicate low semantic entropy, a common attribute of automated or semi-automated content used to generate keyword presence for search engines rather than narrative meaning. The repetitive phrasing, uniform keyword density, and formulaic construction patterns support the assessment that the material was produced using templated or automated text-generation processes.





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

7. **Materials Reviewed.** My examination focused on a pre-defined collection of web domains and social-media properties that contained or linked to content referencing the subjects *Stephanie Jones, Amanda Ghost, Alexander Brothers, Alexa Nikolas,* and other named subjects. These properties were identified through backlink datasets, archival captures, and open-source search-index data that revealed consistent interlinking between them. Each domain was reviewed for registration metadata, hosting provider, Autonomous System Number (ASN), content structure, and authorship indicators.

The table below summarizes the domains reviewed, grouped by **domain type** and cross-referenced to the **subject(s)** they were associated with. This structure reflects how the reviewed domains operated within a recurring backlink pattern observed during analysis.

| Domain Type | Associated Subjects | Representative Domains / Hosts | TLD | Functional Description |
|---|---|---|---|---|
| French / European Wiki-Clone Sites | *Stephanie Jones, Amanda Ghost* | colibris-wiki.org, fleurslocales.eu, colibris-lemouvement.org, jardinalp.fr, cobr.fr, sourcier34r.info, escalege.xyz, yoga-poesie.fr, concertationleuzoise.be, acepp.asso.fr, del-formation.fr, inteligenceline.com, anyflip.com | .org / .eu / .fr / .info / .xyz / .be / .com | Regional wiki-clone and microblogging sites that hosted multiple pages embedding backlinks and repeating subject-specific keywords (e.g., "Stephanie Jones Leaks," "Amanda Ghost Pimp"). These domains formed the foundation of the backlink strategy and provided broad geographic and linguistic distribution across the .fr and .eu namespaces. |
| Independent Wiki-Clone Platforms (Distinct Networks) | *Stephanie Jones, Amanda Ghost, Alexander Brothers, Jed Wallace, Tal Alexander, Alexa Nikolas* | wiki.dero.io, mandarintasks.org, kalassa.net, en.kurdcollect.com, harrika.fi, wiki.yaboard.com, quadcortex.wiki, wiki.nanobiodata.org | .io / .org / .net / .com / .fi / .wiki | Independent open-edit wiki environments where contributor accounts (e.g., *BacklinkBuy, FreeBacklinkservices, BlackhatLinkedin*) created and cross-linked pages referencing multiple subjects. These domains enabled high-volume backlink generation and demonstrated recurring authorship across otherwise unrelated topics. |
| Front-Facing / Social and Content Hosts | *Amanda Ghost, Alexa Nikolas* | lnk.bio, mystrikingly.com, babelcube.com, x.com, facebook.com, pinterest.com, youtube.com, linkedin.com, peertube.otakufarms.com, mapleprimes.com, intensedebate.com, triberr.com, dasauge.com, pixelfed.tokyo, wonderhowto.com, afro-ninja.com, bubblelife.com, brijj.com, hackster.io, renderosity.com, swebbtube.se, eventbrite.com, 40billion.com, dreevoo.com | Mixed (.com / .io / .tokyo / .se / .bio) | Public-facing social-media and publishing platforms containing accounts or pages referencing the same subjects. These platforms served as visible, high-authority endpoints that reinforced backlink credibility from the underlying wiki-clone network. |



7647 N Fresno St #102
Fresno, CA 93720

 breadcrumbcyber.com

8. **Analysis - Subject to Indicator Summary.** Breadcrumb Cybersecurity identified several recurring technical indicators **linking subjects and domains**. The table below **summarizes** the observed correlations demonstrating shared usernames, infrastructure, and publication behavior across sites referencing Stephanie Jones, Amanda Ghost, Alexander Brothers, and Jed Wallace.

