# EXHIBIT 21

| | |
|---|---|
| **HART KIENLE & PENTECOST**<br>ALLYSON K. THOMPSON, Cal Bar No. 235933<br>  athompson@hkplawfirm.com<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Telephone:    714-432-8700<br><br>**JASSY VICK CAROLAN LLP**<br>JEAN-PAUL JASSY, Cal. Bar No. 205513<br>  jpjassy@jassyvick.com<br>NICHOLAS R. HARTMANN, Cal. Bar No. 301049<br>  nhartmann@jassyvick.com<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone:    310-870-7048<br>Facsimile:    310-870-7010<br><br>Attorneys for Cross-Defendant<br>REBEL WILSON | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>10/31/2025 2:18 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By J. Tang, Deputy Clerk |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| AMANDA GHOST, an individual;<br>GREGOR CAMERON, an individual; and<br>VINCE HOLDEN, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>REBEL WILSON, an individual; and DOES 1-50, inclusive,<br><br>                    Defendants. | **Case No. 24STCV17314**<br><br>Assigned to Hon. Thomas D. Long<br>Department 48<br><br>**CROSS-DEFENDANT REBEL WILSON'S NOTICE OF MOTION AND <u>SPECIAL MOTION TO STRIKE CROSS-COMPLAINT OF AMANDA GHOST PURSUANT TO C.C.P. § 425.16</u>; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF REBEL WILSON; DECLARATION OF MELISSA NATHAN; DECLARATION OF NICHOLAS R. HARTMANN WITH EXHIBITS A–VV** |
| REBEL WILSON, an individual; CAMP SUGAR PRODUCTIONS PTY LTD, an Australian Private Company; REBEL WILSON and CAMP SUGAR PRODUCTIONS PTY LTD, Derivatively on behalf of Dunburn Debutantes Commissioning Company Pty Ltd, an Australian Proprietary Company,<br><br>                    Cross-Complainants, | Hearing Date:    February 3, 2026<br>Time:                    8:30 a.m.<br>Dep't:                    48<br><br>Res. No. 656361208290 |

|   |   |
|---|---|
| 1 | vs. |
| 2 | AMANDA GHOST, an individual; GREGOR CAMERON, an individual; VINCE HOLDEN, an individual; A.I. FILM PRODUCTION LIMITED, a United Kingdom Private Limited Company; UNIGRAM MEDIA LIMITED, a United Kingdom Private Limited Company; DUNBURN DEBUTANTS PTY LTD, an Australian Proprietary Company; DUNBURN DEBUTANTES COMMISSIONING COMPANY PTY LTD, an Australian Proprietary Company; and DOES 1 through 30, inclusive, |
| | Cross-Defendants, |
| | and |
| | DUNBURN DEBUTANTES COMMISSIONING COMPANY PTY LTD, an Australian Proprietary Company; |
| | Nominal Cross-Defendant. |
| | AMANDA GHOST, an individual, |
| | Cross-Complainant, |
| | vs. |
| | REBEL WILSON, an individual; MELISSA NATHAN, an individual; THE AGENCY GROUP PR LLC, a Delaware limited liability company; and DOES 1-50, inclusive, |
| | Cross-Defendants. |

SPECIAL MOTION TO STRIKE
GHOST CROSS-COMPLAINT

**DECLARATION OF MELISSA NATHAN**

I, Melissa Nathan, declare as follows:

1. I am over the age of 18. I am the founder and Chief Executive Officer of the public relations firm The Agency Group PR LLC ("TAG"). I and TAG are named as Cross-Defendants in the matter of *Ghost, et al. v. Wilson*, Superior Court of the State of California, County of Los Angeles, No. 24STCV17314 (the "Action"). I submit this declaration in support of Defendant, Cross-Complainant, and Cross-Defendant Rebel Wilson's ("Ms. Wilson") Special Motion to Strike the Cross-Complaint of Amanda Ghost in the Action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. I understand Ms. Ghost alleges in her Cross-Complaint that I and my company, TAG, were somehow involved in the creation of websites that were published at amandaghost.com and amandaghostsucks.com (the "Websites"). That is false:

　　a. Neither I nor anyone working on behalf of TAG registered or created either of the Websites.

　　b. Neither I nor anyone working on behalf of TAG wrote any of the content appearing on the Websites.

　　c. Neither I nor anyone working on behalf of TAG had any communications about the creation or content of the Websites with "Jed" or whomever was actually responsible for registering or creating those Websites.

　　d. As a public relations firm, TAG only provides earned media services; it does not create websites.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

DECLARATION OF MELISSA NATHAN

3. I further understand that Ms. Ghost alleges in her Cross-Complaint that Ms. Wilson "conspired" with me and/or TAG to create the Websites, and that Ms. Wilson instructed, asked, or somehow caused me and/or TAG to create those Websites. That is false. Neither Ms. Wilson, nor anyone that I understood to be working for Ms. Wilson, ever instructed, asked, or caused me or TAG to create the Websites.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 30, 2025, in Los Angeles, CA.

Signed by:
*Melissa Nathan*
Melissa Nathan

-2-
DECLARATION OF MELISSA NATHAN