quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

December 15, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: **_Jones et al. v. Abel et. al._, No. 1:25-cv-00779-LJL**

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court permanently seal the names, contact information, and images of non-parties, including of former or current employees, prospective or actual clients, and journalists in Exhibits 3-4, 6-8, 11, 13, 16, 22-23, and 25 filed at ECF No. 195 in support of the Jones Parties' Motion for Leave to Amend Their Complaint (ECF No. 191) and also filed contemporaneously with this letter motion to seal. The information that the Jones Parties request remain sealed is reflected in yellow highlight in the accompanying exhibits.

Sealing is justified where, as here, it would "protect[] significant and substantial privacy interests, such as the physical safety of litigants, witnesses, or third parties." *Courthouse News Serv. v. Corsones*, 131 F.4th 59, 69 (2d Cir. 2025). The public's interest in the identified contact information and images of third parties "is negligible and easily outweighed by … privacy interests." *Oakley v. MSG Networks, Inc.*, 792 F. Supp. 3d 394, 406 (S.D.N.Y. 2025) (Sullivan, J.). So too are the identities of non-party clients or prospective clients, as well as current or former employees or journalists. These "innocent third parties" have strong privacy interests and their specific identities have no bearing on the merits of the Jones Parties' motion. *See Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049-LJL, ECF No. 1027 at 5-6 (finding that the identity of non-party clients and prospective clients should remain sealed) (citing *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)). The Court should therefore keep sealed the names of these third parties, as well as their contact information and/or images, as reflected in the accompanying exhibits.

If the Jones Parties' request is granted, they are prepared to file public versions of these documents with this information redacted.[1]

Respectfully submitted,

*/s/ Kristin Tahler*

---

[1] The Jones Parties would also redact the highlighted personally identifying information in Exhibits 7-8 and 13 in accordance with this Court's order in *Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049-LJL, ECF No. 1027.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

|  |  |
|---|---|
| DATED: December 15, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Stephanie Jones and Jonesworks LLC* |