**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5ᵀᴴ FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  bfreedman@lftcllp.com

BRYAN J. FREEDMAN

December 15, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

    **Re:**    *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal their proposed redactions for Exhibits 1, 2, 3, 6, 7, 8, 11, 13, 16, and 17 (Dkt. Nos. 195-1, 195-2, 195-3, 195-5, 195-6, 195-7, 195-8, 195-9, 195-10, and 195-11) to the Declaration of Kristin Tahler in support of Plaintiffs Stephanie Jones and Jonesworks LLC's (together "Jonesworks") Motion for Leave to Amend Their Complaint (Dkt. 191) (the "Motion")., submitted concurrently.  The documents listed above contain documents, testimony, and information produced by or belonging to other parties and non-parties to this litigation and designated "Confidential" or "Attorneys' Eyes Only" by them.  Accordingly, the Wayfarer Defendants respectfully request that the Court preliminarily seal their proposed redactions for Exhibits 1, 2, 3, 6, 7, 8, 11, 13, 16, and 17 (Dkt. Nos. 195-1, 195-2, 195-3, 195-5, 195-6, 195-7, 195-8, 195-9, 195-10, and 195-11) to the Declaration of Kristin Tahler in support of the Motion.  In accordance with Rule 4.b of Attachment A of the Court's Individual Practices, the Wayfarer Defendants respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and non-parties have the opportunity to meet and confer, and so that they may file a motion for continued sealing if they so choose.

474059.1

December 15, 2025
Page 2

                        Respectfully submitted,

                        */s/ Bryan J. Freedman*
                        LINER FREEDMAN TAITELMAN + COOLEY, LLP
                        Bryan J. Freedman (*pro hac vice*)
                        Ellyn S. Garofalo (*pro hac vice*)
                        1801 Century Park West, 5th Floor
                        Los Angeles, CA 90067
                        Tel: (310) 201-0005
                        Email: bfreedman@lftcllp.com
                                  egarofalo@lftcllp.com

                        MEISTER SEELIG & FEIN PLLC
                        Mitchell Schuster
                        Kevin Fritz
                        125 Park Avenue, 7th Floor
                        New York, NY 10017
                        Tel: (212) 655-3500
                        Email: ms@msf-law.com
                                  kaf@msf-law.com

cc: all counsel of record (via ECF)