**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

December 15, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants"), and pursuant to Your Honor's Individual Rules, we move to seal portions of Exhibits 1, 2, 3, 6, 7, 8, 11, 13, 16, and 17 (Dkt. Nos. 195-1, 195-2, 195-3, 195-5, 195-6, 195-7, 195-8, 195-9, 195-10, and 195-11) to the Declaration of Kristin Tahler in support of Plaintiffs Stephanie Jones and Jonesworks LLC's (together "Jonesworks") Motion for Leave to Amend Their Complaint (Dkt. 191) (the "Motion").[1]  The Wayfarer Defendants also move to permanently seal paragraphs 14 and 16 of the Declaration of Kristin Tahler and the redactions on pages 5 and 6 of the Memorandum of Law in support of the Motion that discuss the contents of these exhibits.

Exhibits 1, 2, 3, 6, 7, 8, 11, 13, 16, and 17 and the related redacted sections of Jonesworks' Memorandum of Law, and paragraphs 14 and 16 of the Declaration of Kristin Tahler each contain confidential and sensitive information relating to the relationships between The Agency Group PR LLC ("TAG") and its clients or potential clients not involved in this litigation.  The Court has previously found this type of information to be appropriately maintained under seal in the related *Lively* case. *See, e.g.*, *Lively v. Wayfarer*, Case No. 1:24-cv-10049-LJL, Dkt. 1027 (Nov. 26, 2025), at 5 ("[I]nformation revealing the specific identity of clients and prospective clients who have used public-relations services is sufficiently sensitive to warrant continued sealing.").  The Wayfarer Defendants submit their proposed redactions outlined in red herewith.

Further, Exhibits 7, 8, and 13 (Dkt. 195-7, 195-8, and 195-10) contain personally identifying information ("PII") such as private telephone numbers, email addresses, and usernames that should be redacted prior to the exhibits being unsealed.  In addition to sealing the portions of these documents reflecting confidential and sensitive information, these documents should be redacted as indicated by Jonesworks to protect the confidential PII of parties, non-parties, and

---

[1] The Wayfarer Defendants join the motion to seal of non-parties Jed Wallace and Street Relations Inc. (Dkt. 203), which overlaps with the Wayfarer Defendants' motion, seeking to seal Exhibits 13 and 17.

Hon. Lewis J. Liman
December 15, 2025
Page 2

counsel, pursuant to the Court's prior orders concerning the filing and redaction of PII. *See, e.g.*, *Lively v. Wayfarer Studios et al.*, Dkts. 485, 619, 736.

The Wayfarer Defendants respectfully request the Court grant this Motion and order the continued sealing of Exhibits 1, 2, 3, 6, 7, 8, 11, 13, 16, and 17 (Dkt. Nos. 195-1, 195-2, 195-3, 195-5, 195-6, 195-7, 195-8, 195-9, 195-10, and 195-11) as well as the portions of Jonesworks' Memorandum of Law that refer to these exhibits (including the redacted references of pages 5 and 6 thereof) and paragraphs 14 and 16 of the Declaration of Kristin Tahler. The Wayfarer Defendants further respectfully request the Court order the redaction of PII from Exhibits 7, 8, and 13 (Dkt. 195-7, 195-8, and 195-10).

Respectfully submitted,

*/s/ Bryan J. Freedman*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
   egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
   kaf@msf-law.com

cc: all counsel of record (via electronic service)