# FILED UNDER SEAL

# Exhibit 1

# Memorandum of Law

# Proposed Redactions