# FILED UNDER SEAL

# Exhibit 2

# Tahler Declaration

# Proposed Redactions