# FILED UNDER SEAL

# Exhibit 3

# Tahler Decl. Ex. 1 Proposed Redactions