# FILED UNDER SEAL

# Exhibit 4

# Tahler Decl. Ex. 2

# Proposed Redactions