# FILED UNDER SEAL

# Exhibit 5

# Tahler Decl. Ex. 3

# Proposed Redactions