# FILED UNDER SEAL

# Exhibit 6

# Tahler Decl. Ex. 6

# Proposed Redactions