# FILED UNDER SEAL
# Exhibit 7
# Tahler Decl. Ex. 11 Proposed Redactions