# FILED UNDER SEAL

# Exhibit 8

# Tahler Decl. Ex. 13 Proposed Redactions