# FILED UNDER SEAL
# Exhibit 9
# Tahler Decl. Ex. 16 Proposed Redactions