# FILED UNDER SEAL

# Exhibit 10

# Tahler Decl. Ex. 17 Proposed Redactions