

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

January 8, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Jones et al. v. Abel et al.*, No. 1:25-cv-779-LJL

Dear Judge Liman:

On behalf of Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties") and non-party Jamey Heath, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit 1 and Exhibit 3 to the Declaration of Kevin Fritz, as well as the portions of the accompanying memorandum of law referencing the contents of those exhibits, which are being filed in opposition to plaintiffs Stephanie Jones and Jonesworks' motion for leave to amend.

Exhibit 1 and Exhibit 3 are documents, communications, or other discovery materials that have been designated as Confidential by parties or certain non-parties in the above-captioned matter.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

*Hon. Lewis J. Liman*
*Page 2*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)