UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>　　　　　　　　　　　　Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL<br><br>**DECLARATION OF KEVIN FRITZ IN OPPOSITION TO MOTION FOR LEAVE TO AMEND** |

I, Kevin Fritz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a partner of Meister Seelig & Fein PLLC, attorneys for defendants Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties") and for non-party Jamey Heath in the above-captioned matter.

2.　　I submit this declaration in opposition to the motion, by plaintiffs Stephanie Jones and Jonesworks LLC (collectively, the "Jones Parties"), for leave to amend their Complaint.

3.　　A true and correct copy of JONESWORKS_00030239 is attached as Exhibit 1.

4.　　A true and correct copy of HEATH_000046697 is attached as Exhibit 2.

5.　　A true and correct copy of JONESWORKS 00040622 is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 8, 2026　　　　　　　　　　/s/ *Kevin Fritz*
　　　　New York, NY　　　　　　　　　　　MEISTER SEELIG AND FEIN PLLC
　　　　　　　　　　　　　　　　　　　　　Kevin Fritz
　　　　　　　　　　　　　　　　　　　　　125 Park Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 655-3500
　　　　　　　　　　　　　　　　　　　　　kaf@msf-law.com