# Exhibit 2

# chat82885395760172738

**Thread Participants:** ▇▇▇ ; Jamey Heath (Owner); ▇▇▇ Steph Jones; ▇▇▇ Tera Hanks; Jamey Heath (Owner)

**Active Participants:** ▇▇▇ Jamey Heath (Owner); ▇▇▇ Tera Hanks; ▇▇▇ Steph Jones

**First Message:** 8/8/2024 11:19:50 AM
**Last Message:** 8/8/2024 10:05:50 PM

---

**Steph Jones**

> From: Lillian Gissen
> To: Jennifer Abel
> ★ Steph Jones
> WayfarerStudios
> Today at 4:16 PM
>
> **Call for comment**
>
> Hi, I'm a reporter for DailyMail.com and I'm currently working on a story surrounding the recent rumors that there was a feud between It Ends With Us costars Blake Lively and Justin Baldoni.
>
> People on social media are talking about how they didn't pose together at the premiere or do any press together.
>
> I wanted to give you a chance to respond to these rumors. Please let me know if you have any comments. Thank you.
>
> Best,
> Lillian Gissen
> US Senior Femail Reporter
>
> DailyMail.com
> Daily Mail | 51 Astor Place, 9th Floor, New York, NY 10003
> London | New York | Los Angeles | Sydney

8/8/2024 11:19:50 AM

**Steph Jones**
Jen just tried you please give me ring thanks
8/8/2024 11:25:13 AM

**Steph Jones**
Lillian has been nice and fixed things for us in past. I can give her that this is nothing burger.
8/8/2024 11:27:39 AM

**▇▇▇**
Hi we are going through security and checking luggage
8/8/2024 11:28:58 AM

**▇▇▇**
Melissa and her team are into this one already!
8/8/2024 11:29:17 AM

**Steph Jones**
Liked "Hi we are going through security and checking lugg…"
8/8/2024 11:29:18 AM

**Steph Jones**
all good I'll call
8/8/2024 11:29:25 AM

**Jamey Heath (Owner)**
Hold on guys. Please no one call daily mail right now. Melissa is in the middle of it. I want to be sure we are all aligned.
8/8/2024 11:35:12 AM

**Steph Jones**
oh sent email that i left word and playing phone tag with her. it was my understanding melissa was strategy not dealing with media comms.
8/8/2024 11:51:02 AM

**Jamey Heath (Owner)**
Hold on everyone. I've very confused. Why would anyone call anyone without consulting with everyone first? This is not good. No one is to do anything at all without my knowledge first.
This could really blow things up.
8/8/2024 11:55:27 AM

**Steph Jones**
I acknowledged receipt to Lillian and said I'd contact her like we always do which is part of our job.

No one should be contacting media except JW as we are agency of record.

Unsure how Melissa is in the middle of it as we were not privy to those discussions with Melissa, although we should be.
8/8/2024 12:00:12 PM

**Jamey Heath (Owner)**
I am hearing from Sony that quote "Someone named Stephanie jones" has responded out to daily mail saying that Blake is to blame and now this has escalated it all. We were purposely not responding to anything as to not fuel. This has fueled it. Everyone stand down unless I am aware of any moves. I don't care who is supposed to do what. I'm most interested in that. I'm interested only in any strategy being run by me. I need all to understand that.
8/8/2024 12:16:45 PM

**Steph Jones**
i did not even speak to daily mail so I know this isn't true.
8/8/2024 12:19:25 PM

**Steph Jones**
please tell me who at sony said this as i don't believe it for one minute.
8/8/2024 12:20:14 PM

**Steph Jones**
who at Sony?
8/8/2024 12:21:18 PM

**Steph Jones**
and we all know I would never ever say Blake is to blame.

I'll contact Sony comms now as I know this is isn't true.
8/8/2024 12:23:53 PM

**Jamey Heath (Owner)**
Do not context anyone at all right now.
8/8/2024 12:28:20 PM

**Jamey Heath (Owner)**
Contact
8/8/2024 12:28:23 PM

**Jamey Heath (Owner)**
I'm sorry for being direct but I need it to be direct.  I don't want any messaging with anyone right now.   So I am officially needing that to be understood.
8/8/2024 12:29:38 PM

**Steph Jones**
To clarify again, I have not spoken to Daily Mail. The above isn't true.

I also don't believe Dani or Kim at Sony are saying that above. Quote also has spaces as if it was just being drafted.
8/8/2024 12:33:29 PM

**Steph Jones**
i am not contacting press but is concerning if Dani or Kim are saying I have escalated this as I haven't even touched this. I am going to contact them.
8/8/2024 12:34:52 PM

**Steph Jones**
*Edited*
i am not contacting press but it is concerning if Dani or Kim are saying I have escalated this as I haven't even touched this. I am going to contact them.
8/8/2024 12:35:01 PM

**Jamey Heath (Owner)**

Stephanie. As your client and the one pays for the services, I am stating to not contact anyone regarding wayfarer or Sony at this time. If you do after this text, it will be a major problem. This needs to be respected now.

