UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

## CERTIFICATE OF SERVICE

I, Kevin Fritz, certify that on January 8, 2026, I served true and correct copies of defendants Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (collectively, the "Wayfarer Parties") and non-party Jamey Heath's memorandum in opposition to Motion for Leave to Amend and accompanying documents that were sealed or otherwise incapable of being filed on ECF, via email, on counsel listed on the attached service list.

In addition, on January 9, 2026 I served true and correct copies of the same papers, via email, on non-party Isabela Ferrer's counsel Jared Foley of MICHELMAN & ROBINSON LLP at jfoley@mrllp.com.

Dated: January 12, 2026
    New York, NY

/s/ *Kevin Fritz*
Kevin Fritz
MEISTER SEELIG AND FEIN PLLC
125 Park Ave. 7th Floor
New York, NY 10017
Tel: (212)-655-3500
Email: kaf@msf-law.com
*Attorneys for Wayfarer Parties*

**PROOF OF SERVICE**
*Stephanie Jones, et al. v. Jennifer Abel, et al.*
Case No. 1:25-cv-00779-LJL

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
Tel: 212-849-7021
Email:morgananastasio@quinnemanuel.com

Kristin Tahler
865 S. Figueroa Street Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

Maaren Alia Shah
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs*