UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STEPHANIE JONES, et al.,

                        Plaintiffs,

    -v-                                           CIVIL ACTION NO. 25 Civ. 779 (LJL) (SLC)

                                                 **SCHEDULING ORDER**

JENNIFER ABEL, et al.,

                        Defendants.
_____

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the counsel-only conference with counsel for Defendants to discuss settlement currently scheduled for January 23, 2026 at 11:00 a.m. ET is ADJOURNED to **Thursday, January 22, 2026 at 1:30 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY 10007.

Dated:       New York, New York
               January 20, 2026

                                                         SO ORDERED.

                                                         _/s/ Sarah L. Cave_
                                                         SARAH L. CAVE
                                                         **United States Magistrate Judge**