**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

January 22, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: ***Jones et al. v. Abel et. al.***, **No. 1:25-cv-00779-LJL**

Dear Judge Liman:

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1 and 2 filed in connection with the Jones Parties' Reply in Further Support of Their Motion for Leave to Amend ("Motion"), as well as those portions of the Reply that reference these exhibits and the material filed under seal in connection with the Motion.  These exhibits contain information that has been designated as Confidential under the protective order in this action.  The Jones Parties respectfully request that the Court not rule on this letter-motion to seal for one week so that the parties have an opportunity to meet and confer and file any motion for continued sealing if they so choose.

Additionally, the Jones Parties request that the Court permanently seal the names of the non-party client and related references, designated in highlight, in Exhibit 1.  *United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995) ("[T]he privacy interests of innocent third parties ... should weigh heavily in a court's balancing equation.").  If the Jones Parties' request is granted, they are prepared to file public versions of this document with this information redacted.

Respectfully submitted,

*/s/ Kristin N. Tahler*

| | |
|---|---|
| DATED: January 22, 2026<br>Los Angeles, California | **QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br><br>Kristin N. Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Stephanie Jones and*<br>*Jonesworks LLC* |