**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC,<br><br>　　　　　Plaintiffs,<br><br>　　-against-<br><br>Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10<br>　　　　　Defendants. | Civil Action No. 1:25-cv-779 |

## CERTIFICATE OF SERVICE

I, Kristin N. Tahler, do hereby certify that I am not less than 18 years of age, and on this 22nd day of January 2026, I caused a copy of the Jones Parties' sealed Reply in Further Support of Their Motion to Amend, and supporting exhibits, to be served upon the following counsel for the parties via email, in accordance with this Court's standing order dated September 24, 2025.

### SEE ATTACHED SERVICE LIST

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 22, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristin N. Tahler*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristin N. Tahler

**SERVICE LIST**

**LINER FREEDMAN TAITELMAN + COOLEY**
Bryan J. Freedman
Ellyn S. Garofalo
Kim Zeldin
Theresa M Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey Michelle Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com

abuttrick@shapiroarato.com

*Attorneys for Jennifer Abel, Justin Baldoni, Jamey Heath, Melissa Nathan, Wayfarer Studios LLC*