UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC, | Case No. 1:25-cv-00779-LJL |
| Plaintiffs, | |
| v. | |
| JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10, | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | |

**PLEASE TAKE NOTICE**, that Jason A. Driscoll has left the firm Shapiro Arato Bach LLP, counsel for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios LLC (collectively, "Defendants"), effective January 30, 2026.  We respectfully request that this Court grant this motion for an Order (1) pursuant to Local Rule 1.4, granting leave to withdraw Mr. Driscoll as counsel for Defendants and (2) granting such other and further relief as the Court deems just and proper.

Alexandra A.E. Shapiro, Jonathan Bach, and Alice Buttrick of Shapiro Arato Bach LLP will remain among the counsel of record for Defendants.  As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter.  A proposed Order granting leave to withdraw Mr. Driscoll is submitted herewith.

Dated: February 10, 2026

Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881

*Attorney for Defendants*