**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

February 17, 2026

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

Pursuant to Section 1.D of Your Honor's Individual Practices in Civil Cases, Plaintiffs Stephanie Jones and Jonesworks LLC (the "Jones Parties" or "Plaintiffs") and Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Parties" and with the Jones Parties, the "Parties") respectfully jointly move the Court for (1) leave for the Wayfarer Parties to take an additional 30(b)(6) deposition of Jonesworks before taking the depositions of Plaintiffs' damages experts, and (2) for an order extending the deadline for completion of expert depositions from February 28, 2026 to April 30, 2026.

The Parties' agreement and request to the Court to reopen fact discovery for the purpose of allowing the Wayfarer Parties to take an additional 30(b)(6) deposition of Jonesworks arises from the Jones Parties' production of 13 documents alongside their expert reports related to their alleged damages, which had not been produced during fact discovery. To potentially avoid a dispute regarding excluding the documents and the experts' testimony based upon the documents (which the Jones Parties in any event dispute), the Parties agreed to jointly ask the Court to reopen discovery to allow the Wayfarer Parties an additional 30(b)(6) deposition regarding those few documents prior to the expert depositions.

Additionally, the Jones Parties request to extend the expert deposition deadline to April 30, 2026. This accommodates the Wayfarer Parties' schedule and need to complete pretrial submissions (due March 20) and engage in trial preparation in the related *Lively v. Wayfarer* action, Case No. 24-cv-10049, set for May 18, 2026. Extending the expert deposition deadline as requested will not affect any other deadline set by this Court, as no further deadlines are currently scheduled in this action or in the related *Lively v. Wayfarer Studios* action, Case No.24-cv-10049 as relates to the Jones Parties.

Respectfully Submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LINER FREEDMAN TAITELMAN + COOLEY, LLP |

/s/ *Kristin N. Tahler*
Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs*
*Stephanie Jones and Jonesworks LLC*

/s/ *Amir Kaltgrad*
Bryan J. Freedman
Ellyn S. Garofalo
Kim Zeldin
Theresa M Troupson
Summer Benson
Jason Sunshine
Amir Kaltgrad
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com
akaltgrad@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mita Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach

1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com

*Attorneys for Defendants
Wayfarer Studios LLC, Justin Baldoni, Melissa
Nathan, and Jennifer Abel*