UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

STEPHANIE JONES, et al.,

                Plaintiffs,

    -against-

JENNIFER ABEL, et al.,

                Defendants.
-------------------------------------------------------

Case No.  1:25-cv-00779-LJL

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Mitchell Schuster
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS6653_____ My State Bar Number is 2300648_____

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Meister Seelig & Fein PLLC_____
                FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: 212-655-3500_____
                FIRM FAX NUMBER: 212-655-3535  ms@msf-law.com_____

NEW FIRM:    FIRM NAME: Meister Seelig & Schuster PLLC_____
                FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: 212-655-3500_____
                FIRM FAX NUMBER: 212-655-3535  ms@mss-pllc.com_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 16, 2026

                /s/ Mitchell Schuster
                _____
                ATTORNEY'S SIGNATURE