**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>
STEPHANIE JONES, JONESWORKS LLC,<br><br>
                Plaintiffs,<br>
v.<br>
JENNIFER ABEL, MELISSA NATHAN,<br>
JUSTIN BALDONI, WAYFARER<br>
STUDIOS LLC, and JOHN DOES 1-10,<br><br>
                Defendants.
</td>
<td>
Civ. Action No. 1:25-cv-00779-LJL<br>
rel. 1:24-cv-10049-LJL<br>
(Consolidated for pretrial purposes with<br>
1:25-cv-00449-LJL)
</td>
</tr>
</table>

**STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY**

WHEREAS, Stephanie Jones and Jonesworks LLC (the "Jones Parties") have filed a lawsuit against Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Parties") in *Jones et al. v. Abel et al.*, U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00779-LJL) (the "Jones Action");

WHEREAS, the Wayfarer Parties have filed counterclaims against the Jones Parties in the Jones Action;

WHEREAS, the Court has entered a scheduling order governing, among other things, the timing of expert discovery, including expert depositions;

WHEREAS, by Order dated February 17, 2026, the Court extended the deadline for completion of expert depositions from February 28, 2026 to April 30, 2026;

WHEREAS, the parties have diligently conducted discovery to date, including the exchange of expert disclosures;

WHEREAS, the parties require additional time to complete expert depositions due to scheduling constraints and the number of experts involved;

WHEREAS, the requested extension will not affect any other deadlines in the case;

WHEREAS, the parties have met and conferred and agree that a brief extension of the expert deposition deadline will promote the orderly and efficient completion of discovery without affecting other case deadlines;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Jones Parties and the Wayfarer Parties, through their undersigned counsel, that:

1. The deadline for completion of expert depositions in the Jones Action is hereby extended up to and including July 31, 2026; and

2. All other deadlines and provisions set forth in the Court's scheduling order shall remain unchanged unless otherwise ordered by the Court.

April 20, 2026

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Kristin Tahler
Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

LINER FREEDMAN TAITELMAN
+ COOLEY, LLP

/s/ Bryan J. Freedman
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mita Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor

*Attorneys for Plaintiffs*
*Stephanie Jones and Jonesworks LLC*

Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants*
*Wayfarer Studios LLC, Justin Baldoni, Melissa*
*Nathan, and Jennifer Abel*


SO ORDERED.

Date:

_____
HON. LEWIS J. LIMAN
United States District Judge