UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

STEPHANIE JONES, et al.,

                            Plaintiffs,

       -v-

JENNIFER ABEL, et al.,

                          Defendants.

-------------------------------------------------------------------X

                  25-cv-779 (LJL)

                    ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hold a status conference in this matter on August 19, 2026, at 10:30 AM

in Courtroom 15C of the 500 Pearl Street Courthouse.

       SO ORDERED.

Dated: April 24, 2026
      New York, New York
                             LEWIS J. LIMAN
                       United States District Judge