Warning: You have attempted to visit a site that has been blocked by the AO IT Security Office, Security Operations Center (SOC). The site is associated with malicious content. If you believe this site has been inappropriately blocked, a Court Executive must submit a [risk acceptance memo](#) with legitimate business justification to [SOC@ao.uscourts.gov](mailto:SOC@ao.uscourts.gov)

Cited in Jones v. Abel 258779 Decided on 3/16/26. Archived on 4/1/26. This document is protected by copyright. Further reproduction is prohibited without permission.