

Excellent  4.6 out of 5  ★ Trustpilot

The domain name

# StephanieJonesLies.com

is for sale!

## Get this domain

Own it today for $995 and make it yours.

| StephanieJonesLies.com | $995 |
| --- | --- |

Need help? Give us a call. **480-651-9741**

Cited in Jones v Abel
25cv779 Decided 3/26/26
Archived on 4/1/26
Next
This document is protected by copyright.
Further reproduction is prohibited without permission.



Safe & secure
transactions



Fast & easy transfers

stephaniejoneslies.com



Hassle free payments



Copyright © 2026 GoDaddy Operating Company, LLC. All Rights Reserved.

Do not share my personal information   •

Privacy Settings

Cited in Jones v Abel
25cv779 Decided 3/26/26

Archived on 4/1/26

This document is protected by copyright.
Further reproduction is prohibited without permission.