# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC<br><br>Plaintiffs,<br><br>-v-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10<br><br>Defendants. | Civil Action No. 1:25-cv-779 (LJL) |

**AFFIDAVIT OF BRADLEY E. BECKWORTH IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

STATE OF TEXAS          §
                                        §
COUNTY OF TRAVIS    §

I, Bradley E. Beckworth being duly sworn, depose and say:

1. I am an attorney duly admitted to practice before the following courts:
New York
Texas
Oklahoma
Arkansas

2. I am a member in good standing of each of the foregoing courts.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently pending against me.

6. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the New York Rules of Professional Conduct.

7. I consent to the jurisdiction of this Court for disciplinary purposes in connection with this matter.

8. I will be associated with counsel admitted to practice in this Court:

Maaren A. Shah
Morgan L. Anastasio
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

WHEREFORE, I respectfully request admission pro hac vice in this matter.

Dated: June 17, 2026

Respectfully submitted,

By: _____
Bradley E. Beckworth
New York State Bar No. 5151071
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com

Sworn to before me this ____17th____ day of _____June_____, 2026.

_____
Notary Public
In and For the State of Texas

LIZ DENSON
Notary ID #11111824
My Commission Expires
December 23, 2028