# Exhibit 2



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Bradley Earl Beckworth

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 29, 2013,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and  Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 17, 2026.

*Clerk of the Court*

CertID-00295539

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 17, 2026

Re: Bradley E. Beckworth, State Bar Number 24001710

To Whom It May Concern:

This is to certify that Bradley E. Beckworth was licensed to practice law in Texas on November 07, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Bradley E. Beckworth**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 1997.

I further certify that the records of this office show that, as of this date

**Bradley E. Beckworth**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of June, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3947C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## C E R T I F I C A T E

STATE OF OKLAHOMA   )
                          )
COUNTY OF OKLAHOMA )

Katherine M. Ogden, being duly sworn, deposes and says:

That she is the Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as Assistant General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That BRADLEY EARL BECKWORTH, OBA #19982, was admitted to the practice of law by the Supreme Court of Oklahoma on October 6, 2003 and is an active member in good standing of the Oklahoma Bar Association.



Katherine M. Ogden
Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 17th day of June, 2026 by Katherine M. Ogden.

NOTARY PUBLIC

My Commission Expires:
02/04/2030

Commission Number:
26001169

JORDYN BANTA
NOTARY
# 26001169
EXP. 02/04/30
PUBLIC
STATE OF OKLAHOMA

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org



*Supreme Court*

# State of Arkansas

*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, court of last resort in our state, do hereby certify that  Bradley Earl Beckworth was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on November  7, 2005,  issued Arkansas bar number 2005297, and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 17th day of June, 2026.



KYLE E. BURTON
(CLERK)

By _____
Deputy Clerk