UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC<br><br>        Plaintiffs,<br><br>  -v-<br><br>JENNIFER ABEL, MELISSA NATHAN,<br>JUSTIN BALDONI, WAYFARER STUDIOS<br>LLC, and JOHN DOES 1-10<br><br>        Defendants. | Civil Action No. 1:25-cv-779 (LJL) |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

IT IS HEREBY ORDERED THAT the motion of Bradley E. Beckworth for admission to practice *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant, Bradley E. Beckworth, has declared that he is a member in good standing of the bars of the states of New York, Texas, Oklahoma and Arkansas. Additionally, Bradley E. Beckworth has declared his contact information is as follows:

Applicant's Name:   Bradley E. Beckworth

Firm Name:       NIX PATTERSON, LLP

Address:         8701 Bee Cave Road, Building 1, Suite 500
                    Austin, Texas 78746

Telephone:      (512) 328-5333

Telecopier:      (512) 328-3553

Email:           bbeckworth@nixlaw.com

**IT IS HEREBY ORDERED** that Bradley E. Beckworth is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

So Order:    New York, NY
             June _____, 2026


_____
UNITED STATES DISTRICT JUDGE PRESIDING