UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC <br><br> Plaintiffs, <br><br> -v- <br><br> JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10 <br><br> Defendants. | Civil Action No. 1:25-cv-779 (LJL) |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

IT IS HEREBY ORDERED THAT the motion of Christina Yarnell for admission to practice *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant, Christina Yarnell, has declared that she is a member in good standing of the bar of the state of Texas. Additionally, Christina Yarnell has declared her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Christina Yarnell |
| Firm Name: | NIX PATTERSON, LLP |
| Address: | 8701 Bee Cave Road, Building 1, Suite 500 <br> Austin, Texas 78746 |
| Telephone: | (512) 328-5333 |
| Telecopier: | (512) 328-3553 |
| Email: | cyarnell@nixlaw.com |

**IT IS HEREBY ORDERED** that Christina Yarnell is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

So Order:    New York, NY
             June _____, 2026


_____
UNITED STATES DISTRICT JUDGE PRESIDING