UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC | Civil Action No. 1:25-cv-779 (LJL) |
| Plaintiffs, | |
| -v- | |
| JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10 | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to the Court's Order of June 22, 2026 granting Bradley E. Beckworth of NIX PATTERSON LLP admission to practice *pro hac vice* in the above-referenced cause of action on behalf of Plaintiffs. Bradley E. Beckworth hereby enters his appearance as counsel for Plaintiffs, Stephanie Jones and Jonesworks LLC and requests that all papers in this action be served upon the undersigned at the address below.

Dated: June 22, 2026

Respectfully submitted,

By: */s/ Brad Beckworth*
    Bradley E. Beckworth
    New York State Bar No. 5151071
    NIX PATTERSON, LLP
    8701 Bee Cave Road
    Seven Oaks East, Suite 500
    Austin, Texas 78746
    Telephone: (512) 328-5333
    Telecopier: (512) 328-5335
    bbeckworth@nixlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, the foregoing was filed electronically with the Court and served by operation of the Court's ECF notification system upon all counsel of record.

Austin, Texas
June 22, 2026

*/s/ Brad Beckworth*
Bradley E. Beckworth