UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC<br><br>Plaintiffs,<br><br>-v-<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10<br><br>Defendants. | Civil Action No. 1:25-cv-779 (LJL) |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Pursuant to the Court's Order of June 22, 2026 granting Christina Berg Yarnell of NIX PATTERSON LLP admission to practice *pro hac vice* in the above-referenced cause of action on behalf of Plaintiffs. Christina Berg Yarnell hereby enters her appearance as counsel for Plaintiffs, Stephanie Jones and Jonesworks LLC and requests that all papers in this action be served upon the undersigned at the address below.

Dated: June 22, 2026

Respectfully submitted,

By: */s/ Christina Yarnell*
      Christina Berg Yarnell, *pro hac vice*
      Texas State Bar No. 24071973
      NIX PATTERSON, LLP
      8701 Bee Cave Road
      Seven Oaks East, Suite 500
      Austin, Texas 78746
      Telephone: (512) 328-5333
      Telecopier: (512) 328-5335
      cyarnell@nixlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing was filed electronically with the Court and served by operation of the Court's ECF notification system upon all counsel of record.

Austin, Texas
June 22, 2026

*/s/ Christina Yarnell*
Christina Berg Yarnell