**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL |

**JOINT STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY**

1

522399.1

WHEREAS, Stephanie Jones and Jonesworks LLC (the "Jones Parties") have filed a lawsuit against Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Parties") in Jones et al. v. Abel et al., U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00779-LJL) (the "Jones Action");

WHEREAS, the Wayfarer Parties have filed counterclaims against the Jones Parties in the Jones Action;

WHEREAS, the Court has entered a scheduling order governing, among other things, the timing of expert discovery, including expert depositions;

WHEREAS, by Order dated February 17, 2026, the Court extended the deadline for completion of expert depositions from February 28, 2026 to April 30, 2026;

WHEREAS, by Order dated April 21, 2026, the Court extended the deadline for completion of expert depositions from April 30, 2026 to July 31, 2026;

WHEREAS, the parties have exchanged expert disclosures;

WHEREAS, the parties require additional time to complete two expert depositions due to scheduling constraints;

WHEREAS, the requested extension will not affect any other deadlines in the case;

WHEREAS, the parties have met and conferred and agree that a brief extension of the expert deposition deadline will promote the orderly and efficient completion of discovery without affecting other case deadlines;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Jones Parties and the Wayfarer Parties, through their undersigned counsel, that:

1. The deadline for completion of expert depositions in the Jones Action is hereby extended up to and including August 17, 2026; and

1

522399.1

2.    All other deadlines and provisions set forth in the Court's scheduling order shall remain unchanged unless otherwise ordered by the Court.

Dated:  July 9, 2026

LINER FREEDMAN TAITELMAN + COOLEY, LLP

_____/s/ Kim S. Zeldin_____
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com


MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

NIX PATTERSON, LLP

_____/s/ Christina B. Yarnell_____
Bradley E. Beckworth (admitted *pro hac vice*)
Christina B. Yarnell (admitted *pro hac vice*)
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, TX 78746
(512) 328-5333
bbeckworth@nixlaw.com
cyarnell@nixlaw.com


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*

2

522399.1

3

SO ORDERED.

Date:

_____
HON. LEWIS J. LIMAN
United States District Judge

522399.1