UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2026

-----------------------------------------------------------------------X
                  :
STEPHANIE JONES, et al.,               :
                  :
           Plaintiffs,   :
                  :     25-cv-779 (LJL)
    -v-               :
                  :     ORDER
JENNIFER ABEL, et al.,        :
                  :
           Defendants.  :
                  :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties are directed to meet and confer and submit a joint letter indicating when the

parties will be ready to submit summary judgment motions and a joint pretrial order, as well as

the earliest date for trial of this matter.  The letter is to be submitted by July 17, 2026.

    SO ORDERED.

Dated: July 10, 2026
    New York, New York               LEWIS J. LIMAN
                          United States District Judge