LF
TC  Liner Freedman
    Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-0005
egarofalo@lftcllp.com

July 17, 2026

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Stephanie Jones, Jonesworks LLC v. Jennifer Abel, Wayfarer LLC, Justin Baldoni and Melissa Nathan*, Case No. 1:25-cv-00779 (LJL)

Dear Judge Liman:

Pursuant to the Court's July 10, 2026 Order (Dkt. No. 252), the parties jointly propose the following schedule for summary judgment, joint pretrial order and trial:

| | |
|---|---|
| Motions for Summary Judgment: | October 15, 2026 |
| Oppositions to Motions for Summary Judgment: | November 12, 2026 |
| Replies in Support of Summary Judgment: | November 30, 2026 |
| Joint Pretrial Order: | January 8, 2027 |
| Trial Date: | February 8, 2027 |

Ms. Abel asked Jonesworks to stipulate to the consolidation of her Third-Party Complaint for indemnification against Jonesworks pending in *Lively v. Wayfarer*, Case No. 24-cv-10049, with this action. See Dkt. No. 1142. Jonesworks is considering Ms. Abel's request. Absent Jonesworks' agreement to consolidation, Ms. Abel will file a motion to consolidate.

Very truly yours,

**LINER FREEDMAN TAITELMAN + COOLEY**

By:    */s/ Ellyn S. Garofalo*
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
       egarofalo@lftcllp.com

**NIX PATTERSON, LLP**

By:    */s/ Christina Berg Yarnell*
Bradley E. Beckworth
Christina Berg Yarnell
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Tel: (512) 328-5333
Fax: (512) 328-5335
Email: bbeckworth@nixlaw.com
       cyarnell@nixlaw.com

523211.1

**L|F** Liner Freedman
**T|C** Taitelman+Cooley LLP

July 17, 2026
Page 2

**MEISTER SEELIG & SCHUSTER PLLC**
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
          kaf@ mss-pllc.com

*Attorneys for Defendants*

The Court adopts the schedule as proposed by the parties. A jury trial will be held on February 8, 2027 at 9:30 am in Courtroom 15C at the 500 Pearl Street Courthouse. A final pretrial conference is scheduled for January 27, 2027 at 2:00 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 20, 2026

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Nicholas Inns
1300 I St NW
Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Maaren Alia Shah
Morgan Lindsay Anastasio
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com
          morgananastasio@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer
Anthony King
Jonas Palmer Mann
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Tel: 213-394-7979
Fax: 213-529-1027
Email: matthew@umklaw.com
          anthony@umklaw.com
          jonas@umklaw.com

*Attorneys for Plaintiffs*

523211.1