

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-0005
egarofalo@lftcllp.com

July 22, 2026

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Stephanie Jones, Jonesworks LLC v. Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni and Melissa Nathan (the "Wayfarer Parties")*, Case No. 1:25-cv-00779 (LJL)

Dear Judge Liman:

The Wayfarer Parties respectfully seek clarification as to whether the August 19, 2026 status conference remains on calendar, as scheduled (Dkt. No. 241), or has been taken off calendar in light of the Court's recent trial scheduling order (Dkt. No. 254).

Very truly yours,

/s/ *Ellyn S. Garofalo*

Ellyn S. Garofalo

523814.1