UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

STEPHANIE JONES, et al.,

                      Plaintiffs,

      -v-

JENNIFER ABEL, et al.,

                    Defendants.

------------------------------------------------------------------------X

25-cv-779 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:  08/07/2026**

LEWIS J. LIMAN, United States District Judge:

The Court has pending before it motions for sealing at Dkt. Nos. 128, 157, 162, 165, 175, 181, 183, 185, 190, 202, 204, 207, 208, 215, and 222.  From the Court's preliminary review, it appears that much of the information requested to be sealed has been disclosed in one form or another either in this litigation or in *Lively v. Wayfarer Studios LLC*, No. 24-cv-10049.  In addition, given the passage of time, the business or privacy interests that may once have supported sealing may longer do so.

Accordingly, the parties are directed to inform the Court by letter filed on ECF no later than August 17, 2026, what, if any, information requires continued sealing.  Each party's submission shall be contained in a single letter and such letter shall indicate by docket number the outstanding requests for sealing to which the letter is addressing itself.  The letter must also indicate, by docket number, the specific docket entries for which continued sealing is requested and contain a brief explanation supporting each request consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  In the absence of a timely filed request for continued

sealing, the Court will consider any prior requests to be waived.

SO ORDERED.

Dated: August 7, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge