NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

August 17, 2026

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: C.A. No. 1:25-cv-779 (LJL); *Stephanie Jones, Jonesworks LLC v Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios, LLC and John Does 1-10*; In The United States District Court for the Southern District of New York

Dear Judge Liman:

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties"), we write pursuant to your August 7, 2026 Order [Dkt. 257] requesting the parties inform the Court what information requires continued sealing.

The Jones Parties do not require any continued sealing pertaining to their motions for sealing at Dkt. Nos. 162, 165, 190, 204, and 222 before this Honorable Court. However, in any refiling, the Jones Parties will redact personally identifying information—including phone numbers, email addresses, and personal pictures—in line with this Court's order in *Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049-LJL, Dkt. 1027.

Thank you for your time and assistance in this matter.

Sincerely,

Brad Beckworth