Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

August 17, 2026

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Pursuant to Your Honor's Individual Rules and the Order of August 7, 2026 (Dkt. 257), Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants") move to seal portions of Exhibit B (Dkt. 170-2) to the Declaration of Kristin Tahler in support of Plaintiffs Stephanie Jones and Jonesworks LLC's (collectively, "Jonesworks") Motion to Compel; and portions of Exhibits 7, 8 and 13 (Dkt. 195-6, 195-7, and 195-9) to the Declaration of Kristin Tahler in support of Jonesworks' Motion for Leave to Amend Their Complaint (Dkt. 191).

Exhibits B (Dkt. 170-2) and 13 (Dkt. 195-9) contain confidential and sensitive information about specific work performed by The Agency Group PR LLC ("TAG") on behalf of a client not involved in this litigation. The Court previously found this type of information appropriate for sealing in the related *Lively* case. *See, e.g.*, *Lively v. Wayfarer Studios LLC*, Case No. 1:24-cv-10049-LJL, Dkt. 1237 (Jan. 20, 2026), at 49 (granting motion to seal "references to a TAG non-party client . . . and information suggesting work performed for them"). As the Court reasoned in that order, "Because the information does more than simply reveal the identity of a previously disclosed client, and because the individual had a significant and reasonable expectation that this information would be kept confidential, it may be sealed." *Id.*

Exhibits B (Dkt. 170-2), 7 (Dkt. 195-6), 8 (Dkt. 195-7), and 13 (Dkt. 195-9) each contain personally identifying information ("PII"), including private telephone numbers, email addresses, and usernames, all of which should be redacted before the exhibits are unsealed. Exhibit 8 also contains a family photograph of a minor child unrelated to this action. In addition to sealing portions reflecting confidential and sensitive information, the exhibits should be redacted to protect the confidential PII of parties and non-parties, pursuant to the Court's prior orders concerning the filing and redaction of PII. *See, e.g.*, *Lively v. Wayfarer Studios et al.*, Dkt. 485, 619, 736.

The Wayfarer Parties respectfully request that the Court grant this motion and order the continued sealing of the above-described Exhibit B (Dkt. 170-2) and Exhibits 7, 8, and 13 (Dkt. 195-6, 195-7, and 195-9) consistent with their proposed redactions.

The Wayfarer Parties respectfully submit their proposed redactions for Exhibits B, 7, 8, and 13 with this letter. Exhibits B and 13 were produced by a non-party to this action, Katie Case, who designated them "Confidential." Prior to filing the proposed redactions to Exhibits B and 13, the counsel for the Wayfarer Parties met and conferred with counsel for Katie Case, who advised that she does not object to their public filing.

Respectfully submitted,

*/s/ Ellyn S. Garofalo*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

cc: all counsel of record (via ECF)