# EXHIBIT 7

FILED UNDER SEAL

# chat784209481423529386

**Thread Participants:** [redacted] Roza Kalantari ; [redacted] Katie Case; [redacted] Melissa Nathan (Owner); [redacted] Owner)

**Active Participants:** [redacted] Roza Kalantari ; [redacted] Katie Case; [redacted] Melissa Nathan (Owner)

**First Message:** 3/27/2024 10:26:30 AM

**Last Message:** 3/27/2024 6:19:08 PM

---

[redacted] **Roza Kalantari**
He said 4pm eastern
3/27/2024 10:26:30 AM

[redacted] **Melissa Nathan (Owner)**
What
3/27/2024 10:26:37 AM

[redacted] **Roza Kalantari**
The guy for the call
3/27/2024 10:26:45 AM

[redacted] **Melissa Nathan (Owner)**
Oh lol
3/27/2024 10:26:54 AM

[redacted] **Melissa Nathan (Owner)**
Confirm as KC said fine
She's on a plane right now I think asleep
3/27/2024 10:27:13 AM

[redacted] **Katie Case**
Hi guys!! I'm so sorry. This flight has been a nightmare. 6 hours no WiFi. The guy next to me has been getting sick the entire time. Someone was almost tackled by the flight attendant.
3/27/2024 2:08:13 PM

[redacted] **Melissa Nathan (Owner)**
This whole thing makes me laugh
3/27/2024 2:19:57 PM

[redacted] **Melissa Nathan (Owner)**
As it just is ON BRAND
3/27/2024 2:20:03 PM

[redacted] **Katie Case**
Meanwhile I'm just sitting here like 👀👀👀
3/27/2024 2:20:25 PM

[redacted] **Katie Case**
Anxiously restarting my phone in hopes the WiFi finally works lol
3/27/2024 2:20:40 PM

[redacted] **Katie Case**
Literally no network




3/27/2024 2:20:57 PM

[redacted] **Katie Case**
For 6 hours
3/27/2024 2:21:00 PM

[redacted] **Roza Kalantari**
😐
3/27/2024 2:21:21 PM

[redacted] **Melissa Nathan (Owner)**
The anxiety just tripled
3/27/2024 2:23:07 PM

[redacted] **Katie Case**
Oh it sure did
3/27/2024 2:23:16 PM

[redacted] **Katie Case**
I'm fine
3/27/2024 2:23:18 PM

[redacted] **Katie Case**
It's fine
3/27/2024 2:23:19 PM

[redacted] **Katie Case**
Everything's fine lol
3/27/2024 2:23:23 PM

[redacted] **Katie Case**
4 pm works great thank you for scheduling that 😂😅
3/27/2024 2:23:33 PM

[redacted] Melissa Nathan (Owner)
Loved "4 pm works great thank you for scheduling that 😂..."
3/27/2024 2:37:12 PM

[redacted] Roza Kalantari
1 hour to go
3/27/2024 2:57:32 PM

[redacted] Roza Kalantari
I'll call you 5 mins before so release the nerves
3/27/2024 2:57:45 PM

[redacted] Roza Kalantari
We can do a 3 way
3/27/2024 2:57:53 PM

[redacted] Katie Case
HA thank you!!
3/27/2024 2:57:56 PM

[redacted] Roza Kalantari
Then when he calls we'll put both on speaker
3/27/2024 2:58:09 PM

[redacted] Roza Kalantari
I am nervous too don't worry
3/27/2024 2:58:18 PM

[redacted] Melissa Nathan (Owner)
Same
3/27/2024 2:58:35 PM

[redacted] Katie Case
Thank you for facilitating this and making me feel so much better
3/27/2024 2:58:43 PM

[redacted] Katie Case
It's going to be ok
3/27/2024 2:58:46 PM

[redacted] Roza Kalantari
It will we need to get this out
3/27/2024 2:59:00 PM

[redacted] Katie Case
Luckily the only distinguishing thing about me is my gender and like…there's a lot of angry women
3/27/2024 2:59:04 PM

[redacted] Roza Kalantari
It's effecting all of our work lol
3/27/2024 2:59:07 PM

[redacted] **Roza Kalantari**
30 mins
3/27/2024 3:29:50 PM

[redacted] **Katie Case**
Well also… she's a genuinely bad person
3/27/2024 3:31:54 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
It honestly is
3/27/2024 3:34:37 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
It's not even personal
3/27/2024 3:34:42 PM

[redacted] **Melissa Nathan (Owner)**
Even tho it is also personal
3/27/2024 3:34:50 PM

[redacted] **Katie Case**
It is and it isn't like people are out here just trying to do their jobs they don't need to be bullied day in and day out
3/27/2024 3:35:11 PM

[redacted] **Melissa Nathan (Owner)**
Exactly
3/27/2024 3:35:21 PM

[redacted] **Melissa Nathan (Owner)**
This is greater good
3/27/2024 3:35:25 PM

[redacted] **Roza Kalantari**
I'll call you guys in like 10 mins
3/27/2024 3:42:27 PM

