**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**THE WAYFARER PARTIES' NOTICE OF MOTION AND MOTION TO DISMISS THE EIGHTH CAUSE OF ACTION FOR DEFAMATION AND THE "JOHN DOE" DEFENDANTS**

PLEASE TAKE NOTICE that the Wayfarer Parties, by and through their undersigned counsel, move this Court, the Honorable Lewis J. Liman, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 15C, for an order:

(a) Dismissing the Eighth Cause of Action for Defamation against Defendants John Doe 1-10 with prejudice pursuant to Federal Rules of Civil Procedure 41(b); or

(b) In the alternative, dismissing the Eighth Cause of Action for Defamation against Defendants John Does 1-10 without prejudice pursuant to Federal Rules of Civil Procedure Rules 21 or 4(m).

This motion is based upon the accompanying Memorandum of Law in Support of the Wayfarer Parties' Motion to Dismiss the Eighth Cause of Action, Declaration of Ellyn S. Garofalo in Support of Memorandum of Law in Support of the Wayfarer Parties' Motion to Dismiss the Eighth Cause of Action and all prior proceedings in this action.

Dated: August 18, 2026
Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: *\/s/ Ellyn S. Garofalo*

Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com