UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF THE WAYFARER PARTIES' MOTION TO DISMISS THE EIGHTH CAUSE OF ACTION**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (the "Wayfarer Parties").

2. On April 14, 2026, the Wayfarer Parties asked Plaintiffs by email to dismiss their eighth cause of action given the Court's Amendment Order and Plaintiffs' failure to serve any of the Doe Defendants. A true and correct copy of an email from my partner Amir Kaltgrad to Kristin Tahler and Morgan Anastasio of Quinn Emanuel and others dated April 14, 2026 is attached hereto as Exhibit A.

3. On June 29, 2026 Plaintiffs finally agreed to dismiss the eighth cause of action for defamation and the Doe defendants by no later than July 10, 2026. A true and correct copy of an email from my partner Kim Zeldin to Christina Yarnell and Kristin Tahler dated June 29, 2026 is

attached hereto as Exhibit B. Although Ms. Zeldin and Mr. Kaltgrad followed up several times with Plaintiffs' counsel, the agreed dismissal was not forthcoming. The explanation given was that they were busy with other matters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2026

Los Angeles, CA

By: *<u>/s/ Ellyn S. Garofalo</u>*____
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: egarofalo@lftcllp.com