# EXHIBIT A

---

**From:** Amir Kaltgrad
**Sent:** Tuesday, April 14, 2026 12:02 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rhea Christmas <rheachristmas@quinnemanuel.com>; Jason Sunshine <jsunshine@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Hope Skibitsky <hopeskibitsky@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>
**Subject:** RE: Jones v. Abel No. 25-00779; Lively v. Wayfarer Studios No. 24-10049

Counsel,

On March 26, 2026, the Court denied Plaintiffs' motion to amend their Complaint, leaving Plaintiffs' eighth cause of action for defamation regarding stephaniejonesleaks.com and stephaniejoneslies.com (the "Websites") asserted solely against Doe defendants. Please confirm by close of business on April 15, 2026 that Plaintiffs will dismiss their eighth cause of action given that they have not served any Doe defendant and the Court has denied their request to amend. Absent your confirmation, Defendants intend to file a motion to dismiss the action against the Doe defendants pursuant to Federal Rule of Civil Procedure 4(m). *See* F.R.C.P. 4(m); *Watkins v. Doe*, No. 04 CIV. 0138 (PKC), 2006 WL 648022, at *3 (S.D.N.Y. Mar. 14, 2006). In addition, because Plaintiffs have no claim against any named Defendant related to the Websites, the expert opinions of Brian Horton and Joann Killeen are irrelevant to this action. Please confirm by close of business on April 15, 2026 that Plaintiffs will withdraw the expert reports of Mr. Horton and Ms. Killean. If Plaintiffs refuse to withdraw these expert reports, please let us know when you are available to meet and confer on a motion to exclude both experts and for Defendants' costs in taking unnecessary expert depositions.

As to Mr. Dies and Jonesworks' 30(b)(6) witness, on February 17, 2026, following the Court's order extending the expert deposition deadline to April 30th, you told us you would "revert with our witnesses' availability". You have not done so in the intervening six weeks. Defendants are amenable to jointly seeking an extension to the end of July for expert depositions. If you are not amenable, or, in case the Court does not grant an extension, please immediately provide us with

dates next week when Mr. Dies and a 30(b)(6) witness will be available. If you refuse to withdraw Mr. Horton and Ms. Killean, please also immediately provide deposition dates for those witnesses. Defendants reserve the right to unilaterally notice the depositions given Plaintiffs' failure to provide available deposition dates since February 17.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

****************************************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Please consider the environment before printing this email and/or any attachments.