USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE JONES, et al.,

Plaintiffs,

-v-

JENNIFER ABEL, et al.,

Defendants.

25-cv-779 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This Order resolves the motions for sealing at Dkt. Nos. 128, 157, 162, 165, 175, 181, 183, 185, 190, 202, 204, 207, 208, 215, and 222.

In response to the Court's Order of August 8, 2026, the parties have submitted letters concerning what information, if any, requires continued sealing, and the parties' renewed requests are narrowly tailored. *See* Dkt. Nos. 258, 259. Stephanie Jones and Jonesworks LLC have indicated that they "do not require any continued sealing pertaining to their motions" at Dkt. Nos. 162, 165, 190, 204, and 222. Dkt. No. 258. Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Defendants") have asked to seal attachments to Dkt. Nos. 170 and 195.[1] Dkt. No. 259.

[1] The Wayfarer Defendants did not identify which sealing motions their letter pertains to and instead wrote that they "move to seal portions" of certain exhibits. Dkt. No. 259 at 1. The Court has determined that their letter bears on attachments and exhibits that were subject to already pending motions for sealing at Dkt. Nos. 185 and 208 and that Dkt. No. 170-2 is a cover sheet for an exhibit filed under seal as Dkt. No. 168-2. Additionally, the Court notes that neither party specifically mentioned the motions to seal at Dkt. Nos. 128, 157, 175, 181, 183, 202, 207, and 215. The parties have therefore waived those prior sealing requests. *See* Dkt. No. 257.

Accordingly, the Court hereby orders as follows:

The motions pending at Dkt. Nos. 128, 157, 162, 165, 175, 181, 183, 185, 190, 202, 204, 207, 208, 215, and 222 are DENIED.

The parties are ordered to file on the public docket by August 24, 2026, versions of previously sealed filings with the redactions for personally identifying information ("PII") and other sensitive information consistent with the Court's Orders in *Lively v. Wayfarer Studios LLC*, No. 24-cv-10049, Dkt. Nos. 736, 1027, 1237.[2]

The Clerk of Court is respectfully directed to close Dkt. Nos. 128, 157, 162, 165, 175, 181, 183, 185, 190, 202, 204, 207, 208, 215, and 222.

SO ORDERED.

Dated: August 18, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[2] As requested by the Wayfarer Defendants, Dkt. Nos. 170-2, 195-6, 195-7, and 195-9 shall remain under seal. Countervailing factors support continued sealing. Public versions with the appropriate redactions have been filed as attachments to Dkt. No. 259 and need not be refiled.