Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

August 24, 2026

_Via ECF_
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Pursuant to Your Honor's Individual Rules and the Order of August 18, 2026 (Dkt. 263), Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants") hereby refile public versions of (1) Exhibits B and D to the Declaration of Kevin Fritz in support of the Wayfarer Defendants' motion to compel non-party Vanzan, Inc.'s compliance with a subpoena (Dkt. Nos. 130-2, 130-4); (2) Defendant Jennifer Abel's Answer to Complaint, Second Amended Counterclaims, and Jury Trial Demand (Dkt. No. 158); (3) the Wayfarer Defendants' opposition to Stephanie Jones and Jonesworks' (collectively "Jones") motion to compel third party Katherine Case's compliance with a subpoena (Dkt. No. 176); (4) the Wayfarer Defendants' motion to seal portions of Jones' Motion for Leave to Amend Their Complaint, the Declaration of Kristin Tahler in support thereof, and certain exhibits thereto (Dkt. No. 209); and (5) portions of the Wayfarer Defendants' memorandum of law in opposition to Jones' motion for leave to amend and Exhibits 1 and 3 to the Declaration of Kevin Fritz in support thereof (Dkt. Nos. 216-1, 216-3, and 217).

Respectfully submitted,

_/s/ Ellyn S. Garofalo_

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

cc: all counsel of record (via ECF)