# Dkt. No. 216-1

# Exhibit 1

Message

| | |
|---|---|
| **From:** | Stephanie Jones [redacted] |
| **Sent:** | 8/9/2024 1:18:25 PM |
| **To:** | Justin Baldoni [redacted]; Jamey Heath [redacted]; Tera Hanks [redacted] |
| **CC:** | Stephanie Jones [redacted] |
| **BCC:** | Hubby [redacted] |
| **Subject:** | Note from Steph |

Justin, Jamey and Tera -

I would never speak to any media outlet without a client's consent, and there's no logical reason for me to speak poorly about Blake, as that would obviously implicate Justin. I did not communicate with the Daily Mail or any media outlets. Even if someone had spoken to the Daily Mail as a source, Daily Mail would never contact Sony or Leslie Sloan, Blake's publicist, to cite a sources name. Reporters don't work like that.

I'm on vacation in London and Scotland with my entire family, my Verizon phone records can verify that I made no calls or texts to media. As a trusted partner, I believe you understand that it makes no sense for me to contact the press. What would I have to gain from that? I've also worked tirelessly to protect Justin for almost 8 years now.

Jen noted yesterday in our text chat with you all that while she was boarding the plane to Chicago, Josh Greenstein the Sony President text Jen "accusing her of speaking to the Daily Mail" also so now it's being shifted to me being accused?

And lastly, I cannot be prohibited from contacting Sony PR or a PR colleague about the accusations that you claim they are making about me personally. You would do the same and rightly so. This is my integrity, my name, and my livelihood.

Please call me when you can.

Thank you,
Steph

Stephanie Jones
www.jonesworks.com