# Dkt. No. 216-3

# Exhibit 3

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 6 | Date Range: 8/14/2024 |

### Outline of Conversations

**chat388099403125908897** • 6 messages on 8/14/2024 • Danny Greenberg [redacted] • Hubby ❤ [redacted] • Stephanie Jones [redacted] • Stephanie Jones [redacted]

**Messages in chronological order** (times are shown in GMT -04:00)

**chat3880994031259088897**

SJ **Stephanie Jones** [redacted] ◄ 8/14/2024, 11:44 AM

Thanks Jason and Hi Danny. Sorry for delay we have been on family vacation in Europe and on plane back now to NYC. I would love to call you this afternoon if you're available.

> DG **Danny Greenberg** [redacted] ► 8/14/2024, 11:58 AM

Yes anytime.

Receipts • Undefined Participant [R:8/14/2024, 11:59 AM]

>> SJ **Stephanie Jones** [redacted] ◄ 8/14/2024, 11:59 AM

thank you danny. i'm being used as a scapegoat here and have fought ferociously for Justin for 8 years now so it's heartbreaking

>>> SJ **Stephanie Jones** [redacted] ◄ 8/14/2024, 1:08 PM

i'm bcc'ing you on text to jamey heath fyi

>>>> DG **Danny Greenberg** [redacted] ► 8/14/2024, 2:26 PM

Don't think I've seen anything. Didn't even know you can bcc a text.

Receipts • Undefined Participant [R:8/14/2024, 2:27 PM]

>>>>> SJ **Stephanie Jones** [redacted] ◄ 8/14/2024, 2:28 PM

i am emailing me bc he accused me of leaking something to daily mail last Thursday