NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

August 24, 2026

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: C.A. No. 1:25-cv-779 (LJL); *Stephanie Jones, Jonesworks LLC v Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios, LLC and John Does 1-10*; In The United States District Court for the Southern District of New York

Dear Judge Liman:

Pursuant to the Court's August 18, 2026 Order [Dkt. 263] denying pending motions to seal and directing the parties to file redacted versions of the previously sealed filings with redactions for personally identifying information ("PII") and other sensitive information, Stephanie Jones and Jonesworks LLC ("the Jones Parties") hereby submit the following documents for filing in the above-referenced cause of action:

| **Dkt. No.** | **Document** |
|---|---|
| 168-1 | Ex A-9/5/2025 Case Dep. Tr. Excerpt |
| 168-2 | Ex B-8/5-8/6/2024 Correspondence, KCASE-000004949 |
| 168-3 | Ex F-9/30/2025 Nathan Dep. Tr. Excerpt |
| 168-4 | Ex G-10/10/2025 Wallace Dep. Tr. Excerpt |
| 168-5 | Ex H-10/17/2025 Subpoena to Case |
| 168-6 | Ex I-Correspondence Among Counsel |
| 168-7 | Ex J-10/15/2025 Letter to Case |
| 193-3 | Ex 3-First RFPs to Nathan |
| 193-4 | Ex 4-Second RFPs to Nathan |
| 193-6 | Ex 6-Correspondence Among Counsel |
| 193-7 | Ex 7-2024.03.27 Correspondence |
| 193-8 | Ex 8-2024.03.28 Correspondence |
| 193-11 | Ex 11-Case Dep. Tr. |
| 193-13 | Ex 13-2025.08.05-06 Correspondence |
| 193-16 | Ex 16-Nathan Dep. Tr. |
| 193-22 | Ex 22-Namecheap Subpoena Response |
| 193-23 | Ex 23-Hostinger Subpoena Response |

August 24, 2026

| Dkt. No. | Document |
|---|---|
| 193-24 | Ex 24-Pinterest Subpoena Response |
| 193-25 | Ex 25- Facebook Subpoena Response |
| 195-3 | Ex 3-First RFPs to Nathan |
| 195-4 | Ex 4-Second RFPs to Nathan |
| 195-5 | Ex 6-Correspondence Among Counsel |
| 195-6 | Ex 7-2024.03.27 Correspondence |
| 195-7 | Ex 8-2024.03.28 Correspondence |
| 195-8 | Ex 11-Case Dep. Tr. |
| 195-9 | Ex 13-2025.08.05-06 Correspondence |
| 195-10 | Ex 16-Nathan Dep. Tr. |
| 195-12 | Ex 22-Namecheap Subpoena Response |
| 195-13 | Ex 23-Hostinger Subpoena Response |
| 195-14 | Ex 24-Pinterest Subpoena Response |
| 195-15 | Ex 25-Facebook Subpoena Response |
| 224-1 | Ex 1-2025.07.30 Nathan Supplemental Responses to Interrogatories |

Thank you for your time and assistance in this matter.

Sincerely,

Brad Beckworth

Brad Beckworth