# EXHIBIT I

**Morgan Anastasio**

| | |
|---|---|
| **From:** | Kevin A. Fritz <kaf@msf-law.com> |
| **Sent:** | Wednesday, November 12, 2025 8:57 AM |
| **To:** | Morgan Anastasio; Rhea Christmas; Bryan Freedman; egarofalo@lftcllp.com; Theresa Troupson; Summer Benson; Jason Sunshine; Mitch Schuster; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael; Bender, Kristin; Nathan, Aaron E.; Esra Hudson; Stephanie Roeser; Sarah Moses; Matthew Bruno; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski; Breed, Maxwell; Enkeshafi, Parmida; Pohlman, Daniel J. |
| **Cc:** | Kristin Tahler; Maaren Shah; Nicholas Inns |
| **Subject:** | RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from kaf@msf-law.com]**

---

Morgan:

We are available to meet and confer tomorrow at 10am, the date and time you initially proposed in response to our request to meet and confer. Please send us a link, as you advised us you would do.

MSF
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.**
**NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.**
**IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.**

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Tuesday, November 11, 2025 10:25 PM

**To:** Kevin A. Fritz <kaf@msf-law.com>; Rhea Christmas <rheachristmas@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Breed, Maxwell <mbreed@pryorcashman.com>; Enkeshafi, Parmida <penkeshafi@pryorcashman.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

Your position that Ms. Case withhold production of documents responsive to the properly served subpoena is without merit.

First, your objection is untimely. The subpoena was served on October 17, 2025, with a response deadline of October 29, 2025. Your request comes nearly two weeks after that deadline expired and, if ever valid (which it was not), has been waived. *See Est. of Ungar v. Palestinian Auth.*, 451 F. Supp. 2d 607, 610 (S.D.N.Y. 2006) ("It is well settled that, to be timely, a motion to quash a subpoena must be made prior to the return date of the subpoena."); *see also Sony Music Ent. Inc. v. Does 1-40*, 326 F. Supp. 2d 556, 561 (S.D.N.Y. 2004). Your clients had ample time to seek judicial relief but failed to do so. Having allowed the response deadline to pass without objection, your clients have forfeited any right to seek to block production.

Second, even assuming your request was timely (which it was not), your clients lack standing to object to this subpoena. Specifically, with regard to Ms. Nathan on whose behalf you purport to primarily act, Ms. Nathan denied any knowledge, let alone involvement of TAG or herself with Ms. Case in the websites and social media pages that Ms. Case testified she helped create. *E.g.*, 9/30 M. Nathan Deposition Tr. at 137:8-21. Ms. Nathan's testimony alone defeats any claim of standing, making clear that neither TAG nor Ms. Nathan have a "personal right, real interest in, or privilege concerning the documents at issue." *Gilead Scis., Inc. v. Khaim*, 755 F. Supp. 3d 285, 293 (E.D.N.Y. 2024). Similarly, your clients lack standing to challenge this subpoena on grounds of relevancy or undue burden. *See Universitas Educ., LLC v. Nova Group, Inc.*, 2013 WL 57892, at *5 (S.D.N.Y. Jan. 4, 2013). The requested documents are squarely relevant, and your clients have no production burden.

Third, your attempt to prevent the production of documents from a non-party who has accepted service and agreed to produce documents responsive to our subpoena following a collegial meet and confer process appears calculated to cover up your clients' ongoing discovery failures and misconduct. As detailed in our prior correspondence and spoliation motion, multiple deponents, including Ms. Case, have testified to the existence of highly relevant documents that the Wayfarer Parties have failed to produce despite clear discovery obligations leading only to the conclusion that such evidence has been spoliated. Your beyond eleventh-hour effort to block a properly issued third-party subpoena that will reveal such documents only further underscores the Wayfarer Parties' spoliation in this matter and reveals an effort to cover up such misconduct.

For these and myriad other reasons, we strongly suggest that you withdraw your meritless objection forthwith. Please confirm your agreement or that you are available to meet and confer at 3 PM EST on Wednesday.

Best,
Morgan

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Tuesday, November 11, 2025 3:30 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rhea Christmas <rheachristmas@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Breed, Maxwell <mbreed@pryorcashman.com>; Enkeshafi, Parmida <penkeshafi@pryorcashman.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

**[EXTERNAL EMAIL from kaf@msf-law.com]**

---

Given the proprietary and potentially other interests of our clients TAG and Nathan in the documents sought by the Subpoena, we are requesting that Ms. Case withhold documents from production until the parties have met and conferred, and pending any application for judicial relief.

MSF
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.**
**NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.**
**IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.**

---

**From:** Kevin A. Fritz
**Sent:** Tuesday, November 11, 2025 2:22 PM
**To:** 'Morgan Anastasio' <morgananastasio@quinnemanuel.com>; Rhea Christmas

<rheachristmas@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Breed, Maxwell <mbreed@pryorcashman.com>; Enkeshafi, Parmida <penkeshafi@pryorcashman.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

Yes.

MSF
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.**
**NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.**
**IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.**

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Tuesday, November 11, 2025 1:57 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Rhea Christmas <rheachristmas@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Breed, Maxwell <mbreed@pryorcashman.com>; Enkeshafi, Parmida <penkeshafi@pryorcashman.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

We are available at 10 am est on Thursday. Let us know if that works for you, and we will send a zoom.

Thanks,
Morgan

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Tuesday, November 11, 2025 10:14 AM
**To:** Rhea Christmas <rheachristmas@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Breed, Maxwell <mbreed@pryorcashman.com>; Enkeshafi, Parmida <penkeshafi@pryorcashman.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Subject:** RE: Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

**[EXTERNAL EMAIL from kaf@msf-law.com]**

---

Kristin/Rhea:

Please let me know when you are available to meet and confer, within the next 48 hours, about the attached Subpoena to former TAG employee Katie Case, as well as the attached letter to her counsel. Your office did not provide us with a copy of the letter, which improperly demands that Ms. Case produce irrelevant documents sought by the Subpoena under the threat of naming her as a defendant herein, well after the fact discovery deadline. *See Keawsri v. Ramen-ya Inc.*, 2022 WL 2162981 (S.D.N.Y. May 5, 2022) (Liman, J.) (use of subpoena for extortionate purposes smacks of bad faith).

MSF
Meister Seelig & Fein PLLC

**Kevin A. Fritz**
Partner
125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.**

**NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.**
**IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.**

---

**From:** Rhea Christmas <rheachristmas@quinnemanuel.com>
**Sent:** Friday, October 17, 2025 11:06 AM
**To:** Bryan Freedman <bfreedman@lftcllp.com>; egarofalo@lftcllp.com; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Kevin A. Fritz <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; mitra@ahouraianlaw.com; ashapiro@shapiroarato.com; jbach@shapiroarato.com; abuttrick@shapiroarato.com; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Sarah Moses <smoses@manatt.com>; Matthew Bruno <mbruno@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Meryl Governski <mgovernski@dirllp.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>
**Cc:** Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Subject:** Jones v. Abel - Case No. 1:25-cv-00779-LJL (SDNY)

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel,

Please see the attached.

Best,
Rhea

**Rhea Christmas**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7047 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
rheachristmas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.