# EXHIBIT 6

FILED UNDER SEAL

## Morgan Anastasio

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, July 25, 2025 7:46 PM
**To:** Nicholas Inns; Danielle Lazarus; Morgan Anastasio; Maaren Shah; Kristin Tahler; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Tamar Yeghiayan; Brian Turnauer; Summer Benson; Cortni Davis; Joanna Rivera; Vaneta Birtha; Christina Puello; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; mitra@ahouraianlaw.com; Theresa Troupson; Rose Khatchikian
**Subject:** RE: Jones v. Abel
**Attachments:** 2025.07.25 Wayfarer Parties' Amended Initial Disclosures (Jonesworks Action) (438088.6).PDF

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Counsel:

The Wayfarer Parties' second amended initial disclosures is attached. We will serve a hit report on Monday.

As part of document collection and review, we collected documents and ESI from the following custodians/sources:

**Wayfarer Studios LLC:** Tera Hanks (email, mobile device, Google Drive) , Andrew Calof (email, Google Drive), John Logan Pierson (email, Google Drive), Mitz Toskovic (email, mobile device, Google Drive), Imene Meziane (email, Google Drive), Ashmi Dang (email, mobile device, Google Drive), Brian Singer (email, Google Drive), Jarriesse Blackmon (email, mobile device, Google Drive), Cynthia Barnes-Slater (email, Google Drive), Allison Rojas (email, Google Drive), Ahmed Musiol (email, mobile device, Google Drive), Shekinah Reese (email, mobile device, Google Drive), AJ Marbory (email, mobile device, Google Drive), Dion Suleman (email, mobile device), Justin Baldoni (email, mobile device, Google Drive, computer hard drive), Jamey Heath (email, mobile device, Google Drive, computer hard drive), and Steve Sarowitz (email, mobile device).

**Justin Baldoni:** see above

**Melissa Nathan:** email, mobile device, computer hard drive

**Jennifer Abel:** email, mobile device, computer hard drive

The search terms applied across the collected data are as follows:

| |
|---|
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND (Jen* w/3 Abel) AND (employ* OR agreement OR contract OR terimat* OR depart* OR confidentiality OR loyalty OR non-compete OR non-solicitation OR proprietary OR "business list" OR "marketing strategies" OR "financial information" OR RWA OR "The Agency Group PR LLC" OR TAG OR "Melissa Nathan" OR "Justin Baldoni" OR "Jamey Heath" OR "Tera Hanks" OR "Mitz Toskovic" OR Wayfarer OR "Scooter Braun" OR "Hybe" OR "Courtney Engel" OR "Matthew Mitchell" OR "Katie Warren" OR "Sara Nathan" OR "Raquel Harris" OR "Audrey Hixon" OR "Matthew Gibson" OR "Ande Bowser" OR "James Knobloch" OR "Kaeleah Isaac" OR "Madisyn Moore" OR "Johnny Gines" OR "Serena Zuniga" OR "Jaclyn Reilly" OR "Kirsti Yess" OR "Josephine Sanchez" OR "Emily Mara" OR "Kirby Allison") |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Lively" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Blake" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "BL" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "MN" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Melissa" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Nathan" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Wayfarer" AND (agreement OR terminat* OR payment OR "It Ends With Us" OR IEWU OR "Justin Baldoni" OR RWA OR "The Agency Group PR LLC" OR TAG OR "Melissa Nathan" OR "Jennifer Abel" OR "Jed Wallace" OR "Street Relations" OR www.stephaniejoneslies.com OR www.stephaniejonesleaks.com OR "Katie Warren" OR SEO OR "Connor Surmonte" OR "Whitney Danhauer" OR "Sara Nathan" OR "Scooter Braun" OR "Hybe" OR "Steve Sarowitz" OR "Courtney Engel" OR "Raquel Harris" OR "Audrey Hixon" OR "Matthew Gibson" OR "Ande Bowser" OR "James Knobloch" OR "Kaeleah Isaac" OR "Madisyn Moore" OR "Johnny Gines" OR "Serena Zuniga" OR "Jaclyn Reilly" OR "Kirsti Yess" OR "Josephine Sanchez" OR "Emily Mara" OR "Kirby Allison") |

