# EXHIBIT 13

FILED UNDER SEAL

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 63 | Date Range: 8/5/2024 - 8/6/2024 |

### Outline of Conversations

[redacted]/**System Message chatroom** • 63 messages between 8/5/2024 - 8/6/2024 • Katherine Case [redacted]) • Katie Case [redacted] • Melissa Nathan [redacted] • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

**[redacted]/System Message chatroom**

MN **Melissa Nathan** [redacted] 8/5/2024, 10:52 PM
[url:'https://p40-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_82_02_C59FF66A-E56A-4ABD-8A52-BF82EB292F7A_Voice_Message_8_5_24,_9_40_PM.m4a (308 KB)*

KC **Katie Case** [redacted] 8/6/2024, 8:29 AM
Good morning! Sorry I missed your call I was asleep! Do you mind filling me in on this when you can this morning?

MN **Melissa Nathan** [redacted] 8/6/2024, 9:36 AM
[url:'https://p52-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

[redacted]




*Image: __Library_SMS_Attachments_9c_12_9380B0BA-95A2-4EC0-8872-E0602243CE34_IMG_1911.jpeg (424 KB)*

KC **Katie Case** [redacted] 8/6/2024, 9:37 AM
Good for you!!!

MN **Melissa Nathan** [redacted] 8/6/2024, 9:37 AM
He cannot expect us to work with stephanie I won't do it

KC **Katie Case** [redacted] 8/6/2024, 9:38 AM
It's just not possible oh my gosh wait. What if you used the business insider thing as a reason not to do it??? This really showcases how little she can be trusted, I don't want her interacting with my team. We're working to hard and I'm worried about details being leaked internationally if there's a difference of opinion. It's so important to protect reputations… or is that too much?

KC **Katie Case** [redacted] 8/6/2024, 9:39 AM
Working with Jen and Matthew is fine but she can't be trusted

MN **Melissa Nathan** [redacted] 8/6/2024, 9:39 AM
I have said that 500 times

KC **Katie Case** ([redacted] 8/6/2024, 9:39 AM
True… this article needs to run he NEEDS to see it

KC **Katie Case** ([redacted] 8/6/2024, 9:39 AM
Also hi! How are you?

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:40 AM
Is 6:30
I'm already trying to kill one rebel story and dealing with Mattel loss for Bryan

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:40 AM
So basically, Rebel wants a one of those sites

KC **Katie Case** ([redacted] 8/6/2024, 9:40 AM
I know I'm sorry 😩

KC **Katie Case** ([redacted] 8/6/2024, 9:40 AM
And ok!

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:40 AM
Should be a mixture of that document that I think Carolina pulled about Amanda goes or the Intern pulled
The voice note and this
[url:'https://p59-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_88_08_DB9BA138-EBEE-4043-803C-A39606AB4701_Amanda Ghost website.docx (26 KB)*

KC **Katie Case** ([redacted] 8/6/2024, 9:41 AM
Okdokes! I'll pull this together this morning 🙂

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:41 AM
Thank you
It can be really really harsh and then link it to Jed S voice thing

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:46 AM
I just can't deal with this sb stuff what is wrong with him?

KC **Katie Case** ([redacted] 8/6/2024, 9:47 AM
Loved "Thank you
It can be really really harsh and then l…"

KC **Katie Case** ([redacted] 8/6/2024, 9:47 AM
I'm not entirely sure but I will resurface my "one of her kids is his" theory because anything else does not make sense

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:49 AM
Yep I checked in with Jen personally while I sent her that screenshot do you want to check in with the group and just seeing how day two is going

KC **Katie Case** ([redacted] 8/6/2024, 9:51 AM
Yes! So far nothing bad on JB in the press that's run from yesterday. So everyone ostensibly is playing nice

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:51 AM
They are, but definitely check

KC **Katie Case** ([redacted] 8/6/2024, 9:51 AM
I did!

