# EXHIBIT 22

FILED UNDER SEAL

namecheap

## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| <br>15605122<br>No | Courtney<br>Engel<br>[redacted] | Reset | 5/10/2024 1:46:02 PM<br>191.96.150.102 | 0.0000<br>0.0000<br>0.0000 | NA<br>[redacted] | [redacted]<br>NA<br>US, 10018 | 5/10/2024 2:13:18 PM<br>8/29/2024 6:24:27 PM<br>[redacted] |

Exported on Jan/21/2025

namecheap

# Whois details for stephaniejoneslies.com

## Registrant Contact

First Name: Courtney
Last Name: Engel
Organization:
Street Address: [redacted]
Address 2:
Job Title:
City: [redacted]
State/Province, Zip/Postal Code: [redacted]
Country: United States
Email Address: [redacted]
Phone Number: [redacted]
Fax Number:

## Administrative Contact

First Name: Courtney
Last Name: Engel
Organization:
Street Address: [redacted]
Address 2:
Job Title:
City: [redacted]
State/Province, Zip/Postal Code: [redacted]
Country: United States
Email Address: [redacted]
Phone Number: [redacted]
Fax Number:

## Technical Contact

First Name: Courtney
Last Name: Engel
Organization:
Street Address: [redacted]
Address 2:
Job Title:
City: [redacted]
State/Province, Zip/Postal Code: [redacted]
Country: United States
Email Address: [redacted]
Phone Number: [redacted]
Fax Number:

## Billing Contact

First Name: Courtney
Last Name: Engel
Organization:
Street Address: [redacted]
Address 2:
Job Title:
City: [redacted]
State/Province, Zip/Postal Code: [redacted]
Country: United States
Email Address: [redacted]
Phone Number: [redacted]
Fax Number:

Exported on Jan/21/2025