# EXHIBIT 23

FILED UNDER SEAL

HOSTINGER

2025-01-23, Larnaca, Cyprus

## ANSWER TO THE REPORT RECEIVED

We would like to report that our company Hostinger International Ltd, is an administrator of free and paid web hosting provider www.hostinger.com on which the owner of domain stephaniejonesleaks.com is using paid domain services.

Below we provide you all information that we have collected about website owner(s) (All times are GMT time zone):

**Name:** [redacted]
**Email:**
**Country:** US
**Signup Date:** 2024-05-06 20:19:55

The domain was registered at 2024-05-06 20:25:13.

Below you can find information about stephaniejonesleaks.com domain owner WHOIS details:

**Name:** [redacted]
**Email:**
**Company**[redacted]ble
**Add**[redacted]
**City:** [redacted]
**State:** [redacted]
**Zip Code:** [redacted]
**Country:** US
**Phone Number:** +[redacted]

The domain has been deleted since 2024-05-10 08:36:56.

Below we provide IP logs to control panel:

2024-05-10 14:45:59 US desktop [redacted]
2024-05-08 10:02:50 US desktop
2024-05-06 20:25:13 US desktop

Below we provide payment information:

| Date | Transaction ID | Gateway | Amount | Currency | Payment URL |
|---|---|---|---|---|---|
| 2024-05-06 20:28:00 | H_10075367 | - | 0 | USD | - |

| | | | | | |
|---|---|---|---|---|---|
| 2024-05-06 20:25:20 | H_10075292 | Coingate APM | 53.89 | USD | [redacted] |

Should you need any further information, please do not hesitate and contact us directly at abuse@hostinger.com.

---

Hostinger International Ltd.
61 Lordou Vyronos
Larnaca, 6023
+357.24030130

Company code: 301365
VAT code: 10301365E
abuse@hostinger.com