# EXHIBIT 8

FILED UNDER SEAL

## chat6682402271333176l7

**Thread Participants:** [redacted] Roza Kalantari [redacted] Katie Case; [redacted] Michael Goldberg; [redacted] Melissa Nathan (Owner)

**Active Participants:** [redacted] Roza Kalantari ; [redacted] Katie Case; [redacted] Michael Goldberg; [redacted] Melissa Nathan (Owner)

**First Message:** 3/28/2024 9:19:19 AM

**Last Message:** 3/28/2024 9:07:24 PM

---

[redacted] **Katie Case**
Awesome thanks Goldberg! I know the reporter was keen to work quickly on this (probably before the word gets out lol)
3/28/2024 9:19:19 AM

[redacted] **Michael Goldberg**
Gonna do reach out this am
3/28/2024 9:22:29 AM

[redacted] **Katie Case**


3/28/2024 9:39:52 AM

[redacted] **Michael Goldberg**
Anyone on your end kc?
3/28/2024 9:44:15 AM

[redacted] **Katie Case**
I sent them to melissa already!
3/28/2024 9:45:15 AM

[redacted] **Katie Case**
I was thinking Natalie carpenter but I don't know... what do you think? How was she after I left?
3/28/2024 9:45:42 AM

[redacted] **Michael Goldberg**
Kara Doran is pulling together
3/28/2024 10:08:03 AM

[redacted] Katie Case
Ok excellent
3/28/2024 10:11:56 AM

[redacted] Michael Goldberg
Kara is in. Kylie is in sj old assistant. Emily Mara is in and also getting other people
3/28/2024 10:29:37 AM

[redacted] Michael Goldberg
Liz said

kylie is the perfect one for this tbh bc she wont get petty like alexa but she saw soooo much of the True Lore behind the scenes
3/28/2024 10:30:00 AM

[redacted] Roza Kalantari
Are they going in anonymous
3/28/2024 10:30:41 AM

[redacted] Michael Goldberg
I can't imagine anyone will not want to be anonymous
3/28/2024 10:31:24 AM

[redacted] Roza Kalantari
If so we should just create zoom links for all of these
3/28/2024 10:31:26 AM

[redacted] Roza Kalantari
And have him join on there I can't manage this on my phone
3/28/2024 10:31:45 AM

[redacted] Michael Goldberg
I mean we are providing emails
3/28/2024 10:31:56 AM

[redacted] Michael Goldberg
So at this point it doesn't matter
3/28/2024 10:32:00 AM

[redacted] Michael Goldberg
But yes he should open up a conference line or somethinf
3/28/2024 10:32:34 AM

[redacted] Roza Kalantari
Anonymous meaning like the way katie did it with 2 phones on speaker
3/28/2024 10:33:08 AM

[redacted] Michael Goldberg
We are providing them a list of names and email addresses
3/28/2024 10:33:41 AM

[redacted]Roza Kalantari
Yes ok great
3/28/2024 10:33:59 AM

[redacted]Michael Goldberg
-Christina Cansesco *consumer VP who left for multiple reason but big racial component
-Fanta Diallo *left citing diversity issues
-Rebecca Taylor *not only one of the worst firing situations but this got deep with Steph going through her email/asking me to call Verizon to obtain phone and text records
-Lindsey Shane *one of the worst firings I witnessed at JW
-Alex Manesseri (SAE) *extremely bad firing situation for no reason, was harassed after she left with false accusations

-Kevin Bonner *previously assistant to Tom Brady, left to go back to work at Shadow Lion (TB production company) and has A LOT A LOT A LOT of people in toms orbit who have previously said they want to speak out on her

-Alexa Circelli *one of the EAs who worked with me in Stephs office, was fired for no reason and was sent legal letters
-Emily Sherwood *another EA who worked in Stephs office
-Ciara McElroy *early social hire/worked closely with me for SJ personal stuff and was abused bad
-Manon Peri *same as Ciara ^ but even worse

Cant stress enough how much the below finance/operation execs below were put through the ringer and should absolutely be connected (at least Chris + Joanne)
-Joanne Amorese
-Chris Gonzalez
-Leo Botelho
-Regina Kofman
3/28/2024 10:50:23 AM

[redacted]Michael Goldberg
From Emily Mara
3/28/2024 10:50:23 AM

[redacted]Melissa Nathan (Owner)
Can we pass on email addresses

Also - Claire too ( Ashlea's friend )
3/28/2024 11:00:07 AM

[redacted]Michael Goldberg
We have better than Claire
3/28/2024 11:00:33 AM

[redacted] Melissa Nathan (Owner)
All those people will speak. This is amazing.
3/28/2024 11:00:51 AM

[redacted] Katie Case
This is... amazing and sad
3/28/2024 11:01:23 AM

[redacted] Michael Goldberg
I haven't spoken to everyone but I would say almost all would 100% speak. There are a few I havent spoken to in some time like Emily sherwood maybe wouldn't? but majority yeah Kevin Bonner + everyone in Tom Bradys orbit are like locked and loaded waiting for this (very big names associated with tom)
3/28/2024 11:01:23 AM

[redacted] Roza Kalantari
What's weird is there are 50-100 employee?
3/28/2024 11:01:24 AM

[redacted] Michael Goldberg
From emily
3/28/2024 11:01:43 AM

[redacted] Katie Case
Emphasized "What's weird is there are 50-100 employee?"
3/28/2024 11:04:33 AM

[redacted] Katie Case
Yep and just a revolving door
3/28/2024 11:04:40 AM

[redacted] Katie Case
Emphasized "I haven't spoken to everyone but I would say almos…"
3/28/2024 11:04:43 AM

[redacted] Roza Kalantari
Like do they even have that much work
3/28/2024 11:04:53 AM

[redacted] Michael Goldberg
No
3/28/2024 11:05:12 AM

[redacted] Michael Goldberg
They put like 6 people on a 5k a month client
3/28/2024 11:05:27 AM

[redacted] Michael Goldberg
She's a moron
3/28/2024 11:05:32 AM

[redacted] Melissa Nathan (Owner)
*Reply*
TB team hates her
3/28/2024 11:12:28 AM

[redacted] Michael Goldberg
Yes it seems so
3/28/2024 11:15:12 AM

[redacted] Michael Goldberg
We're gonna have a list of 500
3/28/2024 11:15:49 AM

[redacted] Michael Goldberg
Kara Doran: [redacted]
Christie Dishner: [redacted]
Kylie Ruggles: [redacted]
Jasmine Jone[redacted]
Stacey Perry: [redacted]
Christine Obiamalu: [redacted]
Jim Delulio: [redacted]
3/28/2024 12:01:01 PM

[redacted] Michael Goldberg
More coming
3/28/2024 12:01:05 PM

[redacted] Roza Kalantari
Should I send this
3/28/2024 12:17:14 PM

[redacted] Roza Kalantari
Or wait
3/28/2024 12:17:15 PM

[redacted] Melissa Nathan (Owner)
Yeah, but let's write an email with all those things explaining why he should talk to them, then provide it
3/28/2024 12:17:45 PM

[redacted] Michael Goldberg
Wait more is coming
3/28/2024 12:17:45 PM

[redacted] Katie Case
I can draft the shell then we can add the emails does that work? To help expedite things
3/28/2024 12:32:40 PM

[redacted]Michae[redacted]
-Christina Cansesc[redacted]dIn profile here

-Fanta Diall[redacted]

-Pia Malih[redacted]

-Kevin Bonn[redacted]

-Alexa Circe[redacted]

-Ciara McElroy C[redacted]

-Alex Manesseri a[redacted]

-Kara Nardo[redacted]

-Joanne Amorese[redacted]

-Chris Gonzalez ([redacted]

-Regina Kofman ([redacted]

-Rebecca Taylor *I need to give her a call to give her a heads-up

-Manon Peri *I need to give her a call to give her a heads-up, waiting to hear back

-Lindsey Shane *I need to give her a call to give her a heads-up, waiting to hear back
3/28/2024 12:34:59 PM

[redacted]Michael Goldberg
Emily mara [redacted]
3/28/2024 12:39:45 PM

[redacted]Melissa Nathan (Owner)
Omg this is all so amazing
3/28/2024 12:40:08 PM

[redacted]Michael Goldberg
Btw every single person is pumped to speak to them 😂
3/28/2024 12:40:48 PM

[redacted]Michael Goldberg
From kara
3/28/2024 12:40:52 PM

[redacted]Melissa Nathan (Owner)
MG you pulled out the GOLD
3/28/2024 12:41:43 PM

[redacted]Michael Goldberg
Pun intended?
3/28/2024 12:42:05 PM

[redacted] Katie Case
Wait Emily works with Kirsti
3/28/2024 12:47:04 PM

[redacted] Michael Goldberg
And jaclyn
3/28/2024 12:47:19 PM

[redacted] Katie Case
Is that going to be an issue
3/28/2024 12:47:57 PM

[redacted]tie Case
Kirsti cannot be trusted
3/28/2024 12:48:01 PM

[redacted] Michael Goldberg
Nah
3/28/2024 12:48:13 PM

[redacted] Katie Case
Ok just making sure 😂
3/28/2024 12:48:50 PM

[redacted] Katie Case
But wow this is amazing
3/28/2024 12:48:56 PM

[redacted] Roza Kalantari
Omg he knows my name
3/28/2024 1:08:33 PM

[redacted] Roza Kalantari
I didn't know it shows my name on signal when I put my number private
3/28/2024 1:09:13 PM

[redacted] Michael Goldberg
Who
3/28/2024 1:09:13 PM

[redacted] Roza Kalantari
Wtf is anything anonymous
3/28/2024 1:09:17 PM

[redacted] **Roza Kalantari**




3/28/2024 1:09:31 PM

[redacted] **Michael Goldberg**
Full name?
3/28/2024 1:09:34 PM

[redacted] **Roza Kalantari**
For fuck sake
3/28/2024 1:09:37 PM

[redacted] **Roza Kalantari**
No just my first name and skyline lol
3/28/2024 1:09:46 PM

[redacted] **Michael Goldberg**
Put ur name in quotes
3/28/2024 1:10:21 PM

[redacted] **Michael Goldberg**
Haha
3/28/2024 1:10:23 PM

[redacted] **Roza Kalantari**
Yesterday he called me "skyline"
3/28/2024 1:10:35 PM

[redacted] **Roza Kalantari**
Actually Katie he called her skyline over the phone 😂
3/28/2024 1:12:09 PM

[redacted] **Katie Case**
....
3/28/2024 1:14:58 PM

[redacted] Katie Case
Well shit
3/28/2024 1:15:01 PM

[redacted] Katie Case
I think it's ok -- I spoke off record. And there are people who will speak on record I'm sure
3/28/2024 1:15:24 PM

[redacted] Roza Kalantari
Katie
3/28/2024 1:24:21 PM

[redacted] Roza Kalantari
Oops
3/28/2024 1:24:46 PM

[redacted] Katie Case
How weird is that
3/28/2024 1:24:46 PM

[redacted] Roza Kalantari
I don't care just as long as they don't google me lol
3/28/2024 1:26:30 PM

[redacted] Roza Kalantari
Cuz I will show up lol
3/28/2024 1:26:59 PM

[redacted] Roza Kalantari
As Roza Skyline
3/28/2024 1:27:06 PM

[redacted] Roza Kalantari
I guess it doesn't matter
3/28/2024 1:29:03 PM

[redacted] **Michael Goldberg**
Stacey Perry
Can speak about health issues, client issues, racism/abuse

Kara Doran: [redacted]
Can speak about personal issues, mental health, toxicity, speaking to clients teams

Christie Dishner: [redacted]
Can speak about personal issues, loss of mother, toxicity, being forced to move across country

Kylie Ruggles: [redacted]
Can speak as her former assistant and about how Steph tried to get her fired at her new job

Jasmine Jones: [redacted]
Can speak about being racism, fired without warning, her first day on the job and taking the heat for a Tom Brady issue she wasn't privvy to on her first day.

Stacey Perry [redacted]
Can speak on health scares, verbal abuse, racism, demotion, and lack of pay

Jim Delulic [redacted]
Former recruiter who was never paid

Robin Baum [redacted]
Chris Hemsworth's publicist, blocked on JW IG by Steph

Jackie Whigmar [redacted]
Chris Hemsworth's former agent

Amber Clapp
Works with Gisele, blocked on JW IG by Steph

Ben Rawitz [redacted]
Tom Brady partner, blocked on JW IG by Steph
3/28/2024 1:29:37 PM

[redacted] **Katie Case**
The guy didn't even know who Jonesworks was I'm sure it's fine lol
3/28/2024 1:31:06 PM

[redacted] **Katie Case**
Emphasized "Stacey Perry
Can speak about health issues, client…"
3/28/2024 1:31:08 PM

[redacted] **Roza Kalantari**
Oh boy
3/28/2024 1:58:21 PM

[redacted] **Roza Kalantari**




3/28/2024 1:58:31 PM

[redacted] **Katie Case**
It's fine -- I think we just stick with the plan and send the note we're planning to send.
3/28/2024 1:59:17 PM

[redacted] **Katie Case**
We already had the initial call, we sent the email. We can send the details and let them loose from there.
3/28/2024 1:59:38 PM

[redacted] **Michael Goldberg**
Claire Collins, [redacted]
Freelancer who worked with JW and me on Chris account, happy to share her experience
3/28/2024 2:26:09 PM

[redacted] **Michael Goldberg**
Re Robin Baum suggestion is for them to reach out to her she doesn't know about it though. But they shared Chris account
3/28/2024 2:26:33 PM

[redacted] **Melissa Nathan (Owner)**
Robin Baum [redacted]
3/28/2024 2:28:39 PM

[redacted] **Melissa Nathan (Owner)**
Send that too
3/28/2024 2:28:43 PM

[redacted] Katie Case
Excellent
3/28/2024 2:28:58 PM

[redacted] Michael Goldberg
Business Insider just called me. Let me call them back
3/28/2024 2:29:06 PM

[redacted] Roza Kalantari
Dang that's a lot of people
3/28/2024 2:29:11 PM

[redacted] Michael Goldberg
Hi Michael, this is Katie Warren, a features reporter for Business Insider! I'm hoping to chat with you for a story I'm working on – any chance you're free for a quick call so I can explain further?
3/28/2024 2:29:26 PM

[redacted] Roza Kalantari
Wait - how ? I didn't give any names yet
3/28/2024 2:29:27 PM

[redacted] Katie Case
Probably from the screenshot
3/28/2024 2:30:01 PM

[redacted] Roza Kalantari
Oh yes
3/28/2024 2:30:17 PM

[redacted] Roza Kalantari
They are in a rush it seems
3/28/2024 2:30:23 PM

[redacted] Roza Kalantari
But it looks like WE HAVE A STORY !!!!
3/28/2024 2:31:18 PM

[redacted] Melissa Nathan (Owner)
We HAVE A STORY
3/28/2024 2:31:32 PM

[redacted] Melissa Nathan (Owner)
Katie collate all on email and let's send that ??
3/28/2024 2:31:41 PM

[redacted] Michael Goldberg
How did she get my number
3/28/2024 2:31:43 PM

[redacted] Melissa Nathan (Owner)
Now ish if ok
3/28/2024 2:31:54 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
You know how
3/28/2024 2:31:59 PM

[redacted] **Melissa Nathan (Owner)**
*Reply*
MH
3/28/2024 2:32:01 PM

[redacted] **Katie Case**
Yes I'm working on it now!
3/28/2024 2:32:02 PM

[redacted] **Michael Goldberg**
Mh
3/28/2024 2:32:19 PM

[redacted] **Michael Goldberg**
Ok
3/28/2024 2:32:24 PM

[redacted] **Roza Kalantari**
The screen shot does not have your number Michael
3/28/2024 2:33:18 PM

[redacted] **Michael Goldberg**
Ok just double checking that
3/28/2024 2:33:46 PM

[redacted] **Roza Kalantari**







3/28/2024 2:34:12 PM

[redacted] **Katie Case**

It's from Matthew

3/28/2024 2:36:31 PM

[redacted] **Melissa Nathan (Owner)**

Loved "It's from Matthew "

3/28/2024 2:37:28 PM

[redacted] Melissa Nathan (Owner)
I told you this morning, Matthew told me he gave your number and my number
3/28/2024 2:37:36 PM

[redacted] Katie Case
Just sent you the draft
3/28/2024 2:42:31 PM

[redacted] Roza Kalantari
To me?
3/28/2024 2:55:47 PM

[redacted] Melissa Nathan (Owner)
No to me and mg we are tweaking
3/28/2024 2:57:05 PM

[redacted] Melissa Nathan (Owner)
*Reply*
GUYS THO WE DID IT
3/28/2024 2:57:30 PM

[redacted] Roza Kalantari
Loved "GUYS THO WE DID IT "
3/28/2024 2:57:55 PM

[redacted] Melissa Nathan (Owner)

Thank you for your time yesterday. We look forward to continuing to work with you and addressing your questions posed during our conversation.

Collated here are suggested individuals with whom to connect with, noting you are pursuing this story.

Regarding clients --

The Rock

This is in regards to the interactions discussed in the original email.

Michelle Margolis: [redacted]

This is in regards to the interactions discussed in the original email.

Michael Goldberg: [redacted]
(mailt[redacted]
Liz Keller [redacted]

Tom Brady
 This is in regards to the interactions discussed in the original email.

Kevin Bonner: [redacted]

Ben Rawitz: [redacted]
- Partner of Tom Brady, who has been blocked on IG by JW.

Chris Hemsworth

This is in regards to the interactions discussed in the original email.

Robin Baum: [redacted]

Jackie Whigmar[redacted]
- Chris Hemsworth's former agent.

Claire Collins: [redacted]

- Former freelancer who worked with JW on the Chris Hemsworth account and can share her experience.

Robin Baum: [redacted]

- Chris Hemsworth's publicist, who has been blocked on IG by JW.

General Clients

This is in regards to interactions outside of what was discussed in the original email.

Kara Doran [redacted]

Regarding competitors --

Matthew Hiltzik, Hiltzik Strategies: [redacted]

Regarding general internal and external issues --

Christine Dishner [redacted]
- Can speak about personal issues, mental health issues, toxicity, being forced to move across the country.

Kylie Ruggles: [redacted]
- Can speak as Stephanie's former assistant, and how Stephanie tried to get her fired from her new job.

Jasmine Jones [redacted]
- Can speak about racism she experienced, getting fired without warning, and about a Tom Brady issue.

Stacey Perry: [redacted]
- Can speak about health scares, verbal abuse, racism, demotion, and lack of pay.

Jim Delulio [redacted]
- Can speak as a former recruiter who was never paid.

Alexa Circelli: [redacted]
- Can speak about being fired for no reason, and being sent le
gal letters.

Ciara McElroy:
[redacted]
- Can speak to a large amount of abuse she experienced.

Additional individuals for further conversations as needed --

Christine Obimalu:
[redacted]
Christina Cansesco:
[redacted]
Fanta Diallo:
[redacted]
Alex Manesseri:
[redacted]

Joanne Amorese:
[redacted]
Chris Gonzalez:
[redacted]
Regina Kofman:
[redacted]
Pia Malihi:
[redacted]

Kara Nardoni:
[redacted]

Emily Mara:
[redacted]
3/28/2024 3:29:49 PM

[redacted] **Katie Case**
Woof
3/28/2024 3:30:46 PM

[redacted] **Roza Kalantari**
Should I send ?
3/28/2024 3:31:07 PM

[redacted] **Melissa Nathan (Owner)**
Roza if you send this and then our job is done
3/28/2024 3:31:13 PM

[redacted] **Melissa Nathan (Owner)**
📱🙏⚪
3/28/2024 3:31:24 PM

[redacted] **Melissa Nathan (Owner)**
Team work makes the dream work
3/28/2024 3:31:33 PM

[redacted] Katie Case
I can't believe there's so many people
3/28/2024 3:32:27 PM

[redacted] Melissa Nathan (Owner)
I can
3/28/2024 3:32:35 PM

[redacted] Roza Kalantari
Holy shit
3/28/2024 3:32:38 PM

[redacted] Roza Kalantari
Sent
3/28/2024 3:33:22 PM

[redacted] Melissa Nathan (Owner)
Loved "Holy shit"
3/28/2024 3:33:36 PM

[redacted] Katie Case
Wowza
3/28/2024 3:35:56 PM

[redacted] Katie Case
Thank you!!!
3/28/2024 3:35:56 PM

[redacted] Roza Kalantari
MG did you talk to her
3/28/2024 5:39:41 PM

[redacted] Roza Kalantari
They never responded to my massive message lol
3/28/2024 5:39:51 PM

[redacted] Roza Kalantari
They're probably like DAMN
3/28/2024 5:39:59 PM

[redacted] Michael Goldberg
I spoke to her ya
3/28/2024 5:41:52 PM

[redacted] Michael Goldberg
Texted her 3 numbers
3/28/2024 5:41:56 PM

[redacted] Roza Kalantari
What did she say!!!!
3/28/2024 5:42:08 PM

[redacted] Melissa Nathan (Owner)
Emphasised "They're probably like DAMN "
3/28/2024 5:44:07 PM

[redacted] Katie Case
TELL US
3/28/2024 6:00:39 PM

[redacted] Michael Goldberg
[redacted]
3/28/2024 6:03:47 PM

[redacted] Melissa Nathan (Owner)
Loved an image
3/28/2024 6:04:01 PM

[redacted] Michael Goldberg
I'll type a bit later haha but went well
3/28/2024 6:04:06 PM

[redacted] Melissa Nathan (Owner)
Ruby is so happy SJ is going down
3/28/2024 6:04:09 PM

[redacted] Katie Case
Oh my gosh
3/28/2024 6:04:23 PM

[redacted] Katie Case
What a little smol bean 🖤 🖤
3/28/2024 6:04:32 PM

[redacted] Roza Kalantari
Cuteeeeeeee
3/28/2024 6:04:40 PM

[redacted] Michael Goldberg
Reporter reached out to Kara already
3/28/2024 6:04:43 PM

[redacted] **Katie Case**
This chick is intrigued lol
3/28/2024 6:06:24 PM

[redacted] **Michael Goldberg**
I did great if I do say so myself.
3/28/2024 6:19:05 PM

[redacted] **Michael Goldberg**
Also she has no idea what she's in for once she gets to Kara and Emily mara
3/28/2024 6:19:14 PM

[redacted] **Katie Case**
I believe you did awesome!
3/28/2024 6:20:25 PM

[redacted] **Katie Case**
Hahahahahaha they have some venom I'm sure
3/28/2024 6:20:30 PM

[redacted] **Roza Kalantari**
Loved "I did great if I do say so myself. "
3/28/2024 7:18:25 PM

[redacted] **Roza Kalantari**




3/28/2024 8:58:25 PM

[redacted] **Melissa Nathan (Owner)**
They won't need much to open up
3/28/2024 8:58:54 PM

[redacted] **Melissa Nathan (Owner)**
Most of them are expecting it right Michael
3/28/2024 8:58:58 PM

[redacted] Michael Goldberg
Yes know Kara and Liz are chatting tomorrow
3/28/2024 9:02:12 PM

[redacted] Katie Case
Go off
3/28/2024 9:02:26 PM

[redacted] Katie Case
Liz had a horrible story
3/28/2024 9:02:32 PM

[redacted] Roza Kalantari




3/28/2024 9:05:15 PM

[redacted] Roza Kalantari
This guy...
3/28/2024 9:05:29 PM

[redacted] Roza Kalantari
At least acknowledge it was received sir
3/28/2024 9:05:53 PM

[redacted] Katie Case
Lolol
3/28/2024 9:06:12 PM

[redacted] Melissa Nathan (Owner)
LOL
3/28/2024 9:06:36 PM

[redacted] Katie Case
He's a bit awkward
3/28/2024 9:06:56 PM

[redacted] Roza Kalantari
He is
3/28/2024 9:07:13 PM

[redacted] Roza Kalantari
Not good at interviewing
3/28/2024 9:07:24 PM