# EXHIBIT 24

FILED UNDER SEAL

Pinterest, Inc.
651 Brannan St
San Francisco, CA, USA

**Certificate of Authenticity of Domestic Records of Regularly Conducted Activity**
Law Enforcement Request **#1751650978476513643641751895680003115 11**

I, **John Flores**, certify:

1. I am employed by Pinterest, Inc. ("Pinterest"), located in San Francisco, California. I am a duly authorized custodian of records for Pinterest and am qualified to certify Pinterest's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Pinterest in this matter. The records include the account information for www.pinterest.com/stephaniejonesleaks that is reasonably accessible to Pinterest on the date signed below.

3. The records provided were made and kept by the automated systems of Pinterest in the course of regularly conducted activity as a regular practice of Pinterest. The records were made at or near the time the information was transmitted by the Pinterest user.

I declare under penalty of perjury under the laws of United States of America that the foregoing certification is true and correct to the best of my knowledge.

John Flores

**John Flores**

**Date of Production: 2025-08-14**

**Date Range of Production: 2024-05-09 to 2025-08-14**

## *User Account Information*

**Username:** [redacted]
**First Name:** Stephanie
**Last Name:** Jones
**Email:** [redacted]

### *Earliest Logins*

**Login** [redacted] (None Hong Kong HK) from web [redacted]

### *Most Recent Logins*

**Login** [redacted] (None Hong Kong HK) from web [redacted]

**Phone Number:** -
**Signup Ip:** [redacted]

***Search***

**None Found**

# Preservation - 08/14/2025

## ***User Account Information***

**Username:** [redacted]

**First Name:** Stephanie

**Last Name:** Jones

**Email:** [redacted]

### ***Earliest Logins***

**Login** [redacted] (None Hong Kong HK) from web [redacted]

### ***Most Recent Logins***

**Login** [redacted] (None Hong Kong HK) from web [redacted]

**Phone Number:** -

**Signup Ip:** [redacted]

## ***Search***

**None Found**