# EXHIBIT 25

FILED UNDER SEAL

**Service** Facebook

**Internal Ticket Number** [redacted]

**Target** [redacted]

**Alternate Target IDs** [redacted]

**Account Identifie** [redacted]

**Account Type** Page

**Generated** 2025-08-19 18:24:01 UTC

**Date Range** 2024-05-01 00:00:00 UTC to 2025-08-11 23:59:00 UTC

**Creator** [redacted] ( [redacted] ) [Tanzila Sultana Mim]

**Account Closure Date** **Account Still Active** true

**Registered Email Addresses** [redacted] (Verified Primary)

**Registration Date** 2020-09-10 06:35:14 UTC

**Vanity Name** [redacted]

**Registered Credit Card Number** No responsive records

**Direct Debit** No responsive records

**Logins**

**IP Address** [redacted]

**Time** 2025-07-24 02:45:26 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-07-24 02:45:25 UTC

**Location**



WWW

**IP Address** [redacted]

**Time** 2025-03-14 14:03:37 UTC

**IP Address** [redacted]

**Time** 2025-03-14 13:49:12 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-14 13:48:10 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-14 05:37:45 UTC

**IP Address** [redacted]

**Time** 2025-03-14 05:35:27 UTC

**IP Address** [redacted]

**Time** 2025-03-13 07:20:02 UTC

**IP Address** [redacted]

**Time** 2025-03-12 14:08:08 UTC

**IP Address** [redacted]

**Time** 2025-03-12 14:05:46 UTC

**IP Address** [redacted]

**Time** 2025-03-12 13:22:36 UTC

**IP Address**

[redacted]

**Time** 2025-03-12 13:21:15 UTC

**IP Address** [redacted]

**Time** 2025-03-12 13:17:25 UTC

**IP Address** [redacted]

**Time** 2025-03-11 00:17:21 UTC

**IP Address** [redacted]

**Time** 2025-03-10 23:58:22 UTC

**IP Address** [redacted]

**Time** 2025-03-10 15:10:38 UTC

**IP Address** [redacted]

**Time** 2025-03-09 05:05:55 UTC

**IP Address** [redacted]

**Time** 2025-03-08 03:48:45 UTC

**IP Address** [redacted]

**Time** 2025-03-07 15:51:19 UTC

**IP Address** [redacted]

**Time** 2025-03-01 17:53:35 UTC

**IP Address** [redacted]

**Time** 2025-02-28 03:33:07 UTC

**IP Address** [redacted]

**Time**

2025-02-27 07:47:19 UTC

**IP Addres** [redacted]

**Time** 2025-02-27 07:06:03 UTC

**IP Addres** [redacted]

**Time** 2025-02-27 07:04:20 UTC

**IP Address** [redacted]

**Time** 2025-02-25 13:28:30 UTC

**IP Address** [redacted]

**Time** 2025-02-16 16:37:16 UTC

**IP Address** [redacted]

**Time** 2025-02-02 17:55:30 UTC

**IP Addres** [redacted]

**Time** 2025-01-26 01:56:05 UTC

**Location** WAP

**IP Addres** [redacted]

**Time** 2025-01-20 01:47:39 UTC

**IP Address** [redacted]

**Time** 2025-01-19 16:56:22 UTC

**IP Address** [redacted]

**Time** 2025-01-19 13:42:48 UTC

**IP Address** [redacted]

**Time**

2025-01-18 10:44:40 UTC

**IP Address** [redacted]

**Time** 2025-01-18 09:55:01 UTC

**IP Addres** [redacted]

**Time** 2025-01-18 09:54:04 UTC

**IP Addres** [redacted]

**Time** 2025-01-18 05:01:09 UTC

**IP Address** [redacted]

**Time** 2025-01-18 05:00:28 UTC

**IP Address** [redacted]

**Time** 2025-01-18 04:58:55 UTC

**IP Addres** [redacted]

**Time** 2025-01-18 04:56:41 UTC

**Location** WAP

**IP Addres** [redacted]

**Time** 2025-01-18 04:55:59 UTC

**IP Address** [redacted]

**Time** 2025-01-18 04:53:46 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:50:27 UTC

**Location**

WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:48:54 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:48:33 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:39:51 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:38:57 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 03:06:42 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 03:03:45 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 01:51:41 UTC

**IP Address**

[redacted]

**Time** 2025-01-18 01:22:48 UTC

**IP Address** [redacted]

**Time** 2025-01-18 01:20:57 UTC

**IP Address** [redacted]

**Time** 2025-01-18 00:18:13 UTC

**IP Address** [redacted]

**Time** 2024-12-30 07:06:06 UTC

**IP Address** [redacted]

**Time** 2024-12-30 07:04:46 UTC

**IP Address** [redacted]

**Time** 2024-12-29 04:53:58 UTC

**IP Address** [redacted]

**Time** 2024-12-29 04:53:57 UTC

**IP Address** [redacted]

**Time** 2024-12-29 04:53:53 UTC

**IP Address** [redacted]

**Time** 2024-12-29 02:54:31 UTC

**IP Address** [redacted]

**Time** 2024-12-29 02:49:24 UTC

**IP Address** [redacted]

**Time**

2024-12-28 15:21:52 UTC

**IP Address** [redacted]

**Time** 2024-12-28 14:54:14 UTC

**IP Address** [redacted]

**Time** 2024-12-28 14:43:35 UTC

**IP Address** [redacted]

**Time** 2024-12-25 02:54:28 UTC

**IP Address** [redacted]

**Time** 2024-12-25 02:53:15 UTC

**IP Address** [redacted]

**Time** 2024-12-14 05:40:42 UTC

**IP Address** [redacted]

**Time** 2024-12-05 02:04:48 UTC

**IP Address** [redacted]

**Time** 2024-12-04 15:16:46 UTC

**IP Address** [redacted]

**Time** 2024-12-04 05:40:04 UTC

**IP Address** [redacted]

**Time** 2024-12-02 17:23:02 UTC

**IP Address** [redacted]

**Time** 2024-12-02 07:44:47 UTC

**Location**

WAP

**IP Address** [redacted]

**Time** 2024-12-01 04:27:29 UTC

**IP Address** [redacted]

**Time** 2024-12-01 01:30:26 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-12-01 01:30:25 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-12-01 01:16:47 UTC

**IP Address** [redacted]

**Time** 2024-11-30 18:14:58 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-11-30 18:06:57 UTC

**IP Address** [redacted]

**Time** 2024-11-30 17:09:28 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-11-30 17:09:27 UTC

**Location**

WAP

**IP Address** [redacted]

**Time** 2024-11-16 13:53:23 UTC

**IP Address** [redacted]

**Time** 2024-11-16 12:45:27 UTC

**IP Address** [redacted]

**Time** 2024-11-16 12:43:08 UTC

**IP Address** [redacted]

**Time** 2024-11-16 12:41:44 UTC

**IP Address** [redacted]

**Time** 2024-11-16 11:52:58 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-15 00:45:39 UTC

**IP Address** [redacted]

**Time** 2024-11-14 17:30:34 UTC

**IP Address** [redacted]

**Time** 2024-10-26 06:49:29 UTC

**IP Address** [redacted]

**Time** 2024-10-14 08:43:51 UTC

**IP Address** [redacted]

**Time**

Meta Platforms Business Record Page 11

2024-10-09 18:07:36 UTC

**IP Address** [redacted]

**Time** 2024-10-09 13:04:42 UTC

**IP Address** [redacted]

**Time** 2024-09-13 10:31:23 UTC

**IP Address** [redacted]

**Time** 2024-09-12 03:56:56 UTC

**IP Address** [redacted]

**Time** 2024-09-11 19:36:26 UTC

**IP Address** [redacted]

**Time** 2024-09-09 19:29:46 UTC

**IP Address** [redacted]

**Time** 2024-09-02 19:10:26 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-30 23:27:34 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-30 23:27:33 UTC

**Location** WAP

**IP Address** [redacted]

**Time**

2024-08-30 18:39:33 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-30 18:39:32 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-28 19:21:09 UTC

**IP Address** [redacted]

**Time** 2024-08-26 16:32:12 UTC

**IP Address** [redacted]

**Time** 2024-08-24 23:44:01 UTC

**IP Address** [redacted]

**Time** 2024-08-05 17:28:04 UTC

**IP Address** [redacted]

**Time** 2024-08-02 18:59:52 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-02 18:59:51 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-07-18 08:28:20 UTC

**Location**

WAP

**IP Address** [redacted]

**Time** 2024-07-17 18:48:31 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-07-17 18:48:30 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-07-16 00:38:34 UTC

**IP Address** [redacted]

**Time** 2024-07-13 17:42:29 UTC

**IP Address** [redacted]

**Time** 2024-07-12 23:51:04 UTC

**IP Address** [redacted]

**Time** 2024-06-30 10:02:30 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-06-30 10:02:29 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-06-26 09:23:59 UTC

**IP Address**

[redacted]

**Time** 2024-06-07 18:01:29 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-06-07 18:01:28 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-05-20 11:12:25 UTC

**IP Address** [redacted]

**Time** 2024-05-19 09:05:19 UTC

**IP Address** [redacted]

**Time** 2024-05-12 17:54:01 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-12 17:54:00 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-09 14:38:50 UTC

**IP Address** [redacted]

**Time** 2024-05-09 14:25:45 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-05-09 03:07:17 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-06 15:41:06 UTC

**IP Address** [redacted]

**Time** 2024-05-05 14:56:31 UTC

**IP Address** [redacted]

**Time** 2024-05-05 14:55:52 UTC

**IP Address** [redacted]

**Time** 2024-05-05 12:53:37 UTC

**IP Address** [redacted]

**Time** 2024-05-05 11:36:50 UTC

**IP Address** [redacted]

**Time** 2024-05-04 01:24:11 UTC

**Location** WAP

**Logouts**

**Time** 2025-07-24 02:45:26 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-15 05:25:36 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2025-03-14 16:30:30 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-14 15:14:49 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-14 07:59:39 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-13 07:20:42 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-12 14:08:15 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-12 14:08:05 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-12 13:23:02 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2025-03-12 13:22:15 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-12 13:18:42 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-11 03:24:40 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-11 00:16:29 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-10 15:11:37 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-09 05:06:41 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-08 03:50:54 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2025-03-07 15:53:00 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-01 17:54:23 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-03-01 11:28:46 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-02-27 07:47:19 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-02-27 07:04:50 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-02-16 16:37:16 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-02-03 02:06:49 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2025-01-26 02:25:05 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-20 01:47:50 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-20 01:46:56 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-19 13:57:58 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-18 10:54:35 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-18 10:15:15 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-18 05:01:26 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2025-01-18 05:00:39 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-18 04:57:16 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:53:56 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:53:30 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:49:46 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:48:43 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2025-01-18 04:48:28 UTC

**Location** WAP

**IP Address**

[redacted]

**Time** 2025-01-18 01:51:41 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2025-01-18 01:50:57 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-30 07:06:06 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-30 07:04:47 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-29 02:54:31 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-29 00:30:10 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-28 15:03:47 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-12-28 14:47:24 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-25 02:54:35 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-25 02:54:29 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-25 02:54:25 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-25 02:53:15 UTC

**Location** WWW

**IP Addres** [redacted]

**Time** 2024-12-05 02:05:46 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-04 15:17:48 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-12-04 05:42:44 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-02 17:25:15 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-02 08:00:52 UTC

**Location** WAP

**IP Addres** [redacted]

**Time** 2024-12-02 07:44:47 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-12-01 04:29:16 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-01 01:18:11 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-12-01 00:10:44 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-11-30 18:26:54 UTC

**Location** WWW

**IP Addres** [redacted]

**Time** 2024-11-30 17:40:10 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-11-16 17:36:40 UTC

**Location** WWW

**IP Addres** [redacted]

**Time** 2024-11-16 12:45:27 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-16 12:45:00 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-16 12:43:08 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-16 12:41:44 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-11-16 11:52:58 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-15 01:00:20 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-15 00:45:39 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-11-14 17:30:34 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-09-12 03:57:05 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-09-12 03:56:54 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-09-02 19:10:26 UTC

**Location** WAP

**IP Address**

Meta Platforms Business Record Page 26

[redacted]

**Time** 2024-08-30 23:27:55 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-30 23:24:55 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-08-27 18:41:16 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-08-25 00:27:21 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-07-17 23:48:11 UTC

**Location** WAP

**IP Address** [redacted]

**Time** 2024-07-13 23:50:44 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-07-13 00:40:57 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-06-30 11:52:15 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-06-26 11:01:22 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-12 23:16:51 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-09 14:43:03 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-07 03:00:49 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-05 14:56:43 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-05 14:56:09 UTC

**Location** WWW

**IP Address**

[redacted]

**Time** 2024-05-05 14:48:14 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-05 12:17:16 UTC

**Location** WWW

**IP Address** [redacted]

**Time** 2024-05-04 01:57:14 UTC

**Location** WAP

**IP Address** [redacted]

**Paypal Accounts** No responsive records

**Phone Numbers** No responsive records

**Registration Ip** [redacted]

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** No responsive records

**Basic Info Definition** Basic Info: Name: Name of the Page, Group, or Community Chat at the time of production.

URL: URL of the Page, Group, or Community Chat.

**Basic Info** **Name** Stephanie Jones

**Ur** [redacted]

**Creation Date** 2024-05-09 03:08:15 UTC