Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Theresa M Troupson
ttroupson@lftcllp.com

August 25, 2026

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Pursuant to Your Honor's Individual Rules and the Order of August 18, 2026 (Dkt. 263), Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants") respectfully request that the Court permanently seal their letter of August 24, 2026 and all attachments thereto (Dkt. No. 264). After filing, the Wayfarer Defendants learned that certain redactions originally applied by Stephanie Jones and Jonesworks (collectively "Jones") were, once refiled by the Wayfarer Defendants, capable of being modified to reveal personally identifying information of parties and non-parties. With the court clerk's assistance, the letter and attached exhibits were temporarily sealed; the Wayfarer Defendants now respectfully request that the letter and its accompanying exhibits be permanently sealed to prevent public disclosure of personally identifying information.

The Wayfarer Defendants hereby refile corrected public versions of (1) Exhibits B and D to the Declaration of Kevin Fritz in support of the Wayfarer Defendants' motion to compel non-party Vanzan, Inc.'s compliance with a subpoena (Dkt. Nos. 130-2, 130-4); (2) Defendant Jennifer Abel's Answer to Complaint, Second Amended Counterclaims, and Jury Trial Demand (Dkt. No. 158); (3) the Wayfarer Defendants' opposition to Jones' motion to compel third party Katherine Case's compliance with a subpoena (Dkt. No. 176); (4) the Wayfarer Defendants' motion to seal portions of Jones' Motion for Leave to Amend Their Complaint, the Declaration of Kristin Tahler in support thereof, and certain exhibits thereto (Dkt. No. 209); and (5) portions of the Wayfarer Defendants' memorandum of law in opposition to Jones' motion for leave to amend and Exhibits 1 and 3 to the Declaration of Kevin Fritz in support thereof (Dkt. Nos. 216-1, 216-3, and 217).

Respectfully submitted,

*/s/ Theresa M Troupson*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)

Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

cc: all counsel of record (via ECF)