UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

STEPHANIE JONES, JONESWORKS LLC,

Plaintiffs,

vs. CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

Defendants.

---

BLAKE LIVELY,

Plaintiff,

vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

***CONFIDENTIAL***

VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN

Los Angeles, California

Tuesday, September 30, 2025

Stenographically Reported By: Ashley Soevyn, CALIFORNIA CSR No. 12019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

STEPHANIE JONES, JONESWORKS LLC,

Plaintiffs,

vs. CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

Defendants.

---

BLAKE LIVELY,

Plaintiff,

vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

**CONFIDENTIAL**

Video-recorded Deposition of MELISSA NATHAN, taken on behalf of the Plaintiff Jonesworks, Pursuant to Notice, at the offices of Willkie Farr & Gallagher, 2029 Century Park East, Los Angeles, California beginning at 9:16 a.m. and ending at 8:00 p.m. on Tuesday, September 30, 2025, before me, ASHLEY SOEVYN, California Certified Shorthand Reporter No. 12019.

A P P E A R A N C E S:

For the Plaintiffs Stephanie Jones and Jonesworks LLC:

QUINN EMANUEL URQUHART & SULLIVAN
BY: KRISTIN TAHLER
Attorney at Law
865 S. Figueroa Street
8th Floor
Los Angeles, California 90017
kristintahler@quinnemanuel.com
(212) 849-7000

-AND-

QUINN EMANUEL URQUHART & SULLIVAN
BY: MAAREN A. SHAH
BY: MORGAN ANASTASIO
Attorneys at Law
51 Madison Avenue
22nd Floor
New York, New York 10010
maarenshah@quinnemanuel.com
manastasio@quinnemanuel.com
(212) 849-7000

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

MANATT PHELPS & PHILLIPS LLP (Not present)
BY: STEPHANIE ROESER
BY: KATELYN CLIMACO
Attorneys at Law
2049 Century Park East
Suite 1700
Los Angeles, California 90067
sroeser@manatt.com
kclimaco@manatt.com
(310) 312-4207

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: MICHAEL GOTTLIEB
Attorney at Law
2029 Century Park East
Los Angeles, California 90067
mgottlieb@willkie.com
(310) 855-3000

-AND-

WILLKIE FARR & GALLAGHER
BY: MELISSA TAUSTINE (VIA ZOOM)
BY: KRISTIN BENDER (VIA ZOOM)
Attorneys at Law
1875 K Street
Northwest
Washington, D.C. 20006
mtaustine@willkie.com
kbender@willkie.com
(202) 303-1245

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: AARON E. NATHAN
BY: MICHAELA CONNOLLY
Attorneys at Law
787 Seventh Avenue
New York, New York 10019
anathan@willkie.com
mconnolly@willkie.com
(212) 728-8000

-AND-

SLOANE OFFER WEBER AND DERN
BY: LINDSEY STRASBERG (VIA ZOOM)
Attorney at Law
10100 Santa Monica Blvd., Ste. 750
Los Angeles, California 90067
(310) 248-5100

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

LINER FREEDMAN TAITELMAN+COOLEY
BY: BRYAN FREEDMAN
BY: SUMMER BENSON
BY: JASON SUNSHINE (VIA ZOOM)
Attorneys at Law
1801 Century Park West, 5th Floor
Los Angeles, California 90067
bfreedman@lftcllp.com
sbenson@lftcllp.com
jsunshine@lfcllp.com
(310) 201-0005

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

AHOURAIAN LAW
BY: MITRA AHOURAIAN (Not present)
Attorney at Law
2029 Century Park East
Suite 400
Los Angeles, California 90067
mitra@ahouraianlaw.com
(310) 376-7878

For the Defendants Jed Wallace and Street Relations, Inc.:

JACKSON WALKER LLP
BY: JOEL R. GLOVER
Attorney at Law
1401 McKinney Street
Suite 1900
Houston, Texas 77010
jglover@jw.com
(713) 752-4226

A P P E A R A N C E S:

Also Present:

Jennifer Abel

Zach Czerenda, Veritext Legal Solutions Concierge
(Via Zoom)

Jacob Florez, Videographer

INDEX TO EXAMINATION

WITNESS: MELISSA NATHAN


| EXAMINATION BY: | PAGE |
| --- | --- |
| MS. SHAH | 19 |

---000---

CONFIDENTIAL PROCEEDINGS

TUESDAY, SEPTEMBER 30, 2025

---000---

THE VIDEOGRAPHER: This is Jacob Florez, the videographer. I represent Veritext Legal Solutions in Los Angeles, California. I'm a California notary public, number 2523263.

Today's date is September 30th, 2025. The current time on the monitor is 9:16 a.m. We're on record. This deposition is taking place at 2029 Century Park East, number 2900, Los Angeles, California 90067.

This is the deposition of Melissa Nathan in the matter of Blake Lively versus Wayfarer Studios LLC, et al. and joining cases. With lead Case No. 24-cv-10049 LJL.

Would counsel please introduce themselves for the record.

MS. SHAH: Maaren Shah from Quinn Emanuel Urquhart & Sullivan for Stephanie Jones and Jonesworks.

Ms. ANASTASIO: Morgan Anastasio for the same.

MS. TAHLER: Kristin Tahler for the same.

MR. GOTTLEIB: Mike Gottlieb, Willkie Farr & Gallagher, on behalf of Ms. Lively.

MR. NATHAN: Aaron Nathan from Willkie Farr & Gallagher, on behalf of Ms. Lively.

MR. GLOVER: Joel Glover from Jackson Walker for Jed Wallace and Street Relations, Incorporated.

MS. BENSON: Summer Benson of Liner Freedman Taitelman & Cooley on behalf of the Wayfarer defendants.

MR. FREEDMAN: Bryan Freedman, same firm, on behalf of the deponent, Melissa Nathan, the Wayfarer parties, Jen Abel, who is present today, and Steve Sarowitz, Jamey Heath, and Justin Baldoni.

THE VIDEOGRAPHER: Thank you. Any remaining participants will be noted on the transcript.

Will our court reporter please introduce herself and swear in the witness.

THE STENOGRAPHIC REPORTER: Good morning, everybody. Ashley Soevyn, stenographic reporter, license 12019.

Ma'am, can I please have you raise your right hand?

Do you solemnly state that the testimony

you're about to give in this deposition will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

THE STENOGRAPHIC REPORTER: Great. Thank you.

THE WITNESS: Thank you.

EXAMINATION

BY MS. SHAH:

Q Good morning.

A Good morning.

Q My name is Maaren Shah. You heard I represent Stephanie Jones and Jonesworks in these matters?

A Yes.

Q And you were just sworn in by the court reporter. Again, do you understand that you, as you did yesterday, have a duty today to give true and accurate testimony?

A I do.

Q And you are under oath today with equal force as though you were in a court of law?

A I understand.

Q Is there any reason that you can't give full and complete testimony today?

A None.

connection with building websites?

A Yes.

MR. FREEDMAN: Objection.

BY MS. SHAH:

Q Okay.

Do you have any knowledge as to who was involved in any respect in the website about Stephanie Jones in Exhibit 54?

MR. FREEDMAN: Objection.

THE WITNESS: I do now.

BY MS. SHAH:

Q What is that knowledge?

A From Katie's testimony that she wrote it.

Q Anything else?

A No, I do not build websites. So no.

Q Have you ever been involved in a matter where a website was built?

MR. FREEDMAN: Objection.

THE WITNESS: Just now, yes. And my own.

BY MS. SHAH:

Q What is your own?

A The one that you have, The Agency Group.

Q Okay. And when you say "just now," you mean the website that was built in connection with the -- the Lively litigations?

A Correct.
Q Okay. What about for Rebel Wilson?
A No, I have not built any websites.
Q I'm not asking if you built websites --
A Uh-huh.
Q -- I'm asking if you've been involved in a matter where a website was built?
A No.
Q Including Rebel Wilson?
MR. FREEDMAN: Objection.
THE WITNESS: I have not been involved in that.
BY MS. SHAH:
Q Are you saying you were not involved in building the website, or are you saying that a website was not built in connection with the Rebel Wilson matter?
A Could you rephrase the question --
Q Sure.
A -- so I know exactly what I'm answering?
Q I don't want to get caught up in -- in the meaning of the world -- word "built" a website, so I'm trying to broaden the question in terms of your involvement in any capacity.
A Uh-huh.

A What statement?

Q That Ryan Reynolds had pressured her to hand over the phone?

A No, I'm telling you what he told me.

Q Do you have any idea if what Scooter was telling you was true?

MR. FREEDMAN: Objection.

THE WITNESS: I'm telling you what he told me.

MS. SHAH: Okay.

I think that's all I have for you.

THE WITNESS: Okay.

MS. SHAH: Thank you.

THE VIDEOGRAPHER: The time is 8:00 p.m. Off record.

(WHEREUPON THE DEPOSITION CONCLUDED AT 8:00 p.m.)

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

_________________________

MELISSA NATHAN

SUBSCRIBED AND SWORN before and to me this ____ day of ________________, 20___.

___________________________

NOTARY PUBLIC

My Commission expires:

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 1st day of October, 2025.

ASHLEY SOEVYN

CSR No. 12019

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Blake Lively v. Wayfarer Studios LLC, Et Al.
DATE OF DEPOSITION: 9/30/2025
WITNESSES' NAME: Melissa Nathan

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
Melissa Nathan

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ (NOTARY PUBLIC)

_______________________ MY COMMISSION EXPIRES: