**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF KIM S. ZELDIN IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE WAYFARER PARTIES' MOTION TO DISMISS THE EIGHTH CAUSE OF ACTION FOR DEFAMATION AND THE "JOHN DOE" DEFENDANTS**

I, Kim S. Zeldin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (the "Wayfarer Parties").

2. On July 9, 2026, Plaintiffs' counsel Christina Yarnell sent me an email stating as follows: **"Unfortunately, we will not have the dismissal ready for 8th claim tomorrow. I know we promised tomorrow but with the holiday schedules, we are behind. We will have this to you next week."** A true and correct copy of the email from Christine Yarnell dated July 9, 2026 is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2026

Los Angeles, CA

By: *<u>/s/ Kim S. Zeldin</u>*_____
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Kim S. Zeldin
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: kzeldin@lftcllp.com