# EXHIBIT 1

**From:** Christina Yarnell <CYarnell@nixlaw.com>
**Sent:** Thursday, July 9, 2026 10:10 AM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Brad Beckworth <bbeckworth@nixlaw.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>
**Subject:** Re: Jones v. Wayfarer

Hi Kim,

Apologies for the delay. We are still getting up to speed on everything. Appreciate your patience.

Here are our updates:
We agree to your proposed extension but added a week so instead of August 7th we suggest August 17th and propose a status conference date of August 19th. Also, we have confirmed Mrs. Jones will be our 30b6 Jonesworks witness.

Unfortunately, we will not have the dismissal ready for 8th claim tomorrow. I know we promised tomorrow but with the holiday schedules, we are behind. We will have this to you next week.

Finally, please pull down the notices. We are working expeditiously but we cannot confirm those noticed dates.
----
Christina Yarnell
Nix Patterson, LLP
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Phone: (512)751-6585
Cyarnell@nixlaw.com
NIX PATTERSON, LLP

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Date:** Monday, June 29, 2026 at 7:23 PM
**To:** Christina Yarnell <CYarnell@nixlaw.com>, Kristin Tahler <kristintahler@quinnemanuel.com>

**Cc:** Brad Beckworth <bbeckworth@nixlaw.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>
**Subject:** Jones v. Wayfarer

Christina and Kristin,

This will confirm our conversation today.

1. Jones and Jonesworks will by no later than July 10th dismiss the 8th Claim and all Doe Defendants. I addition, I asked you to look at your pleading and dismiss claims to which Jones is not a party (e.g, the contract with Wayfarer)

2. We will sent out the deposition notice for Dies today.

3. Tentative schedule: 7/21 Dies, 7/23 Killian, 7/24 Wagner – all in Los Angeles. You will confirm Killian's availability and we will confirm Wagner's

4. Horton, followed by Zeidman during the first week of August. You will let me know when Horton is available in Los Angeles (or otherwise) and then we can schedule Zeidman who is in Palo Alto – but I can ask him to come ot Los Angeles.

5. I will draft a stipulation to extend the time to take Horton and Zeidman by a week. You will have it by the end of the week.

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Date:** June 22, 2026 at 8:38:16 AM PDT
**To:** cyarnell@nixlaw.com, Kristin Tahler <kristintahler@quinnemanuel.com>
**Cc:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Subject: Jones v. Wayfarer**

Christina and Kristin,

This will confirm our conversation today. On Friday June 26th at 11 a.m. PT we will have another call at which point, you will be prepared to discuss the issues set forth in Amir's emails of several months ago.

1. Considering Judge Liman's Order denying the motion for leave to amend, do you intend to withdraw Horton and Killian? Please be prepared to substantiate your claim that the website is relevant to any of the remaining claims.
2. Is Plaintiff planning on dismissing the 8th cause of action given Judge Liman's order or will a motion be necessary? If you do not believe dismissal is warranted, please be prepared to discuss why that is the case.
3. The parties will be prepared to schedule the experts' depositions. We will schedule the depositions of the 30(b)(6) witness to take place remotely, and the depositions of the experts will be scheduled to take place in person in Los Angeles thereafter. The depositions will take place at the offices of the attorney taking the deposition. The depositions of Plaintiff's experts will occur before those of the rebuttal experts. We have tentatively scheduled Dies for July 21st subject to his availability.

We look forward to a productive call on Friday.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone: (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile: (310) 201-0045
Website: www.lftcllp.com