USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE JONES, et al.,

Plaintiffs,

-v-

JENNIFER ABEL, et al.,

Defendants.

25-cv-779 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendants Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni"), Jennifer Abel ("Abel") and Melissa Nathan ("Nathan") (collectively the "Wayfarer Parties") move for an order dismissing Plaintiffs' eighth cause of action and the John Doe Defendants. Dkt. No. 261. For the following reasons, the motion is granted.

Plaintiffs Stephanie Jones and Jonesworks LLC ("Plaintiffs") commenced this action by complaint filed in New York State Supreme Court, New York County, on December 24, 2024. Dkt. No. 1-1. The complaint names the Wayfarer Parties as Defendants as well as "John Does 1–10" (the "John Doe Defendants") *Id.* ¶¶ 1–15. The Eighth Cause of Action asserts a claim for defamation solely against the John Doe Defendants. *Id.* ¶¶ 156–66. It alleges that the John Doe Defendants made false and defamatory statements about Plaintiffs on two websites (the "Websites") that they created in 2024 with reckless disregard to the truth of the statements and that such statements tended to cause harm to Plaintiffs' reputations and business interests. *Id.* ¶¶ 92, 156–66.

The action was removed to this Court on January 27, 2025. Dkt. No. 1.

On February 3, 2025, the Court entered a Case Management Plan and Scheduling Order which set April 18, 2025 as the deadline to move to amend or join additional parties. Dkt. No. 21; *Lively v. Wayfarer Studios LLC.*, No. 1:24-cv-10049-LJL (S.D.N.Y.), Dkt. No. 58. Fact discovery in this case closed on September 30, 2025. Dkt. Nos. 82-84.[1] By order of July 20, 2026, the Court set trial for February 8, 2027. Dkt. No. 254.

On December 8, 2025, nearly eight months after the amendment deadline and well after the close of discovery, Plaintiffs moved for leave to amend the Complaint to, among other things, substitute a single defendant, Melissa Nathan, as a John Doe Defendant in the eighth cause of action. Dkt. No. 191. Plaintiffs have not identified any other John Doe Defendants. By Opinion and Order dated March 26, 2026, this Court denied Plaintiffs' motion in its entirety. Dkt. No. 234. The Court found, *inter alia*, that Plaintiffs had "not demonstrated that they exercised any diligence prior to the April 18, 2025 deadline to identify the John Doe defendants," *id.* at 9, that Plaintiffs waited until July 2025 to serve a request for production of documents relating to the Websites, *id.* at 9–10, and that Plaintiffs failed to exercise due diligence to discover the identity of the John Doe Defendants, *id*. at 12. The Court also concluded that it would be futile to permit an amendment to identify Nathan as one of the John Doe Defendants in Count Eight because such claim was time barred under C.P.L.R. § 215(3). *Id.* Plaintiffs have not sought reconsideration of that motion or taken any other action in this Court since then to identify the John Doe Defendants. The Court's order is law of the case. See *United States v. Quintieri*, 306 F.3d 1217, 1225 (2d Cir. 2002). Plaintiffs had ample time to attempt to discover the identities of the John Doe Defendants and failed to do so.

---

[1] Discovery was extended to October 10, 2025, solely to allow the depositions of Steve Sarowitz, Jamey Heath, and Baldoni. Dkt. No. 124; *see Lively v. Wayfarer Studios*, Case No. 24-cv-10049, Dkt. No. 770 (S.D.N.Y. filed Sept. 12, 2025).

"It is well settled that where a plaintiff has made no attempt to amend its complaint to include the real identities of John Doe Defendants and discovery has closed, the proper course is to dismiss the John Doe Defendants without prejudice." *Cox v. Vill. of Pleasantville*, 271 F. Supp. 3d 591, 618 (S.D.N.Y. 2017); *accord DeVincenzi v. City of New York*, 2023 WL 3756361, at *5 (S.D.N.Y. June 1, 2023) (citing cases).

Count Eight and the claims against John Does 1–10 are dismissed without prejudice. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 261.

SO ORDERED.

Dated: September 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge