**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>– against –<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1–10,<br><br>Defendants. | ) | Case No. 1:25-cv-00779 (LJL) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST DEFENDANT MELISSA NATHAN FOR DISCOVERY MISCONDUCT**

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks, LLC, by and through their undersigned counsel, move this Court, the Honorable Lewis J. Liman, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 15C, to sanction Defendant Melissa Nathan by issuing an order:

- Entering judgment for Plaintiffs on all of their claims against Nathan;
- Striking Nathan's defenses;
- Permitting Plaintiffs to pursue their defamation and tortious interference with prospective business relations claims against Nathan;
- Ordering Nathan to pay Plaintiffs' costs for having to retain an expert witness to examine the origin or source of the websites when Nathan knew all along the source was either Jed Wallace or directed by Jed Wallace; and
- Awarding Plaintiffs reasonable and necessary attorneys fees incurred as a result of Nathan's conduct.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Sanctions Against Defendant Melissa Nathan for Discovery Misconduct, the exhibits attached in support, and all prior proceedings in this action.

Dated: September 19, 2026
Austin, Texas

Respectfully submitted,

By: *<u>/s/ Brad Beckworth</u>*

Bradley E. Beckworth, pro hac vice
New York State Bar No. 5151071
Christina Yarnell, pro hac vice
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*