# "EXHIBIT A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

STEPHANIE JONES, JONESWORKS LLC,

Plaintiffs,

vs. CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

Defendants.

---

BLAKE LIVELY,

Plaintiff,

vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

***CONFIDENTIAL***

VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
Los Angeles, California
Tuesday, September 30, 2025

Stenographically Reported By: Ashley Soevyn, CALIFORNIA CSR No. 12019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---0O0---

STEPHANIE JONES, JONESWORKS LLC,

Plaintiffs,

vs. CASE NO. 1:25-CV-00779-LJL

JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC,

Defendants.

---

BLAKE LIVELY,

Plaintiff,

vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

**CONFIDENTIAL**

Video-recorded Deposition of MELISSA NATHAN, taken on behalf of the Plaintiff Jonesworks, Pursuant to Notice, at the offices of Willkie Farr & Gallagher, 2029 Century Park East, Los Angeles, California beginning at 9:16 a.m. and ending at 8:00 p.m. on Tuesday, September 30, 2025, before me, ASHLEY SOEVYN, California Certified Shorthand Reporter No. 12019.



A P P E A R A N C E S:

For the Plaintiffs Stephanie Jones and Jonesworks LLC:

QUINN EMANUEL URQUHART & SULLIVAN
BY: KRISTIN TAHLER
Attorney at Law
865 S. Figueroa Street
8th Floor
Los Angeles, California 90017
kristintahler@quinnemanuel.com
(212) 849-7000

-AND-

QUINN EMANUEL URQUHART & SULLIVAN
BY: MAAREN A. SHAH
BY: MORGAN ANASTASIO
Attorneys at Law
51 Madison Avenue
22nd Floor
New York, New York 10010
maarenshah@quinnemanuel.com
manastasio@quinnemanuel.com
(212) 849-7000



A P P E A R A N C E S:

For the Plaintiff Blake Lively:

MANATT PHELPS & PHILLIPS LLP (Not present)
BY: STEPHANIE ROESER
BY: KATELYN CLIMACO
Attorneys at Law
2049 Century Park East
Suite 1700
Los Angeles, California 90067
sroeser@manatt.com
kclimaco@manatt.com
(310) 312-4207



A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: MICHAEL GOTTLIEB
Attorney at Law
2029 Century Park East
Los Angeles, California 90067
mgottlieb@willkie.com
(310) 855-3000

-AND-

WILLKIE FARR & GALLAGHER
BY: MELISSA TAUSTINE (VIA ZOOM)
BY: KRISTIN BENDER (VIA ZOOM)
Attorneys at Law
1875 K Street
Northwest
Washington, D.C. 20006
mtaustine@willkie.com
kbender@willkie.com
(202) 303-1245

A P P E A R A N C E S:

For the Plaintiff Blake Lively:
WILLKIE FARR & GALLAGHER
BY: AARON E. NATHAN
BY: MICHAELA CONNOLLY
Attorneys at Law
787 Seventh Avenue
New York, New York 10019
anathan@willkie.com
mconnolly@willkie.com
(212) 728-8000
-AND-

SLOANE OFFER WEBER AND DERN
BY: LINDSEY STRASBERG (VIA ZOOM)
Attorney at Law
10100 Santa Monica Blvd., Ste. 750
Los Angeles, California 90067
(310) 248-5100



A P P E A R A N C E S:
For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:
LINER FREEDMAN TAITELMAN+COOLEY
BY: BRYAN FREEDMAN
BY: SUMMER BENSON
BY: JASON SUNSHINE (VIA ZOOM)
Attorneys at Law
1801 Century Park West, 5th Floor
Los Angeles, California 90067
bfreedman@lftcllp.com
sbenson@lftcllp.com
jsunshine@lfcllp.com
(310) 201-0005



A P P E A R A N C E S:
For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:
AHOURAIAN LAW
BY: MITRA AHOURAIAN (Not present)
Attorney at Law
2029 Century Park East
Suite 400
Los Angeles, California 90067
mitra@ahouraianlaw.com
(310) 376-7878

For the Defendants Jed Wallace and Street Relations, Inc.:
JACKSON WALKER LLP
BY: JOEL R. GLOVER
Attorney at Law
1401 McKinney Street
Suite 1900
Houston, Texas 77010
jglover@jw.com
(713) 752-4226



A P P E A R A N C E S:
Also Present:
Jennifer Abel
Zach Czerenda, Veritext Legal Solutions Concierge (Via Zoom)
Jacob Florez, Videographer

INDEX TO EXAMINATION

WITNESS: MELISSA NATHAN


| EXAMINATION BY: | PAGE |
|---|---|
| MS. SHAH | 19 |




INDEX TO PREVIOUSLY MARKED EXHIBITS


| EXHIBIT NO. | FIRST REFERENCED |
|---|---|
| Exhibit 3 | 39 |
| Exhibit 43 | 324 |
| Exhibit 7 | 342 |
| Exhibit 8 | 347 |




INDEX TO EXHIBITS

MELISSA NATHAN

STEPHANIE JONES, ET AL. V. WAYFARER STUDIOS, ET AL.

Tuesday, September 30, 2025

Ashley Soevyn, CSR No. 12019


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 49 | Text message dated June 3, 2021; Bates No. JONESWORKS_41852 - 41854 | 76 |
| Exhibit 50 | Daily Mail article published 4/13/2023 titled Exclusive: 'It's a terrible tragedy': Business advisor for Drake and other top musicians who was in Miami hotel room with woman found dead in bathtub claims they were working on music together | 96 |
| Exhibit 51 | TMZ.com article dated 4/13/2023 titled Artist Found Dead in Music Exec David Bolno's Miami Beach Hotel Room | 97 |
| Exhibit 52 | New York Post article dated 4/13/23 titled Music Rep David Bolno cleared in death of aspiring musician in Miami Beach | 97 |
| Exhibit 53 | Text messages dated 3/20/2024; Bates No. NATHAN_2390 - 2409 | 114 |
| Exhibit 54 | Document titled Holding Clients Hostage: Stephanie Jones Leaks; Bates No. NATHAN_3131 - 3142 | 130 |
| Exhibit 55 | Document titled Exhibit 8 | 130 |
| Exhibit 56 | Document titled @lyingstephjones Account suspended | 130 |




INDEX TO EXHIBITS

MELISSA NATHAN

STEPHANIE JONES, ET AL. V. WAYFARER STUDIOS, ET AL.

Tuesday, September 30, 2025

Ashley Soevyn, CSR No. 12019


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 57 | Facebook page Stephanie Jones Leaks | 130 |
| Exhibit 58 | Pinterest page of Stephanie Jones Leaks | 130 |
| Exhibit 59 | Email thread dated 5/3/2024 from Michael Goldberg to Melissa Nathan; Bates No. MG_46 - 62 | 152 |
| Exhibit 60 | Text messages dated 5/3/2024; Bates No. JONESWORKS_MN_2044 - 2049 | 157 |
| Exhibit 61 | WhatsApp chat dated 12/9/24 between Michael Goldberg and Melissa Nathan; Bates No. MG_94 | 171 |
| Exhibit 62 | Redacted NR Text messages dated 5/8/2024; Bates No. JONESWORKS_MN_1862 - 1867 | 175 |
| Exhibit 63 | Redacted - NR text messages dated 5/10/2024; Bates No. JONESWORKS_MN_1876 - 1894 | 183 |
| Exhibit 64 | Text messages dated 9/23/24; Bates No. JONESWORKS_MN_1652 - 1659 | 188 |
| Exhibit 65 | Document titled Amanda Ghost is a Destroyer of Worlds | 204 |
| Exhibit 66 | x.com/amandaghost11 document; 1 page | 204 |

A It does.
Q Were you and she doing Dave Bolno's web cleanup around this time?
A I was not. I don't work on web cleanup.
Q But she does?
A No.
Q She does not?
A She does not. "But we should definitely meet and do." She does not. She did not. She never ended up doing anything.
Q But she can?
A I'm not sure what -- you would have to ask her what she can do. She wrote that. Not me.
Q Okay. So when she said "we," that meant you and her, right?
A I mean, I don't do web cleanup. So you have to ask her.
Q Did you write back to her, what are you talking about, because I don't do web cleanup and neither do you?
A No. But I didn't answer her. And I said, as you can see in that paragraph after, I don't even talk about it.
Q Okay. Did Dave Bolno love you as a colleague at that point?



A Yes. We have a good relationship, and we still do.
Q If you flip to the next page, 2399.
A Two three -- the next, next page. Yeah.
Q Yeah.
A Can I just say one thing? I really do not -- my kid's been mentioned so many times on this, so I would appreciate --
Q I am not going to ask you about that.
A Thank you.
Q You're welcome. And I understand.
You'll see Roza has a series of text messages in all caps that say:
(As read):
"Tell them they are dumb. You are dumb, you are dumb."
Flip to the next page, 2400:
(As read):
"You are dumb go away, from Scooter and Nasim."
Do you see that?
A Yeah.
Q You understand that she's talking -- when she says "you are dumb," she means Stephanie Jones?
A No. Who is Nasim?



Q I was going to ask you.
A I don't know what she's talking about.
Q Okay.
So when she says:
(As read):
"You are dumb go away, from Scooter and Nasim,"
You don't know what she's talking about?
A I do not recall. I mean, there's also -- see, look. On page 2399, there is -- at 9:53 there is some sort of clip. Maybe that was what it was in reference to, but it's not printed there.
Q Okay.
Were you aware at that time that Roza did not want Stephanie Jones to continue to work on Scooter Braun with you and her?
A I think she's my friend, and she -- I would be literally crying on the phone to her. And she wanted to be my friend. I would phone her hysterical crying as to how awful Stephanie was being to me. So she was being my friend.
Q Okay.
A That's what I think.
Q Now, you're aware of certain websites



that popped up on the Internet in or around May of 2024 about Stephanie Jones, right?
A From being sent them, yes. And knowing about them. Reading all the different articles, yes.
Q Is it your testimony that you are only aware of those websites because you were sent them or read publicly available articles about them?
A It is.
MS. SHAH: Okay. I'm going to hand you a series of documents.
THE WITNESS: Before you do that, can I just go to the bathroom really quickly?
MS. SHAH: Yeah. Of course. We can take a five-minute break.
THE VIDEOGRAPHER: Off record. The time is 11:30 a.m.
(Recess.)
THE VIDEOGRAPHER: The time is 11:50 a.m. We're back on record.
MS. SHAH: Okay. So we're going to hand you a series of documents, and I'm going to read them out for the record. If you'll just keep them in front of you.
THE WITNESS: Sure.

MS. SHAH: Exhibit 54 is a document entitled, "Holding Clients Hostage: Stephanie Jones Leaks." It's marked NATHAN_000003131.
(Exhibit 54 marked for identification.)
THE WITNESS: I see that.
MS. SHAH: Exhibit 55 is a document entitled "Stephanie Jones Leaks," and that bears the website domain https://StephanieJoneslies.com/.
(Exhibit 55 marked for identification.)
THE WITNESS: I see that.
MS. SHAH: Exhibit 56 is a document from what appears to be an X account or Twitter account under the name @lyingstephjones.
(Exhibit 56 marked for identification.)
THE WITNESS: I see that.
MS. SHAH: Exhibit 57 is what appears to be a Facebook account with the banner Stephanie Jones Leaks.
(Exhibit 57 marked for identification.)
THE WITNESS: I see that.
MS. SHAH: And Exhibit 58 is a Pinterest account with the banner Stephanie Jones Leaks.
(Exhibit 58 marked for identification.)
THE WITNESS: I see that.



BY MS. SHAH:
Q Okay. And you have seen each of these documents in Exhibits 54 through 58 before; isn't that correct?
A I have seen this one.
Q Which one is that?
A This is the Holding Clients Hostage.
Q That's Exhibit 54.
A I have seen 54. Is 55 from 54?
Q Fifty-five is different. It is another website, stephaniejoneslies.com.
A I -- I mean, I don't know if they're the same thing for me. I have not seen this before.
Q Which exhibit is that?
A Fifty-eight. I have not seen 57 before.
Q Okay.
A And I know that I was sent a Twitter, but I really don't know if I have seen the majority of Exhibit 56 before.
Q Okay. Now, you had a role in the creation of the Stephanie Jones Leaks website that documented in Exhibit 54, right?
MR. FREEDMAN: Objection.
THE WITNESS: No.



BY MS. SHAH:
Q You asked Katie Case to write copy for that website; isn't that true?
A That is not true.
Q And you also had a role in the creation of publication of Exhibit 56, the X account, right?
A No.
Q You asked Katie Case to write copy for at least five or six tweets that were posted on that X account in Exhibit 56, right?
MR. FREEDMAN: Objection.
THE WITNESS: No.
BY MS. SHAH:
Q Is it your under-oath testimony that you had no involvement whatsoever in any shape or form in anything having to do with the website in Exhibit 54 and the X account in Exhibit 56?
MR. FREEDMAN: Objection.
THE WITNESS: It is, yes.
BY MS. SHAH:
Q And if Katie Case testified to the contrary, would she be lying?
A Yes.
Q Are you aware that Katie Case testified that you asked her to write copy for the website in



Exhibit 54?
MR. FREEDMAN: Objection.
THE WITNESS: I was told that she did testify. I did not listen to her deposition. I was on a plane.
BY MS. SHAH:
Q Who told you that?
A I can't remember exactly who told me. It would have been one of my lawyers.
MR. FREEDMAN: So no information from your lawyers you should be disclosing.
THE WITNESS: Got you.
BY MS. SHAH:
Q Have you since read a transcript of her testimony?
A I have.
Q You have?
A Yes.
Q And so you have read what she testified about in this respect?
A I have.
Q Okay. So you're aware that she testified that you communicated to her to write copy for the website in Exhibit 54, including specific language that Stephanie holds clients hostage, that she leaks

clients' secrets, and that she treats her employees poorly, amongst others; are you aware that she testified that?

MR. FREEDMAN: Objection.

THE WITNESS: I read her testimony.

BY MS. SHAH:

Q And are you aware, then, that she testified that you communicated to her that she should write copy for the website in Exhibit 54, including specific language that Stephanie Jones holds clients hostage, that she leaks client secrets, and that she treats her employees poorly?

MR. FREEDMAN: Objection.

THE WITNESS: I'm aware of what she testified in her deposition, yes.

BY MS. SHAH:

Q And is it your under-oath testimony that when she testified that you communicated to her to write copy for the website in Exhibit 54, she was giving false testimony under oath?

A It is, yes.

Q Okay. And is it your under-oath testimony that when she testified in her deposition that you gave her specific language to write for this website, including that Stephanie Jones holds



clients hostage, that she leaks clients' secrets, and that she treats her employees poorly, that she was giving false under-oath testimony?

A Yes.

MR. FREEDMAN: Objection.

BY MS. SHAH:

Q Okay. Are you aware that Katie Case testified that she received a call from you in early May and communicated to her that a website that became the website in Exhibit 54 had been requested?

MR. FREEDMAN: Objection.

THE WITNESS: Am I aware that she testified that?

BY MS. SHAH:

Q Uh-huh.

A I don't actually recall that bit, but if it's in her testimony, then yes.

MS. SHAH: Okay. We're going to need to go on AEO.

MR. FREEDMAN: Okay.

BY MS. SHAH:

Q Have you read the entirety of Katie Case's deposition transcript?

MR. FREEDMAN: Objection.

THE WITNESS: I think so.



BY MS. SHAH:

Q Was there any part of the transcript that was blacked out in the copy that you got?

A There was.

Q Okay. Have you ever met Dwayne Johnson?

A Never.

Q Have you ever spoken with Dwayne Johnson?

A Never.

Q Do you know who I'm referring to when I say Dwayne Johnson?

A The actor.

Q Who is also called The Rock?

A Yes.

Q Okay. Have you ever spoken to anyone who you understand to be part of Dwayne Johnson's team?

A Never. I do -- but just to clarify, I do know his publicist because we've worked on a different client together.

Q Who is she?

A I can't think of her name, but she mentioned it.

Q Maya Lasry?

A No.

Q Michelle something?

A Michelle.



Q Okay. At Lede?

A Yes.

Q If Katie Case testified that you asked her to draft the tweets about Stephanie Jones that appeared in Exhibit 56, the outlying Steph Jones X account --

A Uh-huh.

Q -- is it your under-oath testimony that Katie Case was giving false under-oath testimony?

A About me, yes, absolutely.

Q Okay. Do you have any personal knowledge about whether or not Katie Case did write the copy for the website in Exhibit 54?

A Now or then?

Q Personal knowledge.

A No, but when, time period?

Q Before.

A No.

Q Now?

A Given what she said that she wrote it, then yes.

Q Okay. Do you have any personal knowledge about whether or not Katie Case wrote five or six tweets that appeared on Exhibit 56, the X account?

A No.

connection with building websites?
A Yes.
MR. FREEDMAN: Objection.
BY MS. SHAH:
Q Okay.
Do you have any knowledge as to who was involved in any respect in the website about Stephanie Jones in Exhibit 54?
MR. FREEDMAN: Objection.
THE WITNESS: I do now.
BY MS. SHAH:
Q What is that knowledge?
A From Katie's testimony that she wrote it.
Q Anything else?
A No, I do not build websites. So no.
Q Have you ever been involved in a matter where a website was built?
MR. FREEDMAN: Objection.
THE WITNESS: Just now, yes. And my own.
BY MS. SHAH:
Q What is your own?
A The one that you have, The Agency Group.
Q Okay. And when you say "just now," you mean the website that was built in connection with the -- the Lively litigations?



A Correct.
Q Okay. What about for Rebel Wilson?
A No, I have not built any websites.
Q I'm not asking if you built websites --
A Uh-huh.
Q -- I'm asking if you've been involved in a matter where a website was built?
A No.
Q Including Rebel Wilson?
MR. FREEDMAN: Objection.
THE WITNESS: I have not been involved in that.
BY MS. SHAH:
Q Are you saying you were not involved in building the website, or are you saying that a website was not built in connection with the Rebel Wilson matter?
A Could you rephrase the question --
Q Sure.
A -- so I know exactly what I'm answering?
Q I don't want to get caught up in -- in the meaning of the world -- word "built" a website, so I'm trying to broaden the question in terms of your involvement in any capacity.
A Uh-huh.



Q Your involvement in any capacity in a matter where a website was built?
A In any matter at all?
Q Yes.
A I already testified yes to that.
Q Which ones?
A The one in connection with the Lively.
Q Uh-huh.
A My own.
Q Uh-huh.
A And there could have been one previously for clients that back, back, back, I -- please show me, I -- maybe. But that's what I've been involved in.
Q Okay. Do you know whether Dwayne Johnson requested that Katie Case write copy for the website in Exhibit 54?
A I have never met Dwayne Johnson. I have never had any communication with him, so no, I don't know.
Q Apart from meeting him or having communication with him, are you aware of whether or not he requested this website?
A No.
MR. FREEDMAN: Objection.



BY MS. SHAH:
Q Okay. Are you aware of whether he requested -- anyone on his team requested the website?
A I am not aware of that.
Q Okay. Are you aware of the fact that Dwayne Johnson used to be a client of Stephanie Jones?
A I was aware of that.
Q When did you become aware of that?
A From Stephanie herself.
Q Can you approximate when that was?
A I can't approximate.
Q Okay. Are you aware of the circumstances under which Mr. Johnson ceased being a client of Stephanie Jones?
A Not in the slightest.
Q Have you ever told anyone that you know why The Rock left Jonesworks?
A No, not to my knowledge because I don't think that I do, unless I've completely forgotten it.
Q Okay. Were you aware of an article that was published in The Wrap around late April or early May of 2024 about Dwayne Johnson?

CONFIDENTIAL

Page 226

A Yes.
Q (As read):
"It should be a mixture of the document that Carolina pulled about Amanda Ghost, the voice note, and this."
A Uh-huh.
Q That's what you did with it?
A That's what I did with what?
Q The voice note.
A I did what?
Q Sent it to Katie writing those words?
MR. FREEDMAN: Objection.
THE WITNESS: I sent -- if this is saying I forwarded it to Katie --
BY MS. SHAH:
Q Uh-huh.
A -- yes, I forwarded the voice note to Katie.
Q Okay. And you would agree with me that in the voice note, Jed talks about linking Amanda Ghost to Len Blavatnik and the idea that she procures hookers for Len Blavatnik, right?
MR. FREEDMAN: Objection.
THE WITNESS: He said whatever he said on the phone, yes.

Page 227

BY MS. SHAH:
Q Yeah, you heard it when we played that, right?
A Yeah, all of us. Yes.
Q Okay. Let's flip to page 4958.
A Uh-huh.
Q I'm going to represent to you that this is the other attachment that you sent to Katie Case?
A Uh-huh.
Q This is copy for the Amanda Ghost website, isn't it?
MR. FREEDMAN: Objection.
THE WITNESS: I sent this to Katie?
BY MS. SHAH:
Q Uh-huh.
A I don't recall sending this to Katie.
Q Okay. Have you ever seen it before?
A I have seen it here. Yes.
Q Because it's the copy for that website right?
MR. FREEDMAN: Objection.
THE WITNESS: I would have to look at it properly, word for word.
BY MS. SHAH:
Q But when you say "I've seen it here, yes," you're referring to Exhibit --

Page 228

A I mean, I just opened the page. I'm a fast reader.
Q Sixty-five.
A I'm not that fast a reader. I mean --
Q I don't need you to compare the two.
A I don't know what you want me to do.
Q Sure. I don't need you to compare the two because they say what they say. What I'm asking you is from your memory sitting here today, you know, don't you, that this is the copy for what ultimately became the smear website on Amanda Ghost?
MR. FREEDMAN: Objection.
THE WITNESS: No, I don't, unless I properly sit down and look at it. I also don't -- can't see that I've sent anything.
BY MS. SHAH:
Q Do you remember writing this?
A No.
Q Do you know whether or not you wrote it?
A I know I did not write this.
Q Is it your testimony that you did not send it to Katie Case?
MR. FREEDMAN: Objection.
THE WITNESS: Yes, I don't -- I did not write this. I did not send this.

Page 229

BY MS. SHAH:
Q If Katie Case testified that you asked her to do a website on Amanda Ghost for Rebel Wilson, would that be false testimony under oath?
MR. FREEDMAN: Objection.
THE WITNESS: Yes.
BY MS. SHAH:
Q If you turn to page 5953 again.
A Yes. Uh-huh.
MR. FREEDMAN: 5953?
MS. SHAH: Sorry. 4953.
BY MS. SHAH:
Q In a text timestamped 1:58 p.m.
A Uh-huh.
Q You say:
(As read):
"I have to drive to this fucking meeting. Do you think you will have that copy for Jed today because I need to make it really hammy?"
Do you see that?
A I see that.
Q Jed is Jed Wallace, right?

A Yes, it is.
Q When you say "that copy," you're referring for copy for the Amanda Ghost website, right?
MR. FREEDMAN: Objection.
THE WITNESS: Not to my knowledge, no.
BY MS. SHAH:
Q You have no recollection of this one way or another?
A No.
Q Okay. If you flip to the next page, 4954.
A Uh-huh.
Q You say at 4:46 p.m.:
(As read):
"Jed and Bryan asking me for copy lol kill me."
A Yes.
Q Jed is Jed Wallace, right?
A Yes.
Q Bryan is Bryan Freedman, right?
A Yes.
Q And they are asking you for the copy of the Amanda Ghost website on behalf of Rebel Wilson, right?



MR. FREEDMAN: Objection.
THE WITNESS: No. I was also working on two other matters for Bryan at 9:40 a.m. that same day.
BY MS. SHAH:
Q Was Jed involved in any of the other two matters you were working on for Bryan at that time?
A I can't recall.
Q Okay. Do you believe that they were asking you for copy on another matter?
MR. FREEDMAN: Objection.
THE WITNESS: I could have background report something. Could be.
BY MS. SHAH:
Q Does copy typically mean background report?
A Yes, it can.
Q Really?
A Yes, it can.
Q Okay.
So if Katie Case testified that this was another website that she created at your request --
A Uh-huh.
Q -- in conjunction with Bryan Freedman and Jed Wallace, that would be false under-oath



testimony?
MR. GLOVER: Objection. Form.
THE WITNESS: Yes.
BY MS. SHAH:
Q Okay.
Do you know who the Alexander Brothers are?
A Yes.
Q Who are they?
A They're brothers who got accused of, I think, rape.
Q Tal Alexander and Oren Alexander; is that right?
A Yes.
Q Were they ever your clients?
A They -- at the beginning of the crisis -- their crisis situation, they reached out to hire us. We had one conversation with them, and said okay, before we knew more. And I have to -- I'm not sure of the time period. When we found out, I would say a couple of days, a day, two days, we declined to work with them.
Q Okay. So you ultimately declined to bring them on as clients of TAG; is that right?
A Correct.



Q Okay. But notwithstanding that they were never clients of TAG, you did work with Katie Case to create a website in connection with their litigation, didn't you?
A I did not.
MR. FREEDMAN: Objection.
BY MS. SHAH:
Q And if Katie Case testified that you did, that would be false under-oath testimony; is that your testimony?
A Completely false.
Q Okay. Is Katie Case a huge liar?
A Apparently so, yes.
Q Okay. What reason does she have to lie about you?
MR. FREEDMAN: Objection.
THE WITNESS: I don't know how she is lying about me, apart from her being scared of Stephanie Jones. I don't know any other lies so far unless you tell me them.
BY MS. SHAH:
Q Okay. How long have you known Katie Case?
A Roughly, nine years -- I don't know. Something like that.

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

__________________________
MELISSA NATHAN

SUBSCRIBED AND SWORN before and to me this ____ day of ________________, 20___.

____________________________
NOTARY PUBLIC

My Commission expires:



REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 1st day of October, 2025.

ASHLEY SOEVYN
CSR No. 12019



ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Blake Lively v. Wayfarer Studios LLC, Et Al.
DATE OF DEPOSITION: 9/30/2025
WITNESSES' NAME: Melissa Nathan

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

________________________
Melissa Nathan

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF ____________, 20__.

__________________ ___________________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

# HOLDING CLIENTS HOSTAGE: STEPHANIE JONES LEAKS

After seeing articles about **Stephanie Jones** last week, I feel confident in finally coming forward and expressing the truth. Both in how she treats her clients, as well as how she treats her staff. Sadly, none of what will be said is a secret, but it's gone on for too long.

To start-
**Stephanie Jones takes clients hostage.**

Publicists, due to the condition of their work, are allowed into the confidence of the world's most famous and powerful people. While some of the information shared by clients is good, some of it is bad. Most publicists do everything in their power to ensure the bad doesn't come to light. In fact, a basic principle of PR isn't all press is good press – it's good press is good press.

With Stephanie, once she learns the bad, it becomes her tool and her weapon. The more baggage a client comes to her with, the better positioned Stephanie is to ensur leave her unscathed.

Exhibit: 54
Witness: NATHAN
Date: 9/30/25
CSR#12019: Ashley Soevyn

Stephanie is known to leak information about her clients to press, so that she can "save the day" for them and inspire their gratitude.

God forbid a client wishes to terminate her services, it only gets worse from there.

As soon as a client wishes to end a contract or expresses discontent, suddenly, negative stories begin – and who is the only person who can fix it? Stephanie.

If a former client finds a new publicist, suddenly, they're faced with a crisis – and who is the only person who has historical knowledge of the client to fix things? Stephanie. Who is only happy to once again offer her services and ensure a client can't leave and is punished when they do.

**And how does she get away with this?**
By utilizing close friendships with reporters like **Chloe Melas** who works under the auspices of NBC and formerly CNN. In doing so, Stephanie is able to utilize the network's platform to do her own bidding – not benefit her clients.

It's benefitting Chloe certainly, whose career has been bolstered by her affiliation and willingness to do the dirty work. Because of this, she was given access to Stephanie's A-list talent roster, sometimes playing both sides of a situation.

**Some examples of positive opportunities for Chloe are as follows:**

**Dwayne Johnson reflects on his record-breaking year, becoming the tequila king and whether he'll run for the White House**

**Lauren Sánchez on going to space, philanthropy and trying to bring light to the world**

**Jeff Bezos and Lauren Sanchez get engaged**

**New exhibit in New York re-creates Israeli music festival attacked on Oct. 7**

**Tom Brady opens up about his divorce from Gisele**

**Tom Brady is launching an NFT company**

**Exclusive: Dwayne Johnson addresses 'Fast & Furious' future**

**Dwayne Johnson surprises his mom with a car for Christmas**

**As well as negative opportunities for Stephanie:**

**@NBCNews on Twitter/X: MacKenzie Scott, the co-founder of Amazon and ex-wife of Jeff Bezos, has donated $640 million to 361 nonprofits, she says.**

**Scooter Braun takes step back from managing as Demi Lovato, Idina Menzel leave firm**

**@TODAYshow on Twitter/X: In a new interview, the Brazilian supermodel Gisele Bündchen gets candid about life after parting ways with the former NFL quarterback Tom Brady, to whom she was married for 13 years.**

**CNN on YouTube: Amazon founder Jeff Bezos says he'll give away his wealth**
**NBC's TODAY on YouTube: Gisele Bündchen says divorce from Tom Brady has been 'tough'**
**Vince McMahon's life after WWE: Kittens, vacations and staying in touch with Trump**

That's just the alignment with Chloe, but it goes much deeper than that with outlets like TMZ who are willing to utilize thin sourcing for their stories that generate massive amounts of engagement.

And she's been so successful in carrying this out over the years, she's influenced not just her own business as clients are either scared to leave or can't due to a sudden turn in public perception, but stock prices and company reputations. Not only does she break confidentiality, she willingly does regardless of the possible damage this kind of behavior might cause. And it does have a cost. Everything in some cases, from reputation, to brand and movie deals, partnerships, philanthropic opportunities, sponsorships – the list goes on and on before it even gets to positive press.

This is organized coercion against clients – like Dwayne "The Rock" Johnson, Jeff Bezos, Lauren Sanchez, Chris Hemsworth, Tom Brady, Scooter Braun, and more – who simply hired a publicist they thought would honor confidentiality and

contracts, or want to end that relationship as they are allowed to do in the normal course of business.

These continued "leaks" affect clients' ability to do business as their news is never safe.

And that's nothing to be said for the emotional safety of the people who come into contact with her.

"Erratic screamer" was the correct phrase to describe her. Stephanie is emotionally turbulent, and spares no one from her wrath.

Anyone who disagrees with her opinion or suggestion is bullied until they no longer feel comfortable to speak, chooses not to avoid confrontation, or simply ignores her.

This bullying takes place publicly – with assistants, account managers, agents, adjacent PR teams, anyone.

Unfortunately, the behavior with clients and their teams isn't where it ends. When someone feels comfortable leaking secrets about her own clients to further her own agenda – you can imagine what she might feel comfortable doing to the people that work directly for her.

In what can only be described as a toxic environment, the lack of morality exists internally too and is in fact,

encouraged. The reason this laughably well known “secret” is maintained is simply due to the fact that people are afraid to speak their truths or share their experience, for fear of being sued or having their new jobs jeopardized. And for good reason.

Similarly to how she treats clients when they try to leave, Stephanie holds her employees in the same contempt – if she finds out where an employee is going when they quit, she’s been known to call their new company and tell them they’ve made a mistake in hiring them.

She’s served legal letters based on trumped up claims. She resorts to threats both personal and professional. She’s attempted to blackball people from the industry. She speaks ill of everyone who has left her company openly and to anyone that will listen.

Simply look at Glassdoor if you want an honest assessment in the public domain, where people risk anonymity in order to try and warn others away.

**Stephanie terrorizes her team.**

1.0 ★ Sep 27, 2023 •••

STAY FAR AWAY

Publicist

Current Employee

Recommend CEO Approval Business Outlook

Pros

cool clients and nice office

Cons

Jonesworks is a high school with immature mean girls. the CEO is horrible and her toxic leadership has led other staff memb...

Show More

4

Helpful Share

1.0 ★ GLASSDOOR Sep 7, 2023 •••

Stay Away

Anonymous Employee

Former Employee, more than 1 year

Recommend CEO Approval Business Outlook

Pros

I worked with some of the nicest, brightest PR minds in the industry, as colleagues. They were kind and understanding and helpful in such a cut throat company where management would take your head off at a moment's notice.

Cons

Jonesworks is one of the most toxic work environments in the industry. While Steph has built this company from the ground, she has built an atmosphere that led to high turnover, back stabbing from management and public embarrassment. There were multiple times where she would public berate and fire employees in front of the entire group on what felt like a whim. It's Steph's way or the highway, and if she didn't like something she would certainly make it known and make you feel like such a POS for it. She once threatened an employee who found a new job by telling this person she would ruin her career if she left Jonesworks. I hope in the time since I've left it's gotten better, but I doubt that as long as Steph is involved on a day to day basis.

4

Helpful Share

1.0 ★ GLASSDOOR May 5, 2024 ...

## Run in the opposite direction

Project Manager

Former Employee, more than 1 year · New York, NY

✕ Recommend · CEO Approval · ✕ Business Outlook

Pros

Talented co workers despite the circumstances.

Cons

Founder and upper management engaged in constant micromanagement, verbal abuse and manipulative behavior, which le...

Show More

Helpful · Share

2.0 ★★ GLASSDOOR Apr 21, 2024 ...

## If you want to be miserable apply now!

Anonymous Employee

Former Employee, more than 1 year

✕ Recommend · CEO Approval · ✕ Business Outlook

Pros

Met some amazing people that I'm now trauma bonded to!

Cons

Work life balance does NOT exist. Very very long hours and although 'unlimited PTO' you're always working, always on and get little recognition for working such long hours.

Dictator/Abusive type leadership. Senior management is on a power trip.

Very VERY high turnover rate. People are not happy at this job. You'll always be getting new co-workers and saying bye to old ones which can be challenging when trying to build team relationships and get work done.

Diversity doesn't exist at this company and they don't seem to care.

1

Helpful · Share

2.0 ★★ GLASSDOOR Jan 28, 2021 •••

## Pass

Anonymous Employee

Former Employee

✕ Recommend CEO Approval ✓ Business Outlook

Pros

You get great first hand experience

Cons

You're treated like trash and are talked down on

1

Helpful Share

1.0 ★ Jan 23, 2024 •••

## Toxic

Coordinator

Former Employee Los Angeles, CA

✕ Recommend CEO Approval Business Outlook

Pros

None that I can remember

Cons

Incredibly toxic work environment. I had depression the entire time I worked here.

4

Helpful Share

2.0 ★★ Sep 21, 2023 •••

It's not worth it. Really.

Anonymous Employee

Former Employee, more than 1 year New York, NY

✕ Recommend CEO Approval ✕ Business Outlook

Pros

very cool clients and the colleagues are wonderful and talented, despite being often overworked, verbally abused, and underp...

Cons

Stephanie Jones, CEO and founder, is a controlling toxic presence and abuser, and I would neither recommend prospective e...

Show More

7

Helpful Share

1.0 ★ Sep 27, 2023 •••

STAY FAR AWAY

Publicist

Current Employee

Recommend CEO Approval Business Outlook

Pros

cool clients and nice office

Cons

Jonesworks is a high school with immature mean girls, the CEO is horrible and her toxic leadership has led other staff memb...

Show More

4

Helpful Share

1.0 ★ GLASSDOOR Sep 7, 2023

Stay Away

Anonymous Employee

Former Employee, more than 1 year

✕ Recommend CEO Approval Business Outlook

Pros

I worked with some of the nicest, brightest PR minds in the industry, as colleagues. They were kind and understanding and helpful in such a cut throat company where management would take your head off at a moment's notice.

Cons

Jonesworks is one of the most toxic work environments in the industry. While Steph has built this company from the ground, she has built an atmosphere that led to high turnover, back stabbing from management and public embarrassment. There were multiple times where she would public berate and fire employees in front of the entire group on what felt like a whim. It's Steph's way or the highway, and if she didn't like something she would certainly make it known and make you feel like such a POS for it. She once threatened an employee who found a new job by telling this person she would ruin her career if she left Jonesworks. I hope in the time since I've left it's gotten better, but I doubt that as long as Steph is involved on a day to day basis.

4

Helpful Share

There are rampant mental and physical health issues. There are some people who have left the industry overall. The culture of emotional violence she's created internally is so fierce that employees are encouraged to pile on those who are in a more vulnerable position. Bullying is also done in front of clients – eschewing professionalism to get in a dig or insult.

But the abuse doesn't stop once working hours come to a close. It is rampant. While Stephanie is certainly the main perpetrator of this behavior, she rewards mirrored tendencies. The more of a bully you are, the more successful you can be at the company. Many employees fall into this

trap, thinking if they participate they will be spared from her. They aren't.

The company operates in constant emotional turmoil. There is little direction. Employees have to constantly be on their guard, as public firings are not done sparingly and can happen at the drop of a hat over something as simple as providing a detail or opposing POV. The revolving door at Jonesworks is constantly in motion which creates disruption and confusion – both for her staff and for her clients, who are constantly introduced to new faces.

But people are finally speaking up. People are finally leaving. Clients are leaving and are being open and aggressive about doing so.

**This is the tip of the iceberg. Stand by – this is just getting started.**

## DO YOU HAVE A STORY TO SHARE?

You can do so anonymously here →

© Copyright 2024 StephanieJonesLeaks.com

# Exhibit 8

Exhibit: 55
Witness: NATHAN
Date: 9/30/25
CSR#12019: Ashley Soevyn

https://stephaniejoneslies.com/ Go FEB MAR APR
23 captures 24
22 May 2024 - 24 Mar 2025 2024 2025 2026 About this capture

STEPHANIE
LEAKS JONES LEAKS

STEPHANIE STEPHANIE
LEAKS JONES LEAKS JONES
S

# Holding Clients Hostage: Stephanie Jones Leaks

**UPDATE 10/21/24**

After receiving a notification following another unsuccessful hacking attempt, we decided to have a bit of fun and look into the penalties for computer hacking as in Connecticut — where Stephanie Jones lives.

Hacking, defined as "accessing someone's computer without authorization," can carry penalties ranging from a class B misdemeanor punishable by jail time and fines, to a class B felony, punishable by serious jail time and excessive fines, or the cost of roughly five of the sweaters Stephanie deemed "essentials" in her comedic goldmine of a feature on hamptons.com.

Because there is still obviously a question here, hacking is illegal, and it is a crime.

Speaking the truth, sharing our experiences, and finally having an opportunity to expose the nightmare we survived and some of us still live, is not.

What we discuss here is sadly not libel. It's not bullying. It's not gossip for the sake of it.

The sheer amount of documentation we do possess — screenshots, voicenotes, legal letters, emails — is shocking, and heartbreakingly emblematic of the problem that is Stephanie Jones.

Our hope, past creating a space where our niche community can come together to spread awareness, is that our actions can inspire a change. Most likely not on Stephanie's part because she's beyond saving, but a change across the larger industry, who can wise up to her antics, her history, and her woeful disregard for her clients and employees.

So again, quick reminder — hacking IS a crime. A punishable one.

And we will not be intimidated. We've made that very clear.

---

**We collectively thought it was about time for a considerable update and to check back in.**

Firstly, we would like to reiterate that this site does not serve as a bullying tactic against Stephanie and her pseudo-Southern Belle, "poor me" act that she uses on her clients — while she cries and screams at them while collecting substantial monthly fees for below par, fake PR.

This site solely exists due to the years of non-stop verbal and emotional abuse that we all suffered through, and some of us still suffer through, and the horrific treatment in the workplace that's continued without any intervention.

The legal threats and letters for wanting to leave, the astounding amount of shockingly cruel voice notes and texts, as wel as incessant screaming telephone calls, do not make her "tough" or "a boss" — they only serve to bring home what a full ridiculous tyrant she is.

This site is our only place to tell the truth. And, none of this she can deny. We have receipts.

With this in mind, we thought it was time to discuss the public debacle that was the Business Insider expose, which finally addressed the longstanding, not so secret toxic goings on at Jonesworks, linked for ease below:

https://www.businessinsider.com/stephanie-jones-jonesworks-pr-clients-tom-brady-jeff-bezos

As a group, we have our own sources. We've been told that Stephanie was pleased with how this article turned out for hei But, we are all here to tell you, Stephanie, that this negative article did not make you look, in your own words, like a " badass" or "ball breaker."

As we all know, Stephanie doesn't understand how to truly do PR outside of leaking her own clients' secrets, so she was unable to assist with this article. She was out of her depth. She hired a crisis PR person, who helped navigate her through the experience. Good for him, honestly, for doing the best he could to cover the pure nightmare that she is.

But, to be frank, the article was pretty disappointing to the 40+ people who bravely shared their story — and included current and former staff, current and former clients, and in general, horrified bystanders — and took the time to speak to the reporter. We don't blame Business Insider, they were in a tough spot. Unfortunately, due to the sheer terror of facing such an unhinged and litigious person, many were not able to speak on the record. This allowed Stephanie and her crisis PR person to use their own single person on the record, and respond via a "PR representative."

More specifically in regards to Donny's quote, Stephanie does not fight for her clients but, she does fight with them. Crying, screaming, keeping them hostage — please feel free to ask any of her clients, outside of the one willing to speak on her behalf, and her former boss. Who hasn't been relevant since the early 2000's.

But, we are appreciative of all the work we know the publication put in and it was cathartic to finally have someone lister to us.

We are (as we are sure you are, as well) frankly flabbergasted that her best friend Chloe Melas from NBC — yes, her, who was so happy to be part of Stephanie's gang when Jonesworks had clients of relevance — did not give a simpering quote on her behalf.

We've decided to write one for her instead. So, please find the below quote, attributed by us to Chloe Melas:

"I've worked with Stephanie for close to a decade during my time at CNN and now at NBC, fabricating stories to help he catch and destroy her clients by pretending to 'kill stories' we planted, and allowing her to assuage them by saying 'Chloe is my best friend.' In return, I received exclusives with Jeff Bezos, and The Rock, just as long as I let her copy approve these stories which CNN and/or NBC might frown upon. I can't wait to continue working with her in the future on serial cheater Zac Brown and proven sexual predator Carmelo Anthony."

We do love a loyal friendship. It's interesting that only now Chloe is nervous about the public part she's played in this. Let's hope she can cover her paper trail.

None of us can truly fathom why Stephanie, as a woman preaching about the power of a "female owned company," sees nothing wrong or transparent about posting clearly uncomfortable employees' badly performing trending audio clips next to a champagne dispenser, where we can only assume moments before they'd been bullied, screamed at, and abused.

Lucky for us, we've kept the voicemails, the voice notes, and the text messages — which we will upload when the time is right.

But, we digress.

So, let's move onto the most hysterical part, which is Stephanie trying to actually do PR, and mask the bad press article by trying to do positive press. Here we have the comedic pay-to-play fluff piece that was Hamptons.com.

This has been on numerous group chats where we've all been able to enjoy this charade. Every word is brilliantly false, comedic gold. It was a good effort, and in her own vernacular, *bless her heart.*

It's important to note before we really dive in, Stephanie does not live in the Hamptons, and that Hamptons.com, was likely the only magazine she could organize something this fake in.

It's obvious. It's desperate. It's embarrassing.

Let's jump in.

Firstly, only someone with this little self-awareness would proudly align themselves with Donny Deutsch yet AGAIN, though perhaps this is where she learned her casual racism. You might recall that Donny famously spoke a racial slur on Morning Joe back in 2020, and we have already found numerous ex-employees of his that will talk about their time with him. We're positive he might recall this as well.

Next, she speaks about the founding of Jonesworks, and how she "focused on hiring team members who shared my vision and values. Building a team that aligns with our brand ethos has been essential to our growth." She then continues, "we foster a culture of excellence and integrity."

Given the employee-sized holes in the walls of her agency and the fact that – according to Glassdoor and LinkedIn – mos people she hires not only don't "align with her ethos," they last less than two years at the place, if they even last that long

We're unsure what team remains, as so many have come and gone so quickly. We're genuinely surprised when we come across people who do, in fact, work there.

Another stunning falsehood in the illustrious Hamptons.com feature, is that Stephanie has over 40 people working in her firm — we assume this includes her 25 assorted personalities, and is a simply clerical mistake on her part.

Because from our insider chats with staff, there is no way that many people work there.

We have also been made aware that this is yet another lie Stephanie tried to peddle — more specifically when she recentl attempted to sell her agency and was turned down when it became clear how poorly the business was doing. This was attributed to her outlandish overheads and debts.

Yes, we know about that too.

Let's also address the idea of integrity. Scroll down below if you have any questions or need a reminder about the limits of Stephanie's.

But, let's continue and talk about the supposed Atlanta office aka, one employee that lives in Atlanta and works remotely – or the idea of a "UK presence."

As Business Insider so kindly brought to light, most (if not all) Jonesworks former A-list clients are no longer clients. To quote Business Insider directly, "In addition to [Dwayne "The Rock"] Johnson, and [Lauren] Sanchez, Jeff Bezos, Julianne Hough, the country singer Lainey Wilson, and Chris Hemsworth (Jonesworks did the actor's social media but no his general PR) have all parted ways with Jones in the past year or so, former employees said, as well as the brands Wheels Up, Ocean Spray, and Partake Foods."

What international needs do the remaining clients have? Maybe the strategy here is that because no one wants to work fo her in the US, Stephanie now has to recruit in Europe. We are all fully in agreement that Europe has enough troubles at the moment, and does not need Jonesworks and her four clients opening an office there.

We're not going to lower ourselves to her level and comment on her mention of family and how she "prioritizes quality time." All we will say is we're curious how many of her own clients' families were affected when their secrets were leaked for Stephanie's gain.

We have these screenshots too.

We did personally enjoy the epithet about Jeff Bezos and his philosophy regarding work life balance – given he fired her many, many, many months ago. We suspect the Vogue feature, which was described as "quietly grotesque," might have had something to do with this, as well as charging him non-stop to attend all his rocket launches.

We'll leave this photoshopped masterpiece here for you in case you forgot. A true SNL parody if we have ever seen one.

https://www.vogue.com/article/lauren-sanchez-december-2023-interview-profile

Hamptons.com also thoughtfully discussed her quaint suggestion of Brunello Cucinelli sweaters – which retail at almost $3,000 – serving as "essentials" during a time of economic difficulty for most people around the world, makes the choice to allow that Vogue piece to come to light makes more sense.

And, how nice is it that she mentions her husband in the last question because frankly, we haven't dedicated enough time to that connection.

Again, to quote Business Insider, "a number of her biggest clients – including Brady, Johnson, and Deutsch – overlapped with those of her husband, Jason Hodes, a partner at the talent agency WME."

We're curious if this is still the case.

We'll let you read between the lines on this one in terms of how she gets her clients, as surely this is something WME should be looking into. We've heard that they are.

To you all, we remain grateful to the intense amount of incoming stories you've sent, as we understand they are not easy to share.

We remain inspired by the fact that you all continue to share in hopes they might help others that have been affected by Stephanie Jones.

We will be collating all the stories shortly and putting them up for everyone to see.

Who is afraid of the big bad bully Stephanie Jones?

Not us, not anymore.

---

**Update 2: Stephanie Jones has silenced another media outlet. We are aware of several articles this week that caved to legal. We will post any that provide us permission to do so.**

https://www.newsbreak.com/news/3425101679126-billionaire-jeff-bezos-fianc-e-lauren-s-nchez-drops-longtime-publicist-and-hires-new-rep-after-attack-from-ny-restaurateur-report

---

**We will not be intimidated by Stephanie Jones ever again.**

**She has once again tried to silence us by hiring someone to remove our site.**

**There was an overwhelming response to the information shared and we are just getting started.**

**The closer we get to revealing the whole truth, the harder her and her henchman try to stop us. We won't let them. Imagine what else they are hiding – you won't have to imagine for long!**

**This site will serve as a public service to all ex, current, and future employees, clients, and anyone tired of being bullied by those who abuse authority and power.**

After seeing articles about Stephanie Jones last week, I feel confident in finally coming forward and expressing the truth. Both in how she treats her clients, as well as how she treats her staff. Sadly, none of what will be said is a secret, but it's gone on for too long.

To start –

Stephanie Jones takes clients hostage.

Publicists, due to the condition of their work, are allowed into the confidence of the world's most famous and powerful people. While some of the information shared by clients is good, some of it is bad.Most publicists do everything in their power to ensure the bad doesn't come to light. In fact, a basic principle of PR isn't all press is good press – it's good press is good press.

With Stephanie, once she learns the bad, it becomes her tool and her weapon. The more baggage a client comes to her with, the better positioned Stephanie is to ensure they don't leave her unscathed.

Stephanie is known to leak information about her clients to press, so that she can "save the day" for them and inspire their gratitude.

God forbid a client wishes to terminate her services, it only gets worse from there.

As soon as a client wishes to end a contract or expresses discontent, suddenly, negative stories begin – and who is the only person who can fix it? Stephanie.

If a former client finds a new publicist, suddenly, they're faced with a crisis – and who is the only person who has historical knowledge of the client to fix things? Stephanie. Who is only happy to once again offer her services and ensure a client can't leave and is punished when they do.

And how does she get away with this?

By utilizing close friendships with reporters like Chloe Melas who works under the auspices of NBC and formerly CNN. In doing so, Stephanie is able to utilize the network's platform to do her own bidding – not benefit her clients.

It's benefitting Chloe certainly, whose career has been bolstered by her affiliation and willingness to do the dirty work. Because of this, she was given access to Stephanie's A-list talent roster, sometimes playing both sides of a situation.

**Some examples of positive opportunities for Chloe are as follows:**

Dwayne Johnson reflects on his record-breaking year, becoming the tequila king and whether he'll run for the White House

Lauren Sánchez on going to space, philanthropy and trying to bring light to the world

Jeff Bezos and Lauren Sanchez get engaged

New exhibit in New York re-creates Israeli music festival attacked on Oct. 7

Tom Brady opens up about his divorce from Gisele

Tom Brady is launching an NFT company

Exclusive: Dwayne Johnson addresses 'Fast & Furious' future

Dwayne Johnson surprises his mom with a car for Christmas

**As well as negative opportunities for Stephanie:**

@NBCNews on Twitter/X: MacKenzie Scott, the co-founder of Amazon and ex-wife of Jeff Bezos, has donated $640 million to 361 nonprofits, she says.

Scooter Braun takes step back from managing as Demi Lovato, Idina Menzel leave firm

@TODAYshow on Twitter/X: In a new interview, the Brazilian supermodel Gisele Bündchen gets candid about life after parting ways with the former NFL quarterback Tom Brady, to whom she was married for 13 years.

CNN on YouTube: Amazon founder Jeff Bezos says he'll give away his wealth

TODAY on YouTube: Gisele Bündchen says divorce from Tom Brady has been 'tough'

Vince McMahon's life after WWE: Kittens, vacations and staying in touch with Trump

That's just the alignment with Chloe, but it goes much deeper than that with outlets like TMZ who are willing to utilize thin sourcing for their stories that generate massive amounts of engagement.

And she's been so successful in carrying this out over the years, she's influenced not just her own business as clients are either scared to leave or can't due to a sudden turn in public perception, but stock prices and company reputations. Not only does she break confidentiality, she willingly does regardless of the possible damage this kind of behavior might cause. And it does have a cost. Everything in some cases, from reputation, to brand and movie deals, partnerships, philanthropic opportunities, sponsorships – the list goes on and on before it even gets to positive press.

This is organized coercion against clients – like Dwayne "The Rock" Johnson, Jeff Bezos, Lauren Sanchez, Chris Hemsworth, Tom Brady, Scooter Braun, and more – who simply hired a publicist they thought would honor confidentiality and contracts, or want to end that relationship as they are allowed to do in the normal course of business.

These continued "leaks" affect clients' ability to do business as their news is never safe.

And that's nothing to be said for the emotional safety of the people who come into contact with her.

"Erratic screamer" was the correct phrase to describe her. Stephanie is emotionally turbulent, and spares no one from her wrath.

Anyone who disagrees with her opinion or suggestion is bullied until they no longer feel comfortable to speak, chooses not to avoid confrontation, or simply ignores her.

This bullying takes place publicly – with assistants, account managers, agents, adjacent PR teams, anyone.

Unfortunately, the behavior with clients and their teams isn't where it ends. When someone feels comfortable leaking secrets about her own clients to further her own agenda – you can imagine what she might feel comfortable doing to the people that work directly for her.

In what can only be described as a toxic environment, the lack of morality exists internally too and is in fact, encouraged. The reason this laughably well known "secret" is maintained is simply due to the fact that people are afraid to speak their truths or share their experience, for fear of being sued or having their new jobs jeopardized. And for good reason.

Similarly to how she treats clients when they try to leave, Stephanie holds her employees in the same contempt – if she finds out where an employee is going when they quit, she's been known to call their new company and tell them they've made a mistake in hiring them.

She's served legal letters based on trumped up claims. She resorts to threats both personal and professional. She's attempted to blackball people from the industry. She speaks ill of everyone who has left her company openly and to anyone that will listen.

Simply look at Glassdoor if you want an honest assessment in the public domain, where people risk anonymity in order tc try and warn others away.

Stephanie terrorizes her team.

There are rampant mental and physical health issues. There are some people who have left the industry overall. The culture of emotional violence she's created internally is so fierce that employees are encouraged to pile on those who are in a more vulnerable position. Bullying is also done in front of clients – eschewing professionalism to get in a dig or insult.

But the abuse doesn't stop once working hours come to a close. It is rampant. While Stephanie is certainly the main perpetrator of this behavior, she rewards mirrored tendencies. The more of a bully you are, the more successful you can b at the company. Many employees fall into this trap, thinking if they participate they will be spared from her. They aren't.

The company operates in constant emotional turmoil. There is little direction. Employees have to constantly be on their guard, as public firings are not done sparingly and can happen at the drop of a hat over something as simple as providing a detail or opposing POV. The revolving door at Jonesworks is constantly in motion which creates disruption and confusion – both for her staff and for her clients, who are constantly introduced to new faces.

But people are finally speaking up. People are finally leaving. Clients are leaving and are being open and aggressive abou doing so.

**This is the tip of the iceberg. Stand by, this is just getting started…**

## Do you have a story to share?

You can do so anonymously, here →

I am human

hCaptcha
Privacy - Terms

SUBMIT YOUR STORY