# "EXHIBIT D"

1:10

Melissa

good lord...

Account Name: ARS Bellica LLC
Account Address: 10960 Wilshire Blvd, 5th Floor
Los Angeles, CA 90024

Invoice them

Show me the invoice before it goes so I can doublecheck check

I was just going to ask that hahahaha

But seriously thank you

This is wild

Who knew drafting a few things would be this lucrative lol

Stick with me, kid

He said make it 20

I'm not even joking

I was never in doubt of that

WHAT

iMessage

WHAT

1:10

I'm not even jok

**Melissa**

I was never in doubt of that

WHAT

WHAT

WHAT

I might actually puke Lolol

I don't know he makes so much money though, honestly

Jesus Christ

I like actually can't feel my hands 😂😂

And I do actually enjoy drafting those websites LOLZ

holy shit

Seriously thank you

I have no idea why you like me so much 😂😂

I don't know either to be honest,

iMessage

day to day life

1:10

Melissa

I don't know either to be honest,

I do inject a level of positivity into day to day life

Which you hate but you also love lol

Hannah from billboard is nyc based right? Do you think she'd want to meet Rosa from hybe?

I think they've met before, but ask her if she'd like to have lunch with her again or something

Yes! Just while they're in NY.

And hopefully they can resolve the whole Jeff Benjamin issue lol

Bre and I are going to have dinner with them tomorrow night

Okay, great

Also Bre and Carolina are reviewing the MB doc now! We'll

iMessage

Okay, so I just need to give you

1:10

Melissa

Okay, great

Also Bre and Carolina are reviewing the MB doc now! We'll send to you shortly

Okay, so I just need to give you four grand and then we just wait for the platoon and then you invoice jed 20?

Edited

Yes! Pretty darn good day if I do say so myself! I'm putting together the invoice now if you don't mind looking at it?

Then I'll draft the SJ thing lol

Oct 21, 2024 at 8:08 PM

Can u send this to bun

i my name is BunB. In August of 2017 hurricane Harvey devastated my community in Texas and I found myself going by truck into areas delivering relief to those in need. I knew we needed help so I called my friend..

like the ones I saw as a kid and without delay he stepped up.

iMessage

Gmail Katie Case [redacted]

# Items I'm working on at the moment

4 messages

**Katie Case** [redacted] Fri, Oct 18, 2024 at 4:41 PM
To: Melissa Nathan [redacted] Melissa Nathan [redacted]

Hello! Here is what I'm working on at the moment :)

- **LMDV / Jessica Serfaty** (Calls / Crisis Plan / Site Drafting & Updates) - $5k, but I'm not sure if this is a one time fee or per month? I defer to you and Jed!
- **Amanda Ghost** (Site Drafting & Updates) - I'll leave it up to you guys as this is probably part of what Rebel is paying but included here just in case!
- **Afterlife** (Crisis Scenario Plan) - I'm not sure what we've agreed on yet!
- **Hiya** (Crisis Scenario Plan / Op Ed Drafting / Pitching) - Jed didn't say how much I don't believe!
- **Alexander Brothers** (Site Drafting) - Jed didn't say how much!
- **Platoon** - I'm not sure what the agreed on rate was but I know you're all over this!
- **Zinclusive** - $4k/month

**Melissa Nathan** [redacted] Mon, Oct 21, 2024 at 4:35 PM
To: Katie Case [redacted]

So this is left right ?
I got paid so I owe you 4k now

Platoon - like when it comes it comes.
[Quoted text hidden]

**Katie Case** [redacted] Mon, Oct 21, 2024 at 5:06 PM
To: Melissa Nathan [redacted]

Okdokes! THANK YOU :)

I swear the people working in the finance department are on loan from hell LOL
[Quoted text hidden]

**Katie Case** [redacted] Sun, Sep 7, 2025 at 7:10 PM
To: "Case, James" [redacted]

[Quoted text hidden]

Gmail Katie Case [redacted]

# I know it's simple but... does this work?

5 messages

**Katie Case** [redacted] Mon, Oct 21, 2024 at 5:24 PM
To: Melissa Nathan [redacted]

Invoice No.pdf
42K

**Katie Case** [redacted] Mon, Oct 21, 2024 at 5:25 PM
To: Melissa Nathan [redacted]

Wait sorry -- this one!

On Mon, Oct 21, 2024 at 5:24 PM Katie Case [redacted] wrote:

Invoice for Services Rendered for PR and Communications.pdf
42K

**Melissa Nathan** [redacted] Mon, Oct 21, 2024 at 5:32 PM
To: Katie Case [redacted]

Yes
Sent from my iPhone

> On 21 Oct 2024, at 14:25, Katie Case [redacted] wrote:
>
>
>
> <Invoice No.pdf>

**Katie Case** [redacted] Mon, Oct 21, 2024 at 5:36 PM
To: Melissa Nathan [redacted]

Ok! Do I send it to Jed?
[Quoted text hidden]

**Melissa Nathan** [redacted] Mon, Oct 21, 2024 at 5:37 PM
To: Katie Case [redacted]

YES
[Quoted text hidden]

| INVOICE NO.1 | 10.21.24 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| ARS Bellica<br>10960 Wilshire Blvd<br>5th Floor<br>Los Angeles, CA, 90024 | Same as recipient |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Services Rendered for to Katie Case for PR, Communications | | $20,000 |
| | TOTAL | | $20,000 |

| INVOICE NO.1 | 10.21.24 |
| --- | --- |

| BILL TO | SHIP TO |
| --- | --- |
| ARS Bellica<br>10960 Wilshire Blvd<br>5th Floor<br>Los Angeles, CA, 90024 | Same as recipient |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- |
| 1 | Services Rendered via Katie Case for PR, Communications | | $20,000 |
| | TOTAL | | $20,000 |

| INVOICE NO.1 | 10.21.24 |
|---|---|

| BILL TO | SHIP TO |
|---|---|
| ARS Bellica<br>10960 Wilshire Blvd<br>5th Floor<br>Los Angeles, CA, 90024 | Same as recipient |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Services Rendered for Administrative Consulting | | $20,000 |
| | TOTAL | | $20,000 |

Gmail

Katie Case [redacted]

## Invoice - Katie Case

5 messages

**Katie Case** [redacted]
To: [redacted]

Tue, Oct 22, 2024 at 10:52 AM

Hello,

I hope you're well!

Jed advised me to send the attached invoice. Please let me know what additional details I can provide -- I'm more than happy to send whatever is needed.

Thank you,
Katie

**Invoice for Services Rendered - Administrative Consulting.pdf**
41K

**ARS Bellica** [redacted]
To: Katie Case [redacted]

Tue, Oct 22, 2024 at 6:14 PM

Hi Katie,

A pleasure to meet you, please send over your wiring instructions and the W9 that matches the bank account.

Thanks so much

Sent from my iPhone

> On Oct 22, 2024, at 7:53 AM, Katie Case [redacted] wrote:
>
>
[Quoted text hidden]
> <Invoice for Services Rendered - Administrative Consulting.pdf>

**Katie Case** [redacted]
To: ARS Bellica [redacted]

Tue, Oct 22, 2024 at 9:50 PM

Likewise, it's so nice to be connected with you!

Thank you so much for your help!

Please find my attached W9.

Routing details are as follows:

*PNC Bank*
*535 Griswold*
*Detroit, MI 48226*
*Routing: 041000124*
*Account:* [redacted]

Please let me know if there are any additional details I can provide.

Thank you so much again!