# “EXHIBIT E”

5:59

Melissa

May 6, 2024 at 1:05 PM

Got you another three or four grand just to write something I will tell you later because I'm just in the doctor

Oh shit ok hahaha thank you

d I'm waiting on that Platoon
ney myself too
e hustle still continues for us
n't worry always

HAHAHAHAHA is there any other way?

This is going to be fun 💪

May 6, 2024 at 7:33 PM

Okay, so this needs to be a lot more meaty and a lot more talking about a lot more in order for us to be able to charge it's basically for website copy

Ok!! I'll adjust hahaha I held back a bit bit I can really lean in. I didn't know how long it should be but I'll definitely make it longer

No, really long and we need to go

iMessage

6:18

Melissa

May 6, 2024 at 1:05 PM

Got you another three or four grand just to write something I will tell you later because I'm just in the doctor

Oh shit ok hahaha thank you

And I'm waiting on that Platoon money myself too
The hustle still continues for us don't worry always

HAHAHAHAHA is there any other way?

This is going to be fun 💪

May 6, 2024 at 7:33 PM

Okay, so this needs to be a lot more meaty and a lot more talking about a lot more in order for us to be able to charge it's basically for website copy

Ok!! I'll adjust hahaha I held back a bit bit I can really lean in. I didn't know how long it should be but I'll definitely make it longer

No, really long and we need to go

iMessage

6:19

Melissa

May 6, 2024 at 7:33 PM

Okay, so this needs to be a lot more meaty and a lot more talking about a lot more in order for us to be able to charge it's basically for website copy

Ok!! I'll adjust hahaha I held back a bit bit I can really lean in. I didn't know how long it should be but I'll definitely make it longer

No, really long and we need to go into about holding clients hostage and how people are scared of her et cetera et cetera also Kaeleah just called me she wants to quit

And take Laney Wilson with her

She's gonna call Goldberg. I said call you as well just
Like I don't know why she's there no one should be there

Ok!! Hahahaha I'll lean in

This has to also be good enough for us to be able to point a journalist towards

She can call me but she also called me before she started working

iMessage

6:19

Melissa

This has to also be good enough for us to be able to point a journalist towards

She can call me but she also called me before she started working there 😂

Ok gotcha I'll adjust

Same

So... I'm shocked she's lasted so long

Not in a mean way

But anyone who is there more than a year is insane

She is insane

- do we have any insight into when SB wants to make the Ariana announcement? They ask on every call lol

- did the New Yorker interview go well? Any flags I should let them know about?

- scooter wrapped his press on the

iMessage

6:19

Melissa

She is insane

- do we have any insight into when SB wants to make the Ariana announcement? They ask on every call lol

- did the New Yorker interview go well? Any flags I should let them know about?

- scooter wrapped his press on the nova exhibition; overall the sentiment has been positive but we'll flag if anything changes

- is there any update on thania and weversecon? If not, we should schedule a meeting for her and them while they're in LA.

- TAG announcement; they asked for a draft but we're not sending a press release, we'll share the media alert with them for review.

- Korea meeting in person; I'm going to ask if weversecon is the best time

Also what are your thoughts before the hybe call ^^

iMessage

6:19

Melissa

going to ask if weversecon is the best time

Also what are your thoughts before the hybe call ^^

I asked him today

He has no clue

Lol they'll love that 😂

All of that is fine, and apparently he's fucking off next week to Europe so who knows

Lol ok 🤦‍♀️

How did the New Yorker interview go? Any flags?

They'll ask lol

No red flags, but who knows? He's a walking red flag.

That's super fair honestly ok hahaha

Were you allowed to sit in?

No,
Also couldn't be bothered
Don't tell the journalist came with

iMessage

6:19

Melissa

Lol they'll love that 😂

All of that is fine, and apparently he's fucking off next week to Europe so who knows

Lol ok 🤦‍♀️

How did the New Yorker interview go? Any flags?

They'll ask lol

No red flags, but who knows? He's a walking red flag.

That's super fair honestly ok hahaha

Were you allowed to sit in?

No,
Also couldn't be bothered
Don't tell the journalist came with us after to exhibit

I certainly would not mention that lol

One more thing! Anything back from thania?

iMessage

6:19

Melissa

Nothing

So weird and rude

Also — they're not happy with jw responses to variety. They said something they wrote was borderline racist.

Can they plz put that in writing

I can ask lol

It's the only way we're going to get through this as if we have things in writing to be able to raise

Rosa said it on this call so we could use it hahaha

But I flagged it to them too in my email I sent

I would love it if they wrote it

I'll see if Rosa will 😂😂

Oh my God, that is so racist

I know

iMessage

6:19

Melissa

It's the only way we're going to get through this as if we have things in writing to be able to raise

Rosa said it on this call so we could use it hahaha

But I flagged it to them too in my email I sent

I would love it if they wrote it

I'll see if Rosa will 😂😂

Oh my God, that is so racist

I know

It's also extremely limiting as hybe is a global company

May 7, 2024 at 8:19 AM

Can u go back on that city hall email and say hi Joel
We would very much appreciate a call today as we do need to go through a lot of details as well as hold schedules etc etc for not just him but survivors
Ex etc

I mean .. silence maybe he's pulled

iMessage