# “EXHIBIT G”

Gmail

Katie Case [redacted]

## (no subject)

**Katie Case** [redacted]
Draft

Mon, May 6, 2024 at 2:04 PM

register sites where melissa can point journalists to
someone to write up
copy for the website
along the lines of - i can't sit and watch this woman continue to do this, this is what she does
she takes clients hostage
chloe melas
it's now a time where I can speak my truth about what I saw there
first and foremost -- this is no secret
let me start with reviewing how SJ works -- the only reason we're able to have these discussions where people are now starting to take the power back
open up her model - she holds her clients hostage
good information / bad information - leverages the bad information against them leaving and if they do leave she lets leaks get out and offers to fix it OR when they get a new publicist, she leaks something to make them look bad
chloe melas - her best friend -- her best friend gives them to her ; she uses people like chloe while working under the auspices of NBC -- using their platform to do Stephanie Jones' bidding
this is just the beginning -- used this dynamic with pheople like clhloe to change the scope of culture of stock prices of everything you can imagine
this page will exist as somewhere we can post whatever we want to
chloe is under investigation for ruining Alec Baldwin's career
look at the negative stories "leaked" around the time celebs had a crisis and ask yourself if the're current or former clients etc etc -- chloe covered
objective is to exposed chloe and nbc to bring the hammer down on stephanie
set the site up that it tracks to other places
ghost server
i'm sure you have stories too -- share them here