# "EXHIBIT H"

6:19

Melissa

May 7, 2024 at 8:19 AM

Can u go back on that city hall email and say hi Joel
We would very much appreciate a call today as we do need to go through a lot of details as well as hold schedules etc etc for not just him but survivors
Ex etc

I mean .. silence maybe he's pulled the offer

Yes :)

May 7, 2024 at 10:28 AM

pdf
**Sophie Brussaux Event Sponsor Deck _20240423_171729_0...**
PDF Document · 8.6 MB

I just told Sophie this is far too flowery
What type of languages is this
It doesn't say anything

Also the fact that she's bothering you with this RIGHT NOW like sis...

Do you want me to suggest some different copy?

iMessage

6:19

Melissa

May 7, 2024 at 10:28 AM

**Sophie Brussaux Event Sponsor Deck _20240423_171729_0...**
PDF Document · 8.6 MB

I just told Sophie this is far too flowery
What type of languages is this
It doesn't say anything

Also the fact that she's bothering you with this RIGHT NOW like sis...

Do you want me to suggest some different copy?

She has her best friend pretending to be a PR writing there. I've never seen any such awful writing and I just said why are you asking for so much money? Where is the money going?

Lololol I love when people think PR is so easy

Combining art and social activism, Brussaux's artistic legacy strives to both inspire and make the world a better place

Ok? Lolol

iMessage

K CASE 00010013

JONES_JONESWORKS000216

6:19

Melissa

She has her best friend pretending to be a PR writing there. I've never seen any such awful writing and I just said why are you asking for so much money? Where is the money going?

Lololol I love when people think PR is so easy

Combining art and social activism, Brussaux's artistic legacy strives to both inspire and make the world a better place

Ok? Lolol

I can literally hear you asking where the money is going 😂😂

actually in.

I need to start having a conversation with them!

I do have notes that I need to flag to you on the deck, especially if that's going to be sent out publicly.

It also needs to be a lot more philanthropic based in terms of York University and what this means and leading with that.

Today as you can see is a little bit heavy, but perhaps we can jump on the phone this week and chat about it?

Where is the money also going?

review above and amend and resend. Noted that knix isn't in.

Please note since this is not a ticketed event the money from sponsors pays for event. As for York University they have chosen I believe 3-4 students to bring their art work and showcase at event. One lucky student will be awarded mentorship at PI fine Art.

iMessage

6:19

Melissa

actually in.

I need to start having a conversation with them!

I do have notes that I need to flag to you on the deck, especially if that's going to be sent out publicly.

It also needs to be a lot more philanthropic based in terms of York University and what this means and leading with that.

Today as you can see is a little bit heavy, but perhaps we can jump on the phone this week and chat about it?

Where is the money also going?

review above and amend and resend. Noted that knix isn't in.

Please note since this is not a ticketed event the money from sponsors pays for event. As for York University they have chosen I believe 3-4 students to bring their art work and showcase at event. One lucky student will be awarded mentorship at PI fine Art.

Let me know if you have any more questions happy to jump on a call when you are able thank you!

Okay, amazing. I think there's a different way we can say this

mentorship at PI fine Art.

Let me know if you have any more questions happy to jump on a call when you are able thank you!

Okay, amazing. I think there's a different way we can say this because it's really not clear

And I want to be clear that the money is obviously going to pay for that – I don't want to seem like we are pocketing money.

Plus the actual scholarship and mentorship is a really amazing opportunity so it needs to lead with the focus on that to be able to get the stories that you want

The story is that we want our is that you are spearheading this project for the community that will

"Today as you know is a little bit heavy"

Good lord

iMessage

6:19

Melissa

"Today as you know is a little bit heavy"

Good lord

I hope Sophie is at least paying YOU for your time

No. It's this woman Isabella, and she's gonna fuck everything up and I have to be involved because of Drake.

I will bill him

1:30pm works for me

Hahahahaha definitely bill him 😂

And perfect thank you!!

May 7, 2024 at 1:14 PM

Can rylie go back to hannie

I did to be quicker lol

Chloe melas lol

I love the way that she emails you because she would never email me because she knows I hate her

iMessage

6:19

Melissa

May 7, 2024 at 1:14 PM

Can rylie go back to hannie

I did to be quicker lol

Chloe melas lol

I love the way that she emails you because she would never email me because she knows I hate her

The way my stomach dropped

And I know

Like... sis... you know I don't have those details

How are you hanging in there are you doing ok

I'm okay I'm annoyed . I have to do this Ava max call

I'm so sorry. And also so annoying they don't want anyone else on the team?

Is there anything I can do to help other than what I'm currently doing? I'm happy to do that SB call so you don't have to

iMessage

6:19

Melissa

The way my stomach dropped

And I know

Like... sis... you know I don't have those details

How are you hanging in there are you doing ok

I'm okay I'm annoyed . I have to do this Ava max call

I'm so sorry. And also so annoying they don't want anyone else on the team?

Is there anything I can do to help other than what I'm currently doing? I'm happy to do that SB call so you don't have to

So annoying — but no just me

🤯

I'm so sorry

Ok approved on your messaging lol

iMessage

6:20

Melissa

So annoying — but no just me

🤯

I'm so sorry

Ok approved on your messaging lol

Looks really good

Hahahahahaha thank you 😂

You were right it was very cathartic

I'm glad

I don't think it was over the top though

It's just the truth

May 7, 2024 at 6:28 PM

I'm going to have a fucking breakdown in a minute just a really small things is the reason why we have juniors

iMessage

6:20

Melissa

I'm glad

I don't think it was over the top though

It's just the truth

May 7, 2024 at 6:28 PM

I'm going to have a fucking breakdown in a minute just a really small things is the reason why we have juniors

That was my bad! I meant to respond but got pulled into something else! Sorry about that I feel badly

I know Rylie was doing monitoring, this was my fault

Sure, but even for you, she needs to be a back up. She's a junior.

The Watcher paid so we're gonna pay you the money I told Goldberg to pay you tomorrow

I know! But you know me haha

Oh shit amazing!!!

That's one good thing from today

iMessage

6:20

Melissa

That was my bad! I meant to respond but got pulled into something else! Sorry about that I feel badly

I know Rylie was doing monitoring, this was my fault

Sure, but even for you, she needs to be a back up. She's a junior.

The Watcher paid so we're gonna pay you the money I told Goldberg to pay you tomorrow

I know! But you know me haha

Oh shit amazing!!!

That's one good thing from today hahaha

And I'm glad Jed is happy to!!

And then will bill jed the end of the month

So that's a quick 8000

And then Apple still haven't paid

Perfect!!! I'm certainly not upset about it hahaha

iMessage

6:20

Melissa

That's one good thing from today hahaha

And I'm glad Jed is happy to!!

And then will bill jed the end of the month

So that's a quick 8000

And then Apple still haven't paid

Perfect!!! I'm certainly not upset about it hahaha

Apple I am upset about

They are too busy on a shoot in Nashville with all of them going

Only because you've been chasing for months!!

For no reason to photograph dogs

And like guys...

You're Apple

You can pay us lol

May 7, 2024 at 9:37 PM

In an attempt to derail my anxiety

iMessage

6:20

Melissa

Perfect!!! I'm certainly not upset about it hahaha

Apple I am upset about

They are too busy on a shoot in Nashville with all of them going

Only because you've been chasing for months!!

For no reason to photograph dogs

And like guys...

You're Apple

You can pay us lol

May 7, 2024 at 9:37 PM

In an attempt to derail my anxiety hahaha the copy I sent won't have my name on it on the website right 😂 I'm just thinking of the Boeing whistle blower who got killed LOL

I know I'm being dramatic

Tap to Load Preview

stephaniejones...

iMessage

6:20

Melissa

May 7, 2024 at 9:37 PM

In an attempt to derail my anxiety hahaha the copy I sent won't have my name on it on the website right 😂 I'm just thinking of the Boeing whistle blower who got killed LOL

I know I'm being dramatic

Tap to Load Preview

stephaniejones...

May 8, 2024 at 12:57 PM

Gooood morning!

Two things --

Are there any background points we can send to HYBE about Scooter's conversation with the New Yorker? They only asked so they can give Bang a head's up if there's anything to reiterate or be aware of.

I had a good chat with Jacob today! He said they didn't get into Tribeca and don't have a partner yet. They are screening at Seattle, so I suggested we could think about

iMessage