# "EXHIBIT I"

7:32

ZELLE® ACTIVITY

[redacted] $1,800.00

Confirmation: [redacted]

Memo: Rent

SENT 07/01/2025

MW MICHAEL WALSH $1,927.43

[redacted]

Confirmation: PNCAA0Stt25x

RECEIVED 05/24/2024

MN MELISSA E NATHAN $4,000.00

••••••••-6046

Confirmation: JPM99ahkozkn

RECEIVED 05/23/2024

MN MELISSA E NATHAN $990.00

••••••••-6046

Confirmation: JPM99ahjrzfg

RECEIVED 05/23/2024

MN MELISSA E NATHAN $1.00

••••••••-6046

Confirmation: JPM99ahjrr7y

# Virtual Wallet With Performance Spend Statement

PNC BANK

PNC Bank


Primary account number: [redacted]

**For the period 05/22/2024 to 06/20/2024**

Number of enclosures: 0

KATHERINE CASE
[redacted]

For 24-hour banking, and transaction or interest rate information, sign-on to PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK

PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com

## Virtual Wallet With Performance Spend Account Summary

KATHERINE CASE

**Account number:** [redacted]

**Overdraft Protection** Provided By: [redacted]

Overdraft Coverage
- Your account is currently Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | **Average monthly balance** | **Charges and fees** |
| | | [redacted] | [redacted] |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Total ATM transactions** | **PNC Bank ATM transactions** | **Other Bank ATM transactions** |
| [redacted] | [redacted] | [redacted] |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

As of 06/20, a total of $.66 in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

[redacted]

| Date | Amount | Description |
|---|---|---|
| 05/22 | 442.13 | RTP Received Venmo 05/22 54437 |
| 05/23 | 1.00 | Zel From Melissa E Nathan |
| 05/23 | 990.00 | Zel From Melissa E Nathan |
| 05/24 | 4,000.00 | Zel From Melissa E Nathan |

Deposits and Other Additions continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking on pnc.com

Account Number: [redacted]

For the period 05/22/2024 to 06/20/2024
KATHERINE CASE
Primary account number: [redacted]


## Deposits and Other Additions - continued

| Date | Amount | Description |
|---|---|---|
| 05/31 | 3,832.43 | Direct Deposit - Payroll THE AGENCY GROUP XXXXXXXXXXX6080 |
| 05/31 | 8,000.00 | Domestic Incoming Wire 245Vc1026Cmg816X |
| [redacted] | | |
| 06/14 | 3,832.43 | Direct Deposit - Payroll THE AGENCY GROUP XXXXXXXXXXX0483 |
| [redacted] | | |

## Banking/Debit Card Withdrawals and Purchases

[redacted]

| Date | Amount | Description |
|---|---|---|
| 05/22 | 35.08 | [redacted] |
| 05/22 | 8.99 | [redacted] |
| 05/23 | 85.00 | [redacted] |
| 05/24 | 80.45 | [redacted] |
| 05/28 | 115.95 | [redacted] |
| 05/28 | 44.62 | [redacted] |
| 05/28 | 43.54 | [redacted] |
| 05/28 | 27.98 | [redacted] |
| 05/28 | 83.00 | [redacted] |
| 05/30 | 963.33 | [redacted] |
| 05/30 | 48.96 | [redacted] |
| 05/30 | 28.90 | [redacted] |
| 06/03 | 35.03 | [redacted] |
| 06/03 | 24.75 | [redacted] |
| 06/03 | 26.10 | [redacted] |
| 06/03 | 14.15 | [redacted] |
| 06/03 | 8.00 | [redacted] |
| 06/03 | 12.52 | [redacted] |
| 06/03 | 16.32 | [redacted] |
| 06/03 | 40.00 | [redacted] |

Banking/Debit Card Withdrawals and Purchases continued on next page