# "EXHIBIT J"

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 45 | Date Range: 8/10/2024 |

### Outline of Conversations

[redacted] **System Message chatroom** · 45 messages on 8/10/2024 · Breanna Butler [redacted] · Katherine Case [redacted] · Katie Case [redacted] · System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted] **System Message chatroom**

BB **Breanna Butler** [redacted] 8/10/2024, 12:35 PM
I mean is it?

KC **Katie Case** [redacted] 8/10/2024, 12:35 PM
Sure lol if that's what she says 😂😂

BB **Breanna Butler** [redacted] 8/10/2024, 12:36 PM
Why can't we get a real answer though? That's why I think something weird is going on

KC **Katie Case** [redacted] 8/10/2024, 12:40 PM
I KNOW RIGHT

KC **Katie Case** [redacted] 8/10/2024, 1:11 PM
......

KC **Katie Case** [redacted] 8/10/2024, 1:11 PM
You tried lol

BB **Breanna Butler** [redacted] 8/10/2024, 1:22 PM
So fucking weird

BB **Breanna Butler** [redacted] 8/10/2024, 1:39 PM
I'm pissed now. It was hours of phone calls, the two of us were working on a fucking document on a Sunday morning. And now we're just being iced out with no information as to next steps? Like am I being crazy here?

BB **Breanna Butler** [redacted] 8/10/2024, 1:39 PM
I'm not medium monitoring for this today and neither should you. If we can't get an answered, it's not a priority. I don't give a fuck what people are saying online online about him anymore.

BB **Breanna Butler** [redacted] 8/10/2024, 2:18 PM
actually she called me at 1 and I missed it lol

KC **Katie Case** [redacted] 8/10/2024, 2:31 PM
Emphasized "I'm pissed now. It was hours of phone calls, the t..."

KC **Katie Case** [redacted] 8/10/2024, 2:32 PM
Also I don't want to get on a zoom

KC **Katie Case** [redacted] 8/10/2024, 2:32 PM
We have no context or details

KC **Katie Case** [redacted] 8/10/2024, 2:44 PM
I can't get on another zoom

KC **Katie Case** [redacted] 8/10/2024, 2:44 PM
I've also had a few cocktails LOL

KC **Katie Case** [redacted] 8/10/2024, 2:58 PM
You're not being crazy at all

KC Katie Case [redacted] 8/10/2024, 2:58 PM
Emphasized "I'm not medium monitoring for this today and neith..."

BB Breanna Butler [redacted] 8/10/2024, 4:56 PM
Are you on rebel now?

"REBEL- waiting on new story to drop and @kc need to fix end start of website as too familiar to the other one"

BB Breanna Butler [redacted] 8/10/2024, 4:56 PM
Emphasized "I've also had a few cocktails LOL"

BB Breanna Butler [redacted] 8/10/2024, 4:56 PM
I'll join at 6

BB Breanna Butler [redacted] 8/10/2024, 4:56 PM
Good for you!

KC Katie Case [redacted] 8/10/2024, 4:57 PM
Hahahahaha I'm sober now because of this dumb call 😂

And no I helped draft this website thing

BB Breanna Butler [redacted] 8/10/2024, 5:24 PM
What website?

KC Katie Case [redacted] 8/10/2024, 5:25 PM
It's these like takedown websites that Jed builds lol

KC Katie Case [redacted] 8/10/2024, 5:25 PM
I helped write it o

BB Breanna Butler [redacted] 8/10/2024, 5:52 PM
I'm trying to be delicate. I wouldn't be doing my job if I didn't flag an unnecessary Sunday call when everyone's been working today[url:'https://p25-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00'
]

*Attachment: __Library_SMS_Attachments_ac_12_DFB32515-722B-42A0-A480-BEBA31C80419_Screenshot 2024-08-10 at 5.51.45_PM.heic (64 KB)*

KC Katie Case [redacted] 8/10/2024, 5:52 PM
I agree 1 million percent

KC Katie Case [redacted] 8/10/2024, 5:53 PM
And also for scopes or plans

BB Breanna Butler [redacted] 8/10/2024, 5:53 PM
It's like I'm trying to implement some of the advice from yesterday, but i also know that this isn't a regular place. And at a certain point if I try to push back and protect us, I'm just gonna end up getting bitched at or about.

KC Katie Case [redacted] 8/10/2024, 5:53 PM
Why are we saying Monday morning if the team doesn't t know about

KC Katie Case [redacted] 8/10/2024, 5:54 PM
Why are we saying Monday morning if the team doesn't know about it

BB Breanna Butler [redacted] 8/10/2024, 5:54 PM

I just feel fucking helpless with this shit

KC Katie Case [redacted] 8/10/2024, 5:54 PM
Just say Monday end of day

KC Katie Case [redacted] 8/10/2024, 5:54 PM
Emphasized "It's like I'm trying to implement some of the advi…"

KC Katie Case [redacted] 8/10/2024, 5:54 PM
I'm so sorry Bre but you're right we have some SEMBLANCE of time off

KC Katie Case [redacted] 8/10/2024, 5:56 PM
You and I were working until 7/7:30 last night and I was on edge because I had no insight as I'm sure you were too — then today were on edge because we don't know what's going on. Now we have to get on a fucking zoom. Now tomorrow instead of getting something out of the way in the morning we have to have a 1:30 PM call… like when are we supposed to log off?

KC Katie Case [redacted] 8/10/2024, 5:56 PM
Why wasn't this communicated last week

KC Katie Case [redacted] 8/10/2024, 5:56 PM
Poor alyx worked the ENTIRETY of brunch

BB Breanna Butler [redacted] 8/10/2024, 5:56 PM
But why not just do an early Monday AM staff call

BB Breanna Butler [redacted] 8/10/2024, 5:56 PM
I know

KC Katie Case [redacted] 8/10/2024, 5:56 PM
Exactly

BB Breanna Butler [redacted] 8/10/2024, 5:58 PM
As much as I'm bitching about the JB call, I need a break from the girls and we're at Jason's aunts house and I just walked to the front by myself with a vodka soda and some peace and quiet lol

BB Breanna Butler [redacted] 8/10/2024, 5:58 PM
So like it's annoying but not totally hating lol

KC Katie Case [redacted] 8/10/2024, 5:59 PM
Still though dude like you should be able to take a real break

KC Katie Case [redacted] 8/10/2024, 6:00 PM
We also… HAVE NO IDEA WHATS GOING ON lol