# "EXHIBIT K"

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONESWORKS LLC<br>*Plaintiff,*<br>v.<br>KATHERINE CASE<br>*Defendant.* | Civil Action No. 1:26-cv-07685 |

**AFFIDAVIT OF KATHERINE CASE**

STATE OF NEW YORK )
)
COUNTY OF KINGS )

I, KATHERINE CASE, being duly sworn, depose and say:

1. I am the Affiant in the above-referenced matter. I make this Affidavit of my own personal knowledge, and if called and sworn as a witness, I could and would competently testify to the matters set forth herein.

2. I recall three telephone conversations with Melissa Nathan regarding the Jones Websites. The first occurred on May 6, 2024, at approximately 2:04 PM. There are notes that I took regarding this conversation that I have produced. I did not take notes about everything that was discussed because they had no bearing on the specific information I was asked to include in the website copy. The second telephone call occurred several months later, in September 2024. There are notes that I took regarding this call that I have

produced. The Third call was on December 27, 2024, after the Jones lawsuit was filed against Wayfarer, Ms. Nathan, Jennifer Abel and others.

3. During the first call I had with Ms. Nathan on May 6, 2024, she instructed me on what was to be included in the website copy, and these instructions are reflected in my notes from the conversation. Ms. Nathan also elaborated upon the reason for the website. She told me:

a) She had been in touch with Dwayne Johnson's legal team and that they were preparing to enter into litigation against Stephanie Jones. According to Ms. Nathan, Mr. Johnson had suffered bad press recently, and it was speculated among industry professionals that the bad press was due to Stephanie Jones being unhappy with him ending their contract, and that Ms. Jones had engaged in placing negative stories about her former client as a way to get back at him.

b) She further explained that Johnson's legal team required a website to act as a tool that would allow them to gather information that they could use as part of their lawsuit without going through a legal process.

c) She also shared with me that it would be a site she could point journalists towards to highlight such allegations against Ms. Jones at the same time as allowing attorneys to get credible information to support/emphasize their points.

d) She asked me to draft copy for the site that would follow along the lines of a "whistleblower" narrative.

e) She said that she and Jed Wallace would set up the site so that it tracks to "other places," and that it would live on a ghost server.

f) And she reiterated that the team could use this website as a source to be updated depending on the ask from the legal team.

4. The second call was a requested update to the website, following the publication of Business Insider and the Hamptons.com articles. Ms. Nathan again instructed me to use

specific language and to reference the Hampstons.com article in the copy. I took notes during the call of examples of the copy she wanted me to include.

5. The third conversation about the website occurred on December 27, 2024. Ms. Nathan initiated the call which I took on my cellphone while traveling in a car. This call was after the Jones lawsuit had been filed. The following is my recollection of the call:

a) I had previously expressed concern to Ms. Nathan over the Stephanie Jones lawsuit that had been commenced on December 24, 2024, and had let her know that I had retained my own counsel who could look after my personal interests given my trepidation that the Jones litigation would not be a priority. I was concerned because she had told me the same lawyers representing us in the case started by Stephanie Jones were also going to represent Justin Baldoni and Wayfarer in the case commenced by Blake Lively.

b) Ms. Nathan called me and was annoyed that I had done that, told me I was being stupid and that I was worrying about nothing. She said emphatically that I need not worry, as the website was created "for the Rock," and we can't be held liable for work products for a client. Melissa also reiterated that what was included in the website was true and was therefore not defamatory.

6. Though I still remained concerned and retained separate counsel to provide assurance my interests would be a priority, I had no reason to doubt that Ms. Nathan was telling me the truth when she represented to me that the work I had performed at her direction on the Jones Website was for the Dwayne Johnson legal team.

7. I have never created a website. My involvement was limited to writing copy for websites, and only when I was directed to do so by Melissa Nathan.

8. My work described above was not a side job. As far as I was concerned, it was performed as part of my regular job duties during my employment at The Agency Group, at the request of Melissa Nathan, and at the request of a potential client.

9. I have diligently searched my records to determine if any communications made via the Signal application regarding matters on which documents are to be produced still exist but based upon that search, all such records were deleted as part of the auto-delete function of the Signal application.

WHEREFORE, I respectfully state that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: 09-15-2026

Katherine Case

KATHERINE CASE

Sworn to before me this 15th day of September, 2026

Andy Perez
Notary Public, State of New York
Reg. No. 01PE0013305
Qualified in Queens County
Commission Expires September 7 2027

Notary Public
In and For the State of New York