# "EXHIBIT L"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BLAKE LIVELY, PLAINTIFF | ) | CASE NO. 1:24-CV-10049-LJL (CONSOLIDATED WITH 1:25-CV-00449-LJL |
| VS. | ) | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, AND JENNIFER ABEL, DEFENDANTS | ) | |
| JENNIFER ABEL, THIRD-PARTY PLAINTIFF | ) | |
| VS. | ) | |
| JONESWORKS LLC THIRD-PARTY DEFENDANT | ) | |

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
OCTOBER 10
CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE, produced as a witness at the instance of the Jonesworks and duly sworn, was taken in the above styled and numbered cause on Friday, October 10, 2025, from 9:06 a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, at the offices of Jackson Walker, 100 Congress Avenue, Suite 1100, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

CONFIDENTIAL

Page 2

APPEARANCES

FOR BLAKE LIVELY:
MICHAEL J. GOTTLIEB
MELISSA TAUSTINE
AARON E. NATHAN
WILKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Mgottlieb@wilkie.com
AND
LAURA PRATHER
HAYNES AND BOONE, LLP
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701
Tel: (512) 867-8400
Laura.prather@haynesboone.com

FOR JED WALLACE:
CHARLES L. BABCOCK
JACKSON WALKER, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
Tel: (713) 752-4210
cbabcock@jw.com

FOR JONESWORKS, LLC
KRISTIN TAHLER
MORGAN ANSTASIO
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
kristintahler@quinnemanuel.com

FOR WAYFARER STUDIOS, LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, AND THE AGENCY GROUP PR, LLC
MILES COOLEY
THERESA TROUPSON
LINER FREEDMAN TAITELAN & COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0045
mcooley@lftcllp.com

Page 3

Also Present:
TIMOTHY DESADIER (Videographer)
MAGGIE KANE (Concierge)
ALICE BUTTRICK
AUTUMN ADAMS-JACK
BRYAN FREEDMAN
WERKENTHIN
KRISTIN BENDER
LINDSEY STRASBERG
MICHAELA CONNOLLY
TORI EMERY

Page 4

INDEX


| | PAGE |
|---|---|
| Appearances | 2 |
| Stipulations | 5 |
| JED WALLACE | |
| Examination by Ms. Tahler | 7 |
| Reporter's Certificate | 155 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 42 | Holding Clients Hostate: Stephanie Jones Leaks | 38 |
| Exhibit 43 | Stephanie Leaks Jones Leaks | 38 |
| Exhibit 44 | @lyingstephjones X Account Suspended | 38 |
| Exhibit 45 | Facebook Stephanie Jones Leaks | 38 |
| Exhibit 46 | Pinterest Stephanie Jones | 38 |
| Exhibit 47 | La Foret Sacree | 58 |
| Exhibit 48 | Accompagnements Formatifs Pour Les Equipes Du Secteur Public | 58 |
| Exhibit 49 | Reagissons.colibris-lemouvement.org | 58 |
| Exhibit 50 | Yoga Poesie | 58 |
| Exhibit 51 | Amanda Ghost is a Destroyer of Worlds | 71 |
| Exhibit 52 | Text Message | 76 |
| Exhibit 53 | Audio Transcript | 79 |
| Exhibit 54 | Phone Records | 94 |
| Exhibit 55 | X Amanda Ghost | 97 |
| Exhibit 56 | Pinterest Amanda Ghost | 97 |
| Exhibit 57 | Facebook Amanda Ghost | 97 |
| Exhibit 58 | YouTube Amanda Ghost | 97 |
| Exhibit 59 | Tripadvisor Amanda Ghost | 97 |
| Exhibit 60 | Strikingly Amanda Ghost | 97 |
| Exhibit 61 | Colibris Le Mouvement | 99 |


Page 5


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 62 | Accompagnements Formatifs Pour Les Equipes Du Secteur Public | 99 |
| Exhibit 63 | Alexander Brothers Extorted | 102 |
| Exhibit 64 | Alexa Nikolas: Exposed - home | 106 |
| Exhibit 65 | Lookback Fraud, the Modern Day Digital Crime Family - Crooked Dunn | 108 |
| Exhibit 66 | Not Christian Lanng | 110 |
| Exhibit 67 | Jed Wallace - DERO Wiki | 113 |
| Exhibit 68 | Jed Avery Wallace - DERO Wiki | 113 |
| Exhibit 69 | Jed Wallace: Revision History | 114 |
| Exhibit 70 | Jed Avery Wallace: Revision History | 114 |
| Exhibit 71 | User Contributions for BacklinkBuy | 115 |
| Exhibit 72 | Email | 119 |
| Exhibit 73 | Email | 121 |
| Exhibit 74 | Text Message | 124 |
| Exhibit 75 | Text Message | 126 |
| Exhibit 76 | Email | 131 |
| Exhibit 77 | Opposition PR Campaign Digital Forensics | 132 |

if requested?

MR. COOLEY: Objection.

THE WITNESS: I -- I cannot do that.

Q. (BY MS. TAHLER) Do you know people who can do that?

MR. COOLEY: Objection.

THE WITNESS: Not that I recall.

Q. (BY MS. TAHLER) We're going to mark a couple of exhibits now, so bear with me while we go through that.

A. Okay.

MS. ANASTASIO: We're at 41.

THE REPORTER: 42.

MS. ANASTASIO: 42. So this will be 42.

(Exhibit Nos. 42-46 were marked.)

Q. (BY MS. TAHLER) Mr. Wallace, you've been handed several exhibits. Before we get into the details of the exhibits, are you familiar generally that in May 2024, a website and a number of social media accounts that were unfavorable to Stephanie Jones appeared online?

A. I don't know the specifics, but I've heard that.

Q. Where did you hear that from?

A. I believe the lawsuit. And early on, a



conversation with Stephanie.

Q. You've been handed a printout of the website that I'm referring to, a second website that was put up, and then a Twitter account, a Facebook account, and a Pinterest account, all that link back to that website.

Have you seen these documents before online?

A. Can -- can I read through them?

Q. Yeah. I'm not going to ask you detailed questions about the website, so you don't have to --

A. Okay.

Q. -- read the whole thing. But if you want to familiarize yourself.

A. Okay. Thanks.

Q. Mr. Wallace, you've just reviewed Exhibits 42 through 46, which are a series of websites and negative social media accounts about Stephanie Jones.

Have you seen these documents online before today?

A. I did see this website.

Q. You did see Exhibit 42?

A. I believe so.

Q. When did you see Exhibit 42?

A. I don't recall.

Q. Were you involved in the creation of



Exhibit 42?

A. No.

Q. Were you involved at all in getting Exhibit 42 online?

A. No.

Q. Were you involved at all in the copy that is drafted for Exhibit 42?

A. No.

Q. Did you contribute to its existence in any way?

A. No.

Q. We've discussed Katie Case earlier, Mr. Wallace. Are you aware that Katie Case testified in this matter?

A. I don't know the specifics. I'm aware she testified.

Q. Have you reviewed her testimony?

A. I have not.

Q. You understand Ms. Case testified under oath under penalty of perjury, do you?

A. Okay, yeah.

Q. Like you are today?

A. Yes.

Q. And I will represent to you -- were you on a Signal chat with Ms. Case and Ms. Nathan in 2024, in May of 2024?



MR. COOLEY: Objection.

THE WITNESS: I don't recall.

Q. (BY MS. TAHLER) Is it possible that you were on a Signal chat with Ms. Case and Ms. Nathan in May of 2024?

A. I don't recall.

Q. Ms. Case testified that you and her and Ms. Nathan were on a Signal chat in May of 2024. Sitting here today, do you have any basis to disagree with her testimony?

MR. BABCOCK: Objection.

MR. COOLEY: Objection.

THE WITNESS: Yeah, I -- I'd need more details.

Q. (BY MS. TAHLER) I'm just asking whether or not sitting here today you have any basis to believe that Ms. Case was not testifying accurately?

MR. BABCOCK: Objection.

MR. COOLEY: Join.

THE WITNESS: I would need more details.

Q. (BY MS. TAHLER) What more details would you need?

MR. COOLEY: Objection.

THE WITNESS: It's a broad question.

Q. (BY MS. TAHLER) It's a broad question as to

MS. TAHLER: Thanks.
VIDEOGRAPHER: Y'all are reserving?
MR. BABCOCK: We don't have the right to reserve. None of the rest of us have the right to reserve, I don't think. Maybe they do.
VIDEOGRAPHER: This concludes today's testimony of Jed Wallace. Going off the record. Time is 2:25.
(Deposition concluded.)



REPORTER'S CERTIFICATION
DEPOSITION OF JED WALLACE
TAKEN OCTOBER 10, 2025

I, Janalyn Elkins, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, JED WALLACE, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to KRISTIN TAHLER;

That a copy of this certificate was served on all parties and/or the witness shown herein on ___________________________.

I further certify that pursuant to FRCP No. 30(f)(i) that the signature of the deponent was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise



interested in the outcome of the action.

Certified to by me this 11th day of October 2025.

JANALYN ELKINS
Texas CSR 3631
Expiration Date 1/31/2027
Veritext Legal Solutions
Firm Registration No. 571



Charles L. Babcock, Esq.
cbabcock@jw.com

October 11, 2025

RE: Blake Lively v. Wayfarer Studios LLC, Et Al.
10/10/2025, Jed Wallace (#7648146)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

CONFIDENTIAL



Blake Lively v. Wayfarer Studios LLC, Et Al.
Jed Wallace (#7648146)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
______________________________________________
REASON____________________________________________

________________________________ _______________
Jed Wallace Date



Blake Lively v. Wayfarer Studios LLC, Et Al.
Jed Wallace (#7648146)

ACKNOWLEDGEMENT OF DEPONENT

I, Jed Wallace, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________
Jed Wallace Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
______ DAY OF ________________, 20___.

__________________________
NOTARY PUBLIC