# "EXHIBIT M"

09/04/2024

Re up it a little bit so we know the vibe – LMDV
25k for TAG / 10k for Jed

After the holidays, let's chat
Let's talk about the bullshit
PR 101 trying to hide – should have gotten someone better to do this for you but you can't
Different copy – a lot easier
Let's take this apart line by line
Every person trying to leave you in LA
Name two things about London
Take it apart
Jeff bezos – didn't he fire you? Him and his wife fired you for the shit work you did or my favorite, quietly grotstque work
40 people where? 20 of your multiple personalities
Have fun with it
Screenshot images as well – in this day and age you think with people suffering you tink it's right o talk about 5k tops in hamptons article – you don't live in the hamptons it was just the only magazine
Connecticut