# "EXHIBIT P"

DOCUMENT PRODUCED NATIVELY