# "EXHIBIT Q"

# DECLARATION OF MELISSA NATHAN

I, Melissa Nathan, declare as follows:

1. I am over the age of 18. I am the founder and Chief Executive Officer of the public relations firm The Agency Group PR LLC ("TAG"). I and TAG are named as Cross-Defendants in the matter of *Ghost, et al. v. Wilson*, Superior Court of the State of California, County of Los Angeles, No. 24STCV17314 (the "Action"). I submit this declaration in support of Defendant, Cross-Complainant, and Cross-Defendant Rebel Wilson's ("Ms. Wilson") Special Motion to Strike the Cross-Complaint of Amanda Ghost in the Action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. I understand Ms. Ghost alleges in her Cross-Complaint that I and my company, TAG, were somehow involved in the creation of websites that were published at amandaghost.com and amandaghostsucks.com (the "Websites"). That is false:

a. Neither I nor anyone working on behalf of TAG registered or created either of the Websites.

b. Neither I nor anyone working on behalf of TAG wrote any of the content appearing on the Websites.

c. Neither I nor anyone working on behalf of TAG had any communications about the creation or content of the Websites with "Jed" or whomever was actually responsible for registering or creating those Websites.

d. As a public relations firm, TAG only provides earned media services; it does not create websites.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. I further understand that Ms. Ghost alleges in her Cross-Complaint that Ms. Wilson "conspired" with me and/or TAG to create the Websites, and that Ms. Wilson instructed, asked, or somehow caused me and/or TAG to create those Websites. That is false. Neither Ms. Wilson, nor anyone that I understood to be working for Ms. Wilson, ever instructed, asked, or caused me or TAG to create the Websites.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 30, 2025, in Los Angeles, CA.

Signed by:
Melissa Nathan
1B0CFB1E0A2943A...
Melissa Nathan