# "EXHIBIT R"

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, August 15, 2025 11:39 PM
**To:** Morgan Anastasio
**Cc:** Nicholas Inns; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah; Kristin Tahler; Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Theresa Troupson; Summer Benson; Cortni Davis; Christina Puello; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian
**Subject:** Re: Jones v. Abel
**Attachments:** 2025.08.15 Proposed Search Terms.docx

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Morgan,

We will run these.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

On Aug 15, 2025, at 1:44 PM, Morgan Anastasio <morgananastasio@quinnemanuel.com> wrote:

Jason,

As discussed, proposed search terms are attached. Please let us know if you agree to run these or provide us with a counter proposal, as well as a hit report for our proposed terms and your counter before we meet and confer. If you are unable to do so for this afternoon, we are available Monday between 1-2 pm et or 4-6 pm et. We are happy to discuss our Rule 30(b)(6) deposition notice to Wayfarer during that discussion.

Additionally, we are in receipt of the answer and third-party complaint filed by Ms. Abel on August 13 in *Lively v. Wayfarer*, ECF No. 639. In light of Rule 3.C of Judge Liman's Individual Practices, please let us know if you are amenable to filing a stipulation applying our prior motion to dismiss briefing to this third-party complaint. If so, we will prepare the papers for your review.

Thank you,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 13, 2025 8:51 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Thank you, Morgan. I am generally available on Friday after 12 p.m. EST to meet and confer.

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, August 13, 2025 5:16 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>

**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Jason – thanks for the call. In light of your agreement to start negotiating search terms now, we agree to an extension of your responses until Monday 8/18. We expect to have a proposal to you tomorrow. Let us know when you're available on Friday to confer.

Thanks,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 13, 2025 3:47 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Morgan,

We are requesting a short extension to respond to Plaintiffs' second set of requests for production and interrogatories from August 15, 2025 to August 19, 2025. Are you amenable to this as a professional courtesy?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| Term No. | Custodians(s) | Search Terms |
|---|---|---|
| 1 | Jennifer Abel, Justin Baldoni, Melissa Nathan | ("Jonesworks" OR Jones OR "SJ" OR Steph* OR "JW") AND (Belloni OR "Matthew Belloni" OR Gardner OR "Eric Gardner" OR Puck OR "James Vituscka" OR Styles OR "Ruth Styles" OR Boshoff OR "Alison Boshoff" OR Goldberg OR "Michael Goldberg" OR Keller OR "Elizabeth Keller" OR Dasrath OR "Diana Dasrath" OR Siegel OR "Tatiana Siegel" OR Reslen OR "Eileen Reslen") |
| 2 | Jennifer Abel | ("Jonesworks" OR "JW") AND ("work from" OR locat* OR ticket OR flight OR travel*) AND (client* OR meeting*) |
| 3 | Jennifer Abel | (RWA OR "RWA Communications") AND (revenue OR profit* payment* OR invoice* OR money OR owe* OR "financial statement") |
| 4 | Jennifer Abel | (Steph* OR "SJ" OR Jones* OR "JW") AND "Scenario Planning" |
| 5 | Jennifer Abel<br><br>From March - August 2020 | (Jonesworks OR "JW" Steph* OR Jones*) AND ("work phone" OR (iPhone OR phone OR number) /3 (transfer)) |
| 6 | Jennifer Abel<br><br>After August 20, 2024 | (Steph* OR "SJ" OR Jones* OR "JW" OR "Jonesworks") AND (((sign* OR execute* OR document* OR agreement*) /3 (force* OR coerce* OR pressure*)) OR ((access* OR lock* OR "cut off") /3 (email OR account* OR password* OR credential*)) OR ((cloud OR iCloud OR email OR Gmail) /3 (monitor* OR intercept* OR access*))) |
| 7 | Jennifer Abel, Wayfarer | ("Jonesworks" OR Jones* OR "SJ" OR Steph* OR "JW") AND (reputation OR career OR damage* OR harm* OR destroy* OR distress* OR anguish OR psych* OR therap*) |
| 8 | Wayfarer | ("Wayfarer Studios" OR Wayfarer) AND ("Financial Statement" OR revenue OR profit* OR loss*) |
| 9 | Justin Baldoni, Wayfarer | ("Jonesworks" OR "JW" OR Steph* OR Jones*) AND ((notice OR cure OR breach OR terminat*) /6 (agreement* OR contract*)) |
| 10 | Justin Baldoni, Wayfarer | (negotiat* OR discuss* OR draft*) AND (agreement OR contract OR terms) AND ("Jonesworks" OR Jones* OR Steph* OR "SJ" OR "JW") |

| | | |
|---|---|---|
| | January – June 2020 | |

| Custodian(s) | Specific documents: |
|---|---|
| Jennifer Abel | All engagement letters or agreements and invoices for any expenditures or losses (including attorneys' fees) for which Abel seek indemnification, including legal bills, requests for retainer, and proof of payment |