Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-0005
egarofalo@lftcllp.com

The Court confirms that the opposition deadline is October 5, 2026. Defendant is permitted to file up to twenty-five pages. Any reply to the opposition is due by October 12, 2026.
Date: September 23. 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

September 22, 2026

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Stephanie Jones, Jonesworks LLC v. Jennifer Abel, et al.*, Case No. 1:25-cv-00779 (LJL)

Dear Judge Liman:

We write on behalf of Defendant Melissa Nathan to respectfully seek confirmation of the deadline for Ms. Nathan's opposition to Plaintiffs' Motion for Sanctions for Discovery Misconduct (Dkt. 273), which was filed and served on Saturday, September 18, 2026, and to bring certain procedural issues to the Court's attention.

Your Honor's Rules require that any discovery-related dispute be raised by letter motion of no more than three single-spaced pages and only after the parties have conducted a good-faith meet and confer.[1] Plaintiffs did neither. Instead of attempting to meet and confer with defense counsel or submitting the matter by letter motion as Your Honor's Rules require, Plaintiffs filed a formal twenty-five-page memorandum of law with voluminous exhibits.

Under Local Civil Rule 6.1(b) opposition papers are due within fourteen (14) days of service. Counting from the date of service and applying Federal Rule of Civil Procedure 6(a), the fourteen-day period expires on October 5, 2026. We respectfully request that the Court confirm this date as the deadline for Ms. Nathan's opposition and confirm that Defendants may have twenty-five pages for their opposition pursuant to Local Rule 7.1.

We reserve the right to raise the procedural deficiencies in our opposition papers. In the interim, we respectfully request that the Court confirm the opposition deadline of October 5, 2026 and the twenty-five-page limit for the opposition.

[1] Your Honor's Rules supplant Local Civil Rule 6.1(a), which requires oppositions to discovery related motions be served within seven days after service of the moving papers. In this case, the seven-day period expires on September 28, 2026.

Very truly yours,

**LINER FREEDMAN TAITELMAN COOLEY**

By: *<u>/s/ Ellyn S. Garofalo</u>*

Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@ mss-pllc.com

*Attorneys for Defendants*