UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES, JONESWORKS LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS, LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br><br>**<u>NOTICE OF APPEARANCE</u>** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Richard T. Lobas of Meister Seelig & Schuster PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of Defendants **JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI,** and **WAYFARER STUDIOS LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 1, 2026

**MEISTER SEELIG & SCHUSTER PLLC**

By: *\/s/ Richard T. Lobas*
Richard T. Lobas, Esq.

125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: rtl@mss-pllc.com

*Attorneys for Defendants Jennifer Abel, Melissa Nathan, Justin Baldoni, and Wayfarer Studios, LLC*