UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF MELISSA NATHAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT MELISSA NATHAN FOR DISCOVERY MISCONDUCT**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Jennifer Abel, Melissa Nathan, Justin Baldoni and Wayfarer Studios LLC (the "Wayfarer Parties") in this matter. As such, I am competent to testify to the matters set forth herein.

2. On September 3, 2026, Jonesworks, LLC filed a state court claim against Katherine Case. A true and correct copy of Case state court complaint is attached and incorporated as Exhibit A hereto.

3. Jones immediately served Case with document requests targeting the Case documents she was unable to discover in this matter.

4. James Case, counsel for Katherine Case, then demanded that unless Nathan agreed to indemnify her, she would disclose the materials to Jones in exchange for a dismissal of the state

court action. Contrary to Plaintiffs' claims that Nathan has frustrated discovery, Nathan declined to indemnify Case and Case promptly produced the documents. In return, Jonesworks dismissed the action, which had been removed to federal court. *Jonesworks LLC v. Case*, S.D.N.Y. Case No. 1:26-cv-07685, Dkt. No. 8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 5, 2026

Los Angeles, CA

By: */s/ Ellyn S. Garofalo*____
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: egarofalo@lftcllp.com