**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS, LLC, and JOHN DOES 1-10.<br><br>Defendants. | Case No. 1:25-cv-00779-LJL |

**DECLARATION OF JAMES R. CASE IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST MELISSA NATHAN FOR DISCOVERY MISCONDUCT**

I, James R. Case, declare as follows:

1. I am an attorney and a Member of the law firm Dykema Gossett PLLC, 777 Woodward Avenue, Suite 400, Detroit, Michigan 48226. I am licensed to practice law in the State of Michigan. I have represented Katherine ("Katie") Case, who is my daughter, in connection with the action captioned *Jonesworks LLC v. Katherine Case*, Index No. 654966/2026, filed in the Supreme Court of the State of New York, County of New York, and subsequently removed to this Court as Case No. 1:26-cv-07685 (the "Case Action").

2. I submit this declaration in connection with Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Sanctions Against Melissa Nathan for Discovery Misconduct in the above styled action (the "Jonesworks Action"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

3. I have reviewed the Declaration of Ellyn S. Garofalo submitted with Defendant Melissa Nathan's Opposition (the "Garofalo Declaration") in the Jonesworks Action. Paragraphs

2 through 4 of the Garofalo Declaration state, in substance, that (1) Plaintiffs served Ms. Case with document requests targeting the documents in the possession of Ms. Case after suing her in New York Supreme Court, and (2) I threatened counsel for Ms. Nathan to produce those documents unless Ms. Nathan indemnified Ms. Case. Those statements do not accurately describe my communications with counsel for The Agency Group ("TAG") and Ms. Nathan, as the emails attached hereto demonstrate.

4. At no time did I communicate with Ellyn S. Garofalo or anyone from her law firm, Liner Freedman Taitelman + Cooley, LLP, in connection with my representation of Ms. Case in the Jonesworks Action.

5. All communications I have had regarding the Jonesworks Action were with Kevin Fritz with the firm of Meister Seelig and Schuster, co-counsel for Ms. Nathan and TAG in the Jonesworks Action.

6. Mr. Fritz indicated to me that he was aware that the Case Action had been filed, and was aware that the Case Action had been removed to this court.

7. Immediately after the Case Action was filed, I requested that TAG and Nathan defend, indemnify and hold Ms. Case harmless from the claims made in the Case Action for the reason that the acts complained of in the Case Action arose while Ms. Case was an employee of TAG and had been performed at the request of Ms. Nathan, who was the CEO of TAG. I also had phone conversations with Mr. Fritz regarding this request. No response was provided to this request despite repeated communications asking for a response.

8. Exhibits 1 through 4 are all of the email communications between Mr. Fritz and myself regarding the request made by Ms. Case, TAG's refusal to defend her as well as our differing interpretations of Ms. Case's employment agreement with TAG. In none of those

Docusign Envelope ID: CF5527A3-C8FB-8331-831A-DDE2A2B17CB8


communications did Mr. Fritz or anyone else acting on behalf of TAG or Ms. Nathan tell me that Ms. Case was free to produce the documents in her possession. At no time did I threaten to produce documents unless TAG or Ms. Nathan agreed to indemnify Ms. Case. In fact, what was communicated was that due to TAG and Ms. Nathan's refusal to defend Ms. Case, I would, on her behalf as counsel, take reasonable steps to resolve the Case Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2026.

Signed by:
James R. Case
66471DEA8CA4414...

James R. Case

Docusign Envelope ID: CF5527A3-C8FB-8331-831A-DDE2A2B17CB8


# EXHIBIT 1

**Sunday, October 11, 2026 at 2:03:19 PM Central Daylight Time**

---

**Subject:** FW: JonesWorks v Case
**Date:** Wednesday, October 7, 2026 at 9:28:24 AM Central Daylight Time
**From:** Case, James
**To:** Christina Yarnell
**Attachments:** emailsig_centennial_full_gradient_alt(003)_68a26b58-c542-40af-9ef3-01b745201aca.png, inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png, inky-injection-inliner-75e566b4a9c3977c0146da19098f970d.png, Sep 24, Doc 1.pdf, Sep 24, Doc 2.pdf

External (jcase@dykema.com)

ROBO

Graymail Spam Phish More... Protection by ROBO

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

Dykema 100 YEARS

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Case, James
**Sent:** Friday, September 4, 2026 5:24 PM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** ms@mss-pllc.com
**Subject:** JonesWorks v Case

> Mr. Fritz: As you are aware, Katherine Case has been named in a Complaint styled *JonesWorks v Katherine Case* (the "Complaint"). We are informed the Complaint has been filed in Manhattan Supreme Court. I believe you have a copy. If not let me know. From my discussion with Plaintiff's counsel, it is clear the Complaint was filed to

coerce Ms. Case to produce documents which counsel suspects will support Jones' claim that Melissa Nathan initiated and was involved in the publication of what has been designated as the "Jones Website" and therefore is the proper defendant to answer for the defamation cause of action that for the time being is part of the *Jones v Abel, et. al.* lawsuit pending in the SDNY (the "Federal Lawsuit"). I informed counsel that because of the confidentiality provision in her employment agreement with TAG, the only way Ms. Case will agree to produce **any** documents in her possession other than those she has previously produced in the Federal Lawsuit would be in response to a validly issued trial subpoena or per an order from Judge Lyman requiring their production. I suggested to him that instead of filing a lawsuit against Ms. Case, he would be better off requesting that Judge Lyman reconsider his decision granting the TAG/Nathan request to quash the subpoena that forestalled the production of these documents in the first place. Currently, I have seen nothing to indicate that counsel intends to take such action, or that he intends to dismiss the Complaint.

It is clear the acts cited in the Complaint arose during the time Ms. Case was employed by TAG. Though Ms. Case ardently maintains the allegations made in the Complaint are either untrue or not actionable (or both), as Ms. Case testified at her September 5, 2025, deposition in the Lively v Baldoni, et. al. and Jones v Abel et. al. cases, the actions cited in the Complaint not only occurred while she was employed by TAG but were performed or initiated at the behest of Melissa Nathan, the CEO and founder of TAG. As such, we believe that Ms. Case is entitled to be defended by TAG and Ms. Nathan in the lawsuit initiated by the Complaint, and to be indemnified and held harmless by TAG and Ms. Nathan in the unlikely event a verdict is rendered against her in that action. Since Max Breed and his firm defended Katie in the actions directed against her in the Federal Case, we suggest that TAG retain Mr. Breed and his firm to represent Ms. Case's interests in this matter as well. Please advise me as soon as possible if this request will be granted.

Per our discussion I have also attached a copy of the employment contract between JonesWorks and Ms. Case referenced in the Complaint.

# EXHIBIT 2

**Sunday, October 11, 2026 at 2:04:32 PM Central Daylight Time**

---

**Subject:** FW: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF REMOVAL / REMAND (POST RJI)> 654966/2026 (Jonesworks LLC v. Katherine Case)
**Date:** Wednesday, October 7, 2026 at 9:32:00 AM Central Daylight Time
**From:** Case, James
**To:** cyarnell@nixlaw.com
**Attachments:** emailsig_centennial_full_gradient_alt(003)_68a26b58-c542-40af-9ef3-01b745201aca.png, inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png, inky-injection-inliner-75e566b4a9c3977c0146da19098f970d.png, 4904-8987-4638.1-2026.09.08 Ltr to Opposing Counsel with Notice of Removal Civil Cover Sheet and Relatedness Document via FedEx and email (Katherine Ca~.pdf, 4917-2201-7486.1-2026-09-08 NOTICE_OF_REMOVAL_Filed in State Court Action.pdf, 4936-0919-1374.1-26-cv-07685 ECF 3-Statement of Relatedness re_that this action be filed as related to 1-25-cv-00779.pdf, 4922-4912-2766.1-26-cv-07685 ECF-2 - Civil Cover Sheet.pdf, 4920-8036-7566.1-26-cv-07685 ECF 1-Notice of Removal from Supreme Court County of New York with exhibits 1-5.pdf

External (jcase@dykema.com)

ROBO

Graymail Spam Phish More... Protection by ROBO

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

Dykema 100 YEARS

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

---

**From:** Case, James
**Sent:** Wednesday, September 9, 2026 8:10 AM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** FW: NYSCEF Notification: New York - Commercial - Contract - Commercial Division - <NOTICE OF REMOVAL / REMAND (POST RJI)> 654966/2026 (Jonesworks LLC v. Katherine Case)

Mr. Fritz: Attached are the documents filed in State Court and the SDNY removing the litigation filed by Jonesworks against Katherine Case.

We also need to determine TAG and Melissa Nathan's response to my September 4, 2026, email requesting that TAG defend Ms. Case in this litigation. The urgency in the need to effectuate the removal process necessitated my firm undertaking that process, but as we have discussed, per the Terms and Conditions of Ms. Case's employment contract with TAG, her cooperation with TAG during the litigation process is incumbent upon TAG paying all expenses incurred by Ms. Case in the proceedings. This obligation, as well as the reasons enumerated in my September 4 communication, certainly require that TAG provide Ms. Case with a defense to the litigation commenced against her by Jonesworks. As we discussed, I understand the process is complicated for TAG and Ms. Nathan, but with events unfolding quickly we need to get an immediate response to our demand.

# EXHIBIT 3

**Sunday, October 11, 2026 at 2:03:37 PM Central Daylight Time**

**Subject:** FW: Katie Case
**Date:** Wednesday, October 7, 2026 at 9:29:51 AM Central Daylight Time
**From:** Case, James
**To:** Christina Yarnell
**Attachments:** emailsig_centennial_full_gradient_alt(003)_68a26b58-c542-40af-9ef3-01b745201aca.png, inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png, inky-injection-inliner-75e566b4a9c3977c0146da19098f970d.png, NOT_ASSIGNED_Jonesworks_LLC_v_Katherine_Case_SUMMONS_WITH_NOTICE_1.pdf, Jonesworks v. Katie Case Complaint (final).pdf

External (jcase@dykema.com)

ROBO

Graymail Spam Phish More... Protection by ROBO

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

Dykema 100 YEARS

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

**From:** Case, James
**Sent:** Monday, September 7, 2026 7:37 AM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** FW: Katie Case

Mr. Fritz: Per your request attached are the pleadings and the communication by which they were transmitted. I was subsequently informed by Mr. Beckworth the Complaint has been filed. Ms. Case has not been served, nor has any agreement been made as to whether I would accept service

on her behalf.

---

**From:** Brad Beckworth <bbeckworth@nixlaw.com>
**Sent:** Friday, August 28, 2026 3:07 PM
**To:** Case, James <JCase@dykema.com>
**Cc:** Christina Yarnell <CYarnell@nixlaw.com>
**Subject:** Katie Case

Hi Jim,
Christina and I represent Stephanie Jones and Jonesworks. I wanted to let you know that we opened a case against Katie Case in New York.

We intend to file the attached Complaint against her in a few days.

I know you've had discussions with Kristin Tahler in our case and other lawyers in other cases about some of the documents in her possession.

Would you please let us know if you will accept service on her behalf?

Also, given that we have a few days before we file the Complaint, if you'd like to talk before then about potential resolution, I'd be happy to do that.

My mobile is: 903-235-7709.

Just let me know.

I know this involves your daughter, so I apologize for having to contact you about this but you are the person we've been told has been representing her interests.

Look forward to talking with you,
Brad Beckworth

Bradley E. Beckworth
Partner
Nix Patterson L.L.P.
bbeckworth@nixlaw.com (e-mail)

8701 Bee Caves Road
Building 1, Suite 500
Austin, Texas 78746
512-328-5333

# EXHIBIT 4

**Sunday, October 11, 2026 at 2:01:20 PM Central Daylight Time**

**Subject:** FW: Notice of Material Breach of Contract by TAG and Melissa Nathan
**Date:** Wednesday, October 7, 2026 at 10:08:43 AM Central Daylight Time
**From:** Case, James
**To:** cyarnell@nixlaw.com
**Attachments:** image001.png, image002.png, emailsig_centennial_full_gradient_alt(003)_68a26b58-c542-40af-9ef3-01b745201aca.png, inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png, inky-injection-inliner-75e566b4a9c3977c0146da19098f970d.png

External (jcase@dykema.com)

ROBO

Graymail Spam Phish More... Protection by ROBO

These are all the email communications between myself and Kevin Fritz regarding our differing interpretations of the TAG/Case employment agreement.

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

Dykema 100 YEARS

---

**From:** Case, James
**Sent:** Tuesday, September 15, 2026 3:45 PM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** RE: Notice of Material Breach of Contract by TAG and Melissa Nathan

Mr. Fritz: We wholeheartedly disagree with your interpretation of the referenced document. All the provisions must be read together. Your interpretation would render the provisions I cited nugatory, which a court is unlikely to do, particularly considering the existent circumstances. I am not going to banter with you about this any longer. We are going to do what needs to be done to extricate Ms. Case from the Jonesworks lawsuit that resulted from your clients' actions and refusal to defend.

---

**From:** Kevin A. Fritz <kaf@mss-pllc.com>
**Sent:** Tuesday, September 15, 2026 3:33 PM
**To:** Case, James <JCase@dykema.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>

**Subject:** RE: Notice of Material Breach of Contract by TAG and Melissa Nathan

Mr. Case:

Paragraph 1(f) of Exhibit A to the Employment Agreement memorializes Ms. Case's agreement that "Confidential Information shall be accorded the maximum benefits and protection under the law …, and ***nothing set forth herein*** shall be construed to limit or waive any remedies (at law or in equity) to which Company … may be entitled under applicable law, arising out of or relating to the unauthorized disclosure of such Confidential Information…." (emphasis added).

Furthermore, no legal, judicial, or regulatory process has been served by Jonesworks upon Ms. Case requiring the disclosure of Confidential Information. If any such process had been served, Ms. Case would have been (and is) obligated to promptly provide written notice thereof to TAG, in accordance with Paragraph 1(g).

We expect that Ms. Case will govern herself accordingly.

**Kevin A. Fritz**

Partner

MSS Meister Seelig & Schuster

**E:** kaf@mss-pllc.com
**D:** (212) 655-3570
**O:** (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017

www.mss-pllc.com

*****New email domain: @mss-pllc.com — please whitelist to ensure receipt.***

**NOTICE UNDER E-SIGN ACT**: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.

**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

---

**From:** Case, James <JCase@dykema.com>
**Sent:** Tuesday, September 15, 2026 2:01 PM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** RE: Notice of Material Breach of Contract by TAG and Melissa Nathan

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Mr. Fritz: We are going to have to agree to disagree on the meaning of paragraph 7 (b) of the Employment Agreement. Your interpretation does not comport with the plain meaning of the

language. In addition, there is no way to refute the fact that despite repeated requests, your client refused to defend Ms. Case in the Jones litigation, which then negates any obligation for her to cooperate with TAG, Ms. Nathan, or their attorneys. Finally, I see no denial of the truth that is at the bottom of the lawsuit filed against Ms. Case, namely that the actions complained of were demanded of her by Ms. Nathan and were performed by Ms. Case at Ms. Nathan's behest. You are personally aware of the truth of this assertion as the result of the documents I recently transmitted to you. Despite this fact, Ms. Nathan has continued to defame Ms. case by denying she had any involvement with the acts claimed of let alone that she alone was responsible for their occurrence. As stated in my previous communication, Ms. Case will proceed to take the steps necessary to resolve the lawsuit filed against her.

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO** **VCARD** **LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

---

**From:** Kevin A. Fritz <kaf@mss-pllc.com>
**Sent:** Tuesday, September 15, 2026 1:38 PM
**To:** Case, James <JCase@dykema.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** RE: Notice of Material Breach of Contract by TAG and Melissa Nathan

Mr. Case:

As you know, nothing in the Employment Agreement obligates TAG to indemnify Ms. Case. Similarly, nothing in the Employment Agreement authorizes Ms. Case to unilaterally declare it non-binding merely because a demand for indemnification has not been accepted. Moreover, there is no pending litigation in which Ms. Case and TAG are both parties, let alone parties-in-opposition as contemplated by Paragraph 7(b) of Exhibit A to the Employment Agreement. And, regardless, nothing in Paragraph 7(b) vitiates the confidentiality obligations under Paragraph 1, to which Ms. Case is bound. If Ms. Case violates her confidentiality or any other obligation under the Employment Agreement, TAG will seek to hold her liable for all damages, fees, costs, and expenses it incurs in connection therewith.

**Kevin A. Fritz**

Partner

**E:** kaf@mss-pllc.com
**D:** (212) 655-3570
**O:** (212) 655-3500

MSS Meister Seelig & Schuster

125 Park Avenue, FL 7
New York, NY 10017

www.mss-pllc.com

***New email domain: @mss-pllc.com — please whitelist to ensure receipt.***

**NOTICE UNDER E-SIGN ACT**: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.

**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

---

**From:** Case, James <JCase@dykema.com>
**Sent:** Tuesday, September 15, 2026 11:08 AM
**To:** Kevin A. Fritz <kaf@mss-pllc.com>
**Cc:** Mitch Schuster <ms@mss-pllc.com>
**Subject:** Notice of Material Breach of Contract by TAG and Melissa Nathan

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Mr. Fritz: In regard to the case filed by Jonesworks against Katherine Case now pending in the Southern District of New York (the Lawsuit), we have repeatedly requested that Melissa Nathan and/or The Agency Group (TAG) defend the interests of Ms. Case. It is TAG's obligation to meet this demand under paragraph 7 (c) of the Standard Terms and Conditions of Ms. Case's Employment Agreement with TAG. It is also TAG/Ms. Nathan's obligation to meet this demand because the acts complained of in the Lawsuit were initiated and performed by Ms. Case at the instance and instruction of Ms. Nathan as TAG's CEO. This demand has been refused. Ms. Case is hereby putting TAG and Ms. Nathan on notice that TAG/Nathan's failure to assume her defense is a breach of the Employment Agreement, and due to this failure, together with the fact that Ms. Nathan and TAG's actions have caused Ms. Case to be a "party-in-opposition" to the Lawsuit (see paragraph 7 (b) , that she no longer is bound by the terms of her Employment Agreement with TAG and will proceed to take reasonable steps to resolve the Lawsuit.

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

BIO VCARD LINKEDIN

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

**James R. Case**
Member

D 313-568-6507 ▪ M 313-319-0132
JCase@dykema.com ▪ dykema.com

**BIO VCARD LINKEDIN**

777 Woodward Avenue, Suite 400
Detroit, Michigan 48226

*** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.