Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-0005
egarofalo@lftcllp.com

October 9, 2026

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Stephanie Jones and Jonesworks LLC ("Jonesworks") v. Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni and Melissa Nathan (the "Wayfarer Parties")*, Case No. 1:25-cv-00779 (LJL)

Dear Judge Liman:

Counsel for the Wayfarer Parties have conferred with counsel for Jonesworks regarding page limits for the summary judgment briefing. The parties have agreed to, and respectfully request the Court enter an order setting, the following page limits:

- Opening briefs: 40 pages each for Jonesworks and the Wayfarer Parties;
- Opposition briefs: 40 pages for each;
- Reply briefs: 25 pages for each.

To the extent Jonesworks or the Wayfarer Parties choose to submit separate briefs on behalf of separate parties, the total number of pages submitted by that side in each round of briefing will not exceed the limits set forth above.

We thank the Court for its attention to this matter.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: October 14, 2026

Very truly yours,

/s/ *Ellyn S. Garofalo*

Ellyn S. Garofalo