UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, for the reasons set forth in the accompanying Memorandum of Law, attached declarations and exhibits and the files on record in these proceedings, and as soon as counsel may be heard before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, New York 10007, Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel, by and through their undersigned counsel, hereby move this Court for an order: (i) granting summary judgment in Defendants' favor or (ii) in the alternative granting summary adjudication in Defendants' favor on the causes of action or issues raised in Defendants' memorandum of law; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: October 15, 2026
Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: */s/ Ellyn S. Garofalo*
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@ mss-pllc.com