Liner Freedman
Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

October 15, 2026

*Via ECF*

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re: *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL**

As counsel for Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (collectively, the "Wayfarer Defendants"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1-2, 5-8, 10-13, and 15-34 to the Declaration of Ellyn S. Garofalo; Exhibits A-F to the Declaration of Jennifer Abel; and Exhibits A and C-F to the Declaration of Jamey Heath, submitted concurrently in support of the Wayfarer Defendants' Motion for Summary Judgment, as well as the portions of the aforementioned declarations, the Motion for Summary Judgment and the Rule 56.1 Statement that refer to these exhibits.

The documents listed above contain documents, testimony, and information produced by or belonging to other parties and non-parties to this litigation and designated "Confidential" or "Attorneys' Eyes Only" by them. Accordingly, the Wayfarer Defendants respectfully request that the Court preliminarily seal Exhibits 1-2, 5-8, 10-13, and 15-34 to the Declaration of Ellyn S. Garofalo; Exhibits A-F to the Declaration of Jennifer Abel; and Exhibits A and C-F to the Declaration of Jamey Heath, submitted concurrently in support of the Wayfarer Defendants' Motion for Summary Judgment, as well as the portions of the aforementioned declarations, the Motion for Summary Judgment and the Rule 56.1 Statement that refer to these exhibits. In accordance with Rule 4.b of Attachment A of the Court's Individual Practices, the Wayfarer Defendants respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and non-parties have the opportunity to meet and confer, and so that they may file a motion for continued sealing if they so choose.

Respectfully submitted,

*/s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)

Liner Freedman Taitelman+Cooley LLP



1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com