**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF JAMEELA JAMIL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Jameela Jamil, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I was a client of Jonesworks from October 2022 to May 2024. As such, I am competent to testify to the facts set forth herein.

2. Prior to signing with Jonesworks, I was represented by Jen Abel when she worked at the public relations agency PMK.

3. One of the lead publicists at PMK left to join another agency, Align PR, and I followed that publicist to Align, hoping that Jen Abel would also join Align. However, Jen moved to Jonesworks instead.

4. When I left Align PR, I reached out to Jen and asked her to be my publicist. She explained that she could only represent me if I brought my company as well as my personal PR over to Jonesworks. She told me Stephanie was amazing at helping clients brand their companies and that Stephanie was a "total boss and badass."

5. I was initially reticent to sign with Jonesworks as the fee was double what I was paying at other PR agencies. But Jen asked me to meet with Stephanie Jones and her team. Stephanie and her team were very nice to me in that several hour meeting, and made a lot of big promises about what they could and would do for me and my brand. They also told me they had an amazing branding agent coming over from PMK.

6. For some reasons not explained to me, that branding agent left very quickly after joining Jonesworks, within 4 months or so. He was not replaced on my team. This was upsetting as Jonesworks had encouraged me to leave all other branding teams I had been working on so they could focus on me. I was sort of stranded after that. No brand strategy meetings. No meetings with brands. None of the many brainstorming sessions I was promised to solidify my business venture. I felt pretty overlooked.

7. The only people who paid attention to me were Jen Abel and her junior team regarding classic public relations for my personal brand.

8. I did not take this personally as I knew there were far more famous people on the Jonesworks roster but I did explain my grievance to Jen, including that I didn't feel comfortable paying such a premium fee for a standard service of just personal PR. She begged me not to leave and insisted I was at the right agency. She asked me to give Jonesworks another chance and even lowered the rate until they could offer me a better service.

9. After months when nothing changed, I became frustrated again and started privately looking around for an alternative PR agency with a branding arm. I was prepared to leave Jen as she seemed very committed to Jonesworks, especially as she was partner at the firm. Jen was aware my patience had run out.

10. In May of 2024, I informed Jen that I would be taking a hiatus and Jonesworks stopped invoicing me at that time.

11. I got a call from Jen in August 2024, explaining that she was going her own way to run her own company. It was all said very positively, and I asked if I could stay with her as she was the only reason I signed with Jonesworks in the first place. She said that would be fine due to our longstanding relationship as client and publicist.

12. It was around that same time I started to hear from Stephanie over text. She and I had rarely ever communicated at all before then. To my recollection, the last time Stephanie had messaged me was over a year earlier. The messages in the summer of 2024 became significantly more interested and personal. She told me she missed me. It was a little confusing given we had not gotten to know each other at all during my time there.

13. I only found out there were any personal problems between Jen and Stephanie once Jen had already handed in her resignation. Her initial approach had been very diplomatic and she made space for me to stay at Jonesworks, but when I expressed absolutely no interest in doing so due to so much disorganization and neglect she accepted me as a client moving forward and told me the truth of how uncomfortable she had been at the agency for some time.

14. I recall being quite angry with Jen at the time that she had kept all of this from me while I was becoming increasingly frustrated with the agency and paying so much for so long, and she apologized to me.

15. Ultimately, we decided to move forward together. She is now more than just a publicist, she is my friend and someone I respect deeply. She's an incredibly loyal person, and I can say wholeheartedly that she was deeply loyal to and complementary of Stephanie to everyone we met during my time at Jonesworks.

16. I think it's very sad that things ended the way they did because it was clear to me from the start of my time at Jonesworks, that she had deep respect for Stephanie and what she built. I think they could have had a brilliant future together had there not been tensions.

17. I have no ill will towards Stephanie Jones. I really just don't know her in spite of how long I was with her company. I really hope all of this can be resolved peacefully and swiftly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 10/15/2026
London, England

DocuSigned by:
195EB70BC09247C...
Jameela Jamil