UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF JOHNNY GINES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Johnny Gines, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I worked at Jonesworks as a talent relations director from February 2023 to October 2024. As such, I am competent to testify to the facts set forth herein.

2. Prior to Jonesworks, I worked at Full Scope Public Relations as a senior account executive and I have worked in the field of public relations for over fifteen years.

3. One of my clients at Full Scope was Neon Carnival, which had been my client for approximately eight years prior to my joining Jonesworks.

4. Because of our longstanding relationship, Neon Carnival followed me to Jonesworks in April 2023. Neon Carnival's contract had a six-week term for a flat fee of $15,000 for an annual event at the Coachella music festival in California. Neon Carnival typically buys public relations services on a project-by-project basis.

5. I am not aware of Stephanie Jones ever having contact with any representative of Neon Carnival.

6. After I left Jonesworks in October 2024, I formed my own public relations firm, NextGen PR.

7. I informed Brent Bolthouse, the cofounding partner of Neon Carnival, of my departure from Jonesworks and, given my eight-year relationship with the company, Neon Carnival signed with NextGen PR for its 2025 Coachella event.

8. I engaged Jennifer Abel for freelance work for that project because she had experience with the client from her time at Jonesworks. However, Neon Carnival was a client of my firm, NextGen PR, not a client of Ms. Abel.

9. Neon Carnival's decision to sign with NextGen PR in 2025 stemmed from my longstanding relationship with the client, not because of any conduct by Ms. Abel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/14/2026
Long Beach, California

Signed by:
Johnny Gines
1AC3F3C800DA43C...
Johnny Gines