NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

October 15, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: ***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1, 5, 6 and 7 filed in connection with the Jones Parties' Motion for Summary Judgment on Defendants' Counterclaims ("Motion"). These exhibits contain information that has been designated as Confidential under the protective order in this action. The Jones Parties respectfully request that the Court not rule on this letter-motion to seal for one week so that the parties have an opportunity to meet and confer and file any motion for continued sealing if they so choose.

Dated: October 15, 2026 | Austin, Texas

Respectfully submitted,

By: */s/ Bradley E. Beckworth*
Bradley E. Beckworth, pro hac vice
New York State Bar No. 5151071
Christina Yarnell, pro hac vice
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*