Docusign Envelope ID: E3F9F0ED-3A6C-8C3E-8327-3252D904A955


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF MATTHEW MITCHELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Matthew Mitchell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I was hired by Jonesworks as a Vice President on February 9, 2021, and was later promoted to Senior Vice President. I left Jonesworks on February 11, 2025. As such, I am competent to testify to the facts set forth herein.

2. I decided to leave Jonesworks in February 2025 for personal reasons. My decision to leave was not in any way influenced by Jennifer Abel.

3. Ms. Abel never offered me a job and I was never employed by RWA Communications. I have never worked for or with Ms. Abel other than my time at Jonesworks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/9/2026
Los Angeles, CA

Signed by:
Matthew Mitchell
71894E7E7DB24C3...
Matthew Mitchell

534404.1