**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>– against –<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1–10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00779 (LJL) |

**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS JENNIFER ABEL AND WAYFARER STUDIOS LLC'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that Plaintiffs Stephanie Jones and Jonesworks LLC hereby move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment dismissing all remaining Counterclaims asserted by Defendants Jennifer Abel and Wayfarer Studios LLC, namely: (i) Defendant Jennifer Abel's counterclaims for violation of California Penal Code § 502, conversion, and promissory fraud; and (ii) Defendant Wayfarer Studios LLC's counterclaims for breach of the implied covenant of good faith and fair dealing and defamation.

In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, the exhibits attached thereto, and the accompanying Local Civil Rule 56.1 Statement of Undisputed Material Facts, and rely on all prior pleadings and proceedings in this action.

Dated: October 15, 2026

Respectfully submitted,

By: /s/ *Bradley E. Beckworth*
Bradley E. Beckworth, pro hac vice
New York State Bar No. 5151071

Christina Yarnell, pro hac vice
Texas State Bar No. 24071973
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via ECF.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth