# EXHIBIT A

# (FILED UNDER SEAL)