# EXHIBIT D

# (FILED UNDER SEAL)