# EXHIBIT F

## (FILED UNDER SEAL)