# EXHIBIT 1

## Filed Under Seal