# EXHIBIT 4

# JB PR (W/O JB)

| | |
|---|---|
| **Thread Participants:** | +13102458030 Jamey Heath (Owner); +13104998893 Jennifer Abel; +13138206046 Katie Case; +15188103255 Breanna B; +17184061098 Melissa Nathan; +18182825462 Matthew Mitchell; +19047422954; jameyjaz@me.com Jamey Heath (Owner) |
| **Active Participants:** | +13102458030 Jamey Heath (Owner); +13138206046 Katie Case; +17184061098 Melissa Nathan; +18182825462 Matthew Mitchell; +19047422954; System Message System Message |
| **First Message:** | 8/10/2024 12:35:40 PM |
| **Last Message:** | 8/10/2024 9:55:59 PM |

---

**+13138206046 Katie Case**
Hi team — so far, extremely limited pickup on Daily Mail or Page Six. We'll continue to keep an eye out and send pieces as needed, but so far it's been steady coverage on pure speculation. We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan. Again we'll continue to send links and screenshots but wanted to send an update in the meantime.
8/10/2024 12:35:40 PM

**+18182825462 Matthew Mitchell**
Loved "Hi team — so far, extremely limited pickup on Dail…"
8/10/2024 12:37:02 PM

**+19047422954**
Thanks katie we are seeing the same thing.
8/10/2024 12:37:22 PM

**+13102458030 Jamey Heath (Owner)**
Thanks Katie. I'd like to have a quick zoom today if we can all arrange without Justin. Is that possible for all?
8/10/2024 2:29:01 PM

**+19047422954**
I can join. Just running around so might not be on camera but just let me know when
8/10/2024 2:43:52 PM

**+18182825462 Matthew Mitchell**
Happy to jump on too….likely off camera, no one needs to see this today. 😊
8/10/2024 3:01:26 PM

**+13138206046 Katie Case**
Would a 6 PM ET call work? I could also circulate a dial in if that's easier for all vs a zoom.
8/10/2024 3:03:29 PM

**+19047422954**
Should be fine on my end
8/10/2024 3:05:55 PM

**+18182825462 Matthew Mitchell**
Liked “Would a 6 PM ET call work? I could also circulate …”
8/10/2024 3:10:11 PM

**+13138206046 Katie Case**
Checking if this works for Melissa and Breanna as well — I’ll come back on this.
8/10/2024 3:20:05 PM

**+13102458030 Jamey Heath (Owner)**
I’m available then thanks all
8/10/2024 3:20:57 PM

**+17184061098 Melissa Nathan**
Sorry, I was in an appointment. 3pm PT is good!
8/10/2024 3:37:15 PM

**+13138206046 Katie Case**
We’ll circulate a zoom shortly
8/10/2024 3:44:11 PM

**+13102458030 Jamey Heath (Owner)**
Thank you
8/10/2024 3:44:20 PM

**+19047422954**
Would be great for the digital team to boost this in any way possible…
8/10/2024 4:01:20 PM

**+19047422954**
https://www.tiktok.com/t/ZTNsQDYjj/
📎 <__Library_SMS_Attach_1_6f_15_F95E3D_1_7C2221_1>
📎 <__Library_SMS_Attach_1_85_05_48DD8D_1_DFEEC6_1>
8/10/2024 4:01:23 PM

**+13138206046 Katie Case**
We’ll flag to them!
8/10/2024 4:01:44 PM

**+19047422954**
And I like that this is now getting some viral attention 👀
8/10/2024 4:02:59 PM

**+19047422954**
https://www.tiktok.com/t/ZTNsQuMq8/
📎
<__Library_SMS_Attach_1_97_07_DCA717_1_6973F2_1>
📎
<__Library_SMS_Attach_1_10_00_DFB502_1_30EC72_1>
8/10/2024 4:03:01 PM

**+19047422954**
https://www.dailymail.co.uk/tvshowbiz/article-13731049/amp/Blake-Lively-producing-decision-begged-feud-Justin-Baldoni.html
📎
<__Library_SMS_Attach_1_86_06_DD2DB9_1_1B2910_1>
📎
<__Library_SMS_Attach_1_86_06_5374D2_1_9F0134_1>
8/10/2024 4:26:05 PM

**+19047422954**
The headline is clixkbate but it just recirculates their previous article
8/10/2024 4:26:19 PM

**+19047422954**
Sharing this here too in case digital has an idea of how to amplify:
8/10/2024 4:36:40 PM

**+19047422954**
https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/amp/
📎
<__Library_SMS_Attach_1_34_04_2049E9_1_D18563_1>
📎
<__Library_SMS_Attach_1_ef_15_CC0D01_1_87409A_1>
8/10/2024 4:36:42 PM

**+13138206046 Katie Case**
Thank you! We'll share this as well — at the very least ask
for engagement in the comments
8/10/2024 4:37:14 PM

**+13138206046 Katie Case**
Emphasized "The headline is clixkbate but it just recirculates…"
8/10/2024 4:37:19 PM

**+19047422954**
Loved “Thank you! We’ll share this as well — at the very …”
8/10/2024 4:37:24 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:03 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:37 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**+18182825462 Matthew Mitchell**
https://www.instagram.com/reel/C-gEF6qSpm0/?igsh=MzRlODBiNWFlZA==
📎
<__Library_SMS_Attach_1_2f_15_5D2874_1_72D978_1>
📎
<__Library_SMS_Attach_1_0f_15_166D99_1_90AE0C_1>
📎
<__Library_SMS_Attach_1_ba_10_8F1B17_1_143185_1>
8/10/2024 5:17:27 PM

**+18182825462 Matthew Mitchell**
We love a nice shady moment!
8/10/2024 5:17:32 PM

**+17184061098 Melissa Nathan**
You had my attention straight away when I saw the word shady
8/10/2024 5:18:38 PM

**+18182825462 Matthew Mitchell**
No comments allowed.

“updated version…I like it way better”

Honestly it’s gold.
8/10/2024 5:19:50 PM

**+13138206046 Katie Case**
Laughed at “We love a nice shady moment! ”
8/10/2024 5:25:34 PM

**+13138206046 Katie Case**
Emphasized “You had my attention straight away when I saw the …”
8/10/2024 5:25:38 PM

**+13138206046 Katie Case**
Loved “No comments allowed.

“updated version…I like it …”
8/10/2024 5:25:41 PM

**+13138206046 Katie Case**
Zoom for our use here:
8/10/2024 5:52:12 PM

**+13138206046 Katie Case**
https://us06web.zoom.us/j/81637481985
📎
<__Library_SMS_Attach_1_32_02_D1BE3B_1_0D9C7A_1>
8/10/2024 5:52:16 PM

**+13102458030 Jamey Heath (Owner)**
See you shortly
8/10/2024 5:57:25 PM

**+13138206046 Katie Case**
https://nypost.com/2024/08/10/entertainment/it-ends-with-us-blooms-in-no-1-box-office-spot/?utm_campaign=iphone_nyp&utm_source=pasteboard_app
📎
<__Library_SMS_Attach_1_bb_11_66DCA1_1_8A6FBC_1>
8/10/2024 6:55:28 PM

**+17184061098 Melissa Nathan**
https://www.google.com/search?q=jailbirds+netflix&ie=UTF-8&oe=UTF-8&hl=en-gb&client=safari&ebo=0#fpstate=vclbx
<__Library_SMS_Attach_1_ac_12_5CB889_1_F18DB6_1>
<__Library_SMS_Attach_1_33_03_BACCFF_1_36CC18_1>
8/10/2024 7:04:20 PM

**+17184061098 Melissa Nathan**
Ok leaving it here thanks
8/10/2024 7:04:20 PM

**+13138206046 Katie Case**
Emphasized "https://www.google.com/search?q=jailbirds+netflix&…"
8/10/2024 7:04:37 PM

**+13138206046 Katie Case**
It's spectacular
8/10/2024 7:04:44 PM

**+13138206046 Katie Case**

FYI







8/10/2024 8:41:23 PM

**+19047422954**

Thanks katie. I forwarded two requests for comment regarding the NYP and DM articles. Just fyi

8/10/2024 9:55:59 PM