# EXHIBIT 5

## Filed Under Seal