# EXHIBIT 6

## Filed Under Seal