# EXHIBIT 7

## Filed Under Seal