**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1-10,<br><br>Defendants. | Civ. Action No. 1:25-cv-00779-LJL<br>rel. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF THE WAYFARER PARTIES' MOTION FOR SUMMARY JUDGMENT**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC, Justin Baldoni, Jennifer Abel, and Melissa Nathan (the "Wayfarer Parties") in this matter. As such, I am competent to testify to the matters set forth herein.

2. I submit this declaration to identify true and correct copies of the following pleadings, documents, and testimony referenced in the Wayfarer Parties' Motion for Summary Judgment which are attached hereto. An index attachment to this declaration lists by exhibit number and description, the submitted exhibits. In certain instances, only excerpts of certain transcripts are included.

3. Exhibit 1 includes true and correct copies of the following pages of the deposition of Ashley Avignone taken on September 29, 2025: 20:20–21:13, 22:1–8, 22:15–23:1, 24:1–6, 24:25–25:11, 26:5–24, 29:9–15, 29:20–31:1, and 31:20–32:1.

4. Exhibit 2 includes true and correct copies of the following pages of the deposition of Jennifer Abel taken on September 25, 2025: 17:15–23, 18:9–25, 33:2–23, 34:13–16, 34:18–25, 48:12–25, 50:16–51:4, 51:7–12, 51:18–52:4, 63:2–11, 64:19–23, 65:1–10, 66:10–17, 88:17–20, 128:24–130:2, 130:4–21, 130:23–25, 131:5–132:1, 132:9–18, 133:12–134:11, 143:10–13, 143:15–144:7, 144:9-20, 144:22–145:1, 145:3–14, 155:1–16, 168:6–18, 168:20–169:5, 173:2–10, 173:16–21, 176:11–12, 176:14–15, 181:25–182:8, 186:1–11, 199:3–12, 199:14–18, 201:2–8, 202:2–11, 202:13–16, 219:18–24, 228:8–16, 234:2–11, 242:22–24, 243:1–6, 257:25–258:12, 264:9–21, and 264:24–265:10, together with Deposition Exhibits 4, 20, and 23.

5. Exhibit 3 includes true and correct copies of the following pages of the deposition of Jennifer Abel taken on September 26, 2025: 42:11–15.

6. Exhibit 4 includes true and correct copies of the following pages of the deposition of Justin Baldoni taken on October 6, 2025: 250:16–21, 251:5–252:11, 252:13–14, 288:7–9, 288:11–289:14, 291:19–22, and 291:24–292:7.

7. Exhibit 5 includes true and correct copies of the following pages of the deposition of Plaintiffs' expert Brian Dies taken on July 22, 2026: 20:8–22:3, 22:5–16, 22:18–23:18, 23:20–24:12, 24:14–17, 24:19–25:7, 25:9–12, 65:11–16, 65:18–25, 66:2–9, 66:11–19, 66:21–67:10, 67:13–15, 67:19–68:1, 68:3–7, 72:24–73:5, 73:7–12, 73:24–74:9, 74:17–75:1, 75:3–6, 78:7–13, 78:15–25, 79:3–9, 79:11–14, 79:16–22, 79:24–80:4, 80:6–20, 85:22–23, 85:25-86:9, 90:10-12, 90:14-17, and 106:11–17, together with Deposition Exhibit 1.

8. Exhibit 6 includes true and correct copies of the following pages of the deposition of Gordon Duren taken on September 23, 2025: 67:4–7, 72:16-17, 72:19–22, 96:19–97:14, 97:21–98:25, 99:3–5, 99:7–11, 99:13–18, 99:20–100:3, 100:5, 103:15–104:24, 113:11–114:11, 114:13–19, 114:21, 115:3–7, 118:23–119:4, 119:6–13, 119:17–121:4, 122:15–18, 123:23–124:3, 133:10–134:3, 134:5–11, 134:13–135:7, 156:2–157:12, 161:9–18, 161:20–162:3, 162:5–7, 179:10–181:23, 181:25–182:5, 182:7–183:6, 187:10–13, 196:10–17, 197:15–16, 197:18–198:16, 198:18, 210:23–211:19, 211:24–212:8, 212:10–13, 217:9–219:11, 233:6–9, 243:14–15, 243:17–244:15, 252:14–253:4, 261:14–16, 261:18–262:6, 262:14–18, 265:20-266:10, 267:4–5, 267:7–12, 267:14–268:8, 268:10–25, 269:3–4, 269:6–9, 269:11–17, 269:19–270:5, 270:7–9, 270:11–13, 270:15–17, 270:19–22, 270:24–271:3, 271:5–7, 271:9–12, 271:14–16, 271:18–21, 271:23–25, 272:3–5, 272:7–9, 272:11, 285:6–8, 285:10–14, 285:16–24, 286:2, 286:22–24, 287:2-12, 287:14–288:14, 288:16–20, 288:22–289:16, 289:18–21, 289:23, 290:22–291:2, 291:4, 291:21–292:14, 292:16-293:5, 293:7, 294:2–8, 294:10–13, 294:15–18, 294:20–23, 294:25-295:17, 295:19, together with Deposition Exhibits 25, 28, 38, 41, and 42.

9. Exhibit 7 includes true and correct copies of the following pages of the deposition of Josh Greenstein taken on September 30 2025: 176:4–9, 176:21–177:1, 178:2–20, 271:2–17, and 271:19-23, together with Deposition Exhibit 28.

10. Exhibit 8 includes true and correct copies of the following pages of the deposition of Tera Hanks taken on September 8, 2025: 43:8–10, 43:12–24, 46:2–47:3, 47:10–18, 49:22–50:3, 50:7–12, 50:4–20, 50:22-23, 57:6–10, 60:10–16, 70:3–8, 73:25, 74:2–4, 86:10–16, 89:7–18, 91:17–21, 91:23–92:4, 108:21–109:5, 111:7–15, 115:13–16, 121:3–14, 122:16–123:10, 141:13–24, 142:1–10, 142:12–15, 146:14–24, 147:1–2, 150:2–7, 151:2–152:7, 178:8–14, 178:16–19, 181:2–4, 181:6–11, 182:10-12, 182:14–182:25, 183:2-4, 197:22–198:13, 198:15–20,

200:11–12, 200:14–201:2, 212:23–213:3, 213:18–20, 214:18–23, 218:4–25, and 254:19–22, together with Deposition Exhibits 10, 12, 21, and 24.

11. Exhibit 9 includes true and correct copies of the following pages of the deposition of Jamey Heath taken on October 8, 2025: 72:20–21, 72:24–73:5, 78:25–79:5, 79:8–80:7, 330:22–25, and 331:2–16.

12. Exhibit 10 includes true and correct copies of the following pages of the deposition of Jamey Heath taken on October 9, 2025: 47:1–12, 47:14–48:24, 49:1, 67:11–24, 68:3–17, 68:19–69:2, 69:4, 70:1–15, 74:9–13, 100:3–7, 100:9–17, 100:19–20, 112:19–113:4, 113:6–15, 127:18–128:1, 128:2-3, 128:5–16, 205:13–206:1, 218:18–22, 218:24–219:4, 219:6–10, 221:1–16, 230:15-231:9, 232:11–17, and 232:25–233:22, together with Deposition Exhibits 23, 26, 27, and 35.

13. Exhibit 11 includes true and correct copies of the following pages of the deposition of Stephanie Jones taken on September 16, 2025: 64:13–17, 68:5–9, 69:9–70:6, 76:20–22, 76:24–77:7, 79:21–80:4, 127:14-16, 127:18–25, 185:5–6, 185:8–12, 185:14–17, 185:19–22, 186:20–21, 186:23–187:2, 187:4–8, 187:9–10, 187:12–188:9, 188:11–22, 193:24–194:6, 194:18-196:17, 203:8–17, 203:19, 204:8–9, 204:11–23, 204:24, 205:1–206:11, 208:11–209:11, 213:21–213:22, 213:24-214:4, 214:23–216:25, 217:15–18, 217:20–218:12, 218:20–21, 218:23–219:8, 229:10–230:7, 238:5, 238:7–16, 250:12–251:9, 251:11–16, 251:18–25, 253:9–24, 254:1–11, 254:12–23, 254:24–25, 255:2–3, 271:19-21, 271:23–272:2, 273:5-6, and 273:8-16 together with Deposition Exhibits 7 and 9.

14. Exhibit 12 includes true and correct copies of the following pages of the Rule 30(b)(6) deposition of Jonesworks LLC taken on August 5, 2026: 13:19–15:7, 15:10–18:19, 18:21–19:15, 23:20–25:2, 25:4–11, 40:24–45:23, 46:25–53:18, 54:1–5, 54:8–11, 54:13–21,

54:23–55:18, 55:25–56:1, 56:3–24, 64:20–65:2, 71:1–72:6, and 94:16–95:5, together with Deposition Exhibits 1 and 2.

15. Exhibit 13 includes true and correct copies of the following pages of the deposition of Blake Lively taken on July 31, 2025: 146:23–24, 147:1–148:15, 149:7–150:10, 150:11–17, 150:19, and 273:5–6.

16. Exhibit 14 includes true and correct copies of the following pages of the deposition of Melissa Nathan taken on September 29, 2025: 84:19–85:11.

17. Exhibit 15 includes true and correct copies of the following pages of the deposition of Melissa Nathan taken on September 30, 2025: 271:25–272:4, 272:10–12, 272:14–15, 338:9–12, 338:14–18, 354:12–355:7, 357:15–20, 366:5–9, 369:17–370:17, 371:10–24, and 376:1–20, together with Deposition Exhibits 88, 90, 91, and 92.

18. Exhibit 16 includes true and correct copies of the following pages of the deposition of Leslie Sloane taken on September 26, 2025: 47:25–48:8, 48:10-13, 118:19–24, 119:3–14, 121:7–9, 121:12–18, 152:22–153:8, 153:22–154:23, 159:9–160:9, 292:20–25, 294:20–297:18, 297:21–298:19, 300:6–25, 301:2–4, 301:15–22, 301:25, 302:2–4, 302:6–20, 302:21–24, 303:3–12, 303:20–304:14, 305:13–306:3, and 308:14–309:10, together with Deposition Exhibits 11, 13, 14, 33, and 101.

19. Exhibit 17 includes true and correct copies of the following pages of the deposition of the 30(b)(6) Deposition of Vanzan, Inc. (Justine Harris) taken on September 30, 2025: 37:12–39:17, 39:22–40:15, 62:19–22, 62:25–64:13, 158:20–159:17, 162:10–18, 275:6–18, 275:23–276:7, 277:4–9, and 277:13–17, together with Deposition Exhibit 2.

20. Exhibit 18 is a true and correct copy of Jonesworks LLC's Second Supplemental Responses to Defendants' First Set of Interrogatories, dated July 25, 2025.

21. Exhibit 19 is a true and correct copy of Plaintiffs' Second Amended Initial Disclosures, dated July 23, 2025.

22. Exhibit 20 includes true and correct copies of excerpts from the Expert Report of Plaintiffs' Expert Brian Dies, dated November 21, 2025.

23. Exhibit 21 includes true and correct copies of excerpts from the Expert Report of Plaintiffs' Expert Joann Killeen, dated November 21, 2025.

24. Exhibit 22 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00012598–603.

25. Exhibit 23 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00038596–600.

26. Exhibit 24 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041117–23.

27. Exhibit 25 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041124–28.

28. Exhibit 26 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041192–98.

29. Exhibit 27 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041201–07.

30. Exhibit 28 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041208–11.

31. Exhibit 29 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041212–17.

32. Exhibit 30 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041218.

33. Exhibit 31 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041226.

34. Exhibit 32 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041345–48.

35. Exhibit 33 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00041404–81.

36. Exhibit 34 is a true and correct copy of the document produced by Jonesworks bearing document number JONESWORKS_00039444–62_A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2026
Los Angeles, CA

By: */s/ Ellyn S. Garofalo*____
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: egarofalo@lftcllp.com

# Attachment A

| Exhibit # | Name |
|---|---|
| 1 | September 29, 2025 Ashley Avignone Depo. Tr. Excerpts |
| 2 | September 25, 2025 Jennifer Abel Depo. Tr. Excerpts and Depo. Exs. 4, 20, and 23 |
| 3 | September 26, 2025 Jennifer Abel Depo. Tr. Excerpts |
| 4 | October 6, 2025 Justin Baldoni Depo. Tr. Excerpts |
| 5 | July 22, 2026 Brian Dies Depo. Tr. Excerpts and Depo. Ex. 1 |
| 6 | September 23, 2025 Gordon Duren Depo. Tr. Excerpts and Depo. Exs. 25, 28, 38, 41, and 42 |
| 7 | September 30, 2025 Josh Greenstein Depo. Tr. Excerpts and Depo. Ex. 28 |
| 8 | September 8, 2025 Tera Hanks Depo. Tr. Excerpts and Depo. Exs. 10, 12, 21, and 24 |
| 9 | October 8, 2025 Jamey Heath Depo. Tr. Excerpts |
| 10 | October 9, 2025 Jamey Heath Depo. Tr. Excerpts and Depo. Exs. 23, 26, 27, and 35 |
| 11 | September 16, 2025 Stephanie Jones Depo. Tr. Excerpts and Depo. Exs. 7 and 9 |
| 12 | August 5, 2026 Rule 30(b)(6) deposition of Jonesworks LLC Depo. Tr. Excerpts and Depo. Exs. 1 and 2 |
| 13 | July 31, 2025 Blake Lively Depo. Tr. Excerpts |
| 14 | September 29, 2025 Melissa Nathan Depo. Tr. Excerpts |
| 15 | September 30, 2025 Melissa Nathan Depo. Tr. Excerpts and Depo. Exs. 88, 90, 91, and 92 |
| 16 | September 26, 2025 Leslie Sloane Depo. Tr. Excerpts and Depo. Exs. 11, 13, 14, 33, and 101 |
| 17 | September 30, 2025 Rule 30(b)(6) deposition of Vanzan, Inc. Depo. Tr. Excerpts and Depo. Ex. 2 |
| 18 | Jonesworks LLC's Second Supplemental Responses to Defendants' First Set of Interrogatories, dated July 25, 2025 |
| 19 | Plaintiffs' Second Amended Initial Disclosures, dated July 23, 2025 |
| 20 | Excerpts from the Expert Report of Plaintiffs' Expert Brian Dies, dated November 21, 2025 |
| 21 | Excerpts from the Expert Report of Plaintiffs' Expert Joann Killeen, dated November 21, 2025 |
| 22 | JONESWORKS_00012598–603, July 26, 2024 texts |

| Exhibit # | Name |
|---|---|
| 23 | JONESWORKS_00038596–600, July 17, 2024 Emails |
| 24 | JONESWORKS_00041117–23, Jaime Miller Jonesworks Invoices |
| 25 | JONESWORKS_00041124–28, Jaime Miller Jonesworks Contract |
| 26 | JONESWORKS_00041192–98, Lainey Wilson Jonesworks Contract |
| 27 | JONESWORKS_00041201–07, Neon Carnival Jonesworks Invoices |
| 28 | JONESWORKS_00041208–11, Neon Carnival Jonesworks Contract |
| 29 | JONESWORKS_00041212–17, Jameela Jamil Jonesworks Contract |
| 30 | JONESWORKS_00041218, August 7, 2024 Emails |
| 31 | JONESWORKS_00041226, June 25, 2024 Letter |
| 32 | JONESWORKS_00041345–48, Den of Thieves Jonesworks Contract |
| 33 | JONESWORKS_00041404–81, Den of Thieves Jonesworks Invoices |
| 34 | JONESWORKS_00039444–62_A, August 19, 2024 Texts |