# EXHIBIT 2

## (FILED UNDER SEAL)