# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
Los Angeles, California
Friday, September 26, 2025
Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**

Video-recorded Deposition of JENNIFER ABEL, taken on behalf of the Plaintiff Blake Lively, Pursuant to Notice, at the offices of Willkie Farr & Gallagher, 2029 Century Park East, Los Angeles, California beginning at 9:12 a.m. and ending at 6:52 p.m. on Friday, September 26, 2025, before me, ASHLEY SOEVYN, California Certified Shorthand Reporter No. 12019.

A P P E A R A N C E S:

For the Plaintiffs Stephanie Jones and Jonesworks LLC:

QUINN EMANUEL URQUHART & SULLIVAN
BY: KRISTIN TAHLER
BY: LAURENNE M. BABAYAN
Attorneys at Law
865 S. Figueroa Street
8th Floor
Los Angeles, California 90017
kristintahler@quinnemanuel.com
laurennebabayan@quinnemanuel.com
(212) 849-7000

-AND-

QUINN EMANUEL URQUHART & SULLIVAN
BY: MAAREN A. SHAH
Attorney at Law
51 Madison Avenue
22nd Floor
New York, New York 10010
maarenshah@quinnemanuel.com
(212) 849-7000

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

MANATT PHELPS & PHILLIPS LLP (Not present)
BY: STEPHANIE ROESER
BY: KATELYN CLIMACO
Attorneys at Law
2049 Century Park East
Suite 1700
Los Angeles, California 90067
sroeser@manatt.com
kclimaco@manatt.com
(310) 312-4207

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: MICHAEL GOTTLIEB
Attorney at Law
2029 Century Park East
Los Angeles, California 90067
mgottlieb@willkie.com
(310) 855-3000

-AND-

WILLKIE FARR & GALLAGHER
BY: MELISSA TAUSTINE
BY: KRISTIN BENDER
Attorneys at Law
1875 K Street
Northwest
Washington, D.C. 20006
mtaustine@willkie.com
kbender@willkie.com
(202) 303-1245

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: AARON E. NATHAN
Attorney at Law
787 Seventh Avenue
New York, New York 10019
anathan@willkie.com
(212) 728-8000

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

LINER FREEDMAN TAITELMAN+COOLEY
BY: BRYAN FREEDMAN
BY: SUMMER BENSON
BY: JASON SUNSHINE (VIA ZOOM)
Attorneys at Law
1801 Century Park West, 5th Floor
Los Angeles, California 90067
bfreedman@lftcllp.com
sbenson@lftcllp.com
jsunshine@lfcllp.com
(310) 201-0005

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

AHOURAIAN LAW
BY: MITRA AHOURAIAN (VIA ZOOM)
Attorney at Law
2029 Century Park East
Suite 400
Los Angeles, California 90067
mitra@ahouraianlaw.com
(310) 376-7878

For the Defendants Jed Wallace and Street Relations, Inc.:

JACKSON WALKER LLP
BY: JOEL R. GLOVER
Attorney at Law
1401 McKinney Street
Suite 1900
Houston, Texas 77010
jglover@jw.com
(713) 752-4226

A P P E A R A N C E S:

Also Present:

Melissa Nathan

Jamey Heath, Defendant (Via Zoom)

Justin Baldoni, Defendant (Via Zoom)

Chelsea Gilchrist, Veritext Legal Solutions Concierge (Via Zoom)

Jonathan Bach, Esq. (Via Zoom)

Jacob Florez, Videographer

A I just remembered one more name, if you don't mind me adding. Stephanie Jones, of course, was involved in that. 09:39:32

Q And who oversaw this account? Let's -- sorry. 09:39:41

A Sure.

Q I'm going to try to be specific with my dates. Let's -- January of 2023, who was overseeing this account?

A Stephanie Jones. 09:39:48

Q How about by January of 2024?

A Stephanie Jones and myself. I would say I -- I was more day-to-day working with Justin and Wayfarer as -- in my role as overseeing all of the talent at Jonesworks. 09:40:05

Q Was that true throughout sort of 2023 and 2024; you were sort of running the day-to-day and Ms. Jones was --

A Overseeing, yes.

Q -- the boss? 09:40:16

A Uh-huh.

Q And you mentioned a digital team. What is a digital team?

A So around -- and I don't recall the exact date of 2023 -- Stephanie had hired a digital 09:40:31

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

_________________________

JENNIFER ABEL

SUBSCRIBED AND SWORN before and to me this ____ day of ________________, 20___.

___________________________

NOTARY PUBLIC

My Commission expires:

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 27th day of September, 2025.

ASHLEY SOEVYN
CSR No. 12019

**Errata Sheet for Deposition Transcript of Jennifer Abel**

Case: *Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 24-cv-10049-LJL
Witness: Jennifer Abel
Date: September 26, 2025

| Page | Line | Change | Reason |
|---|---|---|---|
| 40 | 9 | Change "Jonesworks" to "Wayfarer" | Clarification |
| 202 | 10 | Change "Jamie" to "Jamey" | Typographical error |

I declare under penalty of perjury that the foregoing corrections are accurate to the best of my knowledge and belief.

Signed by:
Jennifer Abel
1ADCAC737D574C2...
Jennifer Abel

11/3/2025
Dated