# EXHIBIT 8

# (FILED UNDER SEAL)