# EXHIBIT 11

## (FILED UNDER SEAL)