# EXHIBIT 13

# (FILED UNDER SEAL)