# EXHIBIT 15

# (FILED UNDER SEAL)