# EXHIBIT 16

# (FILED UNDER SEAL)