# EXHIBIT 17

## (FILED UNDER SEAL)