# EXHIBIT 18

# (FILED UNDER SEAL)