# EXHIBIT 19

# (FILED UNDER SEAL)