# EXHIBIT 20

## (FILED UNDER SEAL)