# EXHIBIT 21

# (FILED UNDER SEAL)