# EXHIBIT 22

# (FILED UNDER SEAL)