# EXHIBIT 23

## (FILED UNDER SEAL)