# EXHIBIT 24

## (FILED UNDER SEAL)