# EXHIBIT 25

## (FILED UNDER SEAL)