# EXHIBIT 26

# (FILED UNDER SEAL)