# EXHIBIT 27

# (FILED UNDER SEAL)