# EXHIBIT 28

# (FILED UNDER SEAL)