# EXHIBIT 29

## (FILED UNDER SEAL)