# EXHIBIT 30

# (FILED UNDER SEAL)