# EXHIBIT 31

# (FILED UNDER SEAL)