# EXHIBIT 32

# (FILED UNDER SEAL)