# EXHIBIT 33

## (FILED UNDER SEAL)