# EXHIBIT 34

# (FILED UNDER SEAL)