**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| STEPHANIE JONES and JONESWORKS LLC,<br><br>Plaintiffs,<br><br>– against –<br><br>JENNIFER ABEL, MELISSA NATHAN, JUSTIN BALDONI, WAYFARER STUDIOS LLC, and JOHN DOES 1–10,<br><br>Defendants. | ) | Case No. 1:25-cv-00779 (LJL)<br><br>**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Stephanie Jones and Jonesworks, LLC ("Plaintiffs") respectfully submit this Statement of Undisputed Material Facts pursuant to Local Rule 56.1 in support of their Motion for Summary Judgment.

1. Jonesworks LLC ("Jonesworks") is a public relations agency founded by Stephanie Jones, who is also its CEO. Dkt. 51 ¶ 10.

2. Jonesworks has represented a variety of entertainment clients, including Wayfarer Studios LLC ("Wayfarer") and its co-founder, Justin Baldoni. *Id.* ¶¶ 11, 13, 18.

3. Wayfarer is a movie studio that has produced several widely distributed films and, in 2019, it acquired the film rights to the "explo[sively] popular[]" novel *It Ends With Us*. *Id.* ¶ 19.

4. Wayfarer produced the film, for which Baldoni was the male lead, director, and executive producer, and co-financed and distributed it alongside Sony. *Id.* ¶ 20-21.

5. *It Ends With Us* had a large fan base, largely attributable to the novel's popularity on TikTok. *Id*.

6. In May 2020, Wayfarer and Jonesworks entered into a written services agreement (the "Agreement"). Dkt 51-1.

7. Wayfarer agreed to pay Jonesworks $20,000 per month in exchange for Jonesworks' PR and communications services, and an additional $5,000 per month for services provided to Baldoni. Dkt. 51 ¶¶ 13, 14; Dkt. 51-1 at 1.

8. The Agreement states that Jonesworks will be Wayfarer's "exclusive public relations counsel to provide strategic communications services," including "[p]osition[ing] and utiliz[ing] Wayfarer Studios key executives as thought-leaders and change agents in the film and television industry," "[c]onduct[ing] proactive feature pitching to top-tier print, broadcast and online media outlets." Dkt. 51-1 at 1, 5.

9. The Agreement further sets forth that "[Jonesworks] shall provide the Services in a professional manner and in accordance with the goals mutually established by [Wayfarer] and [Jonesworks]." *Id.* at 1.

10. Jennifer Abel joined Jonesworks in 2020. Dkt. 158 ¶ 17.[1]

11. Upon joining the company and accepting a company-purchased and -owned phone, Abel elected to transfer her phone number to that phone onto Jonesworks' company phone plan. *Id.* ¶ 26.

12. Abel elected to configure the Jonesworks-owned phone with her Apple ID/iCloud account and email accounts. *Id.*

13. In mid-2024, Jonesworks and Jones were providing PR services for Wayfarer and Baldoni in connection with *It Ends With Us*. Dkt. 51 ¶¶ 19, 32. As the premiere drew closer, Wayfarer and Baldoni found themselves in a PR crisis, with news outlets speculating about possible tension between Lively and Baldoni. *Id.* ¶ 32.

[1] References to Dkt. 158 refer to Abel's Counterclaims (beginning at page 30).

14. Jonesworks employee Jennifer Abel was their point person on the Wayfarer account, entrusted with the role due to her seniority and experience. *Id.* ¶ 41.

15. As the PR crisis worsened, Wayfarer and Baldoni engaged crisis PR expert Melissa Nathan. *Id.* ¶ 81.

16. Jones disagreed with the recommendation to retain Nathan, given Jones's past experience with Nathan, and she advised Wayfarer of as much. Ex. 1 (JONESWORKS_WAYFARER_000004651 (Heath Dep. Ex. 32)) at 2.

17. As press surrounding Baldoni's harassment towards Lively spread—including in an August 14, 2024 TMZ article titled "Blake Lively Felt Justin Baldoni Fat-Shamed Her, Kissed Too Long During Scene"—Jones offered to contact Harvey Levin, the founder of TMZ, "to get this story fixed/removed if [Nathan] cannot" in furtherance of the goal of "work[ing] as [a] team collectively to tackle the influx of stories…." Ex. 2 (JONESWORKS_00030166).

18. In July 2024, Abel informed Jones of her intent to leave Jonesworks. Dkt. 158 ¶ 53.

19. In August of 2024, Abel requested that her phone number be released from the company's account. *See id.* at ¶ 54.

20. But in mid-August 2024, Jonesworks learned, after inquiring into suspicious file transfers on its computer systems, that Abel had been downloading dozens of proprietary documents from the company's systems to her personal laptop, which she had no reason or authorization to access let alone surreptitiously misappropriate. *See, e.g.*, Ex. 5 (Abel 9/25/25 Dep.) at 105:5-15.

21. Jonesworks swiftly responded and, on August 21, 2024, with counsel, terminated Abel. Dkt. 158 ¶ 60.

22. Text messages downloaded to Abel's company phone revealed that Abel had been spearheading a campaign to retaliate against Lively for allegations of sexual harassment against Baldoni. *See, e.g.*, Ex. 3 (JONESWORKS_00007440).

23. These messages specifically reference "Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan." Ex. 4 (ABEL_000006072).

24. In August 2024, Wayfarer purported to unilaterally terminate the Agreement, advising Jonesworks that the termination would be effective "as of the end of August." *Id.* ¶ 52.

25. By September 2024, Wayfarer had formally engaged Abel's new firm to provide PR services. *Id.* ¶ 49.

Dated: October 15, 2026 | Austin, Texas

Respectfully submitted,

By: */s/ Bradley E. Beckworth*

Bradley E. Beckworth, *pro hac vice*
New York State Bar No. 5151071
Christina Yarnell, *pro hac vice*
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via ECF.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth