NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

October 16, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: ***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

On behalf of Stephanie Jones and Jonesworks LLC (the "Jones Parties") we write to respectfully request that the Court permanently seal Dkt. 298 and its attached exhibits. Exhibits 2 and 4 to the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims ("Motion") were inadvertently publicly filed without redacting Personally Identifiable Information ("PII"), as required by the Section 2(d) of the Court's Protective Order. Concurrently with filing this Letter Motion, counsel for the Jones Parties will make a corrective filing containing appropriately redacted versions of Exhibits 2 and 4 to remove all PII.

Dated: October 16, 2026 | Austin, Texas

Respectfully submitted,

By: */s/ Bradley E. Beckworth*
Bradley E. Beckworth, pro hac vice
New York State Bar No. 5151071
Christina Yarnell, pro hac vice
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*