# EXHIBIT 2

Message

**From**: Jamey Heath [[redacted]]
**Sent**: 8/14/2024 12:49:32 PM
**To**: Stephanie Jones [redacted]
**CC**: Tera Hanks [redacted] imene meziane [[redacted]
**Subject**: Re: Blake Lively Felt Justin Baldoni Fat-Shamed Her, Kissed Too Long During Scene

Hi Stephanie,

We are fully aware of all of this and we are handling.

As a reminder to my previous instructions, please do not respond, contact or do anything as it pertains to Justin or Wayfarer. We have the team that we are comfortable with to handle this and while you may have thoughts and ideas, I am reiterating to stand down.

Thank you!

Jamey

WAYFARER

**Jamey Heath**
CEO
Wayfarer Studios
310-245-8030

On Aug 14, 2024, at 8:56 AM, Stephanie Jones <[redacted]> wrote:

Hi both Mirror just emailed us about this TMZ Report. I dont see any incoming inquires from TMZ but I've had to contact Harvey who founded TMz in past about stories they publish so Im happy to contact him to get this stoty fixed/removed if Melissa cannot. I think its important we work as team and collectively to tackle this influx stories as with recent ones Im seeing, we dont even have background to balance out story so its not biased.

https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/

Stephanie Jones
www.jonesworks.com