# EXHIBIT 3

12:08 5G

JB

Justin >

step back. That's EXCELLENT.

Today 12:06 PM




This is what we would need

Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital

Focus on reddit, TikTok, IG

Delivered

iMessage