Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-0005
egarofalo@lftcllp.com

October 22, 2026

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Stephanie Jones and Jonesworks LLC ("Jonesworks") v. Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni and Melissa Nathan (the "Wayfarer Parties")*, Case No. 1:25-cv-00779 (LJL)

Dear Judge Liman:

Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni, and Melissa Nathan (the "Wayfarer Parties") submit this letter in response to the October 15, 2026 request by Stephanie Jones and Jonesworks LLC ("Jonesworks") to file Exhibits 1, 5, 6, and 7 to their summary judgment motion under seal on a preliminary basis. Dkt. No. 292.

The Wayfarer Parties do not ask that these exhibits remain sealed. They ask only that personally identifiable information ("PII") contained in these exhibits be redacted before they are publicly filed.

Respectfully submitted,

**LINER FREEDMAN TAITELMAN + COOLEY LLP**

By: */s/ Ellyn S. Garofalo*
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

**MEISTER SEELIG & SCHUSTER PLLC**
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@ mss-pllc.com

*Attorneys for Wayfarer Parties*