NIX PATTERSON, LLP©

Brad Beckworth
Partner
E-mail: bbeckworth@nixlaw.com

October 28, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL (rel. No. 1:24-cv-10049-LJL)

Dear Judge Liman:

Pursuant to Dkt. No. 312, Stephanie Jones and Jonesworks LLC, collectively "Plaintiffs," respectfully file Exhibits 1, 5, and 6 of Plaintiffs' Motion for Summary Judgment redacting personally identifiable information.

Dated: October 28, 2026 | Austin, Texas

Respectfully submitted,

By: */s/ Brad Beckworth*

Bradley E. Beckworth, *pro hac vice*
New York State Bar No. 5151071
Christina Yarnell, *pro hac vice*
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*