# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
Los Angeles, California
Thursday, September 25, 2025

Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
Plaintiff,
vs. CASE NO. 24-CV-10049-LJL (LEAD CASE)
25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

---

JENNIFER ABEL,
Third-party Plaintiff,
vs.
JONESWORKS, LLC,
Third-party Defendant.

---

WAYFARER STUDIOS LLC, et al.
Consolidated Plaintiffs,
vs.
BLAKE LIVELY, et al.
Consolidated Defendants.

---

**CONFIDENTIAL**

Video-recorded Deposition of JENNIFER ABEL, taken on behalf of the Plaintiff Blake Lively, Pursuant to Notice, at the offices of Willkie Farr & Gallagher, 2029 Century Park East, Los Angeles, California beginning at 9:17 a.m. and ending at 7:23 p.m. on Thursday, September 25, 2025, before me, ASHLEY SOEVYN, California Certified Shorthand Reporter No. 12019.

A P P E A R A N C E S:

For the Plaintiffs Stephanie Jones and Jonesworks LLC:

QUINN EMANUEL URQUHART & SULLIVAN
BY: KRISTIN TAHLER
BY: LAURENNE M. BABAYAN
Attorneys at Law
865 S. Figueroa Street
8th Floor
Los Angeles, California 90017
kristintahler@quinnemanuel.com
laurennebabayan@quinnemanuel.com
(212) 849-7000

-AND-

QUINN EMANUEL URQUHART & SULLIVAN
BY: MAAREN A. SHAH
Attorney at Law
51 Madison Avenue
22nd Floor
New York, New York 10010
maarenshah@quinnemanuel.com
(212) 849-7000

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

MANATT PHELPS & PHILLIPS LLP (Not present)
BY: STEPHANIE ROESER
BY: KATELYN CLIMACO
Attorneys at Law
2049 Century Park East
Suite 1700
Los Angeles, California 90067
sroeser@manatt.com
kclimaco@manatt.com
(310) 312-4207

A P P E A R A N C E S:

For the Plaintiff Blake Lively:

WILLKIE FARR & GALLAGHER
BY: MICHAEL GOTTLIEB
BY: MELISSA TAUSTINE
BY: KRISTIN BENDER (VIA ZOOM)
Attorneys at Law
1875 K Street
Northwest
Washington, D.C. 20006
mgottlieb@willkie.com
mtaustine@willkie.com
kbender@willkie.com
(202) 303-1245

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

LINER FREEDMAN TAITELMAN+COOLEY
BY: BRYAN FREEDMAN
BY: SUMMER BENSON
Attorneys at Law
1801 Century Park West, 5th Floor
Los Angeles, California 90067
bfreedman@lftcllp.com
sbenson@lftcllp.com
(310) 201-0005

A P P E A R A N C E S:

For the Defendants Wayfarer Studios LLC, Jennifer Abel, Melissa Nathan and Justin Baldoni, Jamey Heath and Steve Sarowitz:

AHOURAIAN LAW
BY: MITRA AHOURAIAN (VIA ZOOM)
Attorney at Law
2029 Century Park East
Suite 400
Los Angeles, California 90067
mitra@ahouraianlaw.com
(310) 376-7878

For the Defendants Jed Wallace and Street Relations, Inc.:

JACKSON WALKER LLP
BY: JOEL R. GLOVER
Attorney at Law
1401 McKinney Street
Suite 1900
Houston, Texas 77010
jglover@jw.com
(713) 752-4226

A P P E A R A N C E S:

Also Present:

Melissa Nathan

Jamey Heath, Defendant (Via Zoom)

Justin Baldoni, Defendant (Via Zoom)

Chelsea Gilchrist, Veritext Legal Solutions
Concierge (Via Zoom)

Aaron Nathan, (Via Zoom)

Jonathan Bach, Esq. (Via Zoom)

Jason Sunshine, (Via Zoom)

Kevin Fritz, Esq., Meister Seelig & Fein (Via Zoom)

Jonathan Hernandez, Videographer

INDEX TO EXAMINATION

WITNESS: JENNIFER ABEL

| EXAMINATION BY: | PAGE |
|---|---|
| MS. TAHLER | 16 |

WITNESS INSTRUCTION NOT TO ANSWER

| PAGE | LINE |
|---|---|
| 127 | 18 |

INDEX TO EXHIBITS
JENNIFER ABEL
BLAKE LIVELY V. WAYFARER STUDIOS LLC, ET AL.
Thursday, September 25, 2025
Ashley Soevyn, CSR No. 12019


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Email thread dated 4/25/25 from Emily Mara to Stephanie Jones; Bates No. JONESWORKS_41858 | 29 |
| Exhibit 2 | Email thread dated 5/6/24 from Jamey Heath to Jennifer Abel; Bates No. JONESWORKS_WAYFARER_3838 | 49 |
| Exhibit 3 | Text messages date range: 7/19/24 - 7/20/24; Bates No. JONESWORKS_14176 - 14181 | 54 |
| Exhibit 4 | Email thread dated 7/26/24 from Jennifer Abel to Steph Jones; Bates No. JONESWORKS_JA_309 | 62 |
| Exhibit 5 | Email thread dated 8/7/24 from Jennifer Abel to [redacted]; Bates No. JONESWORKS_JA_789 - 798 | 82 |
| Exhibit 6 | Email dated 8/20/24 from Jennifer Abel to [redacted]; Bates No. JONESWORKS_JA_1063 - 1064 | 86 |
| Exhibit 7 | Email thread dated 8/19/24 from Jason Rosenberg to Gordon Duren; Bates No. JONESWORKS_40860 | 92 |
| Exhibit 8 | Spreadsheet attachment; Bates No. Jonesworks_00040861 | 92 |

INDEX TO EXHIBITS
JENNIFER ABEL
BLAKE LIVELY V. WAYFARER STUDIOS LLC, ET AL.
Thursday, September 25, 2025
Ashley Soevyn, CSR No. 12019


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 9 | Email thread dated 8/15/24 from Gordon Duren to Scott Shatzkamer; Bates No. JONESWORKS_40862 | 104 |
| Exhibit 10 | Spreadsheet titled Search Query Information: Wed, 01 May 2024 to Thu, 15 Aug 2024, filedownloaded, [redacted] | 104 |
| Exhibit 11 | Text messages date range: 8/19/24 - 8/20/24; Bates No. JONESWORKS_00041616 - 41619 | 124 |
| Exhibit 12 | Text messages 8/21/24; Bates No. JONESWORKS_JA_6538 - 6541 | 136 |
| Exhibit 13 | Text messages 9/17/24; Bates No. JONESWORKS_JA_6416 - 6418 | 138 |
| Exhibit 14 | Text messages date range: 7/24/24; Bates No. JONESWORKS_12591 - 12592 | 145 |
| Exhibit 15 | Text messages date range: 7/26/24; Bates No. JONESWORKS_13939 - 13940 | 148 |
| Exhibit 16 | Text messages date range: 7/26/2024; Bates No. KCASE-585 - 587 | 152 |
| Exhibit 17 | Text messages date range: 7/26/2024; Bates No. JONESWORKS_39971 - 39976 | 158 |

INDEX TO EXHIBITS

JENNIFER ABEL

BLAKE LIVELY V. WAYFARER STUDIOS LLC, ET AL.

Thursday, September 25, 2025

Ashley Soevyn, CSR No. 12019


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 18 | Document titled Call Log (2980) | 162 |
| Exhibit 19 | Text messages date range: 7/26/2024; Bates No. BBKOSLOW-8776 -8781 | 171 |
| Exhibit 20 | Text messages date range: 8/8/2024; Bates No. JONESWORKS_13943 - 13951 | 177 |
| Exhibit 21 | Daily Mail article published August 8, 2024 titled It Ends With Us Fans are convinced there's a huge feud between Blake Lively and Justin Baldoni - here's why by Lilian Gissen | 185 |
| Exhibit 22 | Test messages date range: 8/8/2024; Bates No. JONESWORKS_14116 - 14117 | 192 |
| Exhibit 23 | Email dated 8/19/24 from Jennifer Abel to [redacted]; Bates No. JONESWORKS_JA_774 | 199 |
| Exhibit 24 | Text messages dated 8/8/24; Bates No. NATHAN_2110 - 2118 | 212 |
| Exhibit 25 | Text messages date range: 8/9/24; Bates No. JONESWORKS_12448 - 12449 | 231 |
| Exhibit 26 | Text messages dated 8/9/2024; Bates No. NATHAN_2124 - 2136 | 232 |

INDEX TO EXHIBITS

JEN ABEL

BLAKE LIVELY V. WAYFARER STUDIOS LLC, ET AL.

Thursday, September 25, 2025

Ashley Soevyn, CSR No. 12019

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 27 | Text messages date range: 8/9/2024 - 8/10/24; Bates No. JONESWORKS_16169 - 16170 | 241 |
| Exhibit 28 | Text messages date range: 7/30/2024; Bates No. JONESWORKS_37494 - 37496 | 245 |
| Exhibit 29 | Text messages dated 9/23/24; Bates No. JONESWORKS_MN_1652 - 1659 | 250 |
| Exhibit 30 | Email thread dated 11/11/24 from Larry Rudolph to Jennifer Abel; Bates No. JONESWORKS_JA_1701 - 1702 | 279 |
| Exhibit 31 | Text messages 8/14/2024; Bates No. 2266 - 2286 | 288 |
| Exhibit 32 | Text messages 9/9/24; Bates No. JONESWORKS_JA_6751 - 6754 | 290 |

---0o0---

CONFIDENTIAL DEPOSITION PROCEEDINGS

THURSDAY, SEPTEMBER 25, 2025

---000---

THE VIDEOGRAPHER: Good morning. We're on the record. The time is 9:17 a.m. Pacific Daylight Time. Today is September 25th, 2025.

My name is Jonathan Hernandez. I'm a video technician with Veritext Legal Solutions located in Los Angeles, California. We are recording these proceedings at 2029 Century Park East, Los Angeles, California.

This is the video deposition of Jen Abel in the action entitled Blake Lively v. Wayfarer Studios LLC, et al. This deposition is being taken on behalf of Plaintiffs. The lead Case No. is 24-cv-10049.

Now, would you all please identify yourselves and who you represent starting with the noticing attorney.

MS. TAHLER: I'm Kristin Tahler, Quinn Emanuel, representing Stephanie Jones and Jonesworks.

MS. BABAYAN: Laurenne Babayan, Quinn Emanuel, representing Stephanie Jones and

Jonesworks.

MS. SHAH: Maaren Shah, Quinn Emanuel, representing Stephanie Jones and Jonesworks.

MR. GOTTLIEB: Mike Gottlieb from Willkie Farr on behalf of Ms. Lively.

MS. TAUSTINE: Melissa Taustine from Willkie Farr, also on behalf of Mr. Lively.

MR. GLOVER: Joel Glover, of Jackson Walker for Jed Wallace and Street Relations, Inc.

MR. FREEDMAN: Bryan Freedman on behalf of -- let's see, Melissa Nathan, Jen Abel and their related entities and the Wayfarer defendants including Jamey Heath, Justin Baldoni, and the defendants in this case, and the deponent individually.

THE STENOGRAPHIC REPORTER: Good morning, everybody. I'm Ashley Soevyn, steno reporter, California license 12019.

And ma'am, can I please have you raise your right hand?

Do you solemnly state that the testimony you're about to give in this deposition will be the truth, the whole truth and nothing but the truth?

THE WITNESS: I do, yes.

THE STENOGRAPHIC REPORTER: Great. Thank

you.

MR. FREEDMAN: Just before we get started, I just wanted to designate the transcript as confidential pursuant to the protective order and would request that when we talk about clients of Ms. Abel's that we go to AEO and that the non-lawyers get segregated in a separate room.

MS. TAHLER: Yes, definitely. So if we're going to talk about clients, just let us know or we can always go off when the time happens.

EXAMINATION

BY MS. TAHLER:

Q All right. Good morning, Ms. Abel.

A Good morning.

Q Have you ever had your deposition taken before?

A I have not.

Q Okay. You understand that you're under oath?

A Uh-huh.

Q You understand that you're testifying as if you were in a court of law today?

A Yes.

Q And I'm not going to go through many ground rules with you, just a couple. But just a

client information discussed. I think it's probably. . . .

MR. FREEDMAN: Okay.

BY MS. TAHLER:

Q Ms. Abel, I'm going to represent to you that Exhibit 10 is a list of document files that were downloaded from SharePoint by you on the dates reflected.

Do you recall downloading these documents?

A This dates back several months. Not specifically, but I'm happy to answer any questions about them.

Q Do you deny downloading these documents?

A I don't deny it. But it's my understanding the way that SharePoint works, that anyone who has access to my email, it will show in the source code is -- you know, have access to these documents. So, again, I'm happy to answer any questions. I don't have specific recollection for each one of these documents.

Q Did you give anyone access to your Jonesworks email at this time?

A Not me --

MR. FREEDMAN: Objection.

I found out about through the New York Times resulting in death threats, negative media articles that I did not have before ever working with Jeff -- with Stephanie Jones.

Q You allege that you have suffered -- strike that.

You allege that you have suffered grief and anxiety. Have you sought medical treatment for grief and anxiety?

A I have not.

Q Have you --

A Sorry. Go ahead.

Q Any mental health treatment?

A Treatment, no.

MS. TAHLER: Let's just go off the record for a minute.

THE VIDEOGRAPHER: We are going off the record. The time is 6:38 p.m.

(Recess.)

THE VIDEOGRAPHER: We're back on the record. The time is 6:38 p.m.

BY MS. TAHLER:

Q Just to clarify for the record, you have not sought any therapy; isn't that correct?

A Not professional therapy, no.

Q And no mental health treatments, correct?
A No mental health treatments, no.
Q Did you produce any medical records whatsoever in this case?
A Not for this case, no.
Q Did you produce any treatment records in this case?
MR. FREEDMAN: Objection.
THE WITNESS: Treatment records, no.
BY MS. TAHLER:
Q You have a counterclaim for promissory fraud. What specific promises do you claim constituted promissory fraud?
MR. FREEDMAN: Objection.
THE WITNESS: I apologize. Promises. What do you mean -- if you could just explain that to me, I will -- I'll be able to answer.
BY MS. TAHLER:
Q I'm just trying to understand what you allege -- what specifics were -- were specifically made to you in connection with your claim for promissory fraud?
A Broadly, I would say promises of privacy, confidentiality, promises of safety.
Q Who made these promises to you?

A It was my understanding that I was entering into an agreement with an employer who would provide that for me.
Q Your promissory fraud claim is based on your employment at Jonesworks?
A Amongst other things, I would say my -- Stephanie Jones made a lot of promises to me.
Q Ms. Abel, what is -- what's the total amount of damages you're seeking from Stephanie Jones and Jonesworks?
A I -- I can go through what I'm aware of at this time. Sorry, I'm a little rattled but I can provide supplement to my testimony. I would say I had a multi-million-dollar investment deal that was a profit-sharing model, so it was a minimum of -- best of my recollection, $4 million. But had the ability, profit sharing, over the course of five years, which goes up from there. That included offices. That included infrastructure. That included health insurance. That included just the ability to really create a livelihood.
I lost multiple clients as a result of this. In terms of numbers, I would say these clients ranged anywhere from six to seven grand a month to up to 10 to 15 grand a month that I lost

due to this.
I missed my 20-year high school reunion. The amount of stress and just pain I've put my family through, my fiance through. It's a lot. It's a lot.
Q The deal that you had referred to, was that a deal with Live Nation?
A Is that AEO or?
MR. FREEDMAN: We're going to go off and go into AEO?
THE WITNESS: Yes, please.
THE A/V TECHNICIAN: Mr. Heath is in the waiting room. I'm not certain if any other participants need to go in the waiting room as well. Perhaps Justin.
THE VIDEOGRAPHER: Yes, Chelsea. Justin, please.
THE A/V TECHNICIAN: Will do. Both are now in the waiting room.
BY MS. TAHLER:
Q Was the deal that you're being referred to the --
A Yes.
Q -- potential deal with Live Nation?
A It wasn't a potential deal; it was agreed

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

______________________________

JENNIFER ABEL

SUBSCRIBED AND SWORN before and to me this ____ day of ________________, 20___.

______________________________

NOTARY PUBLIC

My Commission expires:

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 26th day of September, 2025.

ASHLEY SOEVYN

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Blake Lively v. Wayfarer Studios LLC, Et Al.
DATE OF DEPOSITION: 9/25/2025
WITNESSES NAME: Jennifer Abel

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
JENNIFER ABEL

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ (NOTARY PUBLIC)

_______________________ MY COMMISSION EXPIRES: