# Exhibit A

| Request | Date Served | Date Response Signed/Verified | Information/ Documents Requested | Response |
|---|---|---|---|---|
| ROG No. 11 | Mar. 14, 2025 | Initial Response Signed April 18, 2025<br><br>Amended Response Signed ***and verified***: July 30, 2025 | Identify all persons You communicated with regarding the websites www.stephaniejoneslies.com or www.stephaniejonesleaks.com including the date, manner and substance of each communication. | **RESPONSE:** In light of the foregoing objections, Responding Party will not respond to this Interrogatory at this time. Responding Party states that she is willing to meet and confer with Propounding Party regarding this Interrogatory.[1]<br>**SUPPLEMENTAL RESPONSE (Served July 30, 2025):** Subject to and without waiver of the foregoing, Responding Party responds as follows: Responding Party has no personal knowledge of who was behind the websites www.stephaniejoneslies.com or www.stephaniejonesleaks.com. ***She had no involvement in either to any extent.*** However, once they went live, the websites were widely circulated in public relations circles, which includes Responding Party.[2] |
| RFP No. 2 | Mar. 6, 2025 | Initial Response: April 18, 2025<br><br>Amended Response: May 19, 2025 | All Documents and Communications pertaining to Jonesworks LLC. | **RESPONSE:** In light of the foregoing objections, Responding Party will not search for documents responsive to this Request at this time. Responding Party states that she is willing to meet and confer with Propounding Party regarding this Request.[3]<br>**AMENDED RESPONSE:** Subject to and without waiving the aforementioned objections, Responding Party will conduct a reasonable search for and produce relevant, non-privileged documents responsive to this Request in her possession, custody, or control.[4] |

[1] *See* Ex. A-1 (Nathan's Resp. to Pls.' First ROGs).
[2] *See* Ex. A-2, (Nathan's Supp. Resp. to Pls.' First ROGs).
[3] *See* Ex. A-3 (Nathan's Resp. to Pls.' First RFPs).
[4] *See* Ex. A-4 (Nathan's Supp. Resp. to Pls.' First RFPs).

| Request | Date Served | Date Response Signed/Verified | Information/ Documents Requested | Response |
|---|---|---|---|---|
| RFP No. 32 | July 16, 2025 | Initial Response: August 18, 2025<br><br>Amended Response: August 22, 2025 | All Documents and Communications relating to or with any current or former employees of Jonesworks. | **RESPONSE:** *No response other than objections.*[5]<br>**AMENDED RESPONSE:** Subject to and without waiver of the foregoing, Responding Party will produce responsive, non-privileged documents in her possession, custody or control located in response to the agreed-upon search terms, if any, except that Responding Party will not make a separate production of documents already produced in *Lively v. Wayfarer Studios LLC et al.*, Civ. Action No. 1:24-cv-10049-LJL (the "Lively Action") which are therefore in Propounding Party's possession, custody or control. See Joint Stipulation on the Use of Discovery in the Jones and Lively Related Actions (Dkt. 498).[6] |
| RFP No. 39 | July 16, 2025 | Initial Response: August 18, 2025<br><br>Amended Response: August 22, 2025 | All Documents and Communications pertaining to the websites www.stephaniejonesleaks.com and www.stephaniejoneslies.com, as well as any related social media accounts, including but not limited to Your knowledge of or involvement in the creation, operation, or content of the websites or accounts, or any involvement by The Agency Group PR LLC's employees including but not limited to Katherine Case and Breanna Butler Koslow. | **RESPONSE:** *No response other than objections.*[5]<br>**AMENDED RESPONSE:** Subject to and without waiver of the foregoing, Responding Party will produce responsive, non-privileged documents in her possession, custody or control located in response to the agreed-upon search terms, if any, except that Responding Party will not make a separate production of documents already produced in *Lively v. Wayfarer Studios LLC et al.*, Civ. Action No. 1:24-cv-10049-LJL (the "Lively Action") which are therefore in Propounding Party's possession, custody or control. *See* Joint Stipulation on the Use of Discovery in the Jones and Lively Related Actions (Dkt. 498).[6] |

[5] *See* Ex. A-5 (Nathan's Resp. to Pls.' Second RFPs).
[6] *See* Ex. A-6 (Nathan's Supp. Resp. to Pls.' Second RFPs).