# EXHIBIT A

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 15 | Date Range: 7/26/2024 |

## Outline of Conversations

[redacted] · 15 messages on 7/26/2024 · Stephanie Jones <[redacted]> · Tera Hanks <[redacted]>

EXHIBIT 9/26/25
Stephanie Jones 10
Planet Depos, LLC

**Messages in chronological order** (times are shown in GMT -04:00)

[redacted]

TH **Tera Hanks** <[redacted]> ▶ 7/26/2024, 7:34 PM
Hi Steph
Wanted to give you a heads up that we are going to hire Melissa Nathan to help with scenario planning. She's great! She was our top pick at Westbrook and we worked with her at CAA on several clients! I reached out to her last night and Jamey and I spoke to her for a long time under NDA. We both feel great about it. I'm around if you were t to talk. Just wanted to give you a heads up. I'll let Jenn know after you and I connect! We can also touch base Monday
Have a great weekend ! 🙏

Receipts • Stephanie Jones <[redacted]> [R 7/26/2024, 7:39 PM]

> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:40 PM
jen abel recommended her i'm sure right?

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:40 PM]

>> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:40 PM
this is disappointing

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:40 PM]

>>> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:41 PM
we've had a lot of issues with her.

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:41 PM]

>>>> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:41 PM
my cyber security guys found her behind the site

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:41 PM]

>>>>> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:41 PM
it's long story

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:42 PM]

>>>>> > SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:42 PM
[redacted] knows

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:42 PM]

>>>>> >> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:42 PM
assume since you're only putting me on text and not jen that jen knew

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:42 PM]

>>>>> >>> SJ **Stephanie Jones** <[redacted]> ◀ 7/26/2024, 7:43 PM
i don't feel comfortable working with her after all the [redacted] and if justin knew that i don't think he would either. she's bad news and dirty.

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 7:43 PM]

>>>>> >>>> TH **Tera Hanks** <[redacted]> ▶ 7/26/2024, 7:49 PM
I had no idea about any of that!!
Jen gave me names of Shawn Sachs and Actum
I wanted to let you know first because we spoke about it
I'm here if you were to talk

Receipts • Stephanie Jones <[redacted]> [R 7/26/2024, 7:49 PM]

>>>>> **Stephanie Jones** <[redacted]> ◄ 7/26/2024, 8:04 PM
>>>>> https://www.businessinsider.[redacted]
SJ

*Attachment: ~_Library_SMS_Attachments_72_02_2ABF4044-2CC9-4DBB-BAA3-A411DB1FDB2C_3F4D5C9E-EBC7-4D4E-A327-3C7B696BCED5.72FEDE32-E7B3-4057-98BD-5232FED48F2A.pluginPayloadAttachment (7 KB)*

*Attachment: ~_Library_SMS_Attachments_30_00_6C296107-6FF7-4A52-B4F0-FFEB422CCE87_990BCE3F-92E2-4656-8484-C6756706123E.A975DD23-C7F6-4807-B1EB-D202E2DBA40F.pluginPayloadAttachment (247 KB)*

Receipts • Tera Hanks <[redacted] [D 7/26/2024, 8:04 PM]

>>>>> **Stephanie Jones** [redacted]> ◄ 7/26/2024, 8:04 PM
>>>>> 3F4D5C9E-EBC7-4D4E-A327-3C7B696BCED5.72FEDE32-E7B3-4057-98BD-5232FED48F2A.pluginPayloadAttachment
SJ

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 8:04 PM]

>>>>> **Stephanie Jones** <[redacted]> ◄ 7/26/2024, 8:04 PM
>>>>> 990BCE3F-92E2-4656-8484-C6756706123E.A975DD23-C7F6-4807-B1EB-D202E2DBA40F.pluginPayloadAttachment
SJ

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 8:04 PM]

>>>>> **Stephanie Jones** <[redacted]> ◄ 7/26/2024, 8:15 PM
>>>>> tera thank you for understanding as this is tough one for me.
SJ

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 8:15 PM]

>>>>> **Stephanie Jones** [redacted]> ◄ 7/26/2024, 8:15 PM
>>>>> i'm sorry to throw wrench in.
SJ

Receipts • Tera Hanks <[redacted]> [D 7/26/2024, 8:15 PM]