Liner Freedman Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

November 6, 2026

*Via ECF*

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: ***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

Plaintiffs Stephanie Jones and Jonesworks LLC ("Plaintiffs") and Defendants Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni, and Melissa Nathan (the "Wayfarer Parties," and together with Plaintiffs, the "Parties") write jointly to respectfully request a ten-day extension of the deadlines for oppositions and replies on the currently pending motions for summary judgment.

On November 4, 2026, the Court granted in part Plaintiffs' Motion for Sanctions Against Melissa Nathan for Discovery Misconduct. *See* Dkt. 319. The Court directed the Parties to meet and confer and to file, by November 11, 2026, a joint letter proposing next steps concerning the timeline for the additional discovery, attorneys' fees and costs, and the timing of an amended complaint and any related motion practice. *Id.* at 39. The parties are actively engaged in that process.

However, under the current schedule, oppositions to pending motions for summary judgment are due November 12, 2026, and replies are due November 30, 2026. *See* Dkt. 254. On November 5, 2026, counsel for the Parties met and conferred by telephone regarding the issues raised by the Court's November 4 Order. To allow the Parties time to continue conferring regarding the remaining schedule, including the timing of the additional discovery, the Parties have jointly agreed to, and respectfully request that the Court enter an order adopting the following modified deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Oppositions to Motions for Summary Judgment | November 12, 2026 | November 23, 2026 |
| Replies in Support of Summary Judgment | November 30, 2026 | December 10, 2026 |

This request does not affect any other date currently set by the Court. The Parties will continue to meet and confer and will address the remaining schedule, including whether further adjustment to the summary judgment briefing deadlines is warranted in light of the additional discovery, in the joint letter due November 11, 2026. Each Party reserves its respective position on that issue.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: *<u>/s/ Bradley E. Beckworth</u>*
Bradley E. Beckworth, pro hac vice
New York State Bar No. 5151071
Christina Yarnell, pro hac vice
Texas State Bar No. 24071973
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks LLC*

By: *<u>/s/ Ellyn S. Garofalo</u>*
Bryan J. Freedman, pro hac vice
Ellyn S. Garofalo, pro hac vice
Kim Zeldin, pro hac vice
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
ms@mss-pllc.com
kaf@mss-pllc.com

*Attorneys for Defendants Jennifer Abel, Wayfarer Studios LLC, Justin Baldoni, and Melissa Nathan*