USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

STEPHANIE JONES, et al.,

Plaintiffs,

-v-

JENNIFER ABEL, et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-779 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 20, 2026, Plaintiffs Stephanie Jones and Jonesworks LLC (together, the "Jonesworks Parties") and Defendant Melissa Nathan ("Nathan") submitted a joint letter requesting clarification of the Court's November 4, 2026 Memorandum and Order, Dkt. No. 319, with respect to the scope of a request for production ("RFP") served by the Jonesworks Parties on Nathan. Dkt. No. 328.

The request drafted by the Jonesworks Parties conforms with the leave granted by the Court, which was advised, with the following exception. The Court did not grant leave to include the following request: "as well as any related social media accounts (i.e., social media accounts that published content similar to or related to the Websites or other content about Stephanie Jones or Jonesworks, LLC)." Nathan shall comply with the Jonesworks Parties' RFP as modified by this Order.

SO ORDERED.

Dated: November 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge