UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10, <br><br> *Defendants*. | Civ. Action No. 1:25-cv-00779-LJL |
| BLAKE LIVELY, <br><br> Plaintiff, <br><br> v. <br><br> WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL, <br><br> Defendants. | Civ. Action No. 1:24-cv-10049-LJL |
| JENNIFER ABEL, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JONESWORKS LLC, <br><br> Third-Party Defendant | |

**JOINT STIPULATION ON THE USE OF DISCOVERY IN THE *JONES* AND *LIVELY* RELATED ACTIONS**

WHEREAS, Stephanie Jones and Jonesworks LLC (the "Jones Parties") have filed a lawsuit

1

against Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Parties") in *Jones et al. v. Abel et al.*, U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00779-LJL) (the "Jones Action");

WHEREAS, the Wayfarer Parties have filed counterclaims against the Jones Parties in the Jones Action;

WHEREAS, Blake Lively ("Lively") has filed a lawsuit against the Wayfarer Parties, among other Defendants, in *Lively v. Wayfarer Studios LLC et al.*, U.S. District Court for the Southern District of New York (Case No. 1:24-cv-10049-LJL) (the "Lively Action," together with the Jones Action, the "Actions," and each an "Action");

WHEREAS, Jonesworks LLC is a third-party defendant to the Lively Action;

WHEREAS, the Jones Action and Lively Action are related actions before the same Judge;

WHEREAS, the Jones Action and Lively Action share the same discovery schedule and deadlines;

WHEREAS, it may improve efficiency and streamline discovery in both Actions to share discovery materials among the Jones Parties, Wayfarer Parties, and Lively;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Jones Parties, Wayfarer Parties, and Lively, through their undersigned counsel, that

1. Documents and communications produced in one Action will be deemed produced in both Actions and will be usable by any party for any purpose in both Actions as though it had been produced there; and

2. Deposition testimony elicited in one Action will be deemed elicited in both Actions and will be usable by any party for any purpose in both cases as though it had been elicited there.

July 25, 2025

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MEISTER SEELIG & FEIN PLLC |
|---|---|
| */s/ Kristin Tahler* | */s/ Kevin Fritz* |

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Danielle Lazarus
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
daniellelazarus@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC*

Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Miles M. Cooley (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

AHOURAIAN LAW
Mita Ahouraian, Esq. (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel*

WILLKIE FARR & GALLAGHER LLP

*/s/ Michael Gottlieb*
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted pro hac vice)
Stephanie A. Roeser (admitted pro hac vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

SO ORDERED.

Date: July 28, 2025

HON. LEWIS J. LIMAN
United States District Judge

4