| Correlation Type | Username / Identifier | Domain(s) | Associated Subjects | Web Pages and IP Data | Observations |
|---|---|---|---|---|---|
| Common Username Across Subjects | UvDtfprinter | fleurslocales.eu | Stephanie Jones, Amanda Ghost | **Stephanie Jones:**<br>https://participa.fleurslocales.eu/?StephanieJonesLeaks/revisions&lang=en<br>https://participa.fleurslocales.eu/?StephanieJonesScandal/<br>**Amanda Ghost:** https://participa.fleurslocales.eu/?amandaghost<br>https://participa.fleurslocales.eu/?AmandaGhost798 | The username *UvDtfprinter* authored pages referencing both subjects on the same domain, indicating cross-subject authorship within a shared environment. |
| Shared Hosting / ASN Infrastructure | Google ASN 15169<br>Net Range: 66.249.64.0 – 66.249.95.255 | fleurslocales.eu | Stephanie Jones, Amanda Ghost | **Stephanie Jone:**<br>https://participa.fleurslocales.eu/?StephanieJonesLeaks/revisions&lang=en → IPs 66.249.66.198, 66.249.66.199, 66.249.66.200, 66.249.64.166, 66.249.70.134<br>https://participa.fleurslocales.eu/?StephanieJonesScandal/ → IPs 66.249.64.129, 66.249.66.197, 66.249.66.70<br>**Amanda Ghost:** https://participa.fleurslocales.eu/?AmandaGhost798 → IPs 66.249.66.201, 66.249.66.200, 66.249.66.198 | Pages associated with both subjects resolve to identical IP ranges within Google ASN 15169, confirming that the content was hosted and served through the same infrastructure. |
| Additional Username / Domain Overlap | NsnLookup | sourcier34lr.info | Stephanie Jones, Amanda Ghost | **Stephanie Jones:** http://sourcier34lr.info/?StephanieJonesScandal&lang=fr<br>**Amanda Ghost:** http://sourcier34lr.info/?BazLuhrmann | The same username authored content referencing both subjects on a single French-hosted domain, demonstrating reuse of contributor identity across unrelated topics. |



7647 N Fresno St #102
Fresno, CA 93720



breadcrumbcyber.com

| Shared Author Handle Across Multiple Domains | BacklinkBuy | jardinalp.fr, wiki.dero.io | Stephanie Jones, Alexander Brothers, Jed Wallace | **Stephanie Jones:** https://jardinalp.fr/?StephanieJonesLeaks  **Alexander Brothers:** https://wiki.dero.io/wiki/index.php/Alexanderbrothersextortedcom  **Jed Wallace:** https://wiki.dero.io/wiki/index.php/Jed_Wallace | The account *BacklinkBuy* appears on two unrelated domains (.fr and .io) linking to multiple subjects, showing overlapping authorship patterns and publication behaviors under shared account control. |

g. **Concentrated Backlink Creation Across Multiple Low-Authority Domains.** Large volumes of backlinks were generated from wiki-clone platforms such as colibris-wiki.org, fleurslocales.eu, mandarintasks.org, wiki.dero.io, and harrika.fi. These sites **repeatedly embedded the same anchor text** containing subject names (e.g., "Stephanie Jones Leaks," "Amanda Ghost Pimp," "Alexander Brothers Extorted"). The backlinks pointed to a small set of destination domains (stephaniejonesleaks.com, amandaghost.com, alexanderbrothersextorted.com), establishing a high link-density network typical of SEO farms that emphasize quantity over quality.

h. **Cross-Domain Replication to Maximize Link Diversity.** The same content and hyperlinks appeared across numerous independent-appearing top-level domains (.fr, .eu, .org, .net, .fi, .wiki). This replication produced link diversity, a factor rewarded by search-ranking algorithms that interpret varied hostnames and geographies as signals of independent validation. Although each individual site carried low domain authority, the collective repetition of identical anchor text increased the cumulative ranking influence of the targeted keywords.

i. **Authorship and Hosting Patterns.** Recurring contributor handles (BacklinkBuy, UvDtfprinter, FreeBacklinkservices, BlackhatLinkedin) were found operating across several domains and subject areas. Multiple pages were created or edited from shared hosting infrastructure, primarily within Google ASN 15169 and other large cloud providers. This indicates that the backlink network exhibited characteristics of centralized or automated management, rather than organically developed by unrelated users.



7647 N Fresno St #102
Fresno, CA 93720



breadcrumbcyber.com

**9. Analysis - Publication Summary.** The following timeline summarizes entries from the dataset where a verifiable publication or posting date was available. While not all identified links contained timestamp data, the subset with observable dates provides a representative chronology of content creation and backlink activity across subjects. These dated entries establish reference points for evaluating posting cadence, subject overlap, and temporal relationships between domain registration and content publication.

| Subject | Date | Domain / Page URL | Backlink Target |
|---|---|---|---|
| *Stephanie Jones* | *2024-05-06 T20:28:03Z* | — | *stephaniejonesleaks.com (Domain Registered)* |
| Stephanie Jones | 09 May 2024 | https://colibris-wiki.org/oasislaforetsacree/?StephanieJonesExtortion | stephaniejonesleaks.com |
| Stephanie Jones | 09 May 2024 | https://colibris-wiki.org/communaute-rseo/?StephanieJonesLeaks | stephaniejonesleaks.com |
| Stephanie Jones | 09 May 2024 | https://programme-jeun-ess.colibris-lemouvement.org/?StephanieJonesScandal636 | stephaniejonesleaks.com |
| Stephanie Jones | 09 May 2024 | https://participa.fleurslocales.eu/?StephanieJonesLeaks/revisions&lang=en | stephaniejonesleaks.com |
| Stephanie Jones | 09 May 2024 | http://sourcier34lr.info/?StephanieJonesScandal&lang=fr | stephaniejonesleaks.com |
| *Stephanie Jones* | *2024-05-10 T18:13:31.00Z* | — | *stephaniejoneslies.com (Domain Registered)* |
| Stephanie Jones | 01 Jun 2025 | https://www.intelligenceline.com/r/Reports/44503/stephanie-jones-leaks-holding-clients-hostage/ | stephaniejoneslies.com |
| *Amanda Ghost* | *2024-08-01 T23:14:28.00Z* | — | *amandaghost.com (Domain Registered)* |
| Amanda Ghost | 14 Aug 2024 | https://acepp.asso.fr/40ans/?AmandaGhosthooker | amandaghost.com |
| Amanda Ghost | 14 Aug 2024 | https://del-formation.fr/AmandaGhostpimp | amandaghost.com |



7647 N Fresno St #102
Fresno, CA 93720



| Amanda Ghost | 15 Aug 2024 | https://peertube.otakufarms.com/a/amandagh ost/video-channels | amandaghost.com |
|---|---|---|---|
| Amanda Ghost | 15 Aug 2024 | https://www.40billion.com/profile/414234742 | amandaghost.com |
| Amanda Ghost | 21 Aug 2024 | https://kalassa.net/kalapedia/index.php/Aman daghostcom143 | amandaghost.com |
| Amanda Ghost | 21 Aug 2024 | https://kalassa.net/kalapedia/index.php/Aman da_Ghost_madam | amandaghost.com |
| Amanda Ghost | 21 Aug 2024 | https://kalassa.net/kalapedia/index.php/Aman daghostcom | amandaghost.com |
| Amanda Ghost | 26 Oct 2025 | https://amandaghost.mystrikingly.com/ | amandaghost.com |
| Alexander Brothers / Jed Wallace | 2024-08-22 T23:55:32Z | — | alexanderbrothersextorted.com (Domain Registered) |
| Alexander Brothers / Jed Wallace | 12 Sep 2024 | https://wiki.dero.io/wiki/index.php/Alexanderbr othersextortedcom | alexanderbrothersextorted.com |
| Alexander Brothers / Jed Wallace | 12 Sep 2024 | https://mandarintasks.org/wiki/Alexanderbroth ersextortedcom | alexanderbrothersextorted.com |
| Alexander Brothers / Jed Wallace | 12 Sep 2024 | https://kalassa.net/kalapedia/index.php/Alexa nderbrothersextorted.com | alexanderbrothersextorted.com |
| Alexander Brothers / Jed Wallace | 13 Sep 2024 | https://quadcortex.wiki/Alexanderbrothersextor tedcom | alexanderbrothersextorted.com |



7647 N Fresno St #102
Fresno, CA 93720



breadcrumbcyber.com

**10. Exhibits.**

    **a.** Materials considered and relied upon

    **b.** Preserved webpages and OSINT analysis

    **c.** Historical WHOIS data

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and belief.

Executed on: November 21, 2025

Brian W. Horton, CISSP
Breadcrumb Cybersecurity
brian@breadcrumbcyber.com





7647 N Fresno St #102
Fresno, CA 93720

## EXHIBIT A

Materials considered and relied upon

- alexanikolas.net
- http://sourcier34lr.info/?BazLuhrmann
- http://sourcier34lr.info/?StephanieJonesScandal&lang=fr
- http://www.yoga-poesie.fr/?StephanieJonesExtortion/show&time=2024-05-08+04%3A45%3A31
- https://acepp.asso.fr/40ans/?AmandaGhosthooker
- https://afro-ninja.com/account/209336
- https://amandaghost.mystrikingly.com/
- https://anyflip.com/homepage/yxvbf
- https://babelcube.com/user/alexa-nikolas
- https://babelcube.com/user/amanda-ghost
- https://colibris-wiki.org/achillee/?StephanieJonesLeaks
- https://colibris-wiki.org/communaute-rseo/?StephanieJonesLeaks
- https://colibris-wiki.org/oasislaforetsacree/?StephanieJonesExtortion
- https://colibris-wiki.org/picbureautique/?StephanieJones
- https://creator.wonderhowto.com/alexanikolas1/
- https://dasauge.com/-amandaghost/
- https://del-formation.fr/AmandaGhostpimp
- https://dreevoo.com/profileinfo.php?pid=669735
- https://en.kurdcollect.com/index.php/AlexanderBrotherSexploited
- https://en.kurdcollect.com/index.php/Alexanderbrothersextorted.com
- https://en.kurdcollect.com/index.php/Alexanderbrothersextortedcom521
- https://en.kurdcollect.com/index.php/Alexanderbrothersextortedcom
- https://en.kurdcollect.com/index.php/Amandaghost
- https://en.kurdcollect.com/index.php/AmandaGhostmadam
- https://en.kurdcollect.com/index.php/JedAveryWallace
- https://en.kurdcollect.com/index.php/JedAveryWallace507
- https://en.kurdcollect.com/index.php/JedWallace
- https://en.kurdcollect.com/index.php/JedWallace919
- https://en.kurdcollect.com/index.php/JedWallaceStreetRelations
- https://en.kurdcollect.com/index.php/JedWallaceStreetRelations131
- https://en.kurdcollect.com/index.php?title=Special:Contributions/GoodBacklinkservice&offset=202
  41031231120&limit=500&target=GoodBacklinkservice
- https://en.kurdcollect.com/index.php?title=Special:Contributions/GoodBacklinkservice&dir=prev&
  offset=20241030233702&limit=500&target=GoodBacklinkservice
- https://escalege.xyz/?MargotRobbie
- https://escalege.xyz/?StephanieJonesExtortion
- https://escalege.xyz/?TheDeb
- https://jardinalp.fr/?StephanieJonesLeaks
- https://kalassa.net/kalapedia/index.php/AlexanderBrothers
- https://kalassa.net/kalapedia/index.php/Alexanderbrothersextorted.com
- https://kalassa.net/kalapedia/index.php/Alexanderbrothersextortedcom
- https://kalassa.net/kalapedia/index.php/Amanda_Ghost_madam
- https://kalassa.net/kalapedia/index.php/Amandaghostcom



7647 N Fresno St #102
Fresno, CA 93720



- https://kalossa.net/kalapedia/index.php/Amandaghostcom143
- https://kalossa.net/kalapedia/index.php/JedAveryWallace
- https://kalossa.net/kalapedia/index.php/JedAveryWallace808
- https://kalossa.net/kalapedia/index.php/JedWallace
- https://kalossa.net/kalapedia/index.php/JedWallace443
- https://kalossa.net/kalapedia/index.php/JedWallaceStreetRelations
- https://kalossa.net/kalapedia/index.php/MargotRobbie
- https://kalossa.net/kalapedia/index.php/StreetRelations
- https://kalossa.net/kalapedia/index.php/TalAlexander
- https://kalossa.net/kalapedia/index.php/TheDeb
- https://kalossa.net/kalapedia/index.php/UNIGRAM
- https://kalossa.net/kalapedia/index.php?title=Toiminnot:Muokkaukset/QualityBacklinksservice&offset=20241010133729&limit=500&target=QualityBacklinksservice
- https://lnk.bio/AmandaGhost
- https://mandarintasks.org/w/index.php?title=Special:Contributions/FreeBacklinkservices&offset=&limit=500&target=FreeBacklinkservices
- https://mandarintasks.org/w/index.php?title=Special:Contributions/FreeBacklinkservices&offset=20241010131659&limit=500&target=FreeBacklinkservices
- https://mandarintasks.org/wiki/AlexanderBrothers
- https://mandarintasks.org/wiki/Alexanderbrothersextortedcom
- https://mandarintasks.org/wiki/Alexanderbrothersextortedcom731
- https://mandarintasks.org/wiki/JedAveryWallace
- https://mandarintasks.org/wiki/JedWallaceStreetRelations
- https://mandarintasks.org/wiki/StreetRelations
- https://mandarintasks.org/wiki/StreetRelations185
- https://matthews.bubblelife.com/users/alexanikolas
- https://participa.fleurslocales.eu/?amandaghost
- https://participa.fleurslocales.eu/?AmandaGhost798
- https://participa.fleurslocales.eu/?StephanieJonesLeaks/revisions&lang=en
- https://participa.fleurslocales.eu/?StephanieJonesScandal/
- https://pbase.com/amandaghost/root
- https://peertube.otakufarms.com/a/amandaghost/video-channels
- https://pixelfed.tokyo/Alexanikolas
- https://programme-jeun-ess.colibris-lemouvement.org/?StephanieJonesScandal636
- https://quadcortex.wiki/AlexanderBrotherSexploited
- https://quadcortex.wiki/Alexanderbrothersextortedcom
- https://quadcortex.wiki/Alexanderbrothersextortedcom501
- https://quadcortex.wiki/Amandaghost
- https://quadcortex.wiki/BazLuhrmann
- https://quadcortex.wiki/FKATwigs
- https://quadcortex.wiki/index.php?title=Special:Contributions/BuyLinks&offset=&limit=500&target=BuyLinks
- https://quadcortex.wiki/index.php?title=Special:Contributions/BuyLinks&offset=20241114102323&limit=500&target=BuyLinks
- https://quadcortex.wiki/Jed_Wallace_Street_Relations402
- https://quadcortex.wiki/JedAveryWallace
- https://quadcortex.wiki/JedWallaceStreetRelations
- https://quadcortex.wiki/JedWallaceStreetRelations340
- https://quadcortex.wiki/JedWallaceStreetRelations911



7647 N Fresno St #102
Fresno, CA 93720



- https://quadcortex.wiki/OrenAlexander
- https://quadcortex.wiki/StreetRelations
- https://swebbtube.se/a/amandaghost/video-channels
- https://triberr.com/AmandaGhost
- https://v4.colibris-lafabrique.org/?amandaghostcom
- https://v4.colibris-lafabrique.org/?BazLuhrmann
- https://v4.colibris-lafabrique.org/?StephanieJonesScandal
- https://wiki.dero.io/wiki/index.php/Alexander_Brothers
- https://wiki.dero.io/wiki/index.php/Alexanderbrothersextortedcom
- https://wiki.dero.io/wiki/index.php/AlonAlexander
- https://wiki.dero.io/wiki/index.php/AmandaGhostmadam
- https://wiki.dero.io/wiki/index.php/Amanda_Ghost_madam269
- https://wiki.dero.io/wiki/index.php/Jed_Wallace
- https://wiki.dero.io/wiki/index.php/JedAveryWallace
- https://wiki.dero.io/wiki/index.php/JedWallace890
- https://wiki.dero.io/wiki/index.php/JedWallaceStreetRelations
- https://wiki.dero.io/wiki/index.php/JedWallaceStreetRelations881
- https://wiki.dero.io/wiki/index.php/Street_Relations
- https://wiki.dero.io/wiki/index.php/Tal_Alexander
- https://wiki.dero.io/wiki/index.php?title=Special:Contributions/BacklinkBuy&target=BacklinkBuy&offset=&limit=500
- https://wiki.dero.io/wiki/index.php?title=Special:Contributions/BacklinkBuy&target=BacklinkBuy&offset=20241114142719&limit=500
- https://wiki.nanobiodata.org/index.php?title=Special:Contributions/BlackhatLinkedin&offset=&limit=500&target=BlackhatLinkedin
- https://wiki.nanobiodata.org/index.php?title=Special:Contributions/BlackhatLinkedin&offset=2024-10-28+20%3A14%3A33%2B00&limit=500&target=BlackhatLinkedin
- https://wiki.nanobiodata.org/wiki/AlexanderBrotherSexploited
- https://wiki.nanobiodata.org/wiki/Alexanderbrothersextortedcom
- https://wiki.nanobiodata.org/wiki/Alexanderbrothersextortedcom403
- https://wiki.nanobiodata.org/wiki/Alexanderbrothersextortedcom424
- https://wiki.nanobiodata.org/wiki/Amandaghost.com
- https://wiki.nanobiodata.org/wiki/AmandaGhostmadam
- https://wiki.nanobiodata.org/wiki/AmandaGhostpimp
- https://wiki.nanobiodata.org/wiki/BazLuhrmann
- https://wiki.nanobiodata.org/wiki/FKATwigs
- https://wiki.nanobiodata.org/wiki/JedAveryWallace
- https://wiki.nanobiodata.org/wiki/JedAveryWallace368
- https://wiki.nanobiodata.org/wiki/MargotRobbie
- https://wiki.nanobiodata.org/wiki/OrenAlexander
- https://wiki.nanobiodata.org/wiki/StreetRelations
- https://wiki.nanobiodata.org/wiki/StreetRelations584
- https://wiki.nanobiodata.org/wiki/StreetRelations776
- https://wiki.nanobiodata.org/wiki/StreetRelations941
- https://wiki.nanobiodata.org/wiki/TalAlexander
- https://wiki.yaboard.com/index.php?title=%D0%A1%D0%BB%D1%83%D0%B6%D0%B5%D0%B1%D0%BD%D0%B0%D1%8F:%D0%92%D0%BA%D0%BB%D0%B0%D0%B4/WhereTobuybacklinks&offset=20241102032832&limit=500&target=WhereTobuybacklinks



7647 N Fresno St #102
Fresno, CA 93720



- https://wiki.yaboard.com/index.php?title=%D0%A1%D0%BB%D1%83%D0%B6%D0%B5%D1%D0%B D%D0%B0%D1%8F:%D0%92%D0%BA%D0%BB%D0%B0%D0%B4/WhereTobuybacklinks&offset=&limit=5 00&target=WhereTobuybacklinks
- https://wiki.yaboard.com/w/AlexanderBrotherSexploited
- https://wiki.yaboard.com/w/Alexanderbrothersextorted.com
- https://wiki.yaboard.com/w/Alexanderbrothersextorted.com459
- https://wiki.yaboard.com/w/Alexanderbrothersextorted.com572
- https://wiki.yaboard.com/w/Alexanderbrothersextortedcom
- https://wiki.yaboard.com/w/AlonAlexander
- https://wiki.yaboard.com/w/BazLuhrmann
- https://wiki.yaboard.com/w/Brandy
- https://wiki.yaboard.com/w/FKATwigs
- https://wiki.yaboard.com/w/FKATwigs800
- https://wiki.yaboard.com/w/JedAveryWallace
- https://wiki.yaboard.com/w/JedAveryWallace587
- https://wiki.yaboard.com/w/JedWallace
- https://wiki.yaboard.com/w/JedWallace164
- https://wiki.yaboard.com/w/JedWallaceStreetRelations
- https://wiki.yaboard.com/w/StreetRelations
- https://www.40billion.com/profile/414234742
- https://www.brijj.com/alexanikolas
- https://www.cobr.fr/?StephanieJonesExtortion&lang=fr
- https://www.concertationleuzoise.be/?StephanieJonesLeaks
- https://www.eventbrite.com/o/amanda-ghost-90145410453
- https://www.facebook.com/people/Amanda-Ghost/61564388578885/
- https://www.hackster.io/alexa-nikolas
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolas
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasaddict
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasbipolar
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasbipolar441
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasdivorce
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasdivorced886
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasGraynazi
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasMetanoia
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasMichaelGray
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasMichaelGray755
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasMichaelGray799
- https://www.harrika.fi/wiki/index.php?title=AlexaNikolasZoey101
- https://www.harrika.fi/wiki/index.php?title=JedAveryWallace
- https://www.harrika.fi/wiki/index.php?title=JedAveryWallace320
- https://www.harrika.fi/wiki/index.php?title=JedAveryWallace841
- https://www.harrika.fi/wiki/index.php?title=JedWallace
- https://www.harrika.fi/wiki/index.php?title=JedWallace283
- https://www.harrika.fi/wiki/index.php?title=JedWallace473
- https://www.harrika.fi/wiki/index.php?title=JedWallace550
- https://www.harrika.fi/wiki/index.php?title=JedWallaceStreetRelations982
- https://www.harrika.fi/wiki/index.php?title=JedWallaceStreetRelations
- https://www.harrika.fi/wiki/index.php?title=JedWallaceStreetRelations114
- https://www.harrika.fi/wiki/index.php?title=JedWallaceStreetRelations754




7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

- https://www.harrika.fi/wiki/index.php?title=StreetRelations
- https://www.harrika.fi/wiki/index.php?title=Toiminnot:Muokkaukset/JacquelynnChamul2127&offset=&limit=500&target=JacquelynnChamul2127
- https://www.harrika.fi/wiki/index.php?title=Toiminnot:Muokkaukset/SolomonDicharry3581&offset=&limit=500&target=SolomonDicharry3581
- https://www.harrika.fi/wiki/index.php?title=Toiminnot:Muokkaukset/BacklinkBuyer&offset=&limit=500&target=BacklinkBuyer
- https://www.harrika.fi/wiki/index.php?title=Toiminnot:Muokkaukset/MittieGornie6901&offset=&limit=500&target=MittieGornie6901
- https://www.intelligenceline.com/r/Reports/44503/stephanie-jones-leaks-holding-clients-hostage/
- https://www.intensedebate.com/people/AmandaGhost
- https://www.mapleprimes.com/users/AmandaGhost
- https://www.renderosity.com/users/id:1543901
- https://x.com/amandaghost11
- https://x.com/lyingstephjones
- https://x.com/stephaniejoneny
- https://x.com/aboutjonesworks
- https://x.com/leakystephjones
- https://www.facebook.com/people/Stephanie-Jones/61559205100286/
- https://www.pinterest.com/stephaniejonesleaks/
- Internet Archives, stephaniejonesies.com (Mar. 24, 2025)
- ECF No. 1-1
- KCASE-000004949
- KCASE-000004957
- NATHAN_000003131
- Katie Case Deposition Transcript
- Namecheap Subpoena Response
- Pinterest Subpoena Response
- Facebook Subpoena Response
- https://colibris-wiki.org/oasislaforetsacree/?StephanieJonesExtortion/
- https://del-formation.fr/StephanieJonesExtortion
- https://programme-jeun-ess.colibris-lemouvement.org/?StephanieJonesScandal636
- http://www.yoga-poesie.fr/?StephanieJonesExtortion
- http://www.yogapoesie.fr/?StephanieJonesExtortion/revisions
- https://web.archive.org/web/20241107161651 /https://amandaghostsucks.com/
- https://www.pinterest.com/amandaghost11/
- https://www.facebook.com/people/ Amanda-Ghost/61564388578885/
- https://www.youtube.com/@amandaghost1
- https://www.tripadvisor.in/Profile/AmandaGhost
- https://amandaghost.mystrikingly.com/
- https://web.archive.org/web/20250117083835/https://alexanderbrothersextorted.com/
- https://petercomisar. word press.com
- https://www.facebook.com/people/Peter-Comisar/100081066167460/
- https://www.pinterest.com/petercomisar2/
- https://www.youtube.com/@petercomisar445
- https://www.linkedin.com/company/petercomisar/about/
- https://x.com/Alexanikolas21
- https://x.com/_christianlanng
- lookbackfraud.html



7647 N Fresno St #102
Fresno, CA 93720



- https://mandarintasks.org/wiki/Street_Relations
- https://mandarintasks.org/wiki/Jed_Avery_Wallace
- https://mandarintasks.org/wiki/ Jed_ Wallace_ Street_Relations
- https://mandarintasks.org/wiki/Special:Contributions/FreeBacklinkservices
- https://mandarintasks.org/wiki/Alexander_Brothers
- https://mandarintasks.org/wiki/Alexanderbrothersextortedcom
- https://mandarintasks.org/wiki/Alexanderbrothersextortedcom731



7647 N Fresno St #102
Fresno, CA 93720



breadcrumbcyber.com

## EXHIBIT B

Preserved Webpages

- T20251023.0002 Quinn Emanuel - Jonesworks Matter - URL Archiving – Magnet.ZIP
- T20251023.0002 Quinn Emanuel - Jonesworks Matter - URL Archiving – Manual.ZIP

OSINT Analysis

- t20251023.0002-osint-review.PDF





7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com

## EXHIBIT C







7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com







7647 N Fresno St #102
Fresno, CA 93720

breadcrumbcyber.com





7647 N Fresno St #102
Fresno, CA 93720

 breadcrumbcyber.com



## CURRICULUM VITAE OF
## BRIAN W. HORTON, CISSP

 

Mobile: █████████
Office: █████████

---

### PROFESSIONAL BACKGROUND

Brian W. Horton is a cybersecurity, digital-forensics, and technology-strategy professional with nearly twenty-five years of experience advising organizations throughout the United States. His background includes leadership roles as Founder and Chief Executive Officer of multiple technology firms, with responsibilities spanning operational management, organizational development, and client-engagement strategy. He has supported multinational corporations, government entities, and regulated industries, and his advisory work covers the legal, healthcare, engineering, agriculture, hospitality, utility, financial, manufacturing, education, and real-estate sectors, as well as non-profit and governmental environments.

As the Founder and Managing Director of Breadcrumb Cybersecurity, Brian oversees offensive-security assessments, defensive-security programs, digital-forensic investigations, evidence acquisition, timeline reconstruction, M&A risk assessments, OSINT-supported investigative analysis, regulatory-compliance initiatives, and managed security operations. In addition to his investigative and operational work, he routinely provides executive-level technical advisory services, including governance, program design, and virtual CISO functions. Brian regularly presents to industry groups, executive audiences, and federal law-enforcement personnel on topics involving breach response, digital-evidence handling, and cybersecurity best practices.

### PROFESSIONAL HISTORY

- Breadcrumb Cybersecurity – Founder and Managing Director
  February 2016 – Current
- DarkBlue Cybersecurity - Chief Technology Officer
  October 2018 – September 2020
- TekTegrity, Inc. dba Innovative I.T. -  Director of Government Affairs, Analyst
  January 2015 – June 2016
- Innovative I.T., Inc. - Chief Executive Officer
  October 2007 – December 2014
- Private Sector Technology Consultant
  1997 - 2007

### PROFESSIONAL EXPERIENCE

- Digital-forensic investigations and evidence acquisition
- Digital-artifact analysis and event-timeline reconstruction
- Incident-response management, breach coach engagement management
- OSINT research, infrastructure mapping, and cross-platform correlation to support investigative outcomes
- Offensive-security operations, including penetration testing and threat-emulation exercises
- Oversight of managed security operations and continuous monitoring programs
- Strategic security advisory, governance, and virtual CISO services

## PREVIOUS EXPERT WITNESS DESIGNATIONS

- 2017, Z.L. Technologies, Inc. v. Community Medical Centers
- 2018, Inland Star Distribution Center v. Donathan
- 2018, Moran v. Mugridge
- 2020, Tarabulski v. Howe
- 2021, Hinds Hospice v. Hebert (related to People v. Hebert)
- 2022, Resendez v. Belmontes
- 2023, Wilson v. Wilson
- 2024, Browning v. Haritzalde
- 2024, Estate of John Joseph Repa

## EXAMPLES OF PREVIOUS FORENSIC INVESTIGATIONS

**Cloud Services Breach — Managed Services Provider**
Scope: Investigation of network intrusion involving a cloud-services environment
Services: Digital-evidence review, exfiltration analysis, timeline reconstruction, threat-group attribution, forensic-report development

**Insider / Employee Fraud — Engineering Firm**
Scope: Digital-forensics investigation involving employee misconduct and fraud
Services: Digital-evidence review, timeline reconstruction, coordination with Federal law enforcement

**Network Intrusion — Ransomware — Medical Organization**
Scope: Investigation of a network breach affecting 45 medical offices and ~3,000 employees
Services: Digital-evidence review, exfiltration analysis, HIPAA/OCR considerations, timeline reconstruction, forensic-report development

**PII Disclosure Incident — California Public Utility**
Scope: Investigation of consumer PII exposure within a public-facing cloud storage
Services: Digital-evidence review, exfiltration analysis, regulatory reporting

**Network Intrusion — Ransomware — K–12 School District**
Scope: Investigation of a district-wide intrusion resulting in student PII posted on the Dark Web
Services: Digital-evidence review, law-enforcement collaboration, timeline reconstruction, forensic-report development, threat-group attribution

**Business Email Compromise / Wire Fraud — Casino / Gaming**
Scope: Investigation of targeted BEC incident resulting in $2.8M wire transfer
Services: Digital-evidence review, timeline reconstruction, coordination with Federal law enforcement

**Gross Misconduct Investigation — Medical Organization**
Scope: Digital-forensics investigation involving allegations of gross misconduct
Services: Digital-evidence review, law-enforcement collaboration, timeline reconstruction

**Network Intrusion — Ransomware — Telecommunications Provider**
Scope: Investigation of enterprise-level network intrusion
Services: Digital-evidence review, law-enforcement collaboration, timeline reconstruction, forensic-report development, threat-group attribution

## EDUCATION

- **CISSP — Certified Information Systems Security Professional (ISC)²**
  Globally recognized credential validating broad knowledge of information security and compliance with ISO/IEC 17024.
- **GLEG — GIAC Law of Data Security & Investigations**
  Demonstrates knowledge of legal frameworks governing electronic records, fraud, crime, policy, contracts, liability, and security.
- **GCFA — GIAC Certified Forensic Analyst**
  Validates the ability to conduct formal incident investigations involving advanced intrusions, APT activity, anti-forensics, and complex digital-forensic scenarios.
- **GPEN — GIAC Penetration Tester**
  Certifies competency in penetration-testing methodologies, exploitation, and detailed reconnaissance techniques.
- **GCED — GIAC Certified Enterprise Defender**
  Confirms advanced defensive skills across network infrastructure, packet analysis, penetration testing, incident handling, and malware mitigation.
- **GNFA — GIAC Network Forensic Analyst**
  Verifies proficiency in network-forensic artifact analysis, protocol behavior, log examination, and analysis of wireless and encrypted communications.

## PRESENTATIONS

- 2017 California MGMA: Healthcare Cyber Threats
- 2018 California MGMA Keynote: Cybersecurity in Healthcare
- 2018 California Society of CPAs: Dangers of Cyber Threats
- 2018 California Bankruptcy Association: Cyber Threats and Securing Your Business
- 2018 Cybersecurity Summit: Guest Speaker for Law Enforcement Organizers
- 2019 FBI Joint Task Force, Guest Presentation: Incident Response Best Practices
- 2019 California Association of Licensed Investigators: Cybersecurity Threats
- 2021 Manufacturers Alliance: Dangers of Cyber Threats
- 2022 California Public Relations Group: Cybersecurity Incident Response
- 2022 Central Valley Community Bank: Cybersecurity Awareness
- 2022 Joint Presentation with FBI: Incident Response Best Practices
- 2023 Manufacturers Alliance, Presentation: Cybersecurity Threats in Manufacturing
- 2023 CAMGMA: Cybersecurity in Healthcare
- 2024 Mandiant MWISE Guest Presenter
- 2025 NetDiligence Philadelphia Guest Presenter

## AFFILIATIONS

- International Information System Security Certification Consortium (ISC2)
- SANS Institute Advisory Board
- FBI Citizens Academy Alumni Association
- FBI Sacramento InfraGard Members Alliance