8/8/2024 12:37:09 PM

**Steph Jones**

Jamey, I have not spoken to Daily Mail. I have not spoken to Danni or Kim at Sony. The above is a significant accusation and I find it hard to believe true. My main goal is and has always been to protect Justin.

I was not aware Melissa was "in the middle of it" as I was told she was only helping with scenario planning. The email came to us and I promptly forwarded to you Tera and team.

8/8/2024 12:45:49 PM

**Steph Jones**
*Edited*
Jamey, I have not spoken to Daily Mail. I have not spoken to Danni or Kim at Sony. The above is a significant accusation and I find it hard to believe true. My main goal is and has always been to protect Justin.

I was not aware Melissa was "in the middle of it" as I was told she was only helping with scenario planning. The Daily Mail email came to us and I promptly forwarded to you Tera and team within minutes of receiving.

please give me a call when you land so we can discuss and align on plan. Thank you.

8/8/2024 12:47:52 PM

**Steph Jones**
Edited to "Jamey, I have not spoken to Daily Mail. I have not spoken to Danni or Kim at Sony. The above is a significant accusation and I find it hard to believe true. My main goal is and has always been to protect Justin.

I was not aware Melissa was "in the middle of it" as I was told she was only helping with scenario planning. The Daily Mail email came to us and I promptly forwarded to you Tera and team within minutes of receiving.

please give me a call when you land so we can discuss and align on plan. Thank you.
"

8/8/2024 12:47:52 PM

**Steph Jones**
We received another inquiry please call when you land.
8/8/2024 1:41:30 PM

**Steph Jones:** Josh Greenstein just contacted me.
8/8/2024 1:49:31 PM

**Jamey Heath (Owner):** Josh has asked to speak with you and I told him it was ok to call you.
8/8/2024 2:04:35 PM

**Jamey Heath (Owner):** So while our position is the same regarding communications, this particular call with Josh as it pertains to wayfarer and Justin you should take.
Thanks
8/8/2024 2:06:01 PM

**Steph Jones:** Im am more than happy to speak to Josh.
8/8/2024 2:08:05 PM

**Steph Jones:** People Magazine reached out but we have not responded.
8/8/2024 2:19:47 PM

**Steph Jones:** let's get aligned on plan when you land.
8/8/2024 2:20:27 PM

**Jamey Heath (Owner):** Where and when did that come in?

And Let's not respond at all.
Not even an acknowledgement of receipt.
8/8/2024 2:22:05 PM

**Steph Jones:** did not respond
8/8/2024 2:22:34 PM

**Steph Jones:** 5:30pm my time but was at dinner so saw and text you above at 6:41pm.

Is Melissa contacting Daily Mail or no?
8/8/2024 2:24:15 PM

**Steph Jones:** https://www.dailymail.co.uk/femail/article-13723621/blake-lively-justin-baldoni-feud-drama.html
8/8/2024 2:32:33 PM

**Steph Jones**
looks like this hit 3 hours ago which is what likely prompted People mag to inquire with us. Nothing is from an insider and all the quotes are attributed to the specific social media posts our team sent Jen Abel this morning at 8:11am ET.
8/8/2024 2:32:33 PM

Chiming in here— as the team knows this has been changing minute by the minute. What went from just monitoring and scenario planning as of yesterday, escalated to Melissa and me having to have an off the record conversation with outlets such as the today show (since he was live today and they were planning on asking about the fan theories). NYP has been digging since last week since Justin hasn't been in any of the promo leading up to the junket but via Melissa's relationship they have been kept at bay with the assurance that we along with Blake's team were not responding to any media. Unfortunately, Daily Mail has communicated to Sony that someone from Justin's camp has contacted them and provided comment which has caused heat now with Blake's team. Steph, for full transparency it is was communicated to Sony by daily mail and also by Blake's team that it was you who called them and gave them info as Sony called us and told us this. The plan for now is to keep compiling the incoming requests which we are sharing as a fyi to Melissa's team who are monitoring this for us while we continue to junket and have the screening tonight and i have a call set later with Blake's team to smooth things over and ensure that her side isn't feeding anything else (and they know we aren't either). We have been given the assurance that they also want this to die. Let's please share the inquiries from people mag as I don't have that one here with the team and we will send to Melissa too. This is an all hands on deck scenario.
8/8/2024 2:40:19 PM

CONFIDENTIAL

HEATH_000046702

**Steph Jones**
I didn't communicate with Daily Mail or anyone else for that matter.

Daily Mail did not tell Sony I I called them, 1. Because I didn't and 2. Because a media outlet would never cite someone like that to another party. That's not how it works.

Josh is aware of what's going on.

Leslie Sloane may wrongly assume this is coming from Justin's side but the
Daily Mail story is solely about the 3 social media posts that Henry sent you this morning at 8:11am ET. I wasnt aware he had sent you those until Daily Mail inquired hours later.

Let's align on comms plan as I need to be in loop on media communications and plan. Please ensure I'm on those texts and emails. thanks!
*8/8/2024 3:00:20 PM*

Just communicating what we were told by Sony. And yes we've been in lockstep with the social team to flag in real time. The plan for now is to just forward all requests here and not respond.
*8/8/2024 3:06:50 PM*

**Steph Jones**
Leslie never communicated that to Sony.
*8/8/2024 3:07:08 PM*

**Steph Jones**
nor did Daily Mail.
*8/8/2024 3:07:13 PM*

**Steph Jones**
Who at Sony told you this Jen?
*8/8/2024 3:07:32 PM*

**Steph Jones**
what time is call with Leslie as I would like to join or I can shoot her text now to coordinate call to ensure she is good and knows this isn't us.
*8/8/2024 3:08:55 PM*

Danni, who then was communicating with Josh and Gloria. Josh then texted me accusing me of being the one who called daily mail as we were boarding. I straightened it out there so no action needed. Jamey and the team are aware of all. Let's not do anything further as when we land we need to go straight into press and screening, meet and greet etc.
*8/8/2024 3:09:41 PM*

> **Jamey Heath (Owner)**
> Chiming in myself For clarity I would like no one on our end to contact anyone until we have all talked. Thank you.
> 8/8/2024 3:11:06 PM

**Steph Jones**
So Josh accused you first which means my name wasn't given.
8/8/2024 3:11:10 PM

No, Danni called me then Josh texted me.
8/8/2024 3:11:34 PM

**Steph Jones**
yes and you noted that Josh accused you of talking to Daily Mail which means my name wasn't given.
8/8/2024 3:12:31 PM

It was given when Danni called me.
8/8/2024 3:13:32 PM

**Steph Jones**
I think it's odd as soon as our social team monitored and sent 3 tiktok's that Daily Mail suddenly covered quotes from all three within the hour.
8/8/2024 3:13:36 PM

**Steph Jones**
No Jen. Danni at Sony did not tell you that Daily Mail gave my name. Nor did Josh. Josh assumed it was you per your text above.
8/8/2024 3:16:51 PM

**Steph Jones**
*Reply*
Jen is speaking with Danni and Leslie team. My name is being cited. I do need to call Danni as well.
8/8/2024 3:17:29 PM

**Steph Jones**
Jen what time is call with leslie or should I contact her to schedule all of us getting on phone?
8/8/2024 3:18:48 PM

Per jamey I am not contacting Leslie and we are to stand down until we get through the events we have with Justin tonight.
8/8/2024 3:20:57 PM

**Jamey Heath (Owner)**
I'm confused right now.
No one is to call Leslie. I don't know how to be any clearer. Why are my words not understood? I want us internally to speak first before any one represents wayfarer or Justin. Someone needs to tell me that they hear me.
8/8/2024 3:23:09 PM

Yes copy. We are aligned.
8/8/2024 3:23:31 PM

**Tera Hanks**
I hear you and we are aligned
8/8/2024 3:25:47 PM

**Steph Jones**
copy. alignged.

Per Jen's above text she proactively reached out to Leslie and team to smooth things over so I assumed you approved that.

Jen please email Leslie's team to cancel the call you supposedly had.

also please note that NY Post sent no inquiries to you or our team last week or this week re: Justin.

8/8/2024 3:37:57 PM

**Steph Jones**
Gillian at People Magazine following up again. I have relationship with her so think I should reply I'm on vacation in London with my entire family but she can contact Jen. Aligned?
8/8/2024 5:04:04 PM

**Jamey Heath (Owner)**
Steph, please don't respond in any fashion. Even that you're out on vacation and then to direct to Jen. That is still a response of sorts. The position for now is to stay dark until further notice.
Although you have a relationship Gillian, as it pertains to this situation there should be no response or acknowledgment of the email itself. Thank you.
8/8/2024 5:16:27 PM

**Steph Jones**
cool no problem
8/8/2024 5:29:47 PM




**Steph Jones**
Liked "Steph, please don't respond in any fashion. Even t…"
8/8/2024 5:30:07 PM

**Steph Jones**
i'll ignore
8/8/2024 5:30:13 PM

**Steph Jones**
<__Library_SMS_Attachments_20_00_88523CD1-B526-483A-8870-E6ACF653DABF_IMG_3683.heic>
8/8/2024 7:49:18 PM

**Steph Jones**

From: **David Niederhoffer** >
To: **Jennifer Abel** >
★ **Steph Jones** >
Cc: **JJ editors** >
Today at 2:29 AM

**Justin Baldoni and Blake Lively feud rumors**

Hi Jennifer and Stephanie,

We just read the Hollywood Reporter article covering the alleged rift between Justin and Blake while working on "It Ends With Us" and wanted to know if you have any comment to add.

Let us know if you have a statement to provide, either on the record or off the record.

Thank you!
David
--

8/8/2024 9:34:11 PM

CONFIDENTIAL                                                                                                    HEATH_000046706



CONFIDENTIAL

HEATH_000046707