[redacted] **Katie Case**
Okdokes!
3/27/2024 3:42:41 PM

[redacted] **Katie Case**
Thank you :)
3/27/2024 3:42:47 PM

[redacted] **Roza Kalantari**
Who could ever bully you Katie !
3/27/2024 3:43:07 PM

[redacted] **Katie Case**
You'd be surprised hahahaha
3/27/2024 3:43:19 PM

[redacted] **Katie Case**
It happens a lot when you have the disposition of a warm hug 😂
3/27/2024 3:43:29 PM

[redacted] **Roza Kalantari**

3/27/2024 3:53:12 PM

[redacted] **Roza Kalantari**
📎 <__Library_SMS_Attach_1_c8_08_E3BF4F_1_Image-1.heic>
3/27/2024 4:00:13 PM

[redacted] **Katie Case**
How am I doing
3/27/2024 4:15:58 PM

[redacted] **Roza Kalantari**
I'm kind of weirded out that he said goodbye Skyline like, how did he see that? Does it really matter?
3/27/2024 4:56:40 PM

[redacted] **Katie Case**
Where does that show up?
3/27/2024 4:57:02 PM

[redacted] **Roza Kalantari**
I guess he saw it on my Signal account but my Signal account says my first name is Roza and then the last name is Skyline and then I have a username but I don't know what other people see I guess because I try to make it so you can't see my phone number but it just says Skyline somehow
3/27/2024 4:57:48 PM

[redacted] **Roza Kalantari**
But he supposed to keep everything anonymous right
3/27/2024 4:58:18 PM

[redacted] **Melissa Nathan (Owner)**
KC did you say everything anon
3/27/2024 5:01:48 PM

[redacted] **Katie Case**
Everything
3/27/2024 5:01:59 PM

[redacted] **Melissa Nathan (Owner)**
It will be fine, you are not the story don't worry!
3/27/2024 5:02:08 PM

[redacted] **Katie Case**
And also he said "eventually I'll have to know who I'm talking to"
3/27/2024 5:02:12 PM

[redacted] Katie Case
So I don't think he knew
3/27/2024 5:02:17 PM

[redacted] Melissa Nathan (Owner)
Laughed at "And also he said "eventually I'll have to know who…"
3/27/2024 5:02:23 PM

[redacted] Roza Kalantari
Liked "It will be fine, you are not the story don't worry…"
3/27/2024 5:03:07 PM

[redacted] Roza Kalantari
He pretty much said the story was going to be her interaction with the clients versus her interaction with the workplace, which is even better
3/27/2024 5:03:47 PM

[redacted] Katie Case
I agree 100%
3/27/2024 5:04:24 PM

[redacted] Katie Case
I said I witnessed animosity with client teams but the items stated in the email I could connect him with people who could speak more to it
3/27/2024 5:04:57 PM

[redacted] Katie Case
Which is true
3/27/2024 5:05:50 PM

[redacted] Melissa Nathan (Owner)
*Reply*
That's An amazing story
Did he say he'd spoken to anyone else
3/27/2024 5:07:11 PM

[redacted] Melissa Nathan (Owner)
*Reply*
Katie will call you
3/27/2024 5:07:15 PM

[redacted] Katie Case
Are you free now melissa?
3/27/2024 5:07:32 PM

[redacted] Katie Case
Wait sorry
3/27/2024 5:07:40 PM

[redacted] Melissa Nathan (Owner)
In 4 just paying
3/27/2024 5:07:42 PM

[redacted] **Katie Case**
I misread the text lol
3/27/2024 5:07:46 PM

[redacted] **Roza Kalantari**
He's definitely interested and we should probably connect him with the people that can talk more about the client side because that's also important for the industry is the client side because those are the names that are going to stand out in the publication
3/27/2024 5:07:47 PM

[redacted] **Katie Case**
Take your time
3/27/2024 5:07:48 PM

[redacted] **Katie Case**
I'm tired sorry guys lol
3/27/2024 5:07:53 PM

[redacted] **Roza Kalantari**
Like [redacted] ex publicist Stephanie Jones
3/27/2024 5:08:36 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
Liz
3/27/2024 5:08:37 PM

[redacted] **Katie Case**
Natalie
3/27/2024 5:15:40 PM

[redacted] **Katie Case**
Goldberg
3/27/2024 5:15:43 PM

[redacted] **Melissa Nathan (Owner)**
One of the follow-ups should be a recommendation to contact Michelle from Lede
Re the Rock and noting you are doing a story on SJ
[redacted]
Lede work with him and have the info
3/27/2024 6:11:43 PM

[redacted] **Roza Kalantari**
Who is supposed to follow up ?
3/27/2024 6:15:47 PM

[redacted] **Melissa Nathan (Owner)**
This is what I think we should do just collect everything on that one email with different numbers to be contacted and names and suggestions don't you think Katie ?
3/27/2024 6:16:33 PM

[redacted] Melissa Nathan (Owner)
They can take it away from there
3/27/2024 6:16:37 PM

[redacted] Katie Case
Yes I think so. Rosa I can collate for you!
3/27/2024 6:16:56 PM

[redacted] Katie Case
*Edited*
Yes I think so. Roza I can collate for you!
3/27/2024 6:19:08 PM