| |
|---|
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Baldoni" AND (agreement OR terminat* OR payment OR "It Ends With Us" OR IEWU OR "Justin Baldoni" OR RWA OR "The Agency Group PR LLC" OR TAG OR "Melissa Nathan" OR "Jennifer Abel" OR "Jed Wallace" OR "Street Relations" OR www.stephaniejoneslies.com OR www.stephaniejonesleaks.com OR "Katie Warren" OR SEO OR "Connor Surmonte" OR "Whitney Danhauer" OR "Sara Nathan" OR "Scooter Braun" OR "Hybe" OR "Steve Sarowitz" OR "Raquel Harris" OR "Audrey Hixon" OR "Matthew Gibson" OR "Ande Bowser" OR "James Knobloch" OR "Kaeleah Isaac" OR "Madisyn Moore" OR "Johnny Gines" OR "Serena Zuniga" OR "Jaclyn Reilly" OR "Kirsti Yess" OR "Josephine Sanchez" OR "Emily Mara" OR "Kirby Allison") |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "IEWU" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "It Ends With Us" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND (Justin w/3 Baldoni) AND (agreement OR terminat* OR payment OR "It Ends With Us" OR IEWU OR "Justin Baldoni" OR RWA OR "The Agency Group PR LLC" OR TAG OR "Melissa Nathan" OR "Jennifer Abel" OR "Jed Wallace" OR "Street Relations" OR www.stephaniejoneslies.com OR www.stephaniejonesleaks.com OR "Katie Warren" OR SEO OR "Connor Surmonte" OR "Whitney Danhauer" OR "Sara Nathan" OR "Scooter Braun" OR "Hybe" OR "Steve Sarowitz" OR "Raquel Harris" OR "Audrey Hixon" OR "Matthew Gibson" OR "Ande Bowser" OR "James Knobloch" OR "Kaeleah Isaac" OR "Madisyn Moore" OR "Johnny Gines" OR "Serena Zuniga" OR "Jaclyn Reilly" OR "Kirsti Yess" OR "Josephine Sanchez" OR "Emily Mara" OR "Kirby Allison") |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "premiere" AND ("It Ends With Us" OR IEWU) |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Daily Mail" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Sloane" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Leslie" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Reynolds" |
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND "Ryan" |

| |
|---|
| ("Jonesworks" OR (Stephanie w/3 Jones) OR "JW") AND ("RWA" OR "departure" OR "last day" OR "separation" OR "resign*" OR "termin*") |

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]

Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Nicholas Inns <nicholasinns@quinnemanuel.com>
**Sent:** Friday, July 25, 2025 3:15 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Jason,

Thank you for your phone call with Dani. As discussed, we will exchange hit reports on Monday and search terms/custodial sources today. Below are the search terms and custodial sources employed in the course of generating our production, including indicating where we manually reviewed:

We performed manual reviews of the following:

1. Jennifer Abel's emails in July and August 2024 without respect to sender/recipient
2. Jennifer Abel's text messages in July and August 2024 without respect to sender/recipient
3. Jennifer Abel's text messages throughout the entire relevant time period with the following counterparties (to the extent responsive messages existed; a name listed below does not mean that responsive text messages with that counterparty exist or that they even exist in the first place):
    1. Stephanie Jones
    2. Justin Baldoni
    3. Melissa Nathan
    4. Katie Case
    5. Matthew Mitchell
    6. Jamey Heath
    7. Tera Hanks
    8. Josh Greenstein
    9. Sara Nathan
    10. Breanna Koslow
4. Gordon Duren's text messages throughout the entire relevant time period with the following counterparties (to the extent responsive messages existed; a name listed below does not mean that responsive text messages with that counterparty exist or that they even exist in the first place):
    1. Stephanie Jones
    2. Justin Baldoni
    3. Melissa Nathan
    4. Katie Case
    5. Matthew Mitchell

6. Jamey Heath
7. Jennifer Abel
8. Breanna Koslow

5. Stephanie Jones's text messages throughout the entire relevant time period with the following counterparties (to the extent responsive messages existed; a name listed below does not mean that responsive text messages with that counterparty exist or that they even exist in the first place):
    1. Justin Baldoni
    2. Jamey Heath
    3. Tera Hanks
    4. Milicia Toskovic
    5. Jennifer Abel
    6. Melissa Nathan
    7. Leslie Sloane
    8. Blake Lively
    9. Katie Case
    10. Breanna Koslow
    11. Megan Twohey
    12. Danny/Daniel Greenberg
    13. Josh Greenstein
    14. James Vituscka
6. Henry Hargitai's text messages throughout the relevant time period
7. Matt Gibson's text messages throughout the relevant time period
8. Nicholas Inns's emails from August 2024 through the end of the relevant time period (responsive to RFP 131)
9. Kristin Tahler's emails from August 2024 through the end of the relevant time period (responsive to RFP 131)

We used the following search terms to target Ms. Jones's and Mr. Duren's texts with persons who are NOT the above:

1. Baldoni
2. Justin
3. JB
4. Lively
5. Blake
6. BL
7. "It Ends With Us"
8. IEWU
9. Sarowitz
10. Heath
11. Jamey
12. Nathan
13. Melissa
14. Wallace
15. Jed
16. "Street Relations"
17. TAG
18. Wayfarer
19. Leslie
20. Sloane
21. Sony
22. "Daily Mail"
23. "New York Times"

24. NYT
25. Jen*
26. "Vision PR"
27. Whitesell
28. Greenberg
29. Emanuel
30. Zavala
31. WME
32. Gianetti
33. Greenstein
34. Twohey
35. McIntire
36. Tate
37. Vituscka
38. Edgeworth

We applied the below search terms to the emails of Matthew Mitchell, Ande Bowser, Stephanie Jones, Henry Hargitai, Matt Gibson, Gordon Duren, James Knobloch, and Jen Abel (outside of July and August 2024):

1. Baldoni
2. Justin
3. JB
4. Lively
5. Blake
6. BL
7. "It Ends With Us"
8. IEWU
9. Sarowitz
10. Heath
11. Jamey
12. Nathan
13. Wallace
14. "Street Relations"
15. To or from domain @tagpr.com
16. To or from domain @streetrelations.com
17. To or from domain @wayfarerstudios.com

Custodial sources:
Stephanie Jones mobile device
Gordon Duren mobile device
Henry Hargitai mobile device
Jennifer Abel mobile device
Stephanie Jones Jonesworks emails
Gordon Duren Jonesworks email
Jennifer Abel Jonesworks email
Henry Hargitai Jonesworks email
Matthew Mitchell Jonesworks email
Matthew Gibson Jonesworks email
James Knobloch Jonesworks email
Ande Bowser Jonesworks email
Nicholas Inns Quinn Emanuel email
Kristin Tahler Quinn Emanuel email
Jonesworks systems

Best,
Nick

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, July 25, 2025 12:22 PM
**To:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

Danielle,

We are on board with your proposal and will plan for an exchange by end of day. As for the supplemental interrogatory responses, we intend to serve on Monday.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Sent:** Thursday, July 24, 2025 3:22 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad

<akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Jason,

We agree to a mutual exchange of search terms and custodial sources as long as it also includes a hit report for the search terms used. Let us know.

Also, please confirm when you will provide your amended/supplemental interrogatory responses. Thank you.

Best,
Danielle

**Danielle Lazarus**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7464 Direct
212-849-7000 Main Office Number
212-849-7100 Fax
daniellelazarus@quinnemanuel.com
www.quinnemanuel.com

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, July 23, 2025 9:05 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Counsel:

Attached please find Wayfarer Studios LLC's and Jennifer Abel's Amended Initial Disclosures. As per yesterday's email, we are prepared to provide you with a list of custodians and the sources of collection as to each as well as the search terms applied across the collected documents and ESI. However, we would like the exchange to be mutual. Please confirm your agreement. We are ready when you are. As for the documents listed in Appendix A, your understanding is correct.

Thanks,

Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, July 23, 2025 12:45 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Thanks, Jason. We agree with a Monday exchange.

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, July 23, 2025 3:26 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Confirming receipt of this. Regarding the privilege log, we will be prepared for the exchange on Monday. Can you confirm your agreement to that date?

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, July 23, 2025 9:01 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Jason,

Thank you for your email. First, we agree with your narrowing only those interrogatories seeking the identities of everyone "with knowledge" of certain things to mean individuals with whom the responding party communicated with directly or who otherwise participated in the given occurrence. Please provide updated interrogatory responses for every interrogatory you previously served only objections by Monday, June 28, at the latest, in light of the August 1 motion to compel deadline.

Second, we disagree with your description of the June 13 and June 18 meet and confers. After you raised search terms for the first time two weeks before the substantial completion deadline, we mutually agreed to re-visit search terms in the event one of our productions was deficient. For all the reasons in our July 18 letter, your production is deficient, and search terms are thus appropriately raised now. That said, and while reserving our right to later request you run our proposed search terms, we will agree to receive the search terms you ran, as long as you also provide (i) the total hit report for those search terms as well as (ii) the additional information requested in our letter, including (a) your custodians; (b) the repositories searched for each such custodian; and (c) the total numbers of documents collected from each custodian. Moreover, as requested in the letter, please identify any request for production for which a party does not have responsive documents. Please provide this information, as requested in our letter, by end of the day today.

Finally, thank you for the information regarding the documents in Appendix A to our letter. We understand from your response that for each document with an "Document Could Not Be Imaged" slip sheet, you are unable to image or provide the native file for those documents. Please confirm our understanding.

Thank you,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Tuesday, July 22, 2025 10:56 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Counsel:

I am following up on our earlier meet and confer. We are prepared to supplement our clients' responses to all of the remaining interrogatories (which is to say, the ones to which we had previously served only objections). A necessary caveat is that we will construe those interrogatories seeking the identities of everyone "with knowledge" of certain things to mean individuals with whom the responding party communicated with directly or who otherwise participated in the given occurrence. That is because these are the subject of highly publicized litigation and extensive media coverage such that furnishing the entire universe of people "with knowledge" of such things is simply unrealistic. As for your request that we run new search terms and provide you with a hit list, we respectfully decline. When we first met and conferred on June 13 (and then again on June 18), we proposed exchanging search terms, but you did not believe it to be necessary at the time. Accordingly, we prepared our own (reasonable) search terms and produced documents pursuant thereto. While we are prepared to share them with you as a compromise, we will not agree to run an entirely new set with three days remaining before the completion of our production. That is especially true given the overbreadth apparent on the face of your proposed terms (e.g., "movie"). Not only is the request neither feasible nor reasonable, it is also not necessary, as our existing search terms captured tens of thousands of documents and, once our production is complete, will have resulted in a complete and fulsome satisfaction of our clients' discovery obligations.

Regarding the documents cited in your Appendix A, the majority originate from custodians' mobile devices and reflect inherent technical limitations. Most are message attachments, including a significant number of "pluginPayloadAttachments," which are placeholder files automatically inserted by Apple when a message contains a link. If the linked content was stored locally on the device, we were able to collect and produce it. If not, only the placeholder, which is essentially an empty file with no text or native content, was available and produced. Other mobile-related documents involve files that could not be imaged or reviewed due to corruption or unsupported formats, such as empty Apple system files (for example, plist files). The remaining documents come from non-mobile sources and primarily consist of corrupt native files that could not be opened, imaged, or text-extracted.

Thanks,

Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 21, 2025 3:16 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel

Thank you, we will send a zoom for that time.

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Monday, July 21, 2025 6:16 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from ttroupson@lftcllp.com]**

---

Apologies for the confusion. I meant that we are available 10:30 am pt/1:30 pm **et.**

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 21, 2025 3:12 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel

Thanks Theresa. Confirming whether you mean you are available 10:30 am pt/1:30 pm **et**, or whether you are available at 10:30 am pt as well as 1:30 pm pt (4:30 pm et)?

If 1:30 pm et works for you, I'll send a zoom for that time. Thanks.

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Monday, July 21, 2025 6:01 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from ttroupson@lftcllp.com]**

---

Counsel,

We can be available tomorrow at 10:30 a.m. PT/1:30 p.m. PT tomorrow. Please circulate a Zoom or dial in.

Thanks,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, July 21, 2025 12:14 PM
**To:** Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** RE: Jones v. Abel

Counsel – please let us know when you can make yourself available for a meet and confer on these issues before 3:15 pm et tomorrow, as required by the Judge's rules.

Best,
Morgan

---

**From:** Morgan Anastasio
**Sent:** Friday, July 18, 2025 3:15 PM
**To:** Rose Khatchikian <rkhatchikian@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Brian Turnauer <bturnauer@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Danielle Lazarus <daniellelazarus@quinnemanuel.com>
**Subject:** Jones v. Abel

Counsel,

Please see the attached correspondence.

Best regards,

Morgan

**Morgan L. Anastasio**
*Associate* (she/her)
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
212-849-7021 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
morgananastasio@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.