MN **Melissa Nathan** ([redacted] 8/6/2024, 9:56 AM
Len- Russian oglivarchs and making her a madam basically lol said Jed

KC **Katie Case** ([redacted] 8/6/2024, 9:58 AM
Oh my god lol ok this one will be fun

KC **Katie Case** ([redacted] 8/6/2024, 11:03 AM
[url:'https://p53-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']




*Image: __Library_SMS_Attachments_98_08_3811F878-391F-47BD-86EC-C205BDD278D3_IMG_2683.PNG (458 KB)*

KC **Katie Case** ([redacted] 8/6/2024, 11:03 AM
Lol

KC **Katie Case** ([redacted] 8/6/2024, 11:24 AM
I do hope this is a nice reminder of how PR should work together and not just butt their way into any possible situation by force 😂

MN **Melissa Nathan** ([redacted] 8/6/2024, 11:29 AM
Sure, but I still still don't trust this woman as far as I could throw her

KC **Katie Case** ([redacted] 8/6/2024, 11:29 AM
Absolutely not

KC **Katie Case** ([redacted] 8/6/2024, 11:30 AM
She's not trustworthy

MN **Melissa Nathan** ([redacted] 8/6/2024, 11:30 AM
Not one bit

MN **Melissa Nathan** ([redacted] 8/6/2024, 11:30 AM
She didn't answer my text that speaks volumes [url:'https://p64-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_85_05_1ADA5972-443E-44BF-BC2A-E8CA552C69B6_Screenshot 2024-08-*

06 at 08.30.40.heic (69 KB)

KC **Katie Case** ([redacted] 8/6/2024, 11:31 AM
That's not good… She's also be an absolute idiot to go back on leaving

KC **Katie Case** ([redacted] 8/6/2024, 11:31 AM
But in that case you know where she stands

MN **Melissa Nathan** ([redacted] 8/6/2024, 11:31 AM
But also, she's screenshot me some shit so you know

KC **Katie Case** ([redacted] 8/6/2024, 11:32 AM
Oh I know

KC **Katie Case** ([redacted] 8/6/2024, 11:32 AM
But still

KC **Katie Case** ([redacted] 8/6/2024, 11:33 AM
I'd be the most embarrassed if I quit and then came back. But SJ might have offered her tons of money or something.

KC **Katie Case** ([redacted] 8/6/2024, 11:46 AM
Have you and Melissa Z chatted about the CBS2/KCAL9 press preview on the 14th? They've asked if Scooter can do it in the nova spreadsheet and am happy to check in but didn't want to if you've already discussed!

MN **Melissa Nathan** ([redacted] 8/6/2024, 11:53 AM
Defo check in

KC **Katie Case** ([redacted] 8/6/2024, 11:53 AM
Okdokes! Just wanted to make sure

MN **Melissa Nathan** ([redacted] 8/6/2024, 1:58 PM
Migraine incoming

MN **Melissa Nathan** ([redacted] 8/6/2024, 1:58 PM
I have to drive to this fucking meeting. Do you think you'll have that copy for Jed today because I need to make it really hammy?

KC **Katie Case** ([redacted] 8/6/2024, 1:59 PM
Yes! I'm going to draft it in between this call I'm on currently and my next call, but should have before 3:30 PM ET

KC **Katie Case** ([redacted] 8/6/2024, 1:59 PM
I'm so sorry about the migraine

MN **Melissa Nathan** ([redacted] 8/6/2024, 1:59 PM
I'm gonna take a quick shower and just try and get in the car and muddle my way through this meeting

KC **Katie Case** ([redacted] 8/6/2024, 2:01 PM
Ok good luck and please don't push yourself too hard if you have a bad migraine!!

KC **Katie Case** ([redacted] 8/6/2024, 3:11 PM
Ok running a little behind will have it in the next 45 mins to you

KC **Katie Case** ([redacted] 8/6/2024, 4:02 PM
Is Jed doing anything on Justin? I'm having Zoe monitor but that's not the same lol

MN **Melissa Nathan** ([redacted] 8/6/2024, 4:02 PM
Not yet

MN **Melissa Nathan** ([redacted] 8/6/2024, 4:02 PM
They've not signed him on

KC **Katie Case** ([redacted] 8/6/2024, 4:15 PM
Urg I wish they'd get a move on… all they care about is social right now and we can't do anything about it lol

KC **Katie Case** ([redacted] 8/6/2024, 4:19 PM
Also what are we supposed to do about a journalist calling her like do your job Jen lol

MN **Melissa Nathan** ([redacted] 8/6/2024, 4:46 PM
Jed and Bryan asking me for copy lol kill me

KC **Katie Case** ([redacted] 8/6/2024, 4:46 PM
I just sent!

KC **Katie Case** ([redacted] 8/6/2024, 4:46 PM
Should be in your inbox 🙂

MN **Melissa Nathan** ([redacted] 8/6/2024, 6:11 PM
You need to get someone to help you with this so if Zoe can say the sentiment is positive in this and negative in this because she's obviously at the screening and can't look at everything like that

KC **Katie Case** ([redacted] 8/6/2024, 6:12 PM
I'll ask Zoe to specify. Just trying to flag in real time like they asked but it's all more of the same.

MN **Melissa Nathan** ([redacted] 8/6/2024, 6:13 PM
I know, but I feel like you shouldn't be doing this job

KC **Katie Case** ([redacted] 8/6/2024, 6:16 PM
No it's not our job lol Zoe is flagging to me and I'm sending but overall social isn't our job!!!! Hahshshs

KC **Katie Case** ([redacted] 8/6/2024, 7:59 PM
Gosh they hate me lol


11:02
Jen
the top of your inbox!
Ah sorry I'm so behind
Oh my gosh don't be!!!
Today 11:02 AM
Good morning good morning! I hope you're doing ok! Very quick question, would you like me to join you and Matthew for the premiere? You guys absolutely have it in hand, and I'm happy to stay in the back as the crisis person lol but I always like to ask just in case an extra set of hands is needed :)
Delivered
I appreciate you offering but I think we are all set!!
Message

06:33 5G

12 [redacted]

There is a separate thread for anything brigade related that we have with Jonesworks for reasons that you are aware that have nothing to do with me.

Jen is there only a few more weeks- which is a real shame especially for me as she is the one that does the actual work and is really great.

You and I need to discuss where you see this realistically going.

Delivered

iMessage

DOCUMENT PRODUCED NATIVELY

This website is dedicated to telling the world the truth about Amanda Ghost who has maliciously tried to destroy the lives of countless artists. Seeing as she is currently funded by one of the world's richest men it has been near impossible to release information about her wrongdoings over the last two decades. But now she has ruined the lives of too many people and it can not go unnoticed. Too many people know the truth. Now she cannot hide like a cockroach from the light that this website will provide. She is a wolf in CELINE clothing. She inflicts extreme emotional distress on her targets, usually with the goal of stealing their money, their royalties, their ideas, their companies or their intellectual property. More recently her behavior has escalated into unwanted sexual advances on young women. She is the Indian Ghislaine Maxwell who's only friend in the world seems to be convicted felon Boy George.

Amanda Ghost is a failed singer/songwriter who then turned con-artist in order to find success. Somehow she discovered how to make millions from stealing the intellectual property from innocent talented artists. She demanded writing credits on songs that she never actually wrote (see the recent James Blunt memoir). She tricked or threatened artists into giving her their publishing rights. She was jealous of their success and realized early on she could bully sensitive artists and benefit hugely from it. She has an ability to appear charismatic as she spits out repeated lies. She lies about pretty much everything like her ethnicity (she often claims to be Spanish when she is Indian) and her education. For example, she claims in articles to have a journalism degree, but no educational institution in the UK has any record of her holding such a degree under any of her known alias's or her birthname Amanda Gosein. She claims to have attended London Fashion School and again, that can not be verified.

Her gift of the gab and manipulation skills miraculously landed her the position of CEO of Epic Records in 2009. Sources on Reddit claim that Ghost is responsible during this time for harming the careers of artists such as Sara Bareillis, Brandy and Shakira.

She has tried to scrub from the internet the Hollywood Reporter expose about her short

tenure at Epic which tells the detailed story of how she was fired in 2010 for violent and aggressive conduct. Here is the article below:

https://www.hollywoodreporter.com/news/general-news/sony-music-exec-admits-radical-45996/

Somehow after destroying an entire record label in 20 short months and severely hurting the careers of many of its top artists, the cockroach Ghost reinvents herself five years later as a theatrical and film producer with her husband Gregor Cameron. Cameron's credits as a 'producer' prior to this are sparse and unremarkable. Yet the pair gain funding from a billionaire backer through unbelievable deceit and as some sources suggest, by Ghost procuring young women for the pleasure of the extremely wealthy.

Amanda Ghost then, as if it's a sport, continuously seeks out talented people in the entertainment business and then attempts to control them and then steal from them. God forbid such talented person would then complain or try to deviate from Ghost's escalating demands. This then causes her to retaliate in vicious and destructive ways. Her behavior turns from that of love-bombing to instant harassment. She will call people incessantly at all hours of the night, arrive on people's doorsteps, call artist's representatives and co-workers to devalue them, and pay other people to slander the talented person. She seems to have an insatiable appetite to ruin people's lives. That is her job. She doesn't actually do any work herself which is probably why her and her husband's company UNIGRAM had a loss last financial year of 4.7 million pounds. She recently lost her billionaire backer $25 million USD by mounting a stage musical of THE GREAT GATSBY despite knowing it was never going to succeed financially or creatively but to simply reward an actress who has remained silent about her abuse by Ghost.

She is notorious for withholding artist's work from release (see Rebel Wilson's recent

Instagram video about her film THE DEB which Ghost unreasonably withheld permission for its sale and premiere at Toronto Film Festival). Sources say she is currently withholding the release of FKA Twigs' latest album despite not being an official employee of Warner Music. She has a history of forcing her targets to sign NDAs to allow her to continue to behave badly and get away with it. Her and her husband have a limited public profile so that they can lurk in the shadows and continue their devious behaviors. Their newer targets, up until now with the creation of this website, would've found it extremely difficult to find out any information about them. But in fact there have been multiple lawsuits against Ghost which is why she is no longer listed as a company director on companies she claims to own. There is current litigation against both Ghost and Cameron on their last film TETRIS.

Victims of Amanda Ghost find is near impossible to speak up, usually because they are threatened that their billionaire backer will "sue them in all jurisdictions" and that they will attack them in the press to the point that they will never work again. Ghost has the ability to plant untrue stories in the press because of the billionaire's significant advertising spends in such publications.

This is a David v Goliath situation whereby the "Davids" are talented and often empathetic artists, often newcomers to the entertainment business and the Goliath is a fifty year old Indian woman who viciously spits out of her mouth retainer as she instructs her henchmen to destroy people. Is it any wonder that Academy Award winners such as Margot Robbie and Baz Luhrmann choose to never work with Ghost again? Also, why even bother wearing a retainer at such an old age? Ghost is as ugly on the outside as she is on the inside. She is rotten to the core. And now the stench of her wrongdoings are so strong they can't be ignored.

We will not be intimidated by Amanda Ghost and her bullying tactics. We will rally together and share our stories so that other artists do not have to endure the pain that so many have already felt. People have had mental breakdowns because of Ghost's callous actions towards them.

People have been left homeless and penniless. This site will therefore serve as a public service to all those who have or might potentially have come in contact with Ghost and been the victim of her malignant narcissism. BEWARE! She targets those who are extremely talented and empathetic. That's who she preys on. And this must STOP. The truth will always win out in the end. This is now the END for Ghost and let's hope she becomes a GHOST and disappears.

Why does a billionaire continue to fund and support Amanda Ghost despite overwhelming evidence against her? Is she hiding dark secrets of his? Why were key Warner Music Executives who tried to protect artists from Ghost for years recently fired? Why does Ghost and her husband Cameron have a revolving door of good looking young women working for them who mysteriously disappear after a few months? Why are there so many people dangled the carrots of record deals or film roles, only to then end up being abused and devalued?

Is she hiding under a cloak of invisibility because she is a woman of colour? Is that it? Abusers do not always have to be white men. Abusers look like Amanda Ghost. And it's sad that the people she abuses are more likely than not to be minorities whether that be in race or on the LGBTQ+ spectrum.

Ghost should do the right thing and stop harassing and bullying her victims. Like her name suggests, she should "ghost" them. And if she doesn't, this website will continue to exist to warn everyone of her nefarious ways. Enough is enough. This is the end of the road for Amanda Ghost.

If you have your own Amanda Ghost story to share, you can do so anonymously here:


08:30
5G+
JJ
Jen
He emailed me some thing about keeping JW in loop on brigade stuff I said of course we did ( he specifically said you )
My response
How's Day 2 so far ?
Today 08:04
Did you get feedback on the digital stuff ?
Delivered
Yes we talked through it. He wants to get through the premiere today and then address it tomorrow. Let's just keep monitoring the social and online chatter